# EXHIBIT 1

Case 8:25-cv-01323-DOC-JDE    Document 1-1    Filed 06/18/25    Page 2 of 222    Page ID #:8
Electronically Filed by Superior Court of California, County of Orange, 05/02/2025 01:27:32 PM.
30-2025-01480089-CU-CO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By V. Perez, Deputy Clerk.

JOHN W. TOWER, ESQ. #106425
LAW OFFICE OF JOHN W. TOWER
2211 Encinitas Blvd., 2nd Floor
Encinitas, CA  92024
(760) 436-5589 / Fax (760) 479-0570
Towerlawsd@gmail.com

Attorneys for Plaintiff
CLEANQUEST, LLC


RECEIVED
MAY 20 2025
OKLAHOMA
LEGAL DEPT.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE

| | |
|---|---|
| CLEANQUEST, LLC., a California limited liability company<br><br>       Plaintiff,<br><br>   vs.<br><br>BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a corporation; BLUE CROSS OF CALIFORNIA a California corporation dba Anthem Blue Cross, and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.: 30-2025-01480089-CU-CO-CJC<br><br>**COMPLAINT FOR BREACH OF CONTRACT, VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17200, BREACH OF IMPLIED CONTRACT, QUANTUM MERUIT AND JURY DEMAND**<br><br>**Assigned for All Purposes**<br>Judge Lindsey Martinez |

Plaintiff certifies that venue is proper in this court as to all Defendants because this is the venue district in which the contracts were formed, where the Defendants do business, where the obligations of the parties were to be performed, where the contracts were breached and where the injuries and damages occurred.

Plaintiff alleges as and for its claims for relief as follows:

- 1 -

**PRELIMINARY ALLEGATIONS**

1.     Plaintiff CLEANQUEST, LLC is a California limited liability company authorized to do, and doing, business in the City of Irvine, County of Orange, State of California and was at all times herein mentioned doing business as an independent toxicology testing laboratory. All provided services were or should have been covered by health insurance contracts which Plaintiff is informed, believes and thereon alleges were drafted, provided, underwritten, administered and/or implemented by Defendants and/or Defendants agents, alter egos, related, or parent companies.

2.     Plaintiff is informed,  believes and thereon alleges that Defendants BLUE CROSS AND BLUE SHIELD OF OKLAHOMA is a corporation authorized to do and doing insurance business in the City of Irvine, County of Orange, State of California, within the jurisdictional boundaries of this court.

3.     Plaintiff is informed, believes and thereon alleges that Defendants BLUE CROSS OF CALIFORNIA is a California corporation with its principal address in California, authorized to do, and doing, insurance business in the City of Irvine, County of Orange, State of California, within the jurisdictional boundaries of this court, doing business as ANTHEM BLUE CROSS.

4.     Plaintiff is informed, believes and thereon alleges that Defendants DOES 1 through 10 are somehow related to and/or controlled by the named Defendants and are related entities that were somehow involved in the issuing of the health insurance contracts and/or the handling of the claims described herein.  The true names and capacities of the Defendants sued herein under Section 474 of the Code of Civil Procedure as DOES 1 through 10 are unknown to Plaintiff who therefore sues said Defendants by such fictitious names.  Plaintiff is informed, believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the events herein referred to and caused the damages hereinafter alleged.

5.     Plaintiff is informed, believes and thereon alleges that each Defendant is and was at all times herein mentioned acting as the agent, employee, related entity and/or alter ego of each of the remaining Defendants and at all times acted within the scope and authority of said agency, employment, alter ego and/or other relationship.

6.     At all times herein mentioned, Plaintiff is informed and believes that numerous patients for which it conducted diagnostic independent laboratory testing were insured and being

treated for substance use disorder. Each patient's health insurance contract for which the Plaintiff is informed, believes and thereon alleges were drafted, issued, underwritten and/or administered by Defendants and/or said Defendants' predecessor(s),assignor(s), agent(s), alter ego(s) or related entities, including the DOE Defendants herein. There are 1,277 patients/insureds whose claims are at issue herein who were covered under the Defendants healthcare insurance contracts for the independent laboratory testing performed by Plaintiff. There is a total of 14,127 claims which should have been paid based on the "Allowable Charge" as defined in the healthcare insurance contracts. A detailed schedule of these claims including dates of service, CPT billing code, and other confidential HIPAA protected information corresponding to the patients and claims at issue including patient names, dates of birth and subscriber ID's, will be provided to counsel for Defendants in a confidential private manner immediately upon request. Defendants who wrote, issued and/or administered the health insurance contracts, are in possession of claims and insurance contracts and are familiar with all terms and conditions.

7.     A representative copy of the applicable healthcare insurance contracts for the patients identified herein is attached hereto as Exhibit A, which was provided to Plaintiff by Defendants after numerous requests. The contracts provide coverage for out-of-network independent diagnostic laboratory testing, as reflected in Exhibit B which is a Summary of Benefits and Coverage ("SBC") which shows that out-of-network diagnostic testing is covered with no exceptions or limitations (Exhibit B SBC at page 2). The Affordable Care Act generally requires healthcare insurers to provide SBC's to consumers so they understand a health plan's costs, benefits, covered health care services, and other important features. While the subject insurance contracts were in effect, Plaintiff provided independent diagnostic laboratory toxicology testing to the patients, who were the Defendants' insureds referred to above, and who had insurance coverage applicable to the laboratory testing done by Plaintiff. Plaintiff provided the independent laboratory toxicology testing for the patients based on doctor's orders for the testing which were based upon the doctor's assessment that the testing was appropriate and medically necessary. As to all the claims at issue herein, Cleanquest submitted proper claims for payment under CPT code 80307 in accordance with the terms and conditions of the insurance plans.

8. With regard to the Defendants herein, Plaintiff is an out-of-network provider. An out-of-network provider is one that is not part of the Defendant's preferred network and has not agreed to any terms associated with the operation of the Defendant's business. In addition, the substance use disorder treatment facilities and physicians treating the patients are also out-of-network providers. Plaintiff obtained agreements from each patient which granted a power of attorney to Plaintiff and appointed Plaintiff as the patient's authorized representative, thereby empowering Plaintiff to act on the patient's behalf in all regards, including obtaining and providing documentation, as well as handling claims and appeals under the health insurance plans. Representative redacted versions of the actual designated representative/power of attorney forms are attached hereto in the redacted patient packets attached hereto as Exhibits C through G. Plaintiff is informed, believes and thereon alleges that Defendants adopted the American Society of Addiction Medicine Criteria (ASAM) as their standard for substance use treatment and ancillary services as required by California law SB855. Plaintiff provided covered medically necessary laboratory toxicology testing services according to the recommended standards of ASAM and has performed all conditions, covenants, and promises required to be performed in accordance with the healthcare contracts referred to herein above except, if applicable, those that have been excused, waived or are otherwise inapplicable.

9. Plaintiff has performed 14,127 medically necessary doctor ordered laboratory tests for patients who were insured by Defendants. A handful of those claims were paid directly to plaintiffs. In other instances, Defendants have represented that they made payments directly to the patients although they are now taking the position that the remittance advice is erroneous. In any event, this case involves claims in which the Plaintiff has not been paid for proper claims. Exhibits C through G are document compilations for the patients identified herein in more detail which include claims submitted, Explanations of Benefits, an appeal log, and plan excerpts, as well as the plan information provided by the Defendant. (Unredacted copies of Exhibits C through G will be provided to counsel for Defendants upon request in a confidential manner.) When claims were not paid, Plaintiff submitted proper and timely appeals based on the patient designated representative/power of attorney agreements in accordance with the Defendants applicable procedures. As a representative sample, Exhibits C through G contain appeal logs and letters which

1  show Plaintiff exhausted the internal appeals process of the Defendants. The appeal logs are

2  generated from the Plaintiff's electronic health record system, AdvancedMD, and show the

3  extraordinary efforts Plaintiff performed in providing requested records and appealing denied or

4  wrongfully underpaid claims.

5       10.    Within the past two years, at Orange County, California, the Defendants breached

6  their contractual obligations and/or committed other wrongful acts and omissions by refusing to pay

7  Plaintiff based on the policy provisions, the rate paid on claims which Defendants did pay (which are

8  not at issue in this action), the rate Defendants represented they paid to the patients directly (and

9  later said they did not pay), and/or the reasonable value of the services but instead denied claims

10  paying nothing at all. Plaintiff is informed and believes that the non-payments are not in compliance

11  with Defendants insurance contracts or industry standards. Plaintiff is informed, believes and thereon

12  alleges that Defendants have denied claims based upon specious place of service assertions that are

13  not in compliance with the CMS standards they purport to rely upon. When sending claims to

14  Defendants, Plaintiff used the CMS prescribed place of service code 81 for independent laboratories.

15  Place of service code 81, is universally used, recognized in the laboratory testing industry, and

16  accepted by other major insurance companies, including CMS. Place of service code 81 is the place

17  where the laboratory services are performed or rendered. CMS is the owner of the place of code set

18  that is used by the National Uniform Claims Committee (NUCC), which was created to develop a

19  standardized data set for use by the non-institutional health care community to transmit claim and

20  encounter information to and from all third-party payers. The NUCC is chaired by the American

21  Medical Association (AMA), with the Centers for Medicare and Medicaid Services (CMS) as a

22  critical partner. The committee is a diverse group of knowledgeable health care industry stakeholders

23  representing providers, payers, designated standards maintenance organizations, public health

24  organizations, and vendors.  The NUCC states that 81 is the place of service for tests performed or

25  rendered at an independent clinical laboratory which the Plaintiff is. The Defendants claim, contrary

26  to CMS and NUCC guidelines, they would not pay for the diagnostic testing due to the Defendants

27  internal reimbursement policies which indicate that substance use treatment diagnostic laboratories

28  could not be billed separately by the independent lab that performed the services. Defendants also

claim that Plaintiff should be paid under an inapplicable Medicare Physician Fee Schedule, when as a Clinical Laboratory it is paid pursuant to the Clinical Laboratory Fee Schedule. The MLN Fact Sheet: Clinical Laboratory Fee Schedule confirms that the Clinical Laboratory Fee Schedule is different from the Medicare Physician Fee Schedule, as well as explains that independent laboratories are paid directly by CMS for diagnostic clinical laboratory tests. Plaintiff is informed, believes and thereon alleges that Defendants have committed other wrongful acts and/or omissions which will be subject to proof at the time of trial. As a direct and proximate result of the facts and conduct alleged herein, Plaintiff has been significantly damaged, in an amount to be determined according to proof, by unreimbursed claims, and an unconscionable injury would result to Plaintiff if Defendants are not required to pay based upon the terms and rates of the underlying patient insurance policies, the reasonable value of the services, and/or the payment rate clearly stated in the plan document. Based on their conduct, the Defendants are equitably estopped from denying the agreement/obligation to pay the reasonable value of the services, plan document rate or otherwise correct amount.

**FIRST CAUSE OF ACTION**

**(Breach of written contract- Health Insurance Policy)**

10.    Plaintiff realleges and incorporates herein by reference every allegation contained in paragraphs 1 through 9 as though set forth fully herein.

11.    This cause of action is brought on behalf of the 1,227 insureds/patients who are referred to in paragraph 6 above. Plaintiff is informed and believes that the contracts for the  patients contain the same terms as set forth in Exhibit A. Defendants are in possession of all of the contracts for the 166 patients.

12.    Plaintiff has received powers of attorneys and designated representative agreements from the patients which include the right to assert claims on behalf of the patients and to bring this action on their behalf as the designated representative and attorney in fact of these patients. Exhibits C through G contain representative examples of these agreements. The power of attorney/designated representative agreements provide in part:

*"A.POWER OF ATTORNEY FOR ERISA AND OTHER CLAIMS*

- 6 -

I hereby appoint the Facility and its agents as my true and lawful attorneys-in-fact for the specific purpose of pursuing claims on my behalf against my insurer, employer benefit plan, or third-party administrator related to the services provided to me by the Facility. These claims shall include, but are not limited to:

(1) administrative appeals related to insurance benefits for services provided to me; and

(2) claims brought pursuant to federal law and/or the provisions of ERISA, whether such claims seek benefits, statutory penalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including without limitation claims for breach of fiduciary duty and/or any claims related to the Mental Health Parity and Addiction Equity Act of 2008('Parity Act'); and

(3) claims brought pursuant to any state law, whether such claims seek benefits, statutory penalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including without limitation claims related to bad faith, consumer protection and/or claims under any state law equivalent of the Parity Act.

Furthermore, I instruct the Facility to use whatever funds may be recovered as a result of actions brought on my behalf to reduce or eliminate any debt I may owe to the Facility and any related debt owed by the Facility for expenses incurred whilst seeking full reimbursement from my insurer, employer benefit plan, or third-party administrator.

I appoint the Facility as a true and lawful attorney-in-fact for the limited purpose of receiving, endorsing, and depositing to its account any checks, drafts, or money orders made payable to me for payments due under my health plan for services provided to me by the Facility."

13.     The diagnostic laboratory testing for the patients was ordered by a doctor who determined that the testing was medically necessary. Additionally, when claim forms were submitted for the patients, the industry standard 1500 forms showed in field 27 that the claims had been assigned to Plaintiff. (Please note the dates on the claim forms in the attached exhibits reflect the dates they were reprinted not the date the claim forms were originally submitted). A representative sampling of the claim forms is attached within Exhibits C through G.

14.     Plaintiff's patient assignors were insured under healthcare insurance policies that Plaintiff is informed, believes and thereon alleges were drafted, issued, underwritten and administered by Defendants and/or Defendants' predecessor(s)/assignor(s) who wrote the insurance contracts, are in possession of same and are familiar with its terms and conditions. As alleged herein,

- 7 -

Exhibit A is a representative example of the insurance contract applicable to the claims at issue herein period. To the extent Defendants attempt to circumvent the insurance policy coverages with extra contractual internal reimbursement policies, they run afoul of the express contractual terms which provide in relevant part at page 51 of Exhibit A:

'The Plan is hereby granted discretionary authority to determine, alter and interpret the provisions, language and Benefits set forth in this Contract or the payment of premiums therefor. Any material modifications and/ or amendments to your coverage that affect the content of the Summary of Benefits and Coverage (SBC), other than changes coinciding with the Policy Year renewal date, will be made only upon 60 days' notice to the Member prior to the date on which the modification or amendment will become effective. The Plan may change premiums upon 31 days' notice to the Member prior to the Policy Year renewal, or as permitted by applicable law."

No such notice was provided by Defendants regarding any reduction or elimination of coverage for diagnostic laboratory services. Until the Plaintiff aggressively pursued appeals over a two year period, erroneous remittance advice forms were sent to the Plaintiff indicating that payments were made directly to the patient.

15.    While the subject insurance contracts were in effect, Plaintiff performed independent diagnostic laboratory toxicology testing for its patients/Defendants' insureds which was a covered benefit under the insurance contracts for which Plaintiff made proper claims for benefits by properly and timely submitting claims in accordance with the provisions of the contracts. In field 24B Plaintiff used place of service code 81 which is the appropriate place of service code for an independent testing laboratory per CMS.  CMS is the owner of the place of code set which is used by the National Uniform Claims Committee (NUCC), which was created to develop a standardized data set for use by the non-institutional health care community to transmit claim and encounter information to and from all third-party payers. It is chaired by the American Medical Association (AMA), with the Centers for Medicare and Medicaid Services (CMS) as a critical partner. The Defendants acknowledge the importance of following the guidance of the NUCC and CMS in their reimbursement policies.

16.    Plaintiff has performed all conditions, covenants, and promises required  to be performed in accordance with the terms and conditions of the applicable contracts referred to herein above except, if applicable, those that have been excused, waived and/or rendered futile by

- 8 -

Defendants. In connection with the claims at issue herein, not only did Plaintiff submit timely and proper claims, but Plaintiff also submitted proper and timely appeals of claim denials and/or underpayments to Defendants as alleged herein. The patient packets attached as Exhibits C through G show that the Plaintiff properly submitted claims and exhausted the internal appeal process required by the Defendants.

17.    Within the past year of the original filing date of this action, at Irvine, California, the Defendants breached their contractual obligations under the subject contracts by arbitrarily and capriciously failing to honor Plaintiff's claims under the healthcare insurance plans, by engaging in the conduct alleged herein, by not paying properly submitted claims for covered services, by attempting to deny claims based upon extra contractual internal reimbursement policies that are in conflict with the insurance contracts, sending EOB's stating that claims were paid to patients directly and then claiming that those EOB's were sent in error, by ignoring requests for information, by wrongfully denying appeals, by making inappropriate records requests, by initially denying claims allegedly based on the lack of medical necessity and then changing their position by claiming that the denials were because the diagnostic laboratory testing could not be separately billed, and by other acts which will be shown according to proof.

18.    Exhibits C through G are redacted compilations of the pertinent documents relating to five representative patients. Exhibits C through G show that Plaintiff was designated, authorized and empowered to act on behalf of the patients: that the laboratory tests were determined to be medically necessary and ordered by a doctor, that proper claims were submitted on industry standard health insurance claim forms 1500 approved by the National Uniform Claim Committee (NUCC), and that per the direction of the NUCC, Plaintiff marked box 24 B with the place of service code 81 for independent testing laboratories. Additionally, Exhibits D through H show that the Defendants sent EOB's to the Plaintiff representing that the Defendants made payments directly to the patients (which the Defendants subsequently claim were sent in error); that the Plaintiff submitted proper appeals which were denied by Defendants; that the Defendants initially denied claims on the basis that the diagnostic laboratory tests were not medically necessary but then changed course and took the wrongful position that the tests were not covered separately because the Defendants internal

- 9 -

reimbursement policies (which are in conflict with the contract and SBC documents) don't allow for separate billing even though that is the standard in the industry as reflected in CMS and NUCC documentation and instructions.

## SECOND CAUSE OF ACTION

### (Violation of California Business and Professions Code section 17200)

19.    Plaintiff realleges and incorporates herein by reference every allegation contained in paragraphs 1 through 18, as though fully set forth herein.

20.    Plaintiff submitted proper claims for the covered laboratory services under CPT code 80307; however, the Defendants breached the agreements alleged herein, by way of example and without limitation, engaging in the conduct alleged herein, including but not limited to not paying claims.

21.    As a proximate and direct result of the Defendants' breach of contract and unfair business practices alleged herein, Plaintiff has suffered, and will continue to suffer in the future, damages subject to proof at the time of trial.

22.    Plaintiff provided the medically necessary doctor ordered laboratory toxicology testing services for the patients/ Defendants' insureds identified herein in reasonable reliance upon the representations and conduct of the Defendants, including the insurance contract SBC's and the contracts themselves, and submitted claims to Defendants for those services under CPT code 80307.

23.    Plaintiff provided the laboratory toxicology testing services in reliance on the representations/communications/agreements and reliance that past and continuing course of dealing by Defendants was not gratuitous. Defendants benefited from the Plaintiff's services since the subject plans require Defendants to provide out-of-network options for laboratory testing to insureds under the plans. As a properly licensed independent testing laboratory, Plaintiff helps the Defendants fulfil their obligation to provide adequate out-of-network coverage.

24.    The amounts that Plaintiff billed for the laboratory toxicology testing services were and are the reasonable value of those services and were and are the usual and customary rate for those services. Nevertheless, Defendants have refused to pay based on the reasonable value of the

services and/or insurance contract rate as they represented and agreed. Instead, the Defendants have paid nothing at all for proper claims submitted for covered medically necessary services.

25.    Under the circumstances, the Defendants cannot conscientiously refuse to pay for the patients/Defendants' insureds identified herein and the Defendants should be required to pay the remainder of the reasonable value of the services or plan document rate for the laboratory toxicology testing services provided by Plaintiff to the insureds of Defendants.

26.    At all times relevant herein, California Business and Professions Code section 17200 et seq. was in full force and effect. The Defendants have engaged in a pattern of conduct including, by way of example and without limitation, the acts and omissions alleged herein. This past and continuing conduct is unlawful, unfair and/or fraudulent and constitutes an unfair business practice under California law.

27.    Defendants have used improper and/or inadequate information regarding place of service codes for the claims at issue herein, have acted in bad faith using internal reimbursement policies which are in conflict the insurance contracts/SBC and industry standards,  refused to pay for services in accordance with the terms and conditions of the applicable insurance contracts, engaged in a continuing pattern of conduct to not pay claims, demanded that the Plaintiff use inapplicable place of service coding for the laboratory services, refused to acknowledge valid designated representative/power of attorney agreements, and have refused to provide requested documents, as well as in other regards. The Defendants have also represented that they paid patients directly for the services, which if true would be contrary to custom and practice in the industry which recognized that direct payments to patients is inappropriate and that payments are to be made to providers directly. If, as Defendants claim, it is not true that they made payments directly to patients, then the defendants have and continue to make misrepresentations leading providers to believe that claims have been paid directly to patients. The result is that the Plaintiff in this case, and other providers of laboratory services, are under severe financial risk due to delayed cash flow and decreased profit from operations, and insured substance use disorder patients are potentially exposed to significant financial liability, causing irreparable harm for which Plaintiff does not have an adequate legal remedy. Plaintiff has been and continues to be injured in fact by the conduct of the Defendants and

there is a causal link between the Defendants violation of Business and Professions Code section 17200 alleged herein and the injury in fact and/or restitutionary damages suffered by Plaintiff.

28.    The Defendants continue to engage in the conduct complained of herein that offend established public policy and which is unethical, oppressive, unscrupulous, unlawful, unfair, fraudulent and substantially injurious to the public at large in that, by way of example and without limitation, those battling substance abuse, who walk a fine line between sobriety and relapse, are placed in a position where they are erroneously financially responsible for considerable sums of money for treatment received, and providers of substance use disorder treatment are placed in a position where they may be required to pursue former patients for erroneous payment of substantial funds that were promised to be paid by Defendants. This places former patients at risk of relapse, which ironically will increase the use of the substance use disorder benefit offered by the Defendants and puts toxicology laboratories at financial risk due to underpayments for services provided in good faith. This conduct is particularly egregious because it essentially has the effect of removing out-of-network treatment options for insureds because out-of-network laboratory providers may have to shutter their organizations due to cash flow and profit concerns for services provided in good faith but not reimbursed appropriately. Plaintiff is informed. believes and thereon alleges that this is to Defendants' advantage as the unfair business practice is designed to drive providers in-network through adhesion contracts. Coverage for claims should be driven by the elements of the insurance contract, not arbitrary and capricious reimbursement policies that are not revealed to the patient or the out-of-network provider and are not part of the SBC or insurance contract. This unfair business practice is to the detriment of the many unfortunate people who suffer from substance use disorder as it creates an environment where the patient has no idea if the Defendants will reimburse claims for out-of-network clinical laboratory services. The business practice is designed to minimize the use of out-of-network providers while charging the patient elevated premiums for the ability to seek out-of-network services. These practices are one of the reasons there is a focus on enforcement of the Mental Health Parity and Addiction Equity Act. The Defendants have placed more stringent policies with respect to clinical laboratory drug screens versus diabetic blood sugar screens as an example.

The Defendants' behavior is particularly concerning during the ongoing national substance abuse/opioid crisis.

29.    The Defendants conduct, including misrepresenting the amount it will pay for services in the plan document, paying substantially lower amounts for services than it is obligated to by the plan document, demanding a place of service code different than the testing location recognized by the NUCC and CMS, and ignoring communications and requests for information, is unlawful, unfair, oppressive and constitutes fraud against Plaintiff. It should be noted that Defendants' refusal to recognize the correct place of service code is based on their own internally developed policies. Plaintiff is informed, believes and thereon alleges that Defendants conduct is in violation of California law, including but not limited to California Business and Professions Code section 17200, et. seq., California Health and Safety Code sections 1371.37 and 1371.8, California Insurance Code Sections 790.03 and 796.04, and California's parity laws.

30.    Plaintiff seeks compensation for the damages arising from the conduct and activities of Defendants in violation of Business and Professions Code section 17200 as alleged herein, including but not limited to disgorgement of illegal profits and/or ill-gotten financial gains, and restitutionary damages in an amount according to proof at the time of trial. Plaintiff also requests injunctive relief enjoining Defendants from engaging in the conduct alleged herein and appointment of a receiver over Defendants pursuant to California Business and Professions Code section 17203.

31.    Plaintiff requests injunctive relief since the harm in not granting injunctive relief greatly outweighs any possible harm to Defendants if injunctive relief is granted which prohibits Defendants from engaging in the conduct alleged herein. Because the Defendants have engaged in (and continue to engage in) an unfair, unlawful and fraudulent business practice, Plaintiff is entitled to claim reasonable attorney's fees in an amount to be determined according to proof at the time of trial.

### THIRD CAUSE OF ACTION

### (Breach of Implied Contract)

32.    Plaintiff realleges and incorporates herein by reference every allegation contained in paragraphs 1 through 31, as though fully set forth herein.

33.    Based on the course of dealing and the facts alleged herein above, implied contracts exist between Plaintiff and Defendants whereby Plaintiff would provide laboratory toxicology testing to the insureds of Defendants referred to above and Defendants would pay for the services based on the SBC or reasonable value. Plaintiff has performed all conditions, covenants and promises required to be performed in accordance with the terms and conditions of said contracts/agreements except, if applicable, those that have been excused, waived or are otherwise inapplicable.

34.    Plaintiff submitted proper claims for the laboratory services under CPT code 80307; however, Defendants breached the agreements alleged herein, by way of example and without limitation, engaging in the conduct alleged herein, including but not limited to not paying claims.

35.    As a proximate and direct result of the Defendants' breach of contract, Plaintiff has suffered, and will continue to suffer in the future, damages subject to proof at the time of trial.

## FOURTH CAUSE OF ACTION

### (Quantum Meruit)

36.    Plaintiff realleges and incorporates herein by reference every allegation contained in paragraphs 1 through 35 as though set forth fully herein.

37.    As alleged herein Plaintiff performed laboratory toxicology testing for the insureds/patients whose claims are at issue herein who were insured with Defendants. By virtue of the communications and the course of dealing between Plaintiff and the Defendants, Plaintiff was induced to provide laboratory toxicology testing services.

38.    Plaintiff provided the laboratory toxicology testing services for the patients/insureds identified herein in reasonable reliance upon the representations and conduct of the Defendants and submitted claims to Defendants for those services under CPT code 80307.

39.    Plaintiff provided the laboratory toxicology testing services with reliance on the representations/communications/agreements and on reliance that the past and continuing course of dealing by Defendants was not gratuitous.

- 14 -

40.    The amounts that Plaintiff billed for the laboratory toxicology testing services were, and are. the reasonable value of those services and  the UCR rate for those services. Nevertheless, Defendants have refused to pay for the doctor ordered medically necessary services.

41.    Under the circumstances, Defendants cannot conscientiously refuse to pay the balance due for the patients/insureds identified herein and Defendants should be required to pay the reasonable value of the diagnostic independent laboratory toxicology testing services provided by Plaintiff to the insureds of Defendants.

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

1.    For contract, general, special, restitutionary and compensatory damages per proof.

2.    For prejudgment interest at the legal rate on amounts of benefits wrongfully withheld.

3.    For reasonable expenses incurred, including attorney's fees and other costs, per proof.

4.    For repossessing of claims and/or other equitable and injunctive relief as the court may deem appropriate under the circumstances.

5.    For such other and further relief as the Court may deem just and proper.

Dated:  May 1, 2025                    LAW OFFICE OF JOHN W. TOWER

By: _____
        JOHN W. TOWER
        Attorney for Plaintiff
        CLEANQUEST, LLC

JURY DEMAND

Plaintiff hereby demands a jury for all issues properly giving rise to the right to trial by jury.

Dated:  May 1, 2025                    LAW OFFICE OF JOHN W. TOWER

By: _____
        JOHN W. TOWER
        Attorney for Plaintiff
        CLEANQUEST, LLC

Complaint – CLEANQUEST v. BLUE CROSS AND BLUE SHIELD OF OKLAHOMA et al

# EXHIBIT A

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905



# BlueCross BlueShield
## of Oklahoma

## 1400 South Boston · P. O. Box 3283 · Tulsa, OK 74102-3283

# INDIVIDUAL PPO CONTRACT

## COMPREHENSIVE HEALTH CARE SERVICES BENEFITS

YOU, THE MEMBER, HAVE THE RIGHT TO RETURN THIS CONTRACT FOR ANY REASON WITHIN 10 DAYS OF ITS DELIVERY AND HAVE ANY PAID PREMIUMS REFUNDED. If we do not return your premiums within 30 days from the date of cancellation, we must pay you interest on the proceeds. The interest we pay will be the same rate of interest as the average United States Treasury Bill rate of the preceding Calendar Year, as certified to the State Insurance Commissioner by the State Treasurer on the first regular business day in January of each year, plus two percentage points which shall accrue from the date of cancellation until the premiums are returned. In such event, the Contract shall be deemed to have been cancelled on the date the Contract was placed in the United States mail in a properly addressed, postpaid envelope; or if not so posted, on the date of delivery of such Contract to us. **If you return the Contract, we will have no liability for any health care or service which you have received.**

THIS IS YOUR CONTRACT OF HEALTH CARE AND SERVICES BENEFITS PROVIDED TO YOU BY BLUE CROSS AND BLUE SHIELD OF OKLAHOMA. PLEASE READ IT NOW, AS IT IS VALUABLE IN ASSISTING YOU TO FULLY UNDERSTAND YOUR BENEFITS.

In this Contract, "we", "us", "our" and the "Plan" mean Blue Cross and Blue Shield of Oklahoma. Covered Persons are called "Subscribers", "you", or "your".

You are eligible for coverage under this Contract if you are a Member, as defined. Your Dependents, as defined, are also eligible provided you are covered.

Any reference to "applicable law" will include applicable laws and rules, including but not limited to statutes, ordinances, and administrative decisions and regulations.

Coverage under this Contract will continue in force at the option of you, the Member. However, the Plan may non-renew or discontinue coverage for you and your Dependents for the following reasons:

- Non-payment of premiums;
- Fraud or intentional misrepresentation of a material fact;
- Termination of the particular type of coverage, or all coverage, in the individual market; or
- You and your Dependents no longer live, reside, or work in the "Network Service Area".

> **WARNING: ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKES ANY CLAIM FOR THE PROCEEDS OF AN INSURANCE POLICY CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY.**

Blue Cross and Blue Shield of Oklahoma, a Division of Health Care Service Corporation,
a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association
®Registered Marks Blue Cross and Blue Shield Association

OK-IN-PPO-2023

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

THIS CONTRACT MAY NOT BE CANCELLED BY YOU OR THE PLAN DURING A COVERAGE PERIOD, EXCEPT FOR NON-PAYMENT OF PREMIUMS, OR FOR FRAUD OR INTENTIONAL MISREPRESENTATION OF A MATERIAL FACT MADE IN ANY STATEMENT, APPLICATION, CLAIM OR OTHER FORM SUBMITTED TO OBTAIN THIS CONTRACT OR ANY OF ITS BENEFITS.

THE COVERAGE PERIOD IS THE PERIOD OF TIME COVERED BY YOUR MEMBER BILLING NOTICE, WHICH WAS ESTABLISHED AT THE BEGINNING OF YOUR FIRST COVERAGE PERIOD UNDER THIS CONTRACT.

You should carry your Identification Card with you at all times. Present your card to the Hospital, Physician, Pharmacy, or other Provider of health care when applying for admission or services.

Keep your health care protection. Please notify the Plan of any change in your address. You should also notify the Plan immediately if you become eligible to enroll for group health coverage.

If you move to an area serviced by another Blue Cross and Blue Shield Plan, you may transfer to the Blue Cross and Blue Shield Plan serving that area. Your coverage may be different from the coverage provided by this Contract.

Upon change of your marital status, either by marriage or divorce, the Plan must receive your written notification within 60 days. Upon your death, a surviving Subscriber should provide written notification to the Plan within 60 days in order that his/her membership rights may be continued.

In corresponding with the Plan, always refer to your identification number which appears on your Identification Card.

GENERAL: In consideration of the membership application and payment of premiums by the Member covered hereunder, Blue Cross and Blue Shield of Oklahoma (the Plan) agrees to make available to the Member, and any eligible Subscriber hereunder, a prepaid program of health care Benefits, subject to and administered in accordance with this Contract. The whole Contract herein consists of the membership application, the Identification Card and this Contract, including any provisions which may be added by Amendment or Endorsement. Changes in state or federal law or regulations or interpretations thereof may change the terms and conditions of coverage.

The issuance of this Contract to you certifies that the Plan has accepted your application and that you, the Member named in the Identification Card, and your Dependents, if any, listed in your application or any supplemental application, along with any exhibits, appendices, addenda and/or other required information accepted by the Plan, as appropriate, are entitled to the Benefits set forth in this Contract.

THIS CONTRACT SETS FORTH A PROGRAM OF COMPREHENSIVE HEALTH CARE BENEFITS FOR INDIVIDUALS WHO HAVE MET THE PLAN'S ELIGIBILITY REQUIREMENTS FOR COVERAGE. THE BENEFITS DESCRIBED IN THIS CONTRACT WILL BE PROVIDED TO YOU OR IN YOUR BEHALF. IF YOU WERE A MEMBER OF THE PLAN ON THE DAY BEFORE THIS CONTRACT BECAME EFFECTIVE, YOUR COVERAGE WILL BE CONTINUOUS.


[Signature]

[President of] Blue Cross and Blue Shield of Oklahoma

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## *Table of Contents*

*[Introduction]* ...................................................................................................................*1*

*Important Information* ......................................................................................................*2*

*Eligibility, Enrollment, Changes & Termination* .........................................................*13*

*Comprehensive Health Care Services* ...........................................................................*19*

*Outpatient Prescription Drugs and Related Services* ...................................................*38*

*Exclusions* .......................................................................................................................*47*

*General Provisions* .........................................................................................................*51*

*Subscriber Rights and Responsibilities* .........................................................................*63*

*Claims Filing Procedures* ...............................................................................................*64*

*Complaint/Appeal Procedure* .........................................................................................*66*

*Definitions* .......................................................................................................................*72*

*Pediatric Vision Care Addendum*

*Notice(s)*

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

# *[Introduction]*

[Your HSA coverage is designed to be a 'high deductible health plan" as described in the Internal Revenue Code (IRC) provisions governing Health Savings Accounts (HSAs). If you are eligible for the tax treatment of Health Savings Account (HSA) contributions and distributions (in accordance with IRC regulations), you may elect to establish and maintain as HSA to cover "qualified medical expenses" not covered under this Certificate.

[If you elect to take full advantage of the HSA program, you will need to establish a Health Savings Account (HSA) at a bank, insurance company or other entity specifically approved by the Internal Revenue Service (IRS) as an HSA trustee.] When you enroll under this HSA program, you will be given information [to help you establish a Health Savings Account]. [[You may choose any financial institution you wish to establish your HSA. ]Please read your account agreement information carefully to be advised of eligibility and other HSA requirements.] Funds in the HSA may be used to help pay your Deductible, Coinsurance or other qualified medical expenses not covered under your HSA coverage.

To be eligible to establish and maintain a Health Savings Account, you must meet the requirements in the regulations established by the Internal Revenue Service. In order to participate in a Health Savings Account:

You cannot be claimed as a dependent under another person's income tax return; and

You cannot be covered by a health plan, other than a qualifying high deductible health plan, which provides any of the same benefits as this HSA plan.

To qualify under the IRC, your coverage must impose a specified minimum annual Deductible and a maximum Out-of-Pocket Limit. These amounts may be adjusted by the United States Treasury and the Internal Revenue Service to reflect cost-of-living increases. If these cost-of-living adjustments result in a change to your Deductible or Out-of-Pocket Limit under this coverage, you will receive written notice from the Plan.

You are solely responsible for making sure your HSA arrangement complies with the Internal Revenue Code. Blue Cross and Blue Shield of Oklahoma assumes no responsibility or liability in the event the Internal Revenue Service or any other regulatory or enforcement agency finds that you have failed to comply with these requirements.

Keep in mind that Health Savings Accounts and high deductible health plans are subject to rules set out in the IRC and Internal Revenue Service regulations, and can be affected by changes in the IRC and regulations and by any regulatory or judicial interpretations. You are strongly encouraged to seek the advice of a qualified tax counselor before establishing and using an HSA, and to help resolve any questions you might have about the appropriate use of the account after it is established.]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

# *Important Information*

*PLEASE READ THIS SECTION CAREFULLY!* It explains the role the Blue Cross and Blue Shield of Oklahoma Provider networks play in your health care coverage. It also explains important cost containment features in your health care coverage. Together, these features allow you to receive quality health care in cost-effective settings, while helping you experience lower out-of-pocket expenses.

By becoming familiar with your coverage, you will be assured of receiving the maximum Benefits possible whenever you need to use your health care services.

## YOUR PARTICIPATING PROVIDER NETWORK

Your coverage is a Preferred Provider Organization (PPO) plan that offers a wide selection of network doctors and Hospitals. Blue Cross and Blue Shield of Oklahoma has negotiated special agreements with Hospitals, Outpatient facilities, doctors and other health care Providers from many specialties. These participating health care professionals work with Blue Cross and Blue Shield of Oklahoma to help keep down the cost of health care. Although you are free to choose any health care Provider for your services, your coverage will provide the highest level of Benefits if you use a [Blue Preferred] Network Provider whenever possible.

**[Blue Preferred] Network Providers are not employees, agents or other legal representatives of Blue Cross and Blue Shield of Oklahoma.**

## HOW YOUR COVERAGE WORKS

Your coverage is designed to give Subscribers some control over the cost of their own health care. Subscribers continue to have complete freedom of choice in their Provider selection. However, this coverage offers considerable financial advantages to Subscribers who choose to use a [Blue Preferred] Network Provider.

Your coverage operates around a group of Hospitals, Physicians and other Providers who have agreed to charge no more than a reasonable, predetermined fee for their services. When Subscribers use these [Blue Preferred] Network Providers, they will have less out-of-pocket expense.

**In contrast, when care is received from a Provider who is not a [Blue Preferred] Network Provider, *higher* Deductibles, Copayments and/or Coinsurance amounts and out-of-network Prior Authorization requirements may apply to your coverage. Refer to the *Schedule of Benefits* in the front of this Contract for additional details regarding your Benefits.**

Through other network contracts with Blue Cross and Blue Shield of Oklahoma, many Oklahoma Hospitals, Physicians, and other Providers outside your network have also agreed to work together to help hold the line on health care cost increases. Although your Benefits will be reduced when you do not use [Blue Preferred] Network Providers, using another contracting Provider offers some of the same advantages available to you within your Provider network:

- The Provider will file your claims for you (just as a [Blue Preferred] Network Provider would do).

- Payment for Covered Services will be sent directly to the Provider.

- These Providers have agreed to charge Plan Subscribers no more than a "Maximum Reimbursement Allowance" for Covered Services. If your Provider charges more than our Allowable Charge for Covered Services, you are not responsible for the difference. **However, you will be responsible for the difference, if any, between the contracting Provider's Allowable Charge and the "Allowable Charge" which a [Blue Preferred] Network Provider would have accepted for the same services.**

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

**Important:** Keep in mind that all Covered Services (including ancillary services such as x-ray and laboratory services, anesthesia, etc.) must be performed by a Network or BlueCard Provider in order to receive the highest level of Benefits under this Contract. If your Physician prescribes these services, request that he/she refer you to a Network or BlueCard Provider whenever possible.

If Benefits are provided at a participating Hospital, at a participating Surgery center or other participating treatment center, any Benefits provided by a non-participating anesthesiologist (including a certified registered nurse anesthetist), pathologist, radiologist, or emergency room Physician, assistant surgeon (if the primary surgeon is a [Blue Preferred] Network Provider) or other hospital-based Physician, the Subscriber will incur no greater out-of-pocket costs than would have been incurred if the Benefits were provided by a [Blue Preferred] Network Provider, except that the non-participating provider may bill the Subscriber for the difference between payment by the Plan and the Provider charges plus in-network Deductible, Coinsurance and/or Copayment. Please call Customer Service if you have any questions about the Benefits described in this paragraph or how your claims have been processed.

## SELECTING A PROVIDER

A listing of Oklahoma [Blue Preferred] Network Providers is available on-line through the Blue Cross and Blue Shield of Oklahoma Web site at [www.bcbsok.com]. You may also call a Customer Service Representative for assistance in locating a [Blue Preferred] Network Provider. Simply call the toll-free number shown on your Identification Card.

Remember that you receive the highest level of Benefits under this Contract when you use a [Blue Preferred] Network Provider.

## THE BLUECARD® PROGRAM

As a Blue Cross and Blue Shield Plan Member, you enjoy the convenience of carrying your Identification Card – The BlueCard. The BlueCard Program allows you to use a Blue Cross and Blue Shield Physician or Hospital outside the state of Oklahoma and to receive the advantages of [Blue Preferred] Network Provider Benefits and savings.

- **Finding a PPO Physician or Hospital**
  When you are outside of Oklahoma and you need to find information about a Blue Cross and Blue Shield Physician or Hospital, just call the BlueCard Doctor and Hospital Information Line at 1-800-810-BLUE (2583), or you may refer to the BlueCard Doctor and Hospital Finder at [http://www.bluecares.com]. We will help you locate the nearest Network Physician or Hospital. *Remember, you are responsible for receiving Prior Authorization, if applicable, from Blue Cross and Blue Shield of Oklahoma.* As always, in case of an emergency, you should seek immediate care from the closest health care Provider.

- **Available Care Coast to Coast**
  Show your Identification Card to any Blue Cross and Blue Shield Physician or Hospital across the USA. The Physicians and Hospitals can verify your membership eligibility and coverage with Blue Cross and Blue Shield of Oklahoma and submit your claims.

- **Remember to Always Carry the BlueCard**
  Make sure you always carry your Identification Card –The BlueCard. And be sure to use Blue Cross and Blue Shield Physicians and Hospitals whenever you are outside the state of Oklahoma and need health care.

**Some local variations in Benefits do apply.** If you need more information, call Blue Cross and Blue Shield of Oklahoma today.

**NOTE:  Blue Cross and Blue Shield of Oklahoma may postpone application of any Deductible, Copayment and/or Coinsurance amounts whenever it is necessary so that we may obtain a Provider discount for you on Covered Services you receive outside the state of Oklahoma.**

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C, § 1905

### HOW THE BLUECARD PROGRAM WORKS

✓ You are outside the state of Oklahoma and need health care.
✓ Call 1-800-810-BLUE (2583) for information on the nearest PPO Physicians and Hospitals, or visit the BlueCard Web site at [http://www.bluecares.com].
✓ You are responsible for Prior Authorization, if applicable, from Blue Cross and Blue Shield of Oklahoma.
✓ Visit the PPO Physician or Hospital and present your Identification Card.
✓ The Physician or Hospital verifies your membership and coverage information.
✓ After you receive medical attention, your claim is electronically routed to Blue Cross and Blue Shield of Oklahoma, which processes it and sends you a detailed Explanation of Benefits. You are only responsible for meeting your Deductibles, Copayments and/or Coinsurance payments, if any.
✓ All PPO Physicians and Hospitals are paid directly.

## YOUR PRESCRIPTION DRUG PROGRAM

To receive the highest level of Benefits, always have your prescriptions filled by a Preferred Participating Pharmacy.

Blue Cross and Blue Shield of Oklahoma has contracted with a network of Participating Pharmacies to help control the increasing costs of Prescription Drugs. When you present your Identification Card to your Participating Pharmacy, your claim will be processed electronically. The Pharmacy will then be reimbursed directly by the Plan for the balance of the Allowable Charge.

### HOW YOUR PRESCRIPTION DRUG PROGRAM WORKS

✓ Show your Blue Cross and Blue Shield of Oklahoma Identification Card to your Pharmacy.
✓ If you choose a Participating Pharmacy, you pay any Deductible, Copayment and/or Coinsurance amounts and your claims are filed automatically!
✓ If your Pharmacy is not a Participating Pharmacy, you will have to file your own claim.
✓ **Claims for Prescription Drugs purchased from a Preferred Participating Pharmacy are processed at the highest level of Benefits.**

NOTE: Prescription Drugs must be listed on the Drug List to be covered under this Contract, unless coverage is specifically provided elsewhere in this Contract and/or is required by applicable law or regulation. Please refer to the Plan's Web site at [www.bcbsok.com] for a list of Covered Drugs.

**REMEMBER** — Using Participating Pharmacies can save you time and money. If you have any questions about your Prescription Drug coverage, please call a Customer Service Representative at the number shown on your Identification Card.

If you find it necessary to purchase your prescriptions from an Out-of-Network Pharmacy, or if you do not have your Identification Card with you when you purchase your prescriptions, it will be your responsibility to pay the full cost of the Prescription Drugs and to submit a claim form (with your itemized receipt) to receive any Benefits available under this Contract.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## UTILIZATION MANAGEMENT

Utilization management may be referred to as Medical Necessity reviews, utilization review (UR) or medical management reviews. A Medical Necessity reviews for a procedure/service, Inpatient admission and length of stay is based on BCBSOK Medical Policy and/or level of care review criteria. Medical Necessity reviews may occur prior to services rendered, during the course of care, or after care has been completed for a Post-Service Medical Necessity Review. Some services may require a Prior Authorization before the start of services, while other services will be subject to a concurrent or Post-Service Medical Necessity review. If requested, services normally subject to a Post Service Medical Necessity review may be reviewed for Medical Necessity prior to the service through a Recommended Clinical Review as defined below.

Refer to the definition of Medically Necessary in the *Definitions* section of this Certificate for additional information regarding any limitations and/or special conditions pertaining to your Benefits.

You may incur a benefit reduction if you fail to obtain Prior Authorization for these Covered Services. The Covered Services and Prior Authorization rules that impact them are described in the provision entitled *"Failure to Obtain Prior Authorization."*

### PRIOR AUTHORIZATION

Prior Authorization establishes in advance the Medical Necessity or Experimental/Investigational nature of certain care and services covered under this Plan. It ensures that the care and services described below for which you have obtained Prior Authorization will not be denied on the basis of Medical Necessity or Experimental/Investigational.

**If Prior Authorization is required, the review is not a guarantee of Benefits. Actual availability of Benefits is subject to eligibility and the other terms, conditions, limitations and exclusions of this Certificate. BCBSOK recommends you confirm with your Provider if Prior Authorization has been obtained.**

### PRIOR AUTHORIZATION RESPONSIBILITY

### PARTICIPATING PROVIDER (IN-NETWORK) PRIOR AUTHORIZATION

Your Network Provider is responsible for obtaining Prior Authorization in those circumstances where authorization may be required.

For additional information about Prior Authorization for services outside of our service area, see the section entitled, "The BlueCard® Program" in *General Provisions*.

**Note:** Providers that contract with other Blue Cross and Blue Shield Plans are not familiar with the Prior Authorization requirements of BCBSOK. Unless a Provider contracts directly with BCBSOK as a Participating Provider, the Provider is not responsible for being aware of this Plan's Prior Authorization requirements.

### NON-PARTICIPATING PROVIDER (OUT-OF-NETWORK) PRIOR AUTHORIZATION

If any Provider outside of Oklahoma (except for those contracting as Network Providers directly with BCBSOK) or any Out-of-Network Provider recommends an Admission or a service that requires Prior Authorization, the Provider is not obligated to obtain the Prior Authorization for you. In such cases, it is your responsibility to ensure that Prior Authorization is obtained. If authorization is not obtained before services are received, you may be entirely responsible for the charges if determined to not be Medically Necessary. If the service is determined to be Medically Necessary, Out-of-Network Benefits will apply. The Provider may call on your behalf, but it is your responsibility to ensure that the Plan is called.

To determine if a specific service or category requires Prior Authorization, visit our website at [www.bcbsok.com/find-care/where-you-go-matters/utilization-management.com] for the required Prior Authorization list, which is updated when new services are added or when services are removed. You can also call BCBSOK Customer Service at the toll-free telephone number on the back of your Identification Card.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

**INPATIENT ADMISSIONS**

Your Provider may need to obtain Prior Authorization from the Plan for an Inpatient admission, if Inpatient admissions are identified as needing a Prior Authorization. In the case of an elective Inpatient admission, if services require an authorization, it is recommended that the call for Prior Authorization should be made at least two working days before you are admitted unless it would delay Emergency Care. In an emergency, it is recommended that Prior Authorization should take place within two working days after admission, or as soon thereafter as reasonably possible.

Your Network Provider is required to obtain Prior Authorization for any Inpatient admissions that may require Prior Authorization.

If the Physician or Provider of services is not a Network Provider then you, your Physician, Provider of services, or an authorized representative should obtain Prior Authorization by the Plan by calling one of the toll-free numbers shown on the back of your Identification Card. The call should be made between 7:00 a.m. and 6:00 p.m., Central Time, on business days. After business hours or on weekends, please call the toll-free number listed on the back of your Identification Card. Your call will be recorded and returned the next business day. A benefits management nurse will follow up with your Provider's office. All timelines for Prior Authorization requirements are provided in keeping with applicable state and federal regulations.

[In-Network Benefits will be available if you use a Network Provider[ or Network Specialty Care Provider].[ If you elect to use Out-of-Network Providers for services and supplies available In-Network, Out-of-Network Benefits will be paid.]

[However, if care is not reasonably available from Network Providers as defined by applicable law, and BCBSOK authorizes your visit to an Out-of-Network Provider to be covered at the In-Network Benefit level **prior to the visit,** In-Network Benefits will be paid; otherwise, Out-of-Network Benefits will be paid.]

When Prior Authorization of an Inpatient admission is obtained, a length-of-stay is assigned. Your Provider may seek an extension for the additional days if you require a longer stay. Benefits will not be available for room and board charges for medically unnecessary days. For more information regarding lengths of stay, refer to the **Length of Stay/Service Review** subsection.

For Behavioral Health Inpatient Hospital Admissions review, please see **Contacting Behavioral Health** Section below.

**Prior Authorization not Required for Maternity Care and Treatment of Breast Cancer Unless Extension of Minimum Length of Stay Requested**

Your Plan is required to provide a minimum length of stay in a Hospital facility for the following:

- Maternity Care
  - 48 hours following an uncomplicated vaginal delivery
  - 96 hours following an uncomplicated delivery by caesarean section
- Treatment of Breast Cancer
  - 48 hours following a mastectomy
  - 24 hours following a lymph node dissection

You or your Provider will not be required to obtain Prior Authorization from BCBSOK for a length of stay less than 48 hours (or 96 hours) for Maternity Care or less than 48 hours (or 24 hours) for Treatment of Breast Cancer. If you require a longer stay, you, your authorized representative, or your Provider must seek an extension for the additional days by obtaining Prior Authorization from BCBSOK.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## OUTPATIENT SERVICE REVIEW

**If Prior Authorization is required, the review is not a guarantee of Benefits. Actual availability of Benefits is subject to eligibility and the other terms, conditions, limitations and exclusions of this Certificate. BCBSOK recommends you confirm with your Provider if Prior Authorization has been obtained.**

There may be general categories of covered services that require Prior Authorization.

To determine if a specific service or category requires Prior Authorization, visit our website at [www.bcbsok.com/find-care/where-you-go-matters/utilization-management.com] for the required Prior Authorization list, which is updated when new services are added or when services are removed. You can also call Customer Service at the toll-free telephone number on the back of your Identification Card.

For Behavioral Health Outpatient Service review, please see **Contacting Behavioral Health** Section below.

- **Failure to Obtain Prior Authorization**

  **If neither you nor your Provider obtain Prior Authorization for Out-of-Network Inpatient services, your coverage will be subject to a $500 reduction in Benefits.** If, upon receipt of a claim, it is determined that any services you received were not Medically Necessary or were Experimental, Investigational and/or Unproven, it may be your responsibility to pay the full cost of the services received.

  To determine if a specific service or category requires Prior Authorization, visit our website at [www.bcbsok.com/find-care/where-you-go-matters/utilization-management.com] for the required Prior Authorization list, which is updated when new services are added or when services are removed. You can also call Customer Service at the toll-free telephone number on the back of your Identification Card.

- **Response to Prior Authorization Requests**

  The Plan will provide a written response to your Prior Authorization request no later than 15 days following the date we receive your request. This period may be extended one time for up to 15 additional days, if we determine that additional time is necessary due to matters beyond our control.

  If the Plan determines that additional time is necessary, we will notify you in writing, prior to the expiration of the original 15-day period, that the extension is necessary, along with an explanation of the circumstances requiring the extension of time and the date by which the Plan expects to make the determination.

  If an extension of time is necessary due to our need for additional information, we will notify you of the specific information needed, and you will have 45 days from receipt of the notice to provide the additional information. We will provide a written response to your request for *Prior Authorization* within 15 days following receipt of the additional information.

  The procedure for appealing an adverse Prior Authorization determination is set forth in the section entitled, *Complaint/Appeal Procedure.*

- **Response to Prior Authorization Requests Involving Urgent Care**

  A *"Prior Authorization Request Involving Urgent Care"* is any request for Medical Care or treatment with respect to which the 15-day review period set forth above:

  - could seriously jeopardize the life or health of the Subscriber or the ability of the Subscriber to regain maximum function; or

  - in the opinion of a Physician with knowledge of the Subscriber's medical condition, would subject the Subscriber to severe pain that cannot be adequately managed without the care or treatment that is the subject of the Prior Authorization request.

  The Plan will respond to you no later than 72 hours after receipt of the request, unless you fail to provide sufficient information, in which case, you will be notified of the missing information within 24 hours and will have no less than 48 hours to provide the information. A Benefit determination will be made as soon as possible (taking into account medical exigencies) but no later than 72 hours after the initial request, or within 48 hours after the missing information is received (if the initial request is incomplete).

[7]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

The Plan's response to your *"Prior Authorization Request Involving Urgent Care"*, including an adverse determination, if applicable, may be issued orally. A written notice will also be provided within three days following the oral notification.

## LENGTH OF STAY/SERVICE REVIEW

**Length of stay/service review is not a guarantee of Benefits. Actual availability of Benefits is subject to eligibility and the other terms, conditions, limitations and exclusions under this Certificate.**

Upon completion of the Prior Authorization Process for Inpatient Services or the Prior Authorization Requests Involving Emergency Care review, Blue Cross and Blue Shield will send a letter to you, your Physician, Behavioral Health Practitioner and/or Hospital or facility with a determination on the approved length of service or length of stay.

An extension of the length of stay/service will be based solely on whether continued Inpatient care or other health care service is Medically Necessary. If the extension is determined not to be Medically Necessary, the coverage for the length of stay/service will not be extended, except as otherwise described in the *Complaint/Appeal Procedure* section under this Certificate.

A length of stay/service review, also known as a concurrent Medical Necessity review, is when you, your Provider, or other authorized representative may submit a request to the Plan for continued services. If you, your Provider or authorized representative requests to extend care beyond the approved time limit and it is a request involving urgent care or an ongoing course of treatment, the Plan will make a determination within 72 hours of receipt of the request.

## RECOMMENDED CLINICAL REVIEW

Some services that do not require Prior Authorization may be subject to review for evidence of medical necessity for coverage determinations that may occur prior to services rendered, during the course of care or after care has been completed for a Post-Service Medical Necessity Review.

A Recommended Clinical Review is a Medical Necessity review for a Covered Service that occurs before services are completed and helps limit the situations where you have to pay for a non-approved service. BCBSOK will review the request to determine if it meets approved BCBSOK medical policy and/or level of care review criteria for medical and behavioral health services. Once a decision has been made on the services reviewed as part of the Recommended Clinical Review process, they will not be reviewed for Medical Necessity again on a retrospective basis. Submitted services (subject to Medical Necessity review) not included as part of Recommended Clinical Review may be reviewed retrospectively.

To determine if a Recommended Clinical Review is available for a specific service, visit our website at [www.bcbsok.com/find-care/where-you-go-matters/utilization-management.com] for the Required Prior Authorization and Recommended Clinical Review list, which is updated when new services are added or when services are removed. You can also call Customer Service at the number on the back of your Identification Card.

**Recommended Clinical Review is not a guarantee of Benefits. Actual availability of Benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions under this Certificate. Please coordinate with your Provider to submit a written request for Recommended Clinical Review.**

## CONTACTING BEHAVIORAL HEALTH

You, your Physician or Provider of services or your authorized representative may contact the Plan for a Prior Authorization or Recommended Clinical Review by calling the toll-free number shown on the back of your Identification Card and following the prompts to the Behavioral Health Unit. During regular business hours (8:00 a.m. and 6:00 p.m., Central Time, on business days), the caller will be routed to the appropriate behavioral health clinical team for review. Outpatient requests should be requested during regular business hours. After 6:00 PM, on weekends, and on holidays, the same behavioral health line is answered by clinicians available for Inpatient acute Inpatient reviews only. Requests for residential or Partial Hospitalization are reviewed during regular business hours.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

**General Provisions Applicable to All Recommended Clinical Review**

**1. No Guarantee of Payment**

A Recommended Clinical Review is not a guarantee of Benefits or payment of Benefits by the Plan. Actual availability of Benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of this Plan. Even if the service has been approved on Recommended Clinical Review, coverage or payment can be affected for a variety of reasons. For example, the Member may have become ineligible as of the date of service or the Member's Benefits may have changed as of the date of service.

**2. Request for Additional Information**

The Recommended Clinical Review process may require additional documentation from the Member's health care provider or pharmacist. In addition to the written request for Recommended Clinical Review, the health care Provider or pharmacist may be required to include pertinent documentation explaining the proposed services, the functional aspects of the treatment, the projected outcome, treatment plan and any other supporting documentation, study models, prescription, itemized repair and replacement cost statements, photographs, x-rays, etc., as may be requested by the Plan to make a determination of coverage pursuant to the terms and conditions of this Plan.

## POST-SERVICE MEDICAL NECESSITY REVIEW

A Post-Service Medical Necessity Review, sometimes referred to as a retrospective review or post-service claims request, is the process of determining coverage after treatment has been provided and is based on Medical Necessity guidelines. A Post-Service Medical Necessity Review confirms Member eligibility, availability of Benefits at the time of service, and reviews necessary clinical documentation to ensure service was Medically Necessary. Providers should submit appropriate documentation at the time of a Post-Service Medical Necessity Review request. A Post-Service Medical Necessity Review may be performed when Prior Authorization or Recommended Clinical Review was not obtained prior to services being rendered.

**General Provisions Applicable to All Post-Service Medical Necessity Reviews**

**1. No Guarantee of Payment**

A Post-Service Medical Necessity Review is not a guarantee of Benefits. Actual availability of Benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of this Certificate. Post-Service Medical Necessity Review does not guarantee payment of Benefits by the Plan, for instance a Member may become ineligible as of the date of service or the Member's Benefits may have changed as of the date of service.

**2. Request for Additional Information**

The Post-Service Medical Necessity Review process may require additional documentation from the Member's health care Provider or pharmacist. In addition to the written request for Post-Service Medical Necessity Review, the health care Provider or pharmacist may be required to include pertinent documentation explaining the services rendered, the functional aspects of the treatment, the projected outcome, treatment plan and any other supporting documentation, study models, prescription, itemized repair and replacement cost statements, photographs, x-rays, etc., as may be requested by the Plan to make a determination of coverage pursuant to the terms and conditions of this Certificate.

### ALLOWABLE CHARGE

To take full advantage of the negotiated pricing arrangements in effect between Blue Cross and Blue Shield of Oklahoma and our [Blue Preferred] Network Providers, it is imperative that you use [Blue Preferred] Network Providers in Oklahoma and BlueCard Providers whenever you are out of state. Using a [Blue Preferred] Network Provider offers you the following advantages:

- Network and BlueCard Providers have agreed to hold the line on health care costs by providing special prices for our Subscribers. These Providers will accept this negotiated price (called the **"Allowable Charge"**) as payment for Covered Services. This means that, if a [Blue Preferred] Network Provider bills you more than the Allowable Charge for Covered Services, *you are not responsible for the difference.*

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- The Plan will calculate your Benefits based on this "Allowable Charge". We will deduct any charges for services which are not eligible under your coverage, then subtract any Deductibles, Copayments and/or Coinsurance amounts which may be applicable to your Covered Services. We will then determine your Benefits under this Contract, and direct any payment to your [Blue Preferred] Network Provider.

---

**REMEMBER ...**

**You receive the maximum Benefits allowed whenever you utilize the services of an Oklahoma [Blue Preferred] Network Provider or a BlueCard Provider outside the state of Oklahoma.**

---

**The following method will be used for determining the Allowable Charge for Providers who do not have a Participating Provider agreement with the Plan (Non-Contracting Providers):**

- **The Allowable Charge for Non-Contracting Providers for Covered Services will be the lesser of:**

  1. the Provider's billed charges; or

  2. the Plan's Non-Contracting Allowable Charge.

  The Non-Contracting Allowable Charge is developed from base Medicare reimbursements, excluding any Medicare adjustments using information on the claim, and adjusted by a predetermined factor established by the Plan. Such factor will not be less than 60% of the base Medicare reimbursement rate. However, in no event will the reimbursement exceed 90% of the lowest amount the Plan would have paid a [Blue Preferred] Network Provider for the same services.

  For services for which a Medicare reimbursement rate is not available, the Allowable Charge for Non-Contracting Providers will represent an average contract rate for [Blue Preferred] Network Providers adjusted by a predetermined factor established by the Plan and updated on a periodic basis. Such factor shall not be less than 90% of the average contract rate. Blue Cross and Blue Shield of Oklahoma will utilize the same claim processing rules and/or edits that it utilizes in processing Participating Provider claims for processing claims submitted by Non-Contracting Providers which may also alter the Allowable Charge for a particular service. In the event the Plan does not have any claim edits or rules, the Plan may utilize the Medicare claim rules or edits that are used by Medicare in processing the claims. The Allowable Charge will not include any additional payments that may be permitted under the Medicare laws or regulations which are not directly attributable to a specific claim, including but not limited to, disproportionate share and graduate medical education payments.

  Any change to the Medicare reimbursement amount will be implemented by the Plan within 145 days after the effective date that such change is implemented by the Centers for Medicaid and Medicare Services, or its successor.

  In the event the Non-Contracting Allowable Charge does not equate to the Non-Contracting Provider's billed charges, you will be responsible for the difference, along with any applicable Copayment, Coinsurance and Deductible amount. This difference may be considerable. To find out an estimate of the Plan's Non-Contracting Allowable Charge for a particular service, you may call the Customer Service number shown on the back of your Identification Card.

- Notwithstanding anything in this Contract to the contrary, for Out-of-Network Emergency Care Services rendered by Non-Contracting Providers, the Allowable Charge shall be equal to the greatest of the following three possible amounts—not to exceed billed charges:

  1. the median amount negotiated with network or contracting Providers for the Emergency Care Services furnished;

  2. the amount for the Emergency Care Services calculated using the same method the Plan generally uses to determine payments for Out-of-Network Provider services, but substituting the in-network or contracting cost-sharing provisions for the Out-of-Network or non-contracting Provider cost-sharing provisions; or

  3. the amount that would be paid under Medicare for the Emergency Care Services.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

Each of these three amounts is calculated excluding any network or contracting Provider Copayment or Coinsurance imposed with respect to the Subscriber.

- When Covered Services are received outside the state of Oklahoma from a Provider who does not have a written agreement with Blue Cross and Blue Shield of Oklahoma or with the local Blue Cross and Blue Shield Plan, the "Allowable Charge" may be determined by the Blue Cross and Blue Shield Plan (Host Plan) servicing the area. Please refer to "Out-of-Area Services" in the *General Provisions* section for additional information.

**Whenever services are received from an Out-of-Network Provider, you will be responsible for the following:**

- Charges for any services which are not covered under your Plan.
- Any Deductible, Copayment and/or Coinsurance amounts that are applicable to your coverage.
- The difference, if any, between your Provider's "billed charges" and the "Allowable Charge" determined by the Host Plan.

## CONTINUITY OF CARE

If you are under the care of a [Blue Preferred] Network Provider who stops participating in the Plan's network (for reasons other than failure to meet applicable quality standards, including medical incompetence or professional behavior, or fraud), you may be able to continue coverage for that Provider's Covered Services at the in-network Benefit level if one of the following conditions is met:

You are undergoing a course of treatment for a serious and complex condition, you are undergoing institutional or Inpatient care, you are scheduled to undergo nonelective surgery from the Provider (including receipt of postoperative care from such Provider with respect to such surgery), you are pregnant or undergoing a course of treatment for the pregnancy, or you are determined to be terminally ill. A serious and complex condition is on that (1) for an acute illness, is serious enough to require specialized medical treatment to avoid the reasonable possibility of death or permanent harm care (for example, you are currently receiving chemotherapy, radiation therapy, or post-operative visits for a serious acute disease or condition), and (2) for a chronic illness or condition, is (i) life-threatening, degenerative, disabling or potentially disabling, or congenital, and (ii) requires specialized medical care over a prolonged period of time.

Continuity coverage described in this provision shall continue until the treatment is complete, but will not extend for more than 90 days beyond the date the Provider's termination takes effect.

If You are in the second or third trimester of pregnancy when the Provider's termination takes effect, coverage may be extended through delivery and postpartum.

You have the right to appeal any decision made for a request for Benefits under this provision, as explained in the *Complaint/Appeal Procedures* section of this Contract.

## AMENDMENTS

The Plan reserves the right to amend the provisions, language and Benefits set forth in this Contract. Because of changes in federal or state laws, or changes in your coverage, provisions called amendments may be added to your Contract. Be sure to check for an amendment. It amends provisions or Benefits in your Contract.

## IDENTIFICATION CARD

**Whenever you call our offices for assistance, please have your Identification Card with you.**

You will get an Identification Card to show the Hospital, Physician, Pharmacy, or other Providers when you need to use your coverage.

Your Identification Card shows the coverage through which you are enrolled and includes your own personal identification number. All of your covered Dependents share your identification number. Duplicate cards can be obtained for each member of your family.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

Legal requirements govern the use of your card. You cannot let anyone who is not enrolled in your coverage use your card or receive your Benefits.

## DESIGNATING AN AUTHORIZED REPRESENTATIVE

The Plan has established procedures for you to designate an individual to act on your behalf with respect to a Benefit claim or an appeal of an Adverse Benefit Determination. Contact a Customer Service Representative for help if you wish to designate an authorized representative. In the case of a Prior Authorization Request Involving Urgent Care (see "Prior Authorization" provisions), a health care professional with knowledge of your medical condition will be permitted to act as your authorized representative.

## QUESTIONS

You usually will be able to answer your health care Benefit questions by referring to this Contract. If you need more help, please call a Customer Service Representative at the number shown on your Identification Card.

Or, you can write to us at one of the following addresses:

### For Claims Submission

Blue Cross and Blue Shield of Oklahoma
P.O. Box 3235
Naperville, IL  60566 – 7235

### Member Complaints/Appeals

Appeal Coordinator – Customer Service Department
Blue Cross and Blue Shield of Oklahoma
P.O. Box 3235
Naperville, IL  60566-7235

### For Other Inquiries/Correspondence

Blue Cross and Blue Shield of Oklahoma
P.O. Box 3239
Naperville, IL  60566-7239

*When you call or write*, be sure to give your Blue Cross and Blue Shield of Oklahoma Subscriber identification number which is on your Identification Card. If the question involves a claim, be sure to give:

- the date of service;
- name of Physician, Hospital or other Provider;
- the kind of service you received; and
- the charges involved.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

# *Eligibility, Enrollment, Changes & Termination*

This section tells:

- *How* and *When* you become eligible for coverage under the Contract;
- *Who* is considered an Eligible Dependent;
- *How* and *when* your coverage becomes effective;
- *How* to change types of coverage;
- *How* and *when* your coverage stops under the Contract; and
- *What* rights you have when your coverage stops.

## WHO IS AN ELIGIBLE PERSON

You may apply for coverage under this Contract if you meet each of the following requirements:

- You are an Oklahoma Resident;
- You are not enrolled in Medicare;
- You reside or live in the geographic area ("Network Service Area") designated by the Plan; and
- You meet the eligibility requirements stated in the application, as determined by the Plan and/or Exchange.

A Subscriber may contact the Customer Service Department at the number shown on their Identification Card or access the Web site at [www.bcbsok.com] to determine if he/she is in the Network Service Area.

The Plan and/or Exchange reserves the right to request proof of residency upon initial enrollment and from time to time thereafter as the Plan and/or Exchange may require.

## WHO IS AN ELIGIBLE DEPENDENT

As a Blue Cross and Blue Shield of Oklahoma Member, you have the option of selecting coverage under your membership for your Dependents, or you may apply for separate coverage in their names. If you elect to include them under your membership, an Eligible Dependent is defined as:

- your spouse or Domestic Partner; or
- your Dependent child. Wherever used in this Contract, "Dependent child" means your natural child, a stepchild, an eligible foster child, an adopted child or child Placed for Adoption (including a child for whom you or your spouse/Domestic Partner is a party in a legal action in which the adoption of the child is sought), under 26 years of age, regardless of presence or absence of a child's financial dependency, residency, student status, employment status, marital status, eligibility for other coverage, or any combination of those factors. A child not listed above who is legally and financially dependent upon you or your spouse/Domestic Partner is also considered a Dependent child under this Contract, provided proof of dependency is provided with the child's application. A Dependent child who is medically certified as disabled and dependent upon you or your spouse/Domestic Partner is eligible to continue coverage beyond the limiting age, provided the disability began before the child attained the age of 26.

   The Plan reserves the right to request verification of a Dependent child's age or disability upon initial enrollment and from time to time thereafter as the Plan may require.

   The Plan also reserves the right to review a Physician's certificate of disability and/or request medical records or require a medical examination by an independent Physician to verify disability at the Subscriber's expense. The Plan will make the final determination regarding the Dependent's disability status.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## CHILD-ONLY COVERAGE

An Eligible Person who has not attained age 21 prior to their Effective Date may enroll as the Member under this Contract. In such event, this Contract is considered child-only coverage and the following restrictions apply:

- The parent or legal guardian is not covered and is not eligible for Benefits under this Contract.

- Eligible family members/siblings, who have not attained age 21 prior to their Effective Date may be added to the enrolled child's coverage. If a child covered under this Contract acquires a new eligible child of his/her own, the new eligible child may be enrolled in his/her own Contract if application for coverage is made within 60 days of the child's birth.

- If a child is under the age of 18, his/her parent, legal guardian, or other responsible party must submit the application for child-only insurance form, along with any exhibits, appendices, addenda and /or other required information to the Plan as appropriate. For any child under 18 covered under this Contract, any obligations set forth in this Contract, any exhibits, appendices, addenda and/or other required information will be the obligations of the parent, legal guardian, or other responsible party applying for coverage on the child's behalf. Application for child-only coverage will not be accepted for an adult child that has attained age 21 as of the beginning of the Policy Year. Adult children (at least 18 years of age but no older than 20 years of age) who are applying as the Member under this Contract must apply for their own individual coverage and must sign or authorize the application(s).

## APPLYING FOR COVERAGE

You may apply for coverage for yourself and/or your Dependents.

No eligibility rules or variations in premium will be imposed based upon your health status, medical condition, claims experience, receipt of health care, medical history, genetic information, evidence of insurability, disability, or any other health status related factor. You will not be discriminated against for coverage under this Plan on the basis of race, color, national origin, disability, age, sex, gender identity, or sexual orientation. Variations in the administration, processes or Benefits of this Contract that are based on clinically indicated, reasonable medical management practices, or are part of permitted wellness incentives, disincentives and/or other programs do not constitute discrimination.

You may enroll in or change coverage for yourself and/or your Dependents during one of the following enrollment periods. Your and/or your Dependents' Effective Date will be determined by the Plan, depending upon the date your application is received, payment of the initial premiums no later than the day before the Effective Date, and other determining factors.

The Plan may require acceptable proof (such as copies of legal adoption or legal guardianship papers, or court orders) that an individual qualifies as a Dependent under this Contract.

## SPECIAL ENROLLMENT PERIODS/EFFECTIVE DATES OF COVERAGE

Special enrollment periods have been designated during which you may change coverage for yourself and/or your Dependents. You must apply for coverage within 60 days from the date of a special enrollment event.

Except as otherwise provided below, if you apply between the 1st day and 15th day of the month, your Effective Date will be no later than the 1st day of the following month, or if you apply between the 16th day and the end of the month, your and/or your Dependents' Effective Date will be the date determined by the Plan.

You must provide acceptable proof of a special enrollment event. Special Enrollment Events are described in detail below. The Plan will review this proof to verify your eligibility for a Special Enrollment. Failure to provide acceptable proof of a Special Enrollment Event will delay or prevent enrollment under this Contract. Please call the customer service number shown on your Identification Card for additional information.

Special Enrollment Events:

- You experience a loss of Minimum Essential Coverage. New coverage for you and/or your Dependents will be effective no later than the first day of the month following the loss.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- You gain a Dependent or become a Dependent through marriage. New coverage for you and/or your Dependents will be effective no later than the first day of the following month.

- You gain a Dependent through birth, adoption or Placement for Adoption or court-ordered dependent coverage. New coverage for you and/or your Dependents will be effective no later than the date of birth, adoption, or Placement for Adoption.

- Subject to the Exclusions, conditions and limitations of this Contract, coverage for an adopted child will include the actual and documented medical costs associated with the birth of an adopted child who is 18 months of age or younger. You must provide copies of the medical bills and records associated with the birth of the adopted child and proof that you have paid or are responsible for payment of the medical bills associated with the birth and that the cost of the birth was not covered by another Contract, including Medicaid.

- If your membership includes at least *one* Dependent, coverage for a newborn will be effective on the date of birth and continue for 31 days. In order to extend the coverage beyond 31 days, your application to add coverage for the newborn must be received within 31 days following the child's birth; and you must make the required contribution for such coverage from the date of birth.

- Your enrollment or non-enrollment in a Qualified Health Plan ("QHP") is unintentional, inadvertent, or erroneous as evaluated and determined by the Plan.

- You adequately demonstrate that the QHP in which you are enrolled substantially violated a material provision of its contract in relation to you.

- You are determined newly eligible or newly ineligible for Advance Premium Tax Credit or have a change in eligibility for cost-sharing reductions, regardless of whether you are already enrolled in a QHP.

- You gain access to new QHPs as a result of a permanent move.

- You are enrolled in an individual non-calendar year health insurance policy. Your special open enrollment period begins on the date that is 30 calendar days prior to the date the policy year ends.

- Legal separation, divorce, death, or dissolution of a Domestic Partnership.

- Loss of Dependent status, such as attaining the limiting age to be eligible as a Dependent child under this Contract.

- Termination of employment, reduction in the number of hours of employment, or loss of coverage due to a policy no longer offering benefits to the class of similarly situated individuals that includes you and/or your Dependents.

- Loss of coverage through an HMO in the individual market because you and/or your Dependents no longer reside, live or work in the HMO service area.

- Loss of coverage through an HMO or other arrangement in the group market because you and/or your Dependents no longer reside, live or work in the HMO service area, and no other coverage is available to you and/or your Dependents.

- You incur a claim that would meet or exceed a lifetime limit on all Benefits.

- Your and/or your Dependent's employer ceases to contribute towards the employee's or Dependent's coverage (excluding COBRA continuation coverage).

- COBRA continuation of coverage is exhausted.

Loss of eligibility does not include a loss due to failure of the individual or the participant to pay premiums on a timely basis or termination of coverage for cause (such as making a fraudulent claim or any intentional misrepresentation of a material fact in connection with the plan).

Your application for special enrollment must be received by the Plan within 60 days following the loss of other coverage. **Coverage under special enrollment will be effective no later than the first day of the month after the Plan receives your application for enrollment for yourself or on behalf of your Dependent(s).**

[15]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

**Coverage resulting from any of the special enrollment events outlined above is contingent upon timely completion of the application and remittance of the appropriate premiums in accordance with the guidelines as established by the Plan.**

## CHANGES IN FAMILY MEMBERSHIP

You can change your coverage to remove one or more Dependents. The change will be effective at the end of the coverage period during which eligibility ceases.

In the event of a divorce, your spouse/Domestic Partner may wish to continue Blue Cross and Blue Shield of Oklahoma coverage. He/she may apply for equal or lesser coverage if his/her application is received by the Plan no later than 60 days after the divorce is granted. Your Dependent children may continue to be eligible under your membership, or your spouse/Domestic Partner may obtain his/her own Dependent coverage.

In the event of your death, your spouse/Domestic Partner and/or Dependent children may wish to continue Blue Cross and Blue Shield of Oklahoma coverage. They may apply for equal or lesser coverage if their application is received by the Plan no later than 60 days after your death.

A Dependent child who attains the age of 26 is no longer eligible under your coverage (unless medically certified as disabled). The Dependent may apply for equal or lesser coverage if his/her application is received by the Plan no later than 31 days after the end of the coverage period coinciding with or following their 26th birthday.

If the application for a membership transfer is not received within the time period specified above, enrollment will be permitted during the next annual open enrollment period.

## NOTIFICATION OF ELIGIBILITY CHANGES

It is the Member's responsibility to notify the Plan, as appropriate, of any change to a Subscriber's name or address. An address change may result in Benefit changes for you and your Dependents if you move out of the Plan's Network Service Area. You may call Customer Service at the number shown on your Identification Card or log on to the Web site at [www.bcbsok.com].

## TERMINATION OF COVERAGE/WHEN COVERAGE ENDS

This Plan does not provide Benefits even if Prior Authorization for such services was received from the Plan, that are received after a Member's coverage under this Contract is terminated.

When a Subscriber is no longer an Eligible Person or Eligible Dependent, coverage stops at the end of the coverage period during which eligibility ceases, except that, when a Subscriber ceases to be an Eligible Dependent by reason of death, coverage for that Subscriber will terminate on the date of death.

Your coverage will terminate retroactive to your Effective Date if you commit fraud or intentional misrepresentation of a material fact in applying for or obtaining coverage under this Contract. Your coverage will end immediately if you file a fraudulent claim.

If your required premiums are not paid, your coverage will stop at the end of the coverage period for which your premiums have been paid.

Termination of the Contract automatically ends all of your coverage at the same time and date.

## WHAT WE WILL PAY FOR AFTER YOUR COVERAGE ENDS

If your coverage ends for any reason, your Benefits will end on the effective date and time of such termination. However, termination will not deprive you of Benefits to which you would otherwise be entitled for Covered Services incurred during a Hospital confinement which began before the date and time of termination. Benefits will be provided only for the lesser of:

- a period of time equal to the length of time you were covered under the Contract; or

- the duration of the Hospital confinement; or

[16]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- 90 days following termination of coverage.

We will have no liability for any Benefits under your Contract for Covered Services which are incurred after your coverage terminates, except as specified above.

## TRANSFERS OUT OF THE NETWORK SERVICE AREA

A Member and his or her Eligible Dependents, if any, who relocate outside the Network Service Area may no longer be eligible for coverage under this Contract. You may contact a Customer Service Representative for other coverage options that are available to you.

## DELETING A DEPENDENT

You can change your coverage to delete Dependents. The change will be effective at the end of the month and/or billing period during which eligibility ceases.

## WHEN YOU TURN AGE 65

You may terminate coverage when you turn age 65 when Medicare takes over. You may apply for one of the Medicare supplement coverage options offered by Blue Cross and Blue Shield of Oklahoma.

**You are eligible for Medicare on the first day of the month you become 65. You should apply for Medicare at least three months before your birthday.**

## REINSTATEMENT

When coverage lapses for failure to pay premiums for this Contract, the subsequent acceptance of such premium payments by the Plan or its duly authorized agents shall reinstate the Contract. For purposes of this reinstatement provision, mere receipt and/or negotiation of a late premium payment does not constitute acceptance. The reinstated Contract shall cover only loss resulting from accidental injury sustained after the date of reinstatement and loss due to sickness beginning more than 10 days after such date. In all other respects, the Subscriber and the Plan shall have the same rights hereunder as they had under the Contract immediately before the due date of the defaulted premiums, including the right of the Subscriber to apply the period of time this Contract was in effect immediately before the due date of the defaulted premiums toward satisfaction of any waiting periods for Benefits, subject to any provisions endorsed hereon or attached hereto in connection with the reinstatement.

You and your covered Dependents, if applicable, may apply for reinstatement of coverage by sending in the appropriate premium due no later than 60 days after termination for nonpayment of premium. If more than 60 days have elapsed since coverage was terminated, you and/or your Dependents may reapply for coverage only during an annual open enrollment period or special enrollment period as previously described in this section.

## REINSTATEMENT OF COVERAGE FOLLOWING MILITARY ACTIVATION

A Subscriber who is an Oklahoma Resident may request reinstatement of coverage under this Contract if the termination of coverage results from the Subscriber's activation for military service, or from the Subscriber's eligibility for a federal government-sponsored health insurance program resulting from such military activation.

Reinstatement shall be granted into the same coverage the Subscriber held prior to termination, or into substantially similar coverage if that coverage option is no longer offered by the Plan, and subject to the payment of the current premium charged to other persons of the same age and gender that are covered under the same coverage option.

Except for the birth or adoption of a Dependent child that occurs during the period of activation, reinstatement of coverage must be into the same membership type, or a membership type covering fewer persons, as such Subscriber held prior to lapsing the coverage, and at the same or higher Deductible level.

Reinstatement rights are available only if the Subscriber is an Oklahoma Resident who resides or lives in the Network Service Area and provides written notice to the Plan within 31 days following the later of deactivation or loss of coverage under the federal government-sponsored health insurance program. The Plan may request proof of loss and the timing of the loss of such government-funded coverage in order to determine the Subscriber's eligibility

[17]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

for reinstatement. These reinstatement rights shall not be available to any Subscriber if the activated person is discharged from the military under other than honorable conditions.

## RESCISSION OF COVERAGE

Any act, practice or omission that constitutes fraud or making an intentional misrepresentation of material fact with the intent to deceive the Plan on the Member's application, may result in the cancellation of the Member's coverage (and/or coverage of any Dependents), retroactive to the Effective Date, subject to 30 days' prior notification. A rescission does not include other types of coverage cancellations, such as a cancellation of coverage due to a failure to pay timely premiums towards coverage or cancellations attributable to routine eligibility and enrollment updates. In the event of a rescission, the Plan may deduct from the premium refund any amounts made in claim payments during this period, and the Member may be liable for any claims payment amount greater than the total amount of premiums paid during the period for which rescission is affected. At any time when the Plan is entitled to rescind coverage already in force, or is otherwise permitted to make retroactive changes to this Contract, the Plan may at its option make an offer to reform the policy already in force or is otherwise permitted to make retroactive changes to this policy and/or change in the rating category/level. In the event of reformation, the Contract will be reissued retroactive in the form it would have been issued had the misstated or omitted information been known at the time of application. Please refer to the *Complaint/Appeal Procedures* section for appeal rights concerning rescission and/or reformation.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## *Comprehensive Health Care Services*

This section lists the Covered Services under your Contract. **Please note that services must be determined to be Medically Necessary by the Plan, in order to be covered under this Contract.**

**Coverage of items and services provided to you is subject to Blue Cross and Blue Shield of Oklahoma policies and guidelines, including, but not limited to, medical, medical management, utilization or clinical review, utilization management, and clinical payment and coding policies, which are updated throughout the plan year. These policies are resources utilized by Blue Cross and Blue Shield of Oklahoma when making coverage determinations and lay out the procedure and/or criteria to determine whether a procedure, treatment, facility, equipment, drug or device is Medically Necessary and is eligible as a Covered Service or is Experimental/Investigational/Unproven, cosmetic, or a convenience item. The clinical payment and coding policies are intended to ensure accurate documentation for services performed and require all Providers to submit claims for services rendered using valid code combinations from Health Insurance Portability and Accountability Act ("HIPAA") approved code sets. Under the clinical payment and coding policies, claims are required to be coded correctly according to industry standard coding guidelines including, but not limited to: Uniform Billing ("UB") Editor, American Medical Association ("AMA"), Current Procedural Terminology ("CPT®"), CPT® Assistant, Healthcare Common Procedure Coding System ("HCPCS"), ICD-10 CM and PCS, National Drug Codes ("NDC"), Diagnosis Related Group ("DRG") guidelines, Centers for Medicare and Medicaid Services ("CMS") National Correct Coding Initiative ("NCCI") Policy Manual, CCI table edits and other CMS guidelines. Coverage for Covered Services is subject to the code edit protocols for services/procedures billed and claim submissions are subject to applicable claim review which may include, but is not limited to, review of any terms of benefit coverage, Provider contract language, medical and medical management policies, utilization or clinical review or utilization management policies, clinical payment and coding policies as well as coding software logic, including but not limited to lab management or other coding logic or edits.**

**Any line on the claim that is not correctly coded and is not supported with accurate documentation (where applicable) may not be included in the covered charge and will not be eligible for payment by the Plan. The clinical payment and coding policies apply for purposes of coverage regardless of whether the Provider rendering the item or service or submitting the claim is participating or non-participating. The most up-to-date medical policies and clinical procedure and coding policies are available at [website] or by contacting a Customer Service Representative at the number shown on your Identification Card.**

**PREVENTIVE CARE SERVICES**

Any of the following Covered Services performed by a Provider.

*Preventive Care Services received from Network or BlueCard Providers are not subject to Deductible, Copayment, Coinsurance and/or dollar maximums. Preventive Care Services received from Out-of-Network Providers may be subject to Deductible, Copayment and/or Coinsurance, except for certain state or federally mandated Benefits (for example: covered childhood immunizations for Subscribers under age 19).*

1. Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the United States Preventive Services Task Force ("USPSTF");

2. Immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention ("CDC") with respect to the individual involved;

3. Evidenced-informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration ("HRSA") for infants, children, and adolescents; and

4. With respect to women, such additional preventive care and screenings, not described in item 1 above, as provided for in comprehensive guidelines supported by the HRSA. Such services will include the following:

The services listed below may include requirements pursuant to state regulatory mandates and are to be covered at no cost to the member.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- Breast-feeding Support, Services and Supplies – Benefits will be provided for breast-feeding counseling and support services rendered by a Provider for pregnant and postpartum women. In addition, Benefits are provided for the rental of hospital grade breast pumps (not to exceed the total cost) or purchase of manual or electric grade breast pumps, including breast pump supplies and breast milk storage supplies, with a written prescription from a Provider, and are not subject to Coinsurance, Deductible, Copayment or Benefit maximums when received from a Network Provider.    Benefits for electric grade breast pumps are, limited to one per Benefit Period.

- Contraceptive Services – Benefits will be provided for the following contraceptive services when prescribed by a licensed Provider for women with reproductive capacity:
  - contraceptive counseling;
  - FDA-approved prescription devices and medications;
  - over-the-counter contraceptives; and
  - sterilization procedures (including but not limited to tubal ligation), but not including hysterectomy.

    - Coverage includes contraceptives in the following categories:
      - progestin-only contraceptives;
      - combination contraceptives;
      - emergency contraceptives;
      - extended-cycle/continuous oral contraceptives;
      - cervical caps;
      - diaphragms;
      - implantable contraceptives;
      - intra-uterine devices;
      - injectables;
      - transdermal contraceptives;
      - condoms; and
      - vaginal contraceptive devices.

    **NOTE:** Prescription contraceptive medications are covered under the ***Outpatient Prescription Drugs and Related Services*** section of this Contract, *if applicable*.

    The contraceptive drugs and devices listed above may change as FDA guidelines are modified. Deductible, Copayment and/or Coinsurance amounts will not apply to FDA-approved contraceptive drugs and devices on the Contraceptive Drug List.  You may access the Web site at [www.bcbsok.com] or contact Customer Service at the toll-free number on your Identification Card.

Drugs (including both prescription and over-the-counter) that fall within a category of the current "A" or "B" recommendations of the United States Preventive Services Task Force and that are listed on the ACA Preventive Services Drug List (to be implemented in the quantities and within the time period allowed under applicable law) will be covered and will not be subject to any Deductible, Copayment, Coinsurance or dollar maximum when obtained from a Participating Pharmacy. Drugs on the Preventive Services Drug List that are obtained from a non-Participating Pharmacy, may be subject to Deductible, Copayment, Coinsurance, or dollar maximums, if applicable.

When obtaining the items noted above, you may be required to pay the full cost and then submit a claim form with itemized receipts to the Plan for reimbursement.  Please refer to the ***Claims Filing Procedures*** section of this Contract for claims submission information.

Covered Preventive Care Services received from Out-of-Network Providers and/or Out-of-Network Pharmacies, or other routine Covered Services not provided for under this provision may be subject to any Deductibles, Copayments, Coinsurance and/or Benefit maximums applicable to your coverage.

For purposes of this Benefit, the current recommendations of the USPSTF regarding breast cancer screening and mammography and prevention will be considered the most current (other than those issued in or around November 2009).

***Preventive Care Services will be implemented in the quantities and within the time periods allowed under applicable law.*** The Preventive Care Services described in items 1 through 4 above may change as the USPSTF,

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

CDC, and HRSA guidelines are modified. For more information, you may access the Web site at [www.bcbsok.com] or contact Customer Service at the toll-free number listed on your Identification Card.

If a recommendation or guideline for a particular Preventive Care Service does not specify the frequency, method, treatment or setting in which it must be provided, the Plan may use reasonable medical management techniques to apply Benefits or determine coverage.

If a covered Preventive Care Service is provided during an office visit and is billed separately from the office visit, you may be responsible for any applicable Deductible, Copayment and/or Coinsurance amounts for the office visit only. If an office visit and the Preventive Care Service are not billed separately and the primary purpose of the visit was not the Preventive Care Service, you may be responsible for any applicable Deductible, Copayment, and/or Coinsurance amounts for the office visit including the Preventive Care Service.

Examples of Covered Services included are (1) routine annual physicals, including immunizations, well-child care, cancer screening mammograms, annual routine obstetrical/gynecological examination, [annual In Home Health Assessment,] bone density tests; and screening for prostate cancer and colorectal cancer; (2) tobacco use counseling and interventions (including a screening for tobacco use, counseling, and FDA-approved tobacco cessation medications); and (3) healthy diet counseling and obesity screening/counseling.

**NOTE:** Tobacco cessation medications are covered under the ***Outpatient Prescription Drugs and Related Services*** section of this Contract when prescribed by a [Blue Preferred] Network Provider.

Examples of covered immunizations included are COVID-19, Diphtheria, Haemophilus influenzae type b, Hepatitis B, Measles, Mumps, Pertussis, Polio, Rubella, Tetanus, Varicella and any other immunization that is required by law for a child. Allergy injections are not considered immunizations under this Benefit provision.

Covered Services *not* included in items 1 through 4 above may be subject to any Deductibles, Copayments, Coinsurance, and/or dollar maximums applicable to your coverage.

Covered Preventive Care Services received from Out-of-Network Providers may be subject to any Deductible, Copayment and/or Coinsurance amounts applicable to your coverage.

Coverage for the Preventive Care Services specified in items 1 through 4 above shall be provided in accordance with the terms and conditions of the appropriate Benefit section of this Contract (for example: "Hospital Services", "Surgical/Medical Services", "Outpatient Diagnostic Services" or ***Outpatient Prescription Drugs and Related Services***.)

## [HDHP-HSA PREVENTIVE DRUG PROGRAM] [INSERT OTHER PROGRAM NAME HERE]

In addition to the Preventive Care Services listed above, your Benefits include coverage for certain Outpatient Prescription Drugs when prescribed by a Physician, that are covered under the [HDHP-HSA- Preventive Drug Program] [insert other Program name here]. You can obtain a listing of the drugs or drug categories which are covered under the [HDHP-HSA Preventive Drug Program] [insert other Program name here] by accessing the website at [www.bcbsok.com] by contacting a Customer Service Representative at the number shown on your Identification Card, or, you may request a listing by writing to:

Blue Cross and Blue Shield of Oklahoma
[P. O. Box 3283]
[Tulsa, OK 74102-3283]

The listing of a drug on the [HDHP-HSA Preventive Drug Program][ insert other Program name here] list does not guarantee coverage. Drugs and drug categories are subject to change. Benefits for Outpatient Prescription Drugs covered under the [HDHP-HSA Preventive Drug Program] [insert other Program name here] are not subject to the [Deductible] [and][/][or] [Copayment] [and][/] [or] [Coinsurance] of this Plan when obtained from a [Preferred Participating Pharmacy] [or a] [Participating Pharmacy]when prescribed for preventive purposes.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

Benefits for Outpatient Prescription Drugs covered under the [HDHP-HSA Preventive Drug Program] [insert other Program name here] will be subject to[Out-of-Network Pharmacy] cost sharing when received from an[Out-of-Network Pharmacy].[ Your program deductible will not apply.]

These drugs could also at times be prescribed for treatment purposes. If your Physician has prescribed a listed drug for treatment purposes (and not preventive purposes) then it will be subject to any applicable Deductible, Coinsurance, and/or Copayment.

[NOTE: For more information on drugs covered under your Outpatient Prescription Drug benefit refer to the *Outpatient Prescription Drugs and Related Services* portion of your Plan.]

## EMERGENCY CARE SERVICES

Services provided in a Hospital emergency department (emergency room) or other comparable facility for treatment of an injury, illness or condition manifesting itself by acute symptoms of sufficient severity, including severe pain, such that a reasonable and prudent layperson could expect the absence of medical attention to result in:

- serious jeopardy to the Subscriber's health (or, with respect to a pregnant woman, the health of the woman or her unborn child);
- serious impairment to bodily function; or
- serious dysfunction of any bodily organ or part; or
- with respect to a pregnant woman who is having contractions:
  - there is inadequate time to effect a safe transfer to another hospital before delivery, or
  - transfer may pose a threat to the health or safety of the woman or the unborn child.

Services provided in an emergency room that are not Emergency Care may be excluded from emergency coverage, although these services may be covered under "Surgical/Medical Services", if applicable. Non-emergency services provided in an emergency room for treatment of Mental Health and Substance Use Disorder will be paid the same as Emergency Care services.

Coverage for Emergency Care shall be provided in accordance with the terms and conditions of the appropriate Benefit section of this Contract (for example: "Hospital Services" and "Surgical/Medical Services").

## HOSPITAL SERVICES

We pay the scheduled amounts for the following Covered Services you receive from a Hospital or other Provider.

- Bed and Board
  Bed, board and general nursing service in:

  - A room with two or more beds;

  - A private room (private room Allowable Charge is equal to the most prevalent semiprivate room charges of your Hospital). Private room charges in excess of the semiprivate room Allowable Charge will not be eligible for Benefits unless the patient is required under the infection control policy of the Hospital to be in isolation to prevent contagion;

  - A bed in a Special Care Unit which gives intensive care to the critically ill.

**Inpatient services are subject to the "*Prior Authorization*" requirements of this Contract (see *Important Information*). If you fail to comply with these requirements, Benefits for Covered Services rendered during your Inpatient confinement will be reduced by $500, provided the Plan determines that Benefits are available upon receipt of a claim.**

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- Ancillary Services
  - Operating, delivery and treatment rooms;
  - Prescribed drugs;
  - Whole blood, blood processing and administration;
  - Anesthesia supplies and services rendered by an employee of the Hospital or other Provider;
  - Medical and surgical dressings, supplies, casts and splints;
  - Oxygen;
  - Subdermally implanted devices or appliances necessary for the improvement of physiological function;
  - Diagnostic Services;
  - Therapy Services.

- Emergency Accident Care
  Outpatient emergency Hospital services and supplies to treat injuries caused by an accident.

- Emergency Medical Care
  Outpatient emergency Hospital services and supplies to treat a sudden and acute medical condition that requires prompt Medical Care.

- Surgery
  Hospital services and supplies for Outpatient Surgery furnished by an employee of the Hospital or other Provider other than the surgeon or assistant surgeon.

  **Outpatient Surgery performed at an Out-of-Network Hospital is subject to the** *"Prior Authorization"* **requirements of this Contract (see** *Important Information* **section).**

- **Routine Nursery Care**
  - Inpatient Hospital Services for Routine Nursery Care of a newborn Subscriber.
  - Routine Nursery Care does not include treatment or evaluation for medical or surgical reasons during or after the mother's maternity confinement. In the event the newborn requires such treatment or evaluation while covered under this Contract:
    - the infant will be considered as a Subscriber in its own right and will be entitled to the same Benefits as any other Subscriber under this Contract; and
    - a separate Deductible will apply to the newborn's Hospital confinement.

## SURGICAL/MEDICAL SERVICES

We pay the scheduled amounts for the following Covered Services you receive from a Physician or other Provider.

- **Surgery**
  Benefits include visits before and after Surgery.

  - If an incidental procedure[1] is carried out at the same time as a more complex primary procedure, then Benefits will be available for only the primary procedure. **Separate Benefits will not be available for any incidental procedures performed at the same time.**
  - When more than one surgical procedure is performed through more than one route of access during one operation, you are covered for:
    - the primary procedure; plus
    - 50% of the amount available for each of the additional procedures had those procedures been performed alone.

---

[1] *A procedure performed at the same time as the primary surgical procedure, but which is clinically integral to the performance of the primary procedure, and, is not reimbursed separately.*

[23]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

&mdash;  Sterilization, regardless of Medical Necessity.

- **Assistant Surgeon**

  Services of a Physician or other Provider who actively assists the operating surgeon in the performance of covered Surgery. Benefits will be provided for an assistant surgeon only if determined Medically Necessary by the Plan.

- **Anesthesia**

  Administration of anesthesia by a Physician or other Provider who is not the surgeon or the assistant surgeon.

- **Inpatient Medical Services**

  Medical Care when you are an Inpatient for a condition not related to Surgery, pregnancy, or Mental Health and Substance Use Disorder, except as specified.

  &mdash;  Inpatient Medical Care Visits

  **Inpatient Medical Care visits are limited to one visit or other service per day by the attending Physician.**

  &mdash;  Intensive Medical Care

      ° Constant Physician attendance and treatment when your condition requires it for a prolonged time.

  &mdash;  Concurrent Care

      ° Care for a medical condition by a Physician who is not your surgeon while you are in the Hospital for Surgery.

      ° If the nature of the illness or injury requires, care by two or more Physicians during one Hospital stay.

  &mdash;  Consultation

  Consultation by another Physician when requested by your attending Physician, **limited to one visit or other service per day for each consulting Physician.** Staff consultations required by Hospital rules are excluded.

  &mdash;  Newborn Well Baby Care

  Routine Nursery Care visits to examine a newborn Subscriber, limited to the first 48 hours following a vaginal delivery or 96 hours following delivery by cesarean section. No additional Inpatient visits are covered for well-baby care.

- **Outpatient Medical Services**

  Outpatient Medical Care that is not related to Surgery, pregnancy, or Mental Health and Substance Use Disorder, except as specified.

  &mdash;  Emergency Accident Care

  Treatment of accidental bodily injuries.

  &mdash;  Emergency Medical Care

  Treatment of a sudden and acute medical condition that requires prompt Medical Care.

  &mdash;  Home, Office, and Other Outpatient Visits

  Visits and consultation for the examination, diagnosis, and treatment of an injury or illness.

  &mdash;  Contraceptive Devices

  Contraceptive devices which are:

      ° placed or prescribed by a Physician or other Provider;

      ° intended primarily for the purpose of preventing human conception; and

      ° approved by the U. S. Food and Drug Administration as acceptable methods of contraception.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

− Audiological Services

Audiological services and hearing aids, limited to:

° **One hearing aid per ear every 48 months; and**

° **Up to four additional ear molds per Benefit Period if Medically Necessary.**

Hearing aids must be prescribed, filled and dispensed by a licensed audiologist or other Provider acting within the scope of their license.

• **Diagnostic Examination for Breast Cancer**

Benefits will be provided for Medically Necessary and clinically appropriate examinations to evaluate abnormalities in the breast that are:

- seen or suspected from a screening examination for breast cancer,

- detected by another means of examination, or

- suspected based on the medical history or family history of the individual.

This examination may include, but is not limited to, a Diagnostic Mammogram, Breast Magnetic Resonance Imaging, or a Breast Ultrasound. Benefits for a Diagnostic Examination for Breast Cancer will be provided at no cost share[, after your deductible has been met].

In addition to the *Definitions* section of this Contract, the following definitions are applicable to this provision:

− **Diagnostic Mammogram**
A diagnostic tool that uses x-ray and is designed to evaluate abnormality in a breast.

− **Breast Magnetic Resonance Imaging**
A diagnostic tool used to produce detailed pictures of the structure of the breast.

− **Breast Ultrasound**
A noninvasive, diagnostic imaging technique that uses high-frequency sound waves to produce detailed images of the breast.

## SERVICES DELIVERED VIA TELEMEDICINE

This plan provides Benefits for Covered Services appropriated provided through Telemedicine Visits. Benefits may be limited consistent with the coding and clinical standards recognized by the American Medical Association or the Centers for Medicare and Medicaid Services, or as otherwise allowed by applicable law Cost-sharing amounts for Covered Services provided through Telemedicine Visits are usually the same as, and will not exceed, the cost share that would apply if those Covered Services were provided through a traditional in-person visit.

## OUTPATIENT DIAGNOSTIC SERVICES

• Radiology, Ultrasound and Nuclear Medicine
• Laboratory and Pathology
• ECG, EEG, and Other Electronic Diagnostic Medical Procedures and Physiological Medical Testing, as determined by the Plan

## OUTPATIENT THERAPY SERVICES

• Radiation Therapy

• Chemotherapy
**Outpatient Therapy Services do not include oral Chemotherapy or self-injectable/self-administered Chemotherapy. These Prescription Drugs may be covered under** *Outpatient Prescription Drugs and Related Services,* **under this Contract.**

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- Respiratory Therapy

- Dialysis Treatment
  **Dialysis Treatment performed by an Out-of-Network Provider is subject to the *"Prior Authorization"* requirements of this Contract (see *Important Information* section).**

- Infusion Therapy
  **|Some Outpatient Infusion Therapy services for routine maintenance drugs may be identified as capable of being safely administered outside of an Outpatient Hospital setting. A Subscriber's out-of-pocket expenses may be lower when services are provided by a Physician in an Infusion Suite, a home or an office, instead of a Hospital. Non-maintenance Outpatient Infusion Therapy services will be covered the same as any other illness. The *Schedule of Benefit for Comprehensive Health Care Services* describes payment for Outpatient Infusion Therapy services.|**

- Physical Therapy, Occupational Therapy, Speech Therapy and Manipulative Therapy
  **Benefits for Outpatient Physical Therapy, Outpatient Occupational Therapy, Outpatient Speech Therapy and Outpatient Manipulative Therapy (including visits to the Subscriber's home) are limited to the number of visits specified in the *Schedule of Benefits for Comprehensive Health Care Services*. This visit limit is not applicable to Therapy Services for treatment of autism and autism spectrum disorders.**

## MATERNITY SERVICES

- Hospital Services and Surgical/Medical Services from a Provider for:
  - Normal Pregnancy

    Normal pregnancy includes any condition usually associated with the management of a difficult pregnancy but not considered a complication of pregnancy.

  - Complications of Pregnancy

    Physical effects directly caused by pregnancy but which are not considered from a medical viewpoint to be the effect of normal pregnancy, including conditions related to ectopic pregnancy or those that require cesarean section.

  - Interruptions of Pregnancy

    ° Miscarriage.

    ° Abortion, when the life of the mother is endangered.

- Covered Maternity Services include the following:
  - A minimum of 48 hours of Inpatient care at a Hospital, or a birthing center licensed as a Hospital, following a vaginal delivery for the mother and newborn infant who are covered under this Contract after childbirth, except as otherwise provided in this section; or

  - A minimum of 96 hours of Inpatient care at a Hospital following a delivery by cesarean section for the mother and newborn infant who are covered under this Contract after childbirth, except as otherwise provided in this section; and

  - Postpartum home care following a vaginal delivery if childbirth occurs at home or in a birthing center licensed as a birthing center. The coverage shall provide for one home visit within 48 hours of childbirth by a licensed health care Provider whose scope of practice includes providing postpartum care. The visits shall include, at a minimum:

    ° physical assessment of the mother and newborn infant;

    ° parent education regarding childhood immunizations;

    ° training or assistance with breast or bottle feeding; and

    ° performance of any Medically Necessary and appropriate clinical tests.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

At the mother's discretion, visits may occur at the facility of the Provider instead of the home.

- Inpatient care shall include, at a minimum:
  - physical assessment of the mother and newborn infant;
  - parent education regarding childhood immunizations;
  - training or assistance with breast or bottle feeding; and
  - performance of any Medically Necessary and appropriate clinical tests.

The Plan may provide coverage for a shorter length of Hospital Inpatient stay for services related to maternity/obstetrical and newborn infant care provided:

- The licensed health care Providers determine that the mother and newborn infant meet medical criteria contained within guidelines, developed by or in cooperation with licensed health care Providers, which recognize treatment standards, including, but not limited to, the most current treatment standards of the American Academy of Pediatrics and the American College of Obstetricians and Gynecologists, that determine the appropriate length of stay based upon:
  - ° evaluation of the antepartum, intrapartum, and postpartum course of the mother and newborn infant;
  - ° the gestational age, birth weight and clinical condition of the newborn infant;
  - ° the demonstrated ability of the mother to care for the newborn infant post discharge; and
  - ° the availability of post discharge follow-up to verify the condition of the newborn infant in the first 48 hours after delivery; and
- The Plan covers one home visit, within 48 hours of discharge, by a licensed health care Provider whose scope of practice includes providing postpartum care. Such visits shall include, at a minimum:
  - ° physical assessment of the mother and newborn infant;
  - ° parent education regarding childhood immunizations;
  - ° training or assistance with breast or bottle feeding; and
  - ° performance of any Medically Necessary and appropriate clinical tests.

At the mother's discretion, visits may occur at the facility of the Provider instead of the home.

## MASTECTOMY AND RECONSTRUCTIVE SURGICAL SERVICES

Hospital Services and Surgical/Medical Services for the treatment of breast cancer and other breast conditions, including:

- Inpatient Hospital Services for:
  - not less than 48 hours of Inpatient care following a mastectomy; and
  - not less than 24 hours of Inpatient care following a lymph node dissection for the treatment of breast cancer.

  However, coverage may be provided for a shorter length of Hospital Inpatient stay where the attending Physician, in consultation with the patient, determines that a shorter period of Hospital stay is appropriate.

- Coverage for reconstructive breast Surgery performed as a result of a partial or total mastectomy. Covered Services shall consist of the following, when provided in a manner determined in consultation with the attending Physician and the patient:
  - reconstruction of the breast on which the mastectomy has been performed;
  - Surgery and reconstruction of the other breast to produce a symmetrical appearance; and
  - prostheses and physical complications at all stages of mastectomy, including lymphedemas.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

Breast reconstruction or implantation or removal of breast prostheses is a Covered Service only when performed solely and directly as a result of mastectomy which is Medically Necessary.

## HUMAN ORGAN, TISSUE AND BONE MARROW TRANSPLANT SERVICES

All transplants are subject to Prior Authorization and must meet the criteria established by the Plan for assessing and selecting Providers for transplants.

Prior Authorization must be obtained at the time the Subscriber is referred for a transplant consultation and/or evaluation. It is the Subscriber's responsibility to make sure Prior Authorization is obtained. Failure to obtain Prior Authorization for Inpatient services may result in a $500 Benefit reduction, or denial of Benefits, as set forth in the *"Prior Authorization"* requirements of this Contract (see *Important Information* section). The Plan has the sole and final authority for approving or declining requests for Prior Authorization.

- **DEFINITIONS**

  In addition to the definitions listed under the *Definitions* section of this Contract, the following definitions shall apply and/or have special meaning for the purpose of this section:

  - **Bone Marrow Transplant**

    A medical and/or surgical procedure comprised of several steps or stages including:

    ° the harvest of stem cells or progenitor cells, whether from the bone marrow or from the blood, from a third-party donor (allogeneic transplant) or from the patient (autologous transplant);

    ° processing and/or storage of the stem cells or progenitor cells after harvesting;

    ° the administration of High-Dose Chemotherapy and/or High-Dose Radiation Therapy, when this step is prescribed by the treating Physician;

    ° the infusion of the harvested stem cells or progenitor cells; and

    ° hospitalization, observation and management of reasonably anticipated complications such as graft versus host disease, infections, bleeding, organ or system toxicities and low blood counts.

    The above definition of autologous Bone Marrow Transplant specifically includes transplants wherein the transplant component is derived from circulating blood in lieu of, or in addition to, harvested directly from the bone marrow, a procedure commonly known as peripheral stem cell or progenitor cell transplant or rescue procedure. This definition further specifically includes all component parts of the procedure including, without limitation, the High-Dose Chemotherapy and/or High-Dose Radiation Therapy.

  - **High-Dose Chemotherapy**

    A form of Chemotherapy wherein the dose exceeds standard doses of Chemotherapy to the extent that virtually all patients who receive High-Dose Chemotherapy sustain destruction of the bone marrow to the point that bone marrow or peripheral stem cells or progenitor cells must be implanted or infused to keep the patient alive.

  - **High-Dose Radiation Therapy**

    A form of Radiation Therapy wherein the dose exceeds standard doses of Radiation Therapy resulting in destruction of the bone marrow to the point that bone marrow or peripheral stem cells or progenitor cells must be implanted or infused to keep the patient alive.

  - **Prior Authorization**

    The process that determines in advance the Medical Necessity or Experimental, Investigational or Unproven nature of certain care and services under the Contract. Prior Authorization is subject to all conditions, exclusions and limitations of the Contract. Prior Authorization does not guarantee that all care and services a Subscriber receives are eligible for Benefits under the Contract.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

&ndash; **Procurement Services**

The services provided to search for and match the human organ, tissue, bone marrow, peripheral stem cells, or progenitor cells donated to the transplant recipient, surgically remove the organ, tissue, bone marrow, peripheral stem cells, or progenitor cells from the donor and transport the organ, tissue, bone marrow, peripheral stem cells, or progenitor cells to the location of the recipient within 24 hours after the match is made.

- **TRANSPLANT SERVICES**

Subject to the Exclusions, conditions, and limitations of the Contract, Benefits will be provided for Covered Services rendered by a Hospital, Physician, or other Provider for the human organ and tissue transplant procedures set forth below.

&ndash; Musculoskeletal transplants;

&ndash; Parathyroid transplants;

&ndash; Cornea transplants;

&ndash; Heart-valve transplants;

&ndash; Kidney transplants;

&ndash; Heart transplants;

&ndash; Single lung, double lung and heart/lung transplants;

&ndash; Liver transplants;

&ndash; Intestinal transplants;

&ndash; Small bowel/liver or multivisceral (abdominal) transplants;

&ndash; Pancreas transplants;

&ndash; Islet cell transplants; and

&ndash; Bone Marrow Transplants.

- **EXCLUSIONS AND LIMITATIONS APPLICABLE TO ORGAN/TISSUE/BONE MARROW TRANSPLANTS**

&ndash; The transplant must meet the criteria established by the Plan for assessing and performing organ or tissue transplants, or Bone Marrow Transplant procedures, as set forth in the Plan's written medical policies.

&ndash; In addition to the Exclusions set forth elsewhere in this Contract, no Benefits will be provided for the following organ or tissue transplants or Bone Marrow Transplants or related services:

    &deg; Adrenal to brain transplants.

    &deg; Allogeneic islet cell transplants.

    &deg; High-Dose Chemotherapy or High-Dose Radiation Therapy if the associated autologous or allogeneic Bone Marrow Transplant, stem cell or progenitor cell treatment or rescue is not a Covered Service.

    &deg; Small bowel transplants using a living donor.

    &deg; Any organ or tissue transplant or Bone Marrow Transplant from a non-human donor or for the use of non-human organs for extracorporeal support and/or maintenance.

    &deg; Any artificial device for transplantation/implantation, except in limited instances as reflected in the Plan's written medical policies.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- ° Any organ or tissue transplant or Bone Marrow Transplant procedure which the Plan considers to be Experimental, Investigational or Unproven in nature.

- ° Expenses related to the purchase, evaluation, Procurement Services, or transplant procedure if the organ or tissue or bone marrow or stem cells or progenitor cells are sold rather than donated to the Subscriber recipient.

- ° All services, provided directly for or relative to any organ or tissue transplant, or Bone Marrow Transplant procedure which is not specifically listed as a Covered Service in this Contract.

- **DONOR BENEFITS**

If a human organ, tissue or Bone Marrow Transplant is provided from a *living* donor to a human transplant recipient:

- – When both the recipient and the living donor are Subscribers, each is entitled to the Benefits of the Contract.

- – When only the recipient is a Subscriber, both the donor and the recipient are entitled to the Benefits of the Contract. The donor Benefits are limited to only those not provided or available to the donor from any other source. This includes, but is not limited to, other insurance coverage or other Blue Cross or Blue Shield coverage or any government program. Benefits provided to the donor will be applied to the recipient's coverage under the Contract.

- – When only the living donor is a Subscriber, the donor is entitled to the Benefits of the Contract. The Benefits are limited to only those not provided or available to the donor from any other source. This includes, but is not limited to, other insurance coverage or other Blue Cross or Blue Shield coverage or any government program available to the recipient. There are no Covered Services for the non-Subscriber transplant recipient.

- – If any organ or tissue or bone marrow or stem cells or progenitor cells are sold rather than donated to the Subscriber recipient, no Covered Services will be provided for the purchase price, evaluation, Procurement Services or procedure.

- – The Plan is not liable for transplant expenses incurred by donors, except as specifically provided.

- **RESEARCH–URGENT BONE MARROW TRANSPLANT BENEFITS WITHIN NATIONAL INSTITUTES OF HEALTH CLINICAL TRIALS ONLY**

Bone Marrow Transplants that are otherwise excluded by the Contract as Experimental, Investigational or Unproven (see *Definitions* and *Exclusions*) are eligible for Benefits if the Bone Marrow Transplant meets all of the following criteria:

- – It is therapeutic (not diagnostic or supportive) treatment used to directly improve health outcomes for a condition that is life threatening and that has a poor prognosis with the most effective conventional treatment. For purposes of this provision, a condition is considered life threatening if it has a substantial probability of causing premature death and all other conventional treatments have failed, or are not medically appropriate;

- – The Bone Marrow Transplant is available to the Subscriber seeking it and will be provided within a clinical trial conducted or approved by the **National Institutes of Health;**

- – The Bone Marrow Transplant is not available free or at a reduced rate; and

- – The Bone Marrow Transplant is not excluded by another provision of the Contract.

AMBULATORY SURGICAL FACILITY SERVICES

Ambulatory Hospital-type services, not including Physicians' services, provided to you in and by an Ambulatory Surgical Facility only when:

- Such services are Medically Necessary;

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- An operative or cutting procedure which cannot be done in a Physician's office is actually performed; and
- The operative or cutting procedure is a Covered Service under this Contract.

**Outpatient Surgery performed at an Out-of-Network Ambulatory Surgical Facility is subject to the *"Prior Authorization"* requirements of this Contract (see *Important Information* section).**

### SERVICES RELATED TO TREATMENT OF AUTISM AND AUTISM SPECTRUM DISORDERS

Covered Services which are Medically Necessary for the screening, diagnosis and treatment of Autism Spectrum Disorder, provided the Subscriber continually and consistently shows sufficient progress and improvement as determined by the health care Provider.

Treatment of Autism Spectrum Disorder consists of evidence-based care and related equipment prescribed or ordered for an individual diagnosed with an Autism Spectrum Disorder by a licensed Physician or a licensed doctoral-level psychologist who determines the care to be Medically Necessary, including, but not limited to:

- Behavioral health counseling and treatment programs, including Applied Behavior Analysis, that are:
    - necessary to develop, maintain or restore, to the maximum extent practicable, the functioning of an individual; and
    - provided or supervised by a board-certified behavior analyst, a board-certified assistant behavior analyst or by a licensed doctoral-level psychologist so long as the services performed are commensurate with the psychologist's university training and experience.

    **Applied Behavior Analysis is subject to the "Preauthorization" requirements set forth in the *Important Information* section of this Certificate. If you fail to comply with these requirements, Benefits for Covered Services may be reduced or denied.**

- Medications prescribed by a licensed Physician and any health-related services deemed Medically Necessary to determine the need or effectiveness of the medications.

- Direct or consultative services provided by a psychiatrist or psychologist licensed in the state in which the psychiatrist or psychologist practices.

- Therapeutic care services provided by licensed or certified speech therapists, occupational therapists or physical therapists. Speech Therapy, Physical Therapy and Occupational Therapy visits related to treatment of Autism Spectrum Disorder are not subject to the limitations specified under "Outpatient Therapy Services".

Except for Inpatient services, if a Subscriber is receiving treatment for an Autism Spectrum Disorder, the Plan, shall have the right to review the treatment plan annually, unless the Plan and the Subscriber's treating Physician or psychologist agree that a more frequent review is necessary. Any such agreement regarding the right to review a treatment plan more frequently shall apply only to the particular Subscriber being treated for an Autism Spectrum Disorder and shall not apply to all individuals being treated for Autism Spectrum Disorder by a Physician or psychologist. The cost of obtaining any review or treatment plan shall be borne by the Plan.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## PSYCHIATRIC CARE SERVICES

**All Inpatient services and certain Outpatient services are subject to the "*Prior Authorization*" requirements set forth in the *Important Information* section of this Contract. If you fail to comply with these requirements, Benefits for Covered Services may be reduced or denied.**

We pay the scheduled amounts for the following Covered Services you receive from a Provider to treat Mental Health and Substance Use Disorder:

- Inpatient Facility Services

  Covered Inpatient Hospital Services provided by a Hospital, Psychiatric Hospital, Residential Treatment Center or other Plan-approved Provider (including partial hospitalization programs).

- Inpatient Medical Services

  Covered Inpatient Medical Services provided by a Physician or other Provider:

  - Medical Care visits **limited to one visit or other service per day;**

  - Individual Psychotherapy;

  - Group Psychotherapy;

  - Psychological Testing; and

  - Convulsive Therapy Treatment.

    Electroshock treatment or convulsive drug therapy including anesthesia when rendered together with treatment by the same Physician or other Provider.

  **Benefits will not be provided for both an Inpatient Medical Care visit and Individual Psychotherapy when performed on the same day by the same Physician.**

- Outpatient Psychiatric Care Services

  Covered Inpatient Facility and Medical Services when provided for the Outpatient treatment of Mental Health and Substance Use Disorder by a Hospital, Psychiatric Hospital, Residential Treatment Center, Physician, or other Plan-approved Provider.

## AMBULANCE SERVICES

- Medically Necessary transportation by means of a specially designed and equipped vehicle used only for transporting the sick and injured:

  - From your home to a Hospital;
  - From the scene of an accident or medical emergency to a Hospital;
  - Between Hospitals;
  - Between a Hospital and a Skilled Nursing Facility; or
  - From the Hospital to your home.

- Ambulance Services means local transportation to the closest facility appropriately equipped and staffed for treatment of the Subscriber's condition. If none, you are covered for trips to the closest such facility outside your local area.

- Ambulance Services for non-Emergency Care may be covered when, in addition to the above requirements, the Subscriber's condition is such that any other form of transportation would be medically contraindicated.

- Air ambulance services are covered only when:

  - Air ambulance services are Medically Necessary; and
  - Terrain, distance, your physical condition or other circumstances require the use of air ambulance services rather than ground ambulance services.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

### PRIVATE DUTY NURSING SERVICES

Services of a practicing RN, LPN or LVN when ordered by a Physician and when Medically Necessary. The nurse cannot be a member of your immediate family or usually live in your home.

**Benefits for Private Duty Nursing Services are limited to the number of visits specified in the *Schedule of Benefits for Comprehensive Health Care Services* in the front of this Contract.**

**Private Duty Nursing Services are subject to the *"Prior Authorization"* requirements of this Contract (see *Important Information* section).**

### REHABILITATION CARE/HABILITATION CARE

Inpatient Hospital Services, including Physical Therapy, Speech Therapy and Occupational Therapy, provided by the rehabilitation department of a Hospital, or other Plan-approved rehabilitation facility, after the acute care stage of an illness or injury.

**Rehabilitation Care/Habilitation Care is limited to the number of Inpatient days specified in the *Schedule of Benefits for Comprehensive Health Care Services* in the front of this Contract.**

**Rehabilitation Care and Habilitation Care are subject to the *"Prior Authorization"* requirements of this Contract (see *Important Information*). Failure to comply with these requirements will result in a $500 reduction in Benefits for Inpatient Rehabilitation Care/Habilitation Care if, upon receipt of a claim, Benefits are available under this Contract.**

### SKILLED NURSING FACILITY SERVICES

Covered Inpatient Hospital Services and supplies rendered to an Inpatient of an eligible Skilled Nursing Facility.

**Skilled Nursing Facility Services are limited to the number of Inpatient days specified in the *Schedule of Benefits for Comprehensive Health Care Services* in the front of this Contract.**

**Skilled Nursing Facility Services are subject to the *"Prior Authorization"* requirements of this Contract (see *Important Information*). Failure to comply with these requirements will result in a $500 reduction in Benefits for Skilled Nursing Facility Services if, upon receipt of a claim, Benefits are available under this Contract.**

No Benefits are **available**:

- Once you can no longer improve from treatment; or
- For Custodial Care, or care for someone's convenience.

### HOME HEALTH CARE SERVICES

We pay the scheduled amounts for the following Covered Services you receive from a Hospital program for Home Health Care or Home Health Care Agency, provided such program or agency is an eligible Provider and the care is prescribed by a Physician:

- Medical and surgical supplies;
- Prescribed drugs;
- Oxygen and its administration;
- **Home visits for the following, limited to the number of visits specified in the *Schedule of Benefits for Comprehensive Health Care Services* in the front of this Contract:**

  - Professional services of an RN, LPN, or LVN;
  - Medical social service consultations;
  - Health aide services while you are receiving covered nursing or Therapy Services.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- Services of a licensed registered dietitian or licensed certified nutritionist, when authorized by the patient's supervising Physician and when Medically Necessary as part of diabetes self-management training.

**Home Health Care is subject to the *"Prior Authorization"* requirements of this Contract (see *Important Information*).**

We do not pay Home Health Care Benefits for:

- Dietitian services, except as specified for diabetes self-management training;

- Homemaker services;

- Maintenance therapy;

- Speech Therapy;

- Durable Medical Equipment;

- Food or home-delivered meals;

- Infusion Therapy, **except when you have received Prior Authorization from the Plan for these services;**

- Intravenous drug, fluid, or nutritional therapy, except when you have received Prior Authorization from the Plan for these services.

## HOSPICE SERVICES

Care and services performed under the direction of your attending Physician in an eligible Hospital Hospice Facility or in-home Hospice program.

**Hospital Hospice Services are subject to the *"Prior Authorization"* requirements of this Contract (see *Important Information*). Failure to comply with these requirements will result in a $500 reduction in Benefits for Hospice Services, if, upon receipt of a claim, Benefits are available under this Contract.**

## DENTAL SERVICES FOR ACCIDENTAL INJURY

Dental Services for accidental injury to the jaws, sound natural teeth, mouth or face. Injury caused by chewing or biting an object or substance placed in your mouth is not considered an accidental injury, regardless of whether you knew the object or substance was capable of causing such injury if chewed or bitten.

## DIABETES EQUIPMENT, SUPPLIES AND SELF-MANAGEMENT SERVICES

- The following equipment, supplies and related services for the treatment of Type I, Type II, and gestational diabetes when Medically Necessary and when recommended or prescribed by a Physician or other Provider:

  - Blood glucose monitors;

  - Blood glucose monitors to the legally blind;

  - Test strips for glucose monitors;

  - Visual reading and urine testing strips;

  - Insulin;

  - Injection aids;

  - Cartridges for the legally blind;

  - Syringes;

  - Insulin pumps and appurtenances thereto;

  - Insulin infusion devices;

[34]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- Oral agents for controlling blood sugar;

- Podiatric appliances for prevention of complications associated with diabetes; and

- Other diabetes equipment and related services that are determined Medically Necessary by the Oklahoma State Board of Health, provided such equipment and supplies have been approved by the federal Food and Drug Administration (FDA).

• Diabetes self-management training in an Inpatient or Outpatient setting which enables diabetic patients to understand the diabetic management process and daily management of diabetic therapy as a method of avoiding frequent hospitalizations and complications. Diabetes self-management training must be conducted in accordance with the standards developed by the Oklahoma State Board of Health in consultation with a national diabetes association affiliated with this state and at least three medical directors of health benefit plans selected by the Oklahoma State Department of Health. Coverage for diabetes self-management training, including medical nutrition therapy relating to diet, caloric intake, and diabetes management (excluding programs the only purpose of which are weight reduction) shall be limited to the following:

- Visits Medically Necessary upon the diagnosis of diabetes;

- A Physician diagnosis which represents a significant change in the patient's symptoms or condition making Medically Necessary changes in the patient's self-management; and

- Visits when reeducation or refresher training is Medically Necessary.

Benefits for diabetes self-management training in accordance with this provision shall be provided only upon certification by the health care Provider providing the training that the patient has successfully completed diabetes self-management training.

Diabetes self-management training and training related to medical nutrition therapy, when provided by a registered, certified, or licensed health care professional, shall also include home visits when Medically Necessary and shall include instruction in medical nutrition therapy only by a licensed registered dietician or licensed certified nutritionist when authorized by the patient's supervising Physician and when Medically Necessary.

Coverage for the equipment, supplies and self-management services specified above shall be provided in accordance with the terms and conditions of the appropriate Benefit section of this Contract (for example: "Outpatient Prescription Drugs and Related Services", "Durable Medical Equipment", "Orthotic Devices" and "Home Health Care Services").

## SERVICES RELATED TO CLINICAL TRIALS

Benefits are provided for Routine Patient Costs when provided in connection with a phase I, phase II, phase III, or phase IV clinical trial, if the clinical trial is conducted in relation to the prevention, detection, or treatment of cancer or other Life-Threatening Disease or condition and is one of the following:

• Any of the following federally funded or approved trials:

- The Centers for Disease Control and Prevention of the United States Department of Health and Human Services;

- The National Institutes of Health (NIH);

- The Centers for Medicare and Medicaid Services;

- The Agency for Healthcare Research and Quality;

- A cooperative group or center of any of the previous entities;

- The United States Food and Drug Administration;

- The United States Department of Defense (DOD);

- The United States Department of Veterans Affairs (VA);

[35]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- – A qualified non-governmental research entity identified in guidelines issued by the NIH for center support grants or the DOD, VA or Department of Energy if the study has been reviewed and approved through a peer review system; or

- – An institutional review board of an institution in this state that has an agreement with the Office for Human Research Protections of the United States Department of Health and Human Services.

- A clinical trial conducted under an FDA investigational new drug application.

- A drug trial that is exempt from the requirement of an FDA investigational new drug application.

Benefits may not be available under this section for services that are paid for by the research institution conducting the clinical trial.

For purposes of this provision, "Routine Patient Costs" generally include all items and services consistent with the coverage provided under this Contract for an individual with a similar condition who is not enrolled in a clinical trial. However, costs associated with the following are *not* Covered Services:

- The Investigational item, device or service, itself;

- Items and services that are provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient; or

- A service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis.

## DURABLE MEDICAL EQUIPMENT

The rental or, at the Plan's option, the purchase of Durable Medical Equipment, provided such equipment meets the following criteria:

- It is used in the Subscriber's home or place of residence or dwelling;

- It provides therapeutic benefits or enables the Subscriber to perform certain tasks that he or she would be unable to perform otherwise due to certain medical conditions and/or illness;

- It can withstand repeated use and is primarily and customarily used to serve a medical purpose;

- It is generally not useful to a person in the absence of an illness or injury; and

- It is prescribed by a Physician and meets the Plan's criteria of Medical Necessity for the given diagnosis.

Examples of Durable Medical Equipment are wheelchairs, hospital beds, traction equipment, canes, crutches, walkers, kidney machines, ventilators, oxygen, and other Medically Necessary items. Also included are repairs, maintenance, and costs of delivery of equipment, as well as expendable and nonreusable items essential to the effective use of the equipment. Such repair and replacement is not included if the equipment is lost, damaged or destroyed due to improper use or abuse.

Durable Medical Equipment *does not* include equipment, or electrical or mechanical features to enhance basic equipment, that serves as a comfort or convenience (such as a computer). In addition, equipment used for environmental setting or surroundings of an individual are not included, such as air conditioners, air filters, portable Jacuzzi pumps, humidifiers, or modifications to the Subscriber's home or vehicle.

Certain items although durable in nature, may fall into other coverage categories, such as prosthetic appliances or orthotic devices.

## PROSTHETIC APPLIANCES

Devices, along with pertinent supplies, which replace all or part of an absent body organ and which are Medically Necessary for the alleviation or correction of conditions arising out of bodily injury or illness covered by this Contract. Eyeglass lens, soft lens and contact lens are included if prescribed as part of postoperative treatment for cataract extraction. Implantation or removal of breast prostheses is a Covered Service only in connection with

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

reconstructive breast Surgery performed solely and directly as a result of mastectomy which is Medically Necessary. **Benefits for replacement appliances will be provided only when Medically Necessary.**

## ORTHOTIC DEVICES

A rigid or semi-rigid supportive device which limits or stops motion of a weak or diseased body part and which is Medically Necessary to restore you to your previous level of daily living activity. **Benefits for replacement of such devices will be provided only when Medically Necessary.**

Benefits will be provided for the following orthotic devices:

- Braces for the leg, arm, neck, back, or shoulder;
- Back and special surgical corsets;
- Splints for the extremities;
- Trusses.

The following devices are not covered, except as specified under "Diabetes Equipment, Supplies and Self-Management Services":

- Arch supports and other foot support devices;
- Elastic/compression stockings;
- Garter belts or similar devices;
- Orthopedic shoes.

**Benefits for orthotic devices are limited to the maximum amount specified in the *Schedule of Benefits for Comprehensive Health Care Services* in the front of this Contract.**

## WIGS OR OTHER SCALP PROSTHESES

Wigs or other scalp prostheses which are necessary for the comfort and dignity of the Subscriber, and which are required due to any medically induced hair loss.

**Benefits are limited to the maximum amount specified in the *Schedule of Benefits for Comprehensive Health Care Services* in the front of this Contract.**

## ROUTINE FOOT CARE

Benefits for Medically Necessary routine foot care, when obtained from a licensed Provider.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

# *Outpatient Prescription Drugs and Related Services*

Subject to the Exclusions, conditions, and limitations of this Contract, a Subscriber is entitled to the Benefits of this section for covered Outpatient Prescription Drugs and related services. Benefits are subject to any Deductible, Copayment and/or Coinsurance amounts specified in the *Schedule of Benefits for Outpatient Prescription Drugs and Related Services*.

## COVERED SERVICES

Benefits are provided for Outpatient Prescription Drugs and related services, limited to the following:

- Prescription Drugs dispensed for a Subscriber's Outpatient use, when recommended by and while under the care of a Physician or other Provider.

- Injectable insulin and insulin products, but only when dispensed in accordance with a written prescription by a licensed Physician or other Provider even though a prescription may not be required by law.

- Oral contraceptives, when prescribed by a licensed Physician or other Provider.

- Prescription Drugs prescribed for treatment of attention deficit disorder (ADD) or attention deficit hyperactivity disorder (ADHD).

- Oral Chemotherapy when prescribed by a licensed Physician. [After your Deductible has been met, your][Your Deductible,] Copayment or Coinsurance amount will not apply to orally administered anticancer medications when received from a Participating Pharmacy. Coverage of prescribed orally administered anticancer medications when received from a non-preferred specialty Pharmacy Provider or non-Participating Pharmacy Provider will be provided on a basis no less favorable than intravenously administered or injected cancer medications.

- Self-injectable and other self-administered Prescription Drugs (including Chemotherapy), when dispensed by a Pharmacy. Self-injectable and other self-administered drugs purchased from a Physician and administered in his/her office are not covered. Many self-injectable/self-administered drugs are classified as "Specialty Pharmacy Drugs" and should be purchased from a Participating Specialty Pharmacy.

- Specialty Pharmacy Drugs (should be dispensed from a Participating Specialty Pharmacy in order to receive the highest level of Benefits).

- Select vaccinations (when administered by a participating Retail Pharmacy Vaccination [Blue Preferred] Network Provider). Visit the Plan's Web site at [www.bcbsok.com/member/prescription-drug-plan-information/drug-lists] for a current listing of vaccines available through this coverage. NOTE: Select vaccinations administered through a Participating Retail Pharmacy Vaccination [Blue Preferred] Network Provider are not subject to the Deductible, Copayment and/or Coinsurance provisions of this Contract.

- Drugs prescribed by a Physician or other Provider as part of "Preventive Care Services" as defined in this Contract.

- In order to be a Covered Drug under this *Outpatient Prescription Drugs and Related Services* section, the Prescription Drugs must be shown on the Drug List. The drugs on the Drug List have been selected to provide coverage for a broad range of diseases. Each drug appearing on the list shows to which tiered category it belongs. For example, most Generic Drugs are categorized as Tier 1 or Tier 2 drugs, while Specialty Drugs may be classified as Tier 5 or Tier 6 drugs (depending upon the benefit plan in which you are enrolled). You may refer to the *Schedule of Benefits for Outpatient Prescription Drugs and Related Services* to determine the level of coverage available for each drug tier/category.

- Tier 1 – includes mostly Preferred Generic Drugs and may contain some Brand Name Drugs.

- Tier 2 – includes mostly Non-Preferred Generic Drugs and may contain some Brand Name Drugs.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- Tier 3 – includes mostly Preferred Brand Name Drugs and may contain some Generic Drugs.

- Tier 4 – includes mostly Non-Preferred Brand Name Drugs and may contain some Generic Drugs.

- Tier 5 – includes mostly Preferred Specialty Drugs and may contain some Generic Drugs.

- Tier 6 – includes mostly Non-Preferred Specialty Drugs and may contain some Generic Drugs.

Drugs listed on the Drug List are selected by the Plan based upon the recommendations of a committee, which is made up of current and previously practicing Physicians and pharmacists from across the country, some of whom are employed by or affiliated with the Plan. The committee considers existing drugs approved by the FDA, as well as those newly FDA-approved for inclusion on the Drug List. Entire drug classes are also regularly reviewed. Some of the factors committee members evaluate include each drug's safety, effectiveness, cost and how it compares with drugs currently on the Drug List.

Positive changes (e.g., adding drugs to the Drug List, drugs moving to a lower payment tier) occur quarterly after review by the committee. Changes to the Drug List that could have an adverse financial impact to you (e.g., drug exclusion, drug moving to a higher payment tier, or drugs requiring step therapy or prior authorization) occur quarterly or annually. However, when there has been a pharmaceutical manufacturer's recall or other safety concern, changes to the Drug List may occur more frequently.

The Drug List and any modifications will be made available to you. By accessing the Plan website at [www.bcbsok.com] or calling the customer service toll-free number on your Identification Card, you will be able to determine the Drug List that applies to you and whether a particular drug is on the Drug List.

### RETAIL PHARMACY PROGRAM

The Benefits you receive and the amount you pay will vary depending upon the type of drugs, or supplies obtained and whether they are obtained from a Preferred Participating Pharmacy, Participating Pharmacy or Out-of-Network Pharmacy. Your cost will be the appropriate Deductible, Copayment and/or Coinsurance amount indicated in the *Schedule of Benefits for Outpatient Prescription Drugs and Related Services.*

**Note: The amount you may pay for a covered insulin drug shall not exceed $30 per 30-day supply or $90 per 90-day supply.**

### EXTENDED PRESCRIPTION DRUG SUPPLY PROGRAM

Your coverage includes Benefits for up to a 90-day supply of Maintenance Prescription Drugs purchased from a Participating Pharmacy which may only include Preferred Participating retail or Mail-Order pharmacies. Benefit amounts are listed in the *Schedule of Benefits for Outpatient Prescription Drugs and Related Services.* Your cost will be the appropriate Deductible, Copayment and/or Coinsurance amount indicated in the *Schedule of Benefits for Outpatient Prescription Drugs and Related Services.*

Benefits will not be provided for more than a 30-day supply of drugs obtained from a Prescription Drug Provider not participating in the Extended Prescription Drug Supply Program.

**Note: The amount you may pay for a covered insulin drug shall not exceed $30 per 30-day supply or $90 per 90-day supply.**

### MAIL-ORDER PHARMACY PROGRAM

The Plan has selected a Mail-Order Pharmacy Program to fill and deliver maintenance (long-term) medications.

The Mail-Order Pharmacy Program provides delivery of Maintenance Prescription Drugs directly to your home address. All items that are covered under the Mail-Order Pharmacy Program are subject to the same limitations and exclusions as the Retail Pharmacy Program. **Items covered through a Specialty Pharmacy are not covered through the Mail-Order Pharmacy Program.** NOTE: Prescription Drugs and other items may not be mailed outside the United States.

Some drugs may not be available through the Mail-Order Pharmacy Program. If you have any questions about this Mail-Order Pharmacy Program, need assistance in determining the amount of your payment, or need to obtain the

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

mail-order prescription form, you may access the Web site at [https://www.bcbsok.com/member/prescription-drug-plan-information/programs] or contact Customer Service at the toll-free number on your Identification Card. Mail the completed form, your Prescription Order(s) and payment to the address indicated on the form.

Your cost will be the appropriate Deductible, Copayment and/or Coinsurance amount indicated in the *Schedule of Benefits for Outpatient Prescription Drugs and Related Services.*

If you send an incorrect payment amount for the Prescription Order dispensed, you will: (a) receive a credit if the payment is too much; or (b) be billed for the appropriate amount if it is not enough.

## SPECIALTY PHARMACY PROGRAM

This program provides delivery of medications directly to your health care Provider for administration or to the home of the patient that is undergoing treatment for a complex medical condition. To receive the highest level of benefits, Specialty Drugs should be obtained through an in-network Specialty Pharmacy.

The Specialty Pharmacy Drug Program delivery service offers:

- Coordination of coverage among you, your health care Provider and the Plan;

- Educational materials about the patient's particular condition and information about managing potential medication side effects;

- Syringes, sharps containers, alcohol swabs and other supplies with every shipment for FDA approved self-injectable/self-administered medications; and

- Access to a pharmacist for urgent medication issues 24 hours a day, seven days a week, 365 days each year.
Specialty Pharmacy Drugs are identified on the Drug List which is available by accessing the Web site at [https://www.bcbsok.com/member/prescription-drug-plan-information/drug-lists] or by contacting Customer Service at the toll-free number on your Identification Card. Your cost will be the appropriate Deductible, Copayment and/or Coinsurance amount indicated in the *Schedule of Benefits for Outpatient Prescription Drugs and Related Services.*

## PAYMENT OF BENEFITS

- Benefits are provided for Prescription Drugs dispensed for a Subscriber's Outpatient use when recommended by and while under the care of a Physician or other Provider, provided such care and treatment is Medically Necessary.

- Benefits for Prescription drugs are available to the Subscriber only:

  - in accordance with a Prescription Order; and

  - after the Subscriber has met the Deductible, if applicable; and

  - after the Subscriber has incurred charges equal to the Copayment and/or Coinsurance applicable to each Prescription Order. **If the charge for your prescription is *less* than your Copayment and/or Coinsurance, you will pay the lesser amount.**

- When Prescription Drugs and related services are dispensed by a Participating Pharmacy, the Plan will pay directly to the Pharmacy the Allowable Charge for the drugs, less the applicable Deductible, Copayment and/or Coinsurance amount specified in the *Schedule of Benefits for Outpatient Prescription Drugs and Related Services.*

- If your Prescription Order is filled by an Out-of-Network Pharmacy, you will need to pay the full cost of the drugs directly to the Pharmacy and then submit a claim to the Plan in order to receive any Benefits under this program. In addition to any Deductible, Copayment and/or Coinsurance amounts applicable to your coverage, you will be responsible for the cost difference, if any, between the Pharmacy's billed charges and the Allowable Charge determined by the Plan. **NOTE: Vaccinations administered by a Pharmacy that is not a Participating Retail Pharmacy Vaccination [Blue Preferred] Network Provider are not covered under this** *Outpatient Prescription Drugs and Related Services* **section.**

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- You may not be required to pay the difference in cost between the Allowable Charge of the Brand Name Drug and the Allowable Charge of the Generic Drug if there is a medical reason (e.g., adverse event) you need to take the Brand Name Drug and certain criteria are met. Your health care Provider can submit a request to waive the difference in cost between the Allowable Charge of the Brand Name Drug and Allowable Charge of the Generic Drug. In order for this request to be reviewed, your health care Provider must send in a MedWatch form to the Food and Drug Administration (FDA) to let them know the issues you experienced with the generic equivalent. Your health care Provider must provide a copy of this form when requesting the waiver. The FDA MedWatch form is used to document adverse events, therapeutic inequivalence/failure product quality problems, and product use/medication error. This form is available on the FDA website. If the waiver is granted, applicable Copayment, Coinsurance, and any Deductible will still apply. For additional information, you may access the website at [www.bcbsok.com] or contact customer service at the toll-free number on your identification card.

## PRESCRIPTION DRUG SUPPLY/DISPENSING LIMITS

The Plan has the right to determine the day supply or unit dosage limits at its sole discretion. Benefits may be denied if drugs are dispensed or delivered in a manner intended to change, or having the effect of changing or circumventing, the stated maximum supply limitations.

- **Benefit Supply Limits per Prescription**

   For each Copayment and/or Coinsurance amount specified for your Prescription Drug Program, you can obtain the following supply of a single Prescription Drug or other item covered under this program (unless otherwise specified).

   Benefits will be provided for Prescription Drugs dispensed in the following quantities:

   − *Retail Pharmacy and Specialty Pharmacy [Blue Preferred] Network Providers* – During each one-month period, up to a 30-day supply for drugs.

   − *Extended Prescription Drug Supply Program and Mail-Order Pharmacy Program* – During each three-month period, up to a 90-day supply for drugs designated by the Plan as Maintenance Prescription Drugs. If less than a 90-day supply is ordered, the extended supply/mail-order Copayment and/or Coinsurance will still apply.

   A separate Copayment and/or Coinsurance amount will apply to each fill of a medication having a unique strength, dosage or dosage form.

   A separate Copayment and/or Coinsurance amount will apply to each fill of a prescription purchased on the same day for insulin and insulin syringes.

   Benefits are not provided under the Contract for charges for Prescription Drugs dispensed in excess of the above stated amounts.

   Benefits will not be provided for a prescription refill until 75% of the previous Prescription Order (or 70% for covered prescription eyedrops) has been used by the Subscriber. An exception to this provision may be granted on at least one occasion per year to synchronize your Prescription Drug refills for certain covered maintenance medications so that they are refilled on the same schedule for a given time period. When necessary to permit synchronization, the Plan shall apply a prorated daily cost-sharing rate to any covered medication dispensed by a Participating Pharmacy. Some prescriptions may be subject to a shorter refill window. Please call customer service for details.

- **Multi-Category Split-Fill Program**

   If this is your first time using select medications in certain drug classes (e.g., medications for cancer, multiple sclerosis, lung disorders, etc.) or if you have not filled one of these medications recently, you may only be able to receive a partial fill (14 – 15-day supply) of the medication for up to the first 3 months of therapy. This is to help see how the medication is working for you. Your Copayments and/or Coinsurance after your Deductible will be adjusted to align with the quantity of medication dispensed. If the medication is working for you and your physician wants you to continue on this medication, you may be eligible to receive up to a 30-day supply

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

after completing up to 3 months of the partial supply. For a list of drugs that are included in this program, please visit the [https://www.bcbsok.com/rx-drugs/pharmacy/pharmacy-programs].

- **Clinical Dispensing Limits Applicable to Certain Drugs**

In addition to the supply limits stated above and regardless of the quantity of a Covered Drug prescribed by a Physician, the Plan has the right to establish dispensing limits on Covered Drugs. These limits, which are based upon FDA dosing recommendations and nationally recognized clinical guidelines, identify gender or age restrictions, and/or the maximum quantity of a drug (or member of a drug class) that can be dispensed to you over a specific period of time. Such limits are in place to encourage appropriate drug use, patient safety, and reduce stockpiling. Benefits for a Covered Drug may also be denied if the drug is dispensed or delivered in a manner intended to avoid the Plan-established dispensing limit. If you need a drug quantity that exceeds the dispensing limit, ask your doctor to submit a request for review to the Plan on your behalf. The request will be approved or denied after the clinical information submitted by the prescribing Provider has been evaluated by the Plan.

- **Controlled Substances Limitation**

If the Plan determines that a Subscriber may be receiving quantities of controlled substance medications not supported by FDA approved dosages or recognized safety or treatment guidelines, Benefits may be subject to a review to determine Medical Necessity, appropriateness and other restrictions such as limiting coverage to services provided by a certain Provider and/or Pharmacy for the prescribing and dispensing of the controlled substance medication and/or limiting coverage to certain quantities. For the purposes of this provision, controlled substance medications are medications classified and restricted by state or federal laws.

## THERAPEUTIC EQUIVALENT RESTRICTIONS

Some equivalent drugs are manufactured under multiple names. In some cases, the Plan may limit Benefits to only one of the equivalents available. If the Subscriber does not accept the therapeutic equivalents that are covered under the Drug List, the drug purchased will not be covered under any Benefit level.

## EXCLUSIONS AND LIMITATIONS

In addition to the exclusions and limitations specified in the *Exclusions* section of this Contract, no Benefits will be provided under this *Outpatient Prescription Drugs and Related Services* section for:

- Drugs which are not included on the Drug List, unless specifically covered elsewhere in this Contract and/or such coverage is required in accordance with applicable law or regulation.

- Non-FDA approved drugs.

- Drugs that are not considered Medically Necessary or treatment recommendations that are not supported by evidence-based guidelines or clinical practice guidelines.

- Drugs which by law do not require a Prescription Order from an authorized Provider (except insulin, insulin analogs, insulin pens, and prescriptive and nonprescriptive oral agents for controlling blood sugar level); and drugs, insulin or covered devices for which no valid Prescription Order is obtained.

- Over-the-counter drugs and medications, except those prescribed by a Physician or other Provider as part of the "Preventive Care Services" as defined in this Contract.

- Devices or Durable Medical Equipment of any type (even though such devices may require a Prescription Order), such as, but not limited to, therapeutic devices, artificial appliances, or similar devices (except disposable hypodermic needles and syringes for self-administered injections).

- Pharmaceutical aids such as excipients found in the USP-NF (United States Pharmacopeia-National Formulary) including, but not limited to, preservatives, solvents, ointment bases, and flavoring, coloring, diluting, emulsifying and suspending agents.

- Administration or injection of any drugs (except for select vaccines administered by a Participating Pharmacy).

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- Vitamins (**except** those vitamins which by law require a Prescription Order and for which there is no non-prescription alternative).

- Drugs dispensed in a Physician's office or during confinement while a patient in a Hospital, or other acute care institution or facility, including take-home drugs; and drugs dispensed by a nursing home or custodial or chronic care institution or facility.

- Covered Drugs, devices, or other Pharmacy services or supplies for which benefits are, or could upon proper claim be, provided under any present or future laws enacted by the Legislature of any state, or by the Congress of the United States (including but not limited to, any services or supplies for which benefits are payable under Part A and Part B of Title XVIII of the Social Security Act (Medicare), or the laws, regulations or established procedures of any county or municipality, except any program which is a state plan for medical assistance (Medicaid), or any Prescription Drug which may be properly obtained without charge under local, state, or federal programs, unless such exclusion is expressly prohibited by law; provided, however, that this exclusion shall not be applicable to any coverage held by the Member for Prescription Drug expenses which is written as a part of or in conjunction with any automobile casualty insurance policy.

- Any services provided or items furnished for which the Pharmacy normally does not charge.

- Covered Drugs for which the Pharmacy's usual and customary charge to the general public is less than or equal to the Copayment and/or Coinsurance amount provided under this Contract.

- Infertility and fertility medications.

- Any prescription antiseptic or fluoride mouthwashes, mouth rinses, or topical oral solutions or preparations, except those prescribed by a Physician or other Provider as part of the "Preventive Care Services" as defined in this Contract.

- Drugs required by law to be labeled: "Caution — Limited by Federal Law to Investigational Use," or Experimental drugs, even though a claim is made for the drugs.

- Covered Drugs dispensed in quantities in excess of the amounts stipulated in this *Outpatient Prescription Drugs and Related Services* section; or refills of any prescriptions in excess of the number of refills specified by the Physician or by law; or any drugs or medicines dispensed more than one year following the Prescription Order date.

- Drugs which are not approved by the U.S. Food and Drug Administration (FDA) for a particular use or purpose or when used for a purpose other than the purpose for which the FDA approval is given, except as required by law or regulation. This exclusion is not applicable to the coverage of the off-label use of Prescription Drugs for the treatment of cancer or the study of oncology in accordance with Oklahoma law.

- Fluids, solutions, nutrients, medications (including all additives and Chemotherapy) used or intended to be used by intravenous or gastrointestinal (enteral) infusion or by intravenous, intramuscular (in the muscle), intrathecal (in the spine), or intraarticular (in the joint) injection in the home setting, except as specifically provided in this Contract. NOTE: This exception does not apply to dietary formula necessary for the treatment of phenylketonuria (PKU) or other heritable diseases.

- Drugs prescribed and dispensed for the treatment of obesity or for use in any program of weight reduction, weight loss, or dietary control.

- Drugs the use or intended use of which would be illegal, unethical, imprudent, abusive, not Medically Necessary, or otherwise improper.

- Drugs obtained by unauthorized, fraudulent, abusive, or improper use of the Identification Card.

- Drugs used or intended to be used in the treatment of a condition, sickness, disease, injury, or bodily malfunction which is not covered under this Contract, or for which Benefits have been exhausted.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- Rogaine, Minoxidil or any other drugs, medications, solutions or preparations used or intended for use in the treatment of hair loss, hair thinning or any related condition, whether to facilitate or promote hair growth, to replace lost hair, or otherwise.

- Cosmetic drugs used primarily to enhance appearance, including, but not limited to, correction of skin wrinkles and skin aging.

- Prescription Orders for which there is an over-the-counter product available with the same active ingredient(s), in the same strength, unless otherwise determined by the Plan.

- Athletic performance enhancement drugs.

- Drugs to treat sexual dysfunction or erectile dysfunction, including, but not limited to, sildenafil citrate (Viagra), phentolamine (Regitine), alprostadil (Prostin, Edex, Caverject), and apomorphine.

- Compounded medications. For purposes of this exclusion, "compounded medications" are customized medications made by mixing, assembling, packaging, or labeling drugs that are not commercially available in a specific dosage form, strength or formulation.

- Replacement of drugs or other items that have been lost, stolen, destroyed, or misplaced.

- Shipping, handling, or delivery charges.

- Certain drug classes where there are over-the counter alternatives available.

- Institutional packs and drugs which are repackaged by anyone other than the original manufacturer.

- Bulk powders.

- Diagnostic agents, except for diabetic testing supplies or test strips.

- Any self-injectable and other self-administered drugs purchased from a Physician and administered in his/her office.

- Drugs determined by the Plan to have inferior efficacy or significant safety issues.

- New-to-market FDA-approved drugs which are subject to review by Prime Therapeutics Pharmacy and Therapeutic (P&T) Committee prior to coverage of the drug.

### PRESCRIPTION DRUG PRIOR AUTHORIZATION AND STEP THERAPY PROCESS

The Plan has designated certain drugs which require Prior Authorization in order for Benefits to be available under this Contract. Prior Authorization means that in order to ensure that a drug is safe, effective, and part of a specific treatment plan, certain medications may require Prior Authorization and the evaluation of additional clinical information before dispensing.

A form of Prior Authorization is our Step Therapy program – a "step" approach to providing Benefits for certain medications your Physician or other Provider prescribes for you. This means that you may first need to try one or more "prerequisite" medications before certain high-cost medications are approved for coverage under your Prescription Drug program. Although you may currently be on therapy, your claim may need to be reviewed to see if the criteria for coverage of further treatment has been met. A documented treatment with a Generic Drug or brand name therapeutic alternative medication may be required for continued coverage of the Brand Name Drug.

You can obtain a listing of the drugs which require Prior Authorization or Step Therapy by contacting a Customer Service Representative at the number on the back your Identification Card. Or, you may request a listing by writing to:

Blue Cross and Blue Shield of Oklahoma
P.O. Box 3235
Naperville, IL  60566–7235

Please keep in mind that the listing of drugs requiring Prior Authorization will change periodically as new drugs are developed or as required to assure Medical Necessity.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

If your Physician or other Provider prescribes a drug which requires Prior Authorization, you or the Physician or other Provider may request Prior Authorization by calling the Customer Service number listed on your Identification Card.

When you present your prescription to a Participating Pharmacy, along with your Blue Cross and Blue Shield of Oklahoma Identification Card, the pharmacist will submit an electronic claim to the Plan to determine the appropriate Benefits.

If the Prior Authorization request is approved your pharmacist will dispense the Prescription Drug as prescribed and collect any applicable Deductible, Copayment and/or Coinsurance amount.

If the Prior Authorization request is denied, the pharmacist will receive an electronic message indicating that Benefits are not available for the prescription. You will be responsible for the full cost of your prescription.

If you purchase your prescriptions from an Out-of-Network (non-participating) Pharmacy, or if you do not have your Identification Card with you when you purchase your prescriptions, it will be your responsibility to pay the full cost of the Prescription Drugs and to submit a claim form (with your itemized receipt) to receive any Benefits available under your Prescription Drug program. Send the completed claim form to:

Prime Therapeutics
P.O. Box 25136
Lehigh Valley, PA 18002-5136

If the drug you received is one which requires prior approval, the Plan will review the claim to determine if Prior Authorization approval would have been given. If so, Benefits will be processed in accordance with your Prescription Drug coverage. If the Prior Authorization approval is denied, no Benefits will be available under the Contract for the Prescription Order.

**To view a listing of the drugs which are included in the Prior Authorization /Step Therapy program, please visit our Web site at [https://www.bcbsok.com/member/prescription-drug-plan-information/drug-lists]. If you have questions about Step Therapy, or Prior Authorization process, please call a Customer Service Representative at the number shown on your Identification Card for assistance.**

### STEP THERAPY EXCEPTION REQUESTS

You or your Provider can ask for a Step Therapy exception. To request this exception, you or your Provider can call the number on the back of your Identification Card or visit our Web site at [www.bcbsok.com] to ask for a review. The Plan will respond to you and your Provider within 72 hours after the Plan receives your request. If the timeframe for a response ends on a weekend or a legal holiday, the timeframe for the response shall run until the close of the next full business day. If the prescribing Provider indicates that you have a health condition that may jeopardize your life, health or keep you from regaining function, we will respond to such request within 24 hours after the Plan receives your request. If the timeframe for a response ends on a weekend or a legal holiday, the timeframe for the response shall run until the close of the next full business day. If we fail to respond within the required time, the Step Therapy exception request shall be deemed granted. If the request is denied, we will let you and your Provider know why it was denied. If your exception is denied, you may appeal the decision according to the appeals process you will receive with the denial determination. Call the number on the back of your Identification Card if you have any questions.

### EXCEPTION REQUESTS

You or your Provider can ask for a Drug List exception if your drug is not on the Drug List (also known as a formulary). To request this exception, you or your Provider can call the number on the back of your Identification Card to ask for a review. The Plan will let you and your Provider know the coverage decision within 72 hours after they receive your request. If you have a health condition that may jeopardize your life, health or keep you from regaining function, or your current drug therapy uses a non-covered drug, your Provider may be able to ask for an expedited review process by marking the review as an urgent request. The Plan will let you and your Provider know the coverage decision within 24 hours after we receive your request for an expedited review. If the coverage request is denied, the Plan will let you and your Provider know why it was denied and offer you a covered alternative drug (if applicable). If your exception is denied, the denial determination will include information explaining the

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

appeals process, which includes your right to request review by an Independent Review Organization. Call the number on the back of your Identification Card if you have any questions.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

# *Exclusions*

This section lists what is not covered. We want to be sure that you do not expect Benefits that are not included in the Contract.

## WHAT IS NOT COVERED

Except as otherwise specifically stated in the Contract, we do not provide Benefits for services, supplies or charges:

- Which are not prescribed by or performed by or upon the direction of a Physician or other Provider.

- Which the Plan determines are not Medically Necessary, except as specified.

- Any services related to a non-Covered service. Related services are:

    - services in preparation for the non-Covered service;
    - services in connection with providing the non-Covered service;
    - hospitalization required to perform the non-Covered service; or
    - services that are usually provided following the non-Covered service, such as follow up care or therapy after Surgery.

- Received from other than a Provider.

- Which are in excess of the Allowable Charge, as determined by the Plan.

- Which the Plan determines are Experimental, Investigational and/or Unproven in nature.

- For any illness or injury occurring in the course of employment if whole or partial compensation or benefits are or might have been available under the laws of any governmental unit; any policy of workers' compensation insurance; an employer's insured and/or self-funded workers' compensation plan or any other plan providing coverage for work-related illness or injury; or according to any recognized legal remedy arising from an employer-employee relationship. This applies whether or not you claim the benefits or compensation or recover the losses from a third party.

    - You agree to:

        ○ pursue your rights under the workers' compensation laws;

        ○ take no action prejudicing the rights and interests of the Plan; and

        ○ cooperate and furnish information and assistance the Plan requires to help enforce its rights.

    - If you receive any money in settlement of your employer's liability, regardless of whether the settlement includes a provision for payment of your medical bills, you agree to:

        ○ hold the money in trust for the benefit of the Plan to the extent that the Plan has paid any Benefits or would be obligated to pay any Benefits; and

        ○ repay the Plan any money recovered from your employer or insurance carrier.

- To the extent payment has been made under Medicare or to the extent governmental units provide benefits or would have provided benefits if you had applied for and claimed those benefits (some state or federal laws may affect how we apply this exclusion).

- For any illness or injury suffered after the Subscriber's Effective Date as a result of war or any act of war, declared or undeclared, when serving in the military or any auxiliary unit thereto.

- For which you have no legal obligation to pay in the absence of this or like coverage.

- Received from a dental or medical department maintained by or on behalf of an employer, mutual benefit association, labor union, trust, or similar person or group.

[47]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- Any services, supplies or drugs provided to a Subscriber outside the United States, except for Emergency Care.

- For cosmetic Surgery or complications resulting therefrom, including Surgery to improve or restore your appearance, unless:

  - needed to repair conditions resulting from an accidental injury; or

  - for the improvement of the physiological functioning of a malformed body member resulting from a congenital defect.

  In no event will any care and services for breast reconstruction or implantation or removal of breast prostheses be a Covered Service unless such care and services are performed solely and directly as a result of mastectomy which is Medically Necessary.

- Received from a member of your immediate family.

- Received before your Effective Date.

- Received after your coverage stops.

- For any Inpatient care and services, including Rehabilitation Care and Habilitation Care, unless documentation can be provided that, due to the nature of the services rendered or your condition, you cannot receive safe or adequate care as an Outpatient.

- For personal hygiene and convenience items regardless of whether or not recommended by a Physician or other Provider. Examples include: computers; air conditioners, air purifiers or filters; humidifiers; or physical fitness equipment, including exercise bicycles or treadmills; or modifications to your home or vehicle.

- For missed appointments, or completion of a claim form.

- For Custodial Care such as sitters' or homemakers' services, or care in a place that serves you primarily as a residence when you do not require skilled nursing.

- For foot care only to improve comfort or appearance such as care for flat feet, subluxation, corns, bunions (except capsular and bone Surgery), calluses, toenails, and the like.

- For routine, screening or periodic physical examinations which are not included as "Preventive Care Services," as specified in the *Comprehensive Health Care Services* section of this Contract.

- For reverse sterilization.

- For female contraceptive devices when not prescribed by a licensed Provider, including over-the-counter contraceptive products. Contraceptive medications or devices for male use are excluded.

- For or related to the planned delivery of a newborn child at home, or in any setting other than a Hospital, licensed birthing center, or other facility licensed to provide such services.

- For Orthognathic Surgery, osteotomy, or any other form of oral Surgery, dentistry, or dental processes to the teeth and surrounding tissue (including complications resulting therefrom), except for:

  - the treatment of accidental injury to the jaw, sound natural teeth, mouth or face;

  - the improvement of the physiological functioning of a malformed body member resulting from a congenital defect;

  - dental extractions performed in preparation for radiation treatment for neoplasms involving the jaw/mouth; or

  - dental extractions of diseased teeth prior to a solid organ transplant.

  Benefits are not provided for dental implants, grafting of alveolar ridges, or for any complications arising from such procedures.

- For or related to Inpatient treatment of any non-covered dental procedure, except that coverage shall be provided for Hospital Services, Ambulatory Surgical Facility Services, and anesthesia services associated

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

with any Medically Necessary dental procedure when provided to a Subscriber who is severely disabled; or who has a medical or emotional condition which requires hospitalization or general anesthesia for dental care; or who, in the judgment of the treating practitioner, is not of sufficient emotional development to undergo a Medically Necessary dental procedure without the use of anesthesia.

- For eyeglasses, contact lenses or examinations for prescribing or fitting them, except for:

  − aphakic patients (including lenses required after cataract Surgery) and soft lenses or sclera shells to treat disease or injury;

  − vision examinations performed in connection with the diagnosis or treatment of disease or injury; or

  − services specified under "Preventive Care Services" or in the *Pediatric Vision Care Addendum* attached to this Contract.

- For eye Surgery such as radial keratotomy, when the primary purpose is to correct myopia (nearsightedness), hyperopia (farsightedness) or astigmatism (blurring).

- For hearing aids, tinnitus maskers, or examinations for prescribing or fitting them, except as specified under "Audiological Services". Hearing examinations not related to the prescription or fitting of hearing aids will be a Covered Service only when performed in connection with the diagnosis or treatment of disease or injury, or as specified under "Preventive Care Services".

- For diagnosis, treatment or medications for infertility and fertilization procedures. Examples include any form of: artificial insemination; ovulation induction procedures; in vitro fertilization; embryo transfer; or any other procedures, supplies or medications which in any way are intended to augment or enhance your reproductive ability.

- For treatment of sexual dysfunction not caused by organic disease.

- For treatment of obesity, including morbid obesity, regardless of the patient's history or diagnosis, including but not limited to the following: weight reduction or dietary control programs; bariatric surgery or other surgical procedures for weight reduction; prescription or nonprescription drugs or medications such as vitamins (whether to be taken orally or by injection), minerals, appetite suppressants, or nutritional supplements; and any complications resulting from weight loss treatments or procedures.

- For smoking cessation programs, not including counseling as specified under "Preventive Care Services".

- For medication, drugs or hormones to stimulate growth.

- For or related to acupuncture, whether for medical or anesthesia purposes.

- For unspecified developmental disorders that are not related to a specified medical condition, except as described in the *Comprehensive Health Care Services* section under "Services Related to Treatment of Autism Spectrum Disorders".

- For or related to Applied Behavior Analysis, except for the treatment of Autism Spectrum Disorder as described in the *Comprehensive Health Care Services* section under "Services Related to Treatment of Autism Spectrum Disorder".

- For hippotherapy, equine assisted learning, or other therapeutic riding programs.

- For which the Provider of service customarily makes no direct charge to a Subscriber.

- For treatment of temporomandibular joint dysfunction, including but not limited to diagnostic procedures, splints, orthodontic/orthopedic appliances, restorations necessary to increase vertical dimension or to restore or maintain functional or centric occlusion, alteration of teeth or jaws, Physical Therapy, and medication and behavioral modification related to conditions of temporomandibular joint syndrome or any other conditions involving the jaw joint, adjacent muscles or nerves, regardless of cause or diagnosis.

- For or related to transplantation of donor organs, tissues or bone marrow, except as specified under "Human Organ, Tissue and Bone Marrow Transplant Services".

[49]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- For Physician standby services.

- For Continuous Passive Motion (CPM) devices used in treatment of the shoulder or other joints, except for up to 21 days postoperatively for the following surgical procedures: total knee arthroplasty, anterior cruciate ligament reconstruction, or open reduction and internal fixation of tibial plateau for distal femur fractures involving the knee joint.

- For ductal lavage of the mammary ducts.

- For human donor milk.

- For extracorporeal shock wave treatment, also known as orthotripsy, using either a high-or low-dose protocol, for treatment of plantar fasciitis and all other musculoskeletal conditions.

- For orthoptic training.

- For thermal capsulorrhaphy as a treatment of joint instability, including but not limited to instability of shoulders, knees and elbows.

- For elective abortion, unless the life of the mother is endangered.

- For transcutaneous electrical nerve stimulator (TENS).

- For Inpatient Mental Health and Substance Use Disorder treatment that is not rendered in a Hospital, Psychiatric Hospital, Residential Treatment Center or other Plan-approved Provider.

- For massage therapy, including but not limited to effleurage, petrissage and/or tapotement.

- For transportation services, except as described under *"Ambulance Services"* in the **Comprehensive Health Care Services** section of this Contract.

- For any self-injectable and other self-administered drugs purchased from a Physician and administered in his/her office.

- Which are not specifically named as Covered Services subject to any other specific Exclusions and limitations in this Contract.

We may, without waiving these Exclusions, elect to provide Benefits for care and services while awaiting the decision of whether or not the care and services fall within the Exclusions listed above. If it is later determined that the care and services are excluded from your coverage, we will be entitled to recover the amount we have allowed for Benefits under the Contract (see "Plan's Right of Recoupment"). You must provide to us all documents needed to enforce our rights under this provision.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

# *General Provisions*

This section tells:

- The Benefits to which you are entitled;
- How to get Benefits;
- Your relationship with Hospitals, Physicians, and other Providers;
- Your relationship with us;
- Coordination of Benefits when you have other coverage.

### ENTIRE CONTRACT; CHANGES

This Contract, with the application and the Identification Card, is the entire Contract between you and the Plan. No change in this Contract will be effective until approved by an authorized Plan officer. This approval must be noted on or attached to this Contract. No agent or representative of the Plan other than a Plan officer may otherwise change this Contract or waive any of its provisions. All statements made by the Member or by any individual Subscriber shall, in the absence of fraud, be deemed representations and not warranties, and no such statement shall be used in defense to a claim under this Contract, unless it is contained in a written application.

### BENEFITS TO WHICH YOU ARE ENTITLED

We provide only the Benefits specified in this Contract.

Only Subscribers are entitled to Benefits from us and they may not transfer their rights to Benefits to anyone else.

Benefits for Covered Services specified in this Contract will be covered only for those Providers specified in this Contract.

### PRIOR APPROVAL

The Plan does not give prior approval or guarantee Benefits for any services through its Prior Authorization process, or in any oral or written communication to Subscribers or other persons or entities requesting such information or approval.

### NOTICE AND PROPERLY FILED CLAIM

The Plan will not be liable under the Contract unless proper notice is furnished to the Plan that Covered Services have been rendered to you. Upon receipt of written notice, the Plan will furnish claim forms to you for submitting a Properly Filed Claim. If the forms are not furnished within 15 days after the Plan receives your notice, you may comply with the Properly Filed Claim requirements by forwarding to the Plan, within the time period set forth below, written proof covering the occurrence, character and extent of loss for which the claim is made.

Your Properly Filed Claim must be furnished to the Plan within 180 days after the end of Benefit Period for which the claim is made.

Failure to provide a Properly Filed Claim to the Plan within the time specified above will not reduce any Benefit if you show that the claim was given as soon as reasonably possible.

### PREMIUMS AND CONTRACT CHANGES

The amount of premium shall be the amount determined by the Plan for the Benefits of this Contract.

The Plan is hereby granted discretionary authority to determine, alter and interpret the provisions, language and Benefits set forth in this Contract or the payment of premiums therefor. Any material modifications and/or amendments to your coverage that affect the content of the Summary of Benefits and Coverage (SBC), other than

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

changes coinciding with the Policy Year renewal date, will be made only upon 60 days' notice to the Member prior to the date on which the modification or amendment will become effective. The Plan may change premiums upon 31 days' notice to the Member prior to the Policy Year renewal, or as permitted by applicable law.

All premiums for coverage shall be paid to the Plan and shall be payable on or before each Member's Effective Date. All further premiums shall be due and payable in advance of and no later than the due date for the coverage period as stated in the periodic Member billing notice.

[When you renew Blue Cross and Blue Shield of Oklahoma coverage or reenroll by selecting a new product, you will need to be current on your premium payments. Any past due premium payments for coverage we provided will be due at the beginning of the new Policy Year in addition to current premium charges. New coverage will not be effective until all such payments are made.]

The Plan does not accept prohibited Third Party Payments.

Prohibited Third Party Payments will not be credited to your account, which may result in termination or cancellation of coverage in accordance with the termination provisions of this Contract.

A Tobacco User may be subject to a premium variance of up to 1.5 times the rate applicable to those who are not Tobacco Users, to the extent permitted by applicable law, provided that the Plan will provide an opportunity to offset such premium variation through participation in a wellness program.

### GRACE PERIOD

A grace period of 31 days will be granted for the payment of each premium falling due after the first premium, during which grace period, the Contract shall continue in force, however, claim payments for Covered Services received during the grace period may be pended until full premium payment is made, and during the grace period your Providers and Pharmacies may require you to pay for your health care and prescription drug expenses in full. After a grace period of 31 days, coverage under this Contract will automatically terminate on the last day of the coverage period for which premiums have been paid.

If you pay your premium in full during the 31-day grace period, then you may submit a claim to the Plan for any expenses that you paid to your Providers and Pharmacies during the grace period. See the *Claims Filing Procedures* section for additional information.

### PREMIUM REBATES, PREMIUM ABATEMENTS AND COST-SHARING

- Rebate. In the event federal or state law requires the Plan to rebate a portion of annual premiums paid, the Plan will directly provide any rebate owed Members or former Members to such persons in amounts as required by law.

- Abatement. The Plan may from time to time determine to abate (in whole or in part) the premium due under this Contract for particular period(s).

- Any abatement of premium by the Plan represents a determination by the Plan not to collect premium for the applicable period(s) and does not effect a reduction in the rates under this Contract. An abatement for one period shall not constitute a precedent or create an expectation or right as to any abatement in any future period(s).

  - The Plan makes no representation or warranty that any rebate or abatement owed or provided is exempt from any federal, state, or local taxes (including any related notice, withholding or reporting requirements). It will be the obligation of each Member or former Member (if applicable) owed or provided a rebate or an abatement to determine the applicability of and comply with any applicable federal, state or local laws or regulations.

  - Cost-Sharing. The Plan reserves the right from time to time to waive or reduce any Coinsurance amount, Copayment amounts and/or Deductibles under this Contract.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## TIME LIMIT ON CERTAIN DEFENSES

After two years from the Effective Date of coverage for any Subscriber, no misstatements or omissions, except fraudulent misstatements or omissions, made in the application for coverage shall be used to void this Contract or to deny a claim for loss incurred after the expiration of such two-year period.

No claim for loss incurred after two years from the Effective Date of this Contract shall be reduced or denied on the ground that a disease or physical condition not excluded from coverage by name or specific description effective on the date of loss had existed prior to the Subscriber's Effective Date. However, this provision shall not apply to a disease or physical condition for which a fraudulent misstatement or omission was made by the Subscriber in his/her application for coverage.

## LIMITATION OF ACTIONS

No legal action may be taken to recover Benefits within 60 days after a Properly Filed Claim has been made. No such action may be taken later than three years after expiration of the time within which a Properly Filed Claim is required by this Contract. In addition, the Subscriber must exhaust his/her appeal rights, as set forth in the *"Complaint/Appeal Procedure"* section of this Contract, before pursuing other legal remedies.

## PAYMENT OF BENEFITS

You authorize us to make payments directly to Providers giving Covered Services for which we provide Benefits under the Contract. We also reserve the right to make payments directly to you.

You cannot assign your right to receive payment to anyone else, either before or after Covered Services are received.

Once a Provider performs a Covered Service, we will not honor a request not to pay the claims submitted.

Benefits under this Contract will be based upon the Allowable Charge (as we determine) for Covered Services. A [Blue Preferred] Network Provider may collect any Deductible, Copayment and/or Coinsurance amounts applicable to your coverage, but you will not be responsible for any amounts that exceed the Allowable Charge for Covered Services. **However, if you receive Covered Services from an Out-of-Network Provider, you may be responsible for amounts which exceed the Allowable Charge, in addition to any Deductible, Copayment and/or Coinsurance amounts which may apply.**

## BALANCE BILLING and OTHER PROTECTIONS

Federal requirements, including but not limited to the Consolidated Appropriations Act, may impact your benefits. Blue Cross Blue Shield of Oklahoma will apply federal requirements to your benefit plan, where applicable.

For some types of out-of-network care, your health care provider may not bill you more than your in-network cost-sharing levels. If you receive the types of care listed below, your cost-share will be calculated as if you received services from an in-network provider. Those cost-share amounts will apply to any in-network deductible and out-of-pocket maximums.

- Emergency care from facilities or providers who do not participate in your network;
- Care furnished by non-participating providers during your visit to an in-network facility; and
- Air ambulance services from non-participating providers, if your plan covers in-network air ambulance services.

There are limited instances when an Out-of-Network Provider of the care listed above may send you a bill for up to the amount of that provider's billed charges. You are only responsible for payment of the Out-of-Network Provider's billed charges if, in advance of receiving services, you signed a written notice that informed you of:

- the provider's out-of-network status;
- in the case of services received from an Out-of-Network Provider at an in-network facility, a list of in-network providers at the facility who could offer the same services;

[53]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- information about whether prior authorization or other care management limitations may be required in advance of services; and
- a good faith estimate of the provider's charges.

Your provider cannot ask you to be responsible for paying billed charges for certain types of services, including emergency medicine, anesthesiology, pathology, radiology, and neonatology, and other specialists as may be defined by applicable law.

## OUT-OF-AREA SERVICES

Blue Cross and Blue Shield of Oklahoma has a variety of relationships with other Blue Cross and/or Blue Shield Licensees referred to generally as "Inter-Plan Arrangements". These Inter-Plan Arrangements work based on rules and procedures issued by the Blue Cross and Blue Shield Association. Whenever you access Covered Services outside of our service area, you will receive it from one of two kinds of Providers. Most Providers ("participating Providers") contract with the local Blue Cross and/or Blue Shield Licensee in that geographic area ("Host Blue"). Some Providers ("non-contracting Providers") do not contract with the Host Blue. We explain how we pay both types below.

- **BlueCard® Program**

    Under the BlueCard® Program, when you receive Covered Services within the geographic area served by a Host Blue, we will remain responsible for what we agreed to in the Contract. However, the Host Blue is responsible for contracting with and generally handling all interactions with its participating Providers.

    For Inpatient facility services received in a Hospital, the Host Blue's participating Provider is required to obtain Prior Authorization. If Prior Authorization is not obtained, Benefits will be reduced based on the Host Blue's contractual agreement with the Provider, and the Subscriber will be held harmless for the Provider sanction.

    Whenever you receive Covered Services outside our service area and the claim is processed through the BlueCard Program, the amount you pay for Covered Services is calculated based on the lower of:

    - The billed charges for your Covered Services; or

    - The negotiated price that the Host Blue makes available to us.

    Often, this "negotiated price" will be a simple discount that reflects an actual price that the Host Blue pays to your health care Provider. Sometimes, it is an estimated price that takes into account special arrangements with your health care Provider or Provider group that may include types of settlements, incentive payments, and/or other credits or charges. Occasionally, it may be an average price, based on a discount that results in expected average savings for similar types of health care Providers after taking into account the same types of transactions as with an estimated price.

    Estimated pricing and average pricing, going forward, also take into account adjustments to correct for over- or underestimation of past pricing of claims, as noted above. However, such adjustments will not affect the price we use for your claim because they will not be applied after a claim has already been paid.

- **Non-Participating Providers Outside the Plan's Service Area**

    - **Liability Calculation**

        In general, when Covered Services are provided outside of the Plan's service area by non-participating Providers, the amount(s) a Subscriber pays for such services will be calculated using the methodology described in the Contract for non-participating Providers located inside our service area. You may be responsible for the difference between the amount that the non-participating Provider bills and the payment the Plan will make for the Covered Services as set forth in this paragraph. Payments for out-of-network emergency services are governed by applicable federal and state law.

    - **Exceptions**

        In some exception cases, the Plan may, but is not required to, in its sole and absolute discretion negotiate a payment with such non-participating Provider on an exception basis. If a negotiated payment is not available, then the Plan may make a payment based on the lesser of:

[54]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

    ○  the amount calculated using the methodology described in the Contract for non-participating Providers located inside our service area (described above): or

    ○  the following:

- for professional Providers, make a payment based on publicly available Provider reimbursement data for the same or similar professional services, adjusted for geographical differences where applicable; or

- for Hospital or facility Providers, make a payment based on publicly available data reflecting the approximate costs that Hospitals or facilities have incurred historically to provide the same or similar service, adjusted for geographical differences where applicable, plus a margin factor for the Hospital or facility.

In these situations, you may be liable for the difference between the amount that the non-participating Provider bills and the payment Blue Cross and Blue Shield of Oklahoma will make for the Covered Services as set forth above.

- **Inter-Plan Programs: Federal/State Taxes/Surcharges/Fees**

Federal or state laws or regulations may require a surcharge, tax or other fee. If applicable, Blue Cross and Blue Shield of Oklahoma will include any such surcharge, tax or other fee as part of the claim charge passed on to you.

- **Value-Based Programs**

If you receive Covered Services under a Value-Based Program inside a Host Blue's service area, you will not be responsible for paying any of the Provider Incentives, risk-sharing and/or Care Coordinator Fees that are a part of such an arrangement, except when a Host Blue passes these fees to the Plan through average pricing or fee schedule adjustments.

- **Blue Cross Blue Shield Global Core**

If you are outside the United States, the Commonwealth of Puerto Rico, and the U.S. Virgin Islands (hereinafter "BlueCard service area"), you may be able to take advantage of Blue Cross Blue Shield Global Core when accessing Emergency Care Services. Blue Cross Blue Shield Global Core is unlike the BlueCard Program available in the BlueCard service area in certain ways. For instance, although Blue Cross Blue Shield Global Core assists you with accessing a network of Inpatient, Outpatient and professional Providers, the network is not served by a Host Blue. As such, when you receive care from Providers outside the BlueCard service area, you will typically have to pay the Providers and submit the claims yourself to obtain reimbursement for these services.

If you need medical assistance services (including locating a doctor or Hospital) outside the BlueCard service area, you should call the service center at 1-800-810-BLUE (2583) or call collect at 1-804-673-1177, 24 hours a day, seven days a week. An assistance coordinator, working with a medical professional, can arrange a Physician appointment or hospitalization, if necessary.

- **Emergency Care Services**

    **This Contract covers only limited health care services received outside of the United States. As used in this section, "Out-of-Area Covered Services" include Emergency Care and urgent care obtained outside the geographic area we serve. Follow-up care following an emergency is also available. Any other services will not be eligible for Benefits unless authorized by the Plan.**

- **Inpatient Services**

    In most cases, if you contact the service center for assistance, Hospitals will not require you to pay for covered Inpatient services, except for your Deductibles, Copayments and Coinsurance, etc. In such cases, the Hospital will submit your claims to the service center to begin claims processing. However, if you paid in full at the time of service, you must submit a claim to receive reimbursement for Covered Services.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

– **Outpatient Services**

Physicians, urgent care centers and other Outpatient Providers located outside the BlueCard service area will typically require you to pay in full at the time of service. You must submit a claim to obtain reimbursement for Covered Services.

– **Submitting a Blue Cross Blue Shield Global Core Claim**

When you pay for Covered Services outside the BlueCard service area, you must submit a claim to obtain reimbursement. For institutional and professional claims, you should complete a Blue Cross Blue Shield Global Core International claim form and send the claim form with the Provider's itemized bill(s) to the service center (the address is on the form) to initiate claims processing. Following the instructions on the claim form will help ensure timely processing of your claim. The claim form is available from the Plan, the service center or online at [www.bcbsglobalcore.com]. If you need assistance with your claim submission, you should call the service center at 1-800-810-BLUE (2583) or call collect at 1-804-673-1177, 24 hours a day, and seven days a week.

**NOTE: Blue Cross and Blue Shield of Oklahoma may postpone application of any Deductible, Copayment and/or Coinsurance amounts whenever it is necessary so that we may obtain Provider discounts for Covered Services you receive outside the state of Oklahoma.**

## MEMBER DATA SHARING

You may, under certain circumstances, as specified below, apply for and obtain, subject to any applicable terms and conditions, replacement coverage. The replacement coverage will be that which is offered by Blue Cross and Blue Shield of Oklahoma, a division of Health Care Service Corporation, or, if you do not reside in the Blue Cross and Blue Shield of Oklahoma service area, by the Host Blue whose service area covers the geographic area in which you reside. The circumstances mentioned above may arise in various circumstances, such as from involuntary termination of your health coverage sponsored by the Member. As part of the overall plan of Benefits that Blue Cross and Blue Shield of Oklahoma offers to you, if you do not reside in the Blue Cross and Blue Shield of Oklahoma service area, Blue Cross and Blue Shield of Oklahoma may facilitate your right to apply for and obtain such replacement coverage, subject to applicable eligibility requirements, from the Host Blue in which you reside. To do this we may (1) communicate directly with you and/or (2) provide the Host Blue whose service area covers the geographic area in which you reside, with your personal information and may also provide other general information relating to your coverage under the Contract the Member has with Blue Cross and Blue Shield of Oklahoma to the extent reasonably necessary to enable the relevant Host Blue to offer you coverage continuity through replacement coverage.

## DETERMINATION OF BENEFITS AND UTILIZATION REVIEW

The Plan, as claims administrator, is hereby granted discretionary authority to interpret the terms and conditions of the Contract and to determine its Benefits.

In determining whether services or supplies are Covered Services, the Plan will determine whether a service or supply is Medically Necessary under the Plan or if such service or supply is Experimental, Investigational and/or Unproven. Blue Cross and Blue Shield of Oklahoma medical policies are used as guidelines for coverage determinations in health care Benefits unless otherwise indicated. Medical technology is constantly evolving and these medical policies are subject to change. Copies of current medical policies may be obtained from the Plan upon request and may be found on the Plan's Web site at [www.bcbsok.com].

The Plan's medical staff may conduct a medical review of your claims to determine that the care and services received were Medically Necessary. In the case of Inpatient claims, the Plan must also determine that the care and services were provided in the most appropriate level of care consistent with your discharge diagnosis.

**The fact that a Physician or other Provider prescribes, orders, recommends or approves a service or supply does not, of itself, make it Medically Necessary or a Covered Service, even if it is not specifically listed as an Exclusion under the Contract.**

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

To assist the Plan in its review of your claims, the Plan may request that:

- you arrange for medical records to be provided to the Plan; and/or

- you submit to a professional evaluation by a Provider selected by the Plan, at the Plan's expense; and/or

- a Physician consultant or panel of Physicians or other Providers appointed by the Plan review the claim.

**Failure of the Subscriber to comply with the Plan's request for medical records or medical evaluation may result in Benefits being partially or wholly denied.**

### SUBSCRIBER/PROVIDER RELATIONSHIP

The choice of a Provider is solely yours.

Providers are not employees, agents or other legal representatives of Blue Cross and Blue Shield of Oklahoma.

We do not furnish Covered Services but only provide Benefits for Covered Services you receive from Providers. We are not liable for any act or omission of any Provider. We have no responsibility for a Provider's failure or refusal to give Covered Services to you.

Our reference to Providers as "Network", "BlueCard" or "Out-of-Network" is not a statement or warranty about their abilities or professional competency.

### VALUE-BASED DESIGN PROGRAMS

The Plan has the right to offer health and behavior wellness, incentives, maintenance, or improvement programs that allow for a reward, a contribution, a differential in premiums or in medical, Prescription Drug or equipment Copayments, Coinsurance, Deductibles or costs, or a combination of these incentives for participation in any such program offered or administered by the Plan or an entity chosen by the Plan to administer such program. In addition, discount or incentive programs for various health or wellness-related, insurance-related or other items and services may be available from time to time. Such programs may be discontinued without notice.

Individuals in wellness programs who are unable to participate in these incentives or disincentives due to an adverse health factor shall not be penalized based upon an adverse health status and, unless otherwise permitted by law, the Plan will allow a reasonable alternative to any individual for whom it is unreasonably difficult, due to a medical condition, to satisfy otherwise applicable wellness program standards.

Contact the Plan for additional information regarding any Value Based Programs available to you.

### IDENTITY THEFT PROTECTION

As a Subscriber, the Plan makes available at no additional cost to you identity theft protection services, including credit monitoring, fraud detection, credit/identity repair to help protect your information. These identity theft protection services are currently provided by the Plan's designated outside vendor and acceptance or declination of these services is optional to you. Subscribers who wish to accept such identity theft protection services will need to individually enroll in the program online at [www.bcbsok.com] or by telephone at the number shown on your Identification Card. Services may automatically end when the person is no longer an eligible Subscriber. Services may change or be discontinued at any time with or without notice and the Plan does not guarantee that a particular vendor or service will be available at any given time.

### ACTUARIAL VALUE

The use of a metallic name in your *Schedule of Benefits or Outline of Coverage*, such as Platinum, Gold, Silver or Bronze, or other statements with respect to a health benefit plan's actuarial value, is not an indicator of the actual amount of expenses that a particular person will be responsible to pay out of his/her own pocket. A person's out of pocket expenses will vary depending on many factors, such as the particular health care services, health care

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

Providers and particular Benefit plan chosen. Please note that metallic names reflect only an approximation of the actuarial value of a particular benefit plan.

## PHYSICAL EXAMINATION/AUTOPSY

The Plan, at its own expense, shall have the right and opportunity to examine the Subscriber when and as often as it may reasonably require during the pendency of a claim hereunder and to request an autopsy in case of death where it is not forbidden by law.

## COORDINATION OF BENEFITS

All Benefits provided under this Contract are subject to this provision.

- **Definitions**

    In addition to the *Definitions* of this Contract, the following definitions apply to this provision.

    *"Other Contract"* means any arrangement, providing health care benefits or services through:

    – Group, group-type, non-group, individual, blanket or franchise insurance coverage;

    – Blue Cross Plan, Blue Shield Plan, health maintenance organization and other prepayment coverage;

    – Coverage under labor-management trusteed plans, union welfare plans, employer organization plans or employee benefit organization plans;

    – Coverage toward the cost of which any employer has contributed, or with respect to which any employer has made payroll deduction;

    – Group or individual automobile insurance coverage; and

    – Coverage under any tax supported or government program, including Medicare, to the extent permitted by law.

    Coverage under specific benefit arrangements, such as dental care or vision care benefit plans that are not part of a comprehensive health care benefit plan, shall be excluded from the definition of "Other Contract" herein.

    *"Covered Service"* additionally means a service or supply furnished by a Hospital, Physician or other Provider for which benefits are provided under at least one contract covering the person for whom claim is made or service provided.

    *"Dependent"* additionally means a person who qualifies as a Dependent under an Other Contract.

- **Effect On Benefits**

    If the total Benefits for Covered Services to which you would be entitled under this Contract and all Other Contracts exceed the Covered Services you receive in any Benefit Period, then the Benefits we provide for that Benefit Period will be determined according to this provision.

    When we are primary, we will provide Benefits for Covered Services without regard to your coverage under any Other Contract.

    **When we are secondary, the Benefits we provide for Covered Services may be reduced because of benefits received from the Other Contracts.**

- **Order of Benefit Determination**

    – When a person who received care is covered as an employee under one group contract, and as a Dependent under another, then the employee coverage pays first.

    – When a Dependent child is covered under two group contracts, the contract covering the child as a Dependent of the parent whose birthday falls earliest in the Calendar Year pays first. (If one contract does not follow the "birthday rule" provision, then the rule followed by that contract is used to determine the order of benefits).

[58]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

However, when the Dependent child's parents are separated or divorced, the following rules apply:

- ○ If the parent with custody of the child has not remarried, the coverage of the parent with custody pays first.
- ○ When a divorced parent with custody has remarried, the coverage of the parent with custody pays first and the stepparent's coverage pays second before the coverage of the parent who does not have custody.
- ○ Regardless of which parent has custody, whenever a court decree specifies the parent who is financially responsible for the child's health care expenses, the coverage of that parent pays first.

-- When none of the above circumstances applies, the coverage you have had for the longest time pays first, except that a contract which covers you as a laid-off or retired employee or as a Dependent of such person pays after a contract which covers you as other than a laid-off or retired employee or Dependent of such person.

− When the Plan requests information from another carrier to determine the extent or order of your benefits under an Other Contract, and such information is not furnished after a reasonable time, then the Plan shall:

- ○ Assume the Other Contract is required to determine its benefits first;
- ○ Assume the benefits of the Other Contract are identical to the Benefits of this coverage and pay its Benefits accordingly.

Once the Plan receives the necessary information to determine your benefits under the Other Contract and to establish the order of benefit determination under the rules listed above, prior payments under this coverage will be adjusted accordingly (if the above rules require it).

− If the other carrier reduces your benefits because of payment you received under this coverage and the above rules do not allow such reduction, then the Plan will advance the remainder of its full Benefits under this coverage as if your Benefits had been determined in absence of an Other Contract. **However, the Plan shall be subrogated to all of your rights under the Other Contract.** You must furnish all information reasonably required by the Plan in such event, and you must cooperate and assist the Plan in recovery of such sums from the other carrier;

− If the other carrier later provides benefits to you for which the Plan has made payments or advances under this Coordination of Benefits provision, you must hold all such payments in trust for the Plan and must pay such amount to the Plan upon receipt.

- **Facility of Payment**

  If payment is made under any Other Contract which we should have made under this provision, then we have the right to pay whoever paid under the Other Contract the amount we determine is necessary under this provision. Amounts so paid are Benefits under the Contract and we are discharged from liability to the extent of such amounts paid for Covered Services.

- **Right of Recovery**

  If we pay more for Covered Services than this provision requires, we have the right to recover the excess from anyone to or for whom the payment was made. You agree to do whatever is necessary to secure our right to recover the excess payment.

## PLAN'S RIGHT OF RECOUPMENT

You agree to reimburse us for Benefits we have paid and for which you were not eligible under the terms of the Contract. This payment is due and payable immediately when you are notified by the Plan. Also, we have the sole right to determine that any overpayments, wrong payments, or any excess payments made for you under this Contract are an indebtedness which we may recover. Our acceptance of your premiums or payment of Benefits under this Contract does not waive our rights to enforce these provisions in the future.

- **Plan's Right of Recoupment for Overpayments**

[59]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

If the Plan pays Benefits for eligible expenses incurred by you or your Dependents and it is found that the payment was more than it should have been, or was made in error ("Overpayment"), Blue Cross Blue Shield of Oklahoma has the right to obtain a refund of the Overpayment from: (i) the person to, or for whom, such Benefits were paid, or (ii) any insurance company or plan, or (iii) any other persons, entities or organizations, including, but not limited to, Participating Providers or Out-of-Network Providers.

If no refund is received, the Plan (in its capacity as insurer or administrator) has the right to deduct any refund for any Overpayment due, up to an amount equal to the Overpayment, from:

— any future benefit payment made to any person or entity under this Contract, whether for the same or a different Subscriber; or,

— any future benefit payment made to any person or entity under a self-funded benefit program and/or Blue Cross Blue Shield of Oklahoma-administered insured benefit program administered by the Plan; or,

— any future benefit payment made to any person or entity under another group benefit plan or individual policy insured by the Plan; or,

— any future benefit payment, or other payment, made to any person or entity; or,

— any future payment owed to one or more Participating Providers or Out-of-Network Providers.

Further, the Plan has the right to reduce your benefit plan's or policy's payment to a Provider by the amount necessary to recover another Blue Cross Blue Shield of Oklahoma plan's or policy's Overpayment to the same Provider and to remit the recovered amount to the other Blue Cross Blue Shield of Oklahoma plan or policy.

■ **Plan's Right of Recoupment for Third Party Proceeds**

To the extent the Plan provides or pays Benefits for Covered Services for any injury, illness or condition which occurs through the omission or commission of any act by another person, each Subscriber agrees that the Plan shall have a first lien on any settlement proceeds, and the Subscriber shall reimburse and pay the Plan, on a first-priority basis, from any money recovered by suit, settlement, judgment or otherwise from another party or his/her insurer or from any carrier providing uninsured/underinsured motorist coverage. Each Subscriber shall reimburse the Plan on a first-priority basis regardless of whether a lawsuit is actually filed or not and, if settled, regardless of how the settlement is structured or which items of damages are included in the settlement, and regardless of whether or not he or she is made whole or is fully compensated for any injuries. The Plan expressly disclaims all make whole and common fund rules and doctrines and any other rule or doctrine that would impair or interfere with the Plan's rights herein.

You must hold in trust for us any money (up to the amount of Benefits we have paid) you recover, as described above. You must give us information and assistance and sign necessary documents to help us enforce our rights.

### LIMITATIONS ON PLAN'S RIGHT OF RECOUPMENT/RECOVERY

The Plan will not seek recovery of all or a portion of a payment of a claim made to a Subscriber more than twelve (12) months or a Provider more than eighteen (18) months after the payment is made. This paragraph shall not apply:

• if the payment was made because of fraud committed by the Subscriber or the Provider; or

• if the Subscriber or Provider has otherwise agreed to make a refund to the Plan for overpayment of a claim.

### PLAN/ASSOCIATION RELATIONSHIP

Each Member hereby expressly acknowledges his/her understanding that the Contract constitutes a contract solely between the Member and Blue Cross and Blue Shield of Oklahoma. Blue Cross and Blue Shield of Oklahoma is a division of Health Care Service Corporation, a Mutual Legal Reserve Company, an independent licensee of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans (the "Association"). The license from the Association permits Blue Cross and Blue Shield of Oklahoma to use the Blue Cross and Blue Shield Service Marks in the State of Oklahoma. Blue Cross and Blue Shield of Oklahoma is not contracting as the agent of the Association. It is further understood that the Member has not entered into the contract based upon representations by any person other than Blue Cross and Blue Shield of Oklahoma. No person, entity,

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

or organization other than Blue Cross and Blue Shield of Oklahoma shall be held accountable or liable to the Member for any of Blue Cross and Blue Shield of Oklahoma's obligations created under this Contract. This paragraph shall not create any additional obligations whatsoever on the part of Blue Cross and Blue Shield of Oklahoma other than those obligations created under other provisions of this Contract.

## THE PLAN'S SEPARATE FINANCIAL ARRANGEMENTS WITH PRESCRIPTION DRUG PROVIDERS

The Plan hereby informs you that it has contracts, either directly or indirectly, with Participating Prescription Drug Providers for the provision of, and payment for, Prescription Drug services to all persons entitled to Prescription Drug Benefits under individual certificates, group health insurance policies and contracts to which the Plan is a party, including this Contract, and that pursuant to the Plan's contracts with Participating Prescription Drug Providers, under certain circumstances described therein, the Plan may receive discounts for Prescription Drugs dispensed to you. Actual discounts used to calculate your share of the cost of Prescription Drugs will vary. Some discounts are currently based on industry-wide benchmark calculations which are determined by a third party and are subject to change.

You understand that Blue Cross and Blue Shield may receive such discounts. You are not entitled to receive any portion of any such discounts. The drug fees/discounts that Blue Cross and Blue Shield has negotiated with Prime Therapeutics LLC ("Prime") through the Pharmacy Benefit Management ("PBM") Agreement, will be used to calculate your share of the cost of Prescription Drugs for both retail and mail/specialty drugs. Except for mail/specialty drugs, the PBM Agreement requires that the fees/discounts that Prime has negotiated with pharmacies (or other suppliers) are passed-through to the Plan (and ultimately to you as described above).

For the mail pharmacy and specialty pharmacy program owned by Prime, Prime retains the difference between its acquisition cost and the negotiated prices as its fee for the various administrative services provided as part of the mail pharmacy and/or specialty pharmacy program. The Plan pays a fee to Prime for pharmacy benefit services. A portion of Prime's PBM fees are tied to certain performance standards, including, but not limited to, claims processing, customer service response, and mail-order processing.

The amounts received by Prime from the Plan, pharmacies, manufacturers or other third parties may be revised from time to time. Some of the amounts received by Prime may be charged each time a claim is processed (or, in some instances, requested to be processed) through Prime and/or each time a prescription is filled, and include, but are not limited to, administrative fees charged by Prime to the Plan (as described above), administrative fees charged by Prime to pharmacies, and administrative fees charged by Prime to pharmaceutical manufacturers. Currently, none of these fees will be passed on to you as expenses, or accrue to the benefit of you, unless otherwise specifically set forth in this Contract. Additional information about these types of fees or the amount of these fees is available upon request. The maximum that Prime will receive from any pharmaceutical manufacturer for certain administrative fees will be 3% of the total sales for all rebatable products of such manufacturer dispensed during any given Calendar Year to members of the Plan and other Blue Plan operating divisions.

## THE PLAN'S SEPARATE FINANCIAL ARRANGEMENTS WITH PHARMACY BENEFIT MANAGERS

The Plan hereby informs you that it owns a significant portion of the equity of Prime and that the Plan has entered into one or more agreements with Prime or other entities (collectively referred to as "Pharmacy Benefit Managers"), for the provision of, and payment for, Prescription Drug Benefits to all persons entitled to Prescription Drug Benefits under individual certificates, group health insurance policies and contracts to which the Plan is a party, including this Contract. Pharmacy Benefit Managers have agreements with pharmaceutical manufacturers to receive rebates for using their products. In addition, Prime's mail order pharmacy and other PBM services operate through the same entity, Prime Therapeutics LLC.

Prime negotiates rebate contracts with pharmaceutical manufacturers on behalf of the Plan, but does not retain any rebates (although Prime may retain any interest or late fees earned on rebates received from manufacturers to cover the administrative costs of processing late payments). The Plan may receive such rebates from Prime. You are not entitled to receive any portion of any such rebates as they are calculated into the pricing of the product.

## NOTICE OF ANNUAL MEETING

You are hereby notified that you are a Member of Blue Cross and Blue Shield of Oklahoma, a division of Health Care Service Corporation, a Mutual Legal Reserve Company ("HCSC"), and you are entitled to vote in person, or

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

by proxy, at all meetings of HCSC. The annual meeting is held at our principal office at 300 East Randolph, Chicago, Illinois each year on the last Tuesday in October at 12:30 p.m.

The term "Member" as used above refers only to the person to whom this Contract is issued. It does not include any other family members covered under family coverage unless such family member is acting on your behalf.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

# *Subscriber Rights and Responsibilities*

Blue Cross and Blue Shield of Oklahoma is happy to be able to serve you and provide the quality health care Benefits you need and deserve. As with any health insurance plan, you, and each of your covered Dependents, have certain rights and responsibilities.

1. A right to receive information about the organization, its services, its practitioners and providers and member rights and responsibilities.

2. A right to be treated with respect and recognition of their dignity and their right to privacy.

3. A right to participate with practitioners in making decisions about their health care.

4. A right to a candid discussion of appropriate or medically necessary treatment options for their conditions, regardless of cost or benefit coverage.

5. A right to voice complaints or appeals about the organization or the care it provides.

6. A right to make recommendations regarding the organization's member rights and responsibilities policy.

7. A responsibility to supply information (to the extent possible) that the organization and its practitioners and providers need in order to provide care.

8. A responsibility to follow plans and instructions for care that they have agreed to with their practitioners.

9. A responsibility to understand their health problems and participate in developing mutually agreed-upon treatment goals, to the degree possible.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

# *Claims Filing Procedures*

This Contract begins to provide Benefits only after any applicable Copayment and/or Deductible amount you incur toward eligible expenses shows on our records. When your Physician, Hospital, or other Provider of health care services submits bills for you, your Copayment and/or Deductible will be recorded automatically and then your program will begin its share of the payment. If you file your own claims, you must submit copies of all your bills, even those you must pay to meet your Copayment and/or Deductible. Then our records will show that you have incurred the Copayment and/or Deductible amount, and your health care coverage will begin to help pay the balance of your eligible expenses.

## PARTICIPATING PROVIDERS

Participating Providers, even those outside your network, have agreed to submit claims directly to the Plan for you. Simply show your Identification Card, and claims submission will be handled for you. If you use an Out-of-Network Provider who does not file for you, you should follow the guidelines below in submitting your claims.

> **REMEMBER...**
>
> **To receive the maximum Benefits under this Contract for your Covered Services, you must receive treatment from [Blue Preferred] Network Providers.**

## PRESCRIPTION DRUG CLAIMS

**To be eligible for maximum Benefits and automatic claims filing, always use Preferred Participating Pharmacies and Participating Pharmacies.**

If you find it necessary to purchase your prescriptions from an Out-of-Network Pharmacy, or if you do not have your Identification Card with you when you purchase your prescriptions, it will be your responsibility to pay the full cost of the Prescription Drugs and to submit a claim form (with your itemized receipt) to receive any Benefits available under your Prescription Drug program. Be sure to include the diagnosis and the payment receipt with your completed claim form. If the Prescription Drug is covered under this program, any amount due will be sent directly to you, after we subtract any Deductible, Copayment and/or Coinsurance amounts which apply to your coverage.

## HOSPITAL CLAIMS

In rare cases when you are admitted as an Inpatient or receive treatment as an Outpatient in a Hospital which does not have an agreement with us (whether in-state or out-of-state), you should pay the Hospital yourself and then file a claim for Covered Hospital Services.

## AMBULATORY SURGICAL FACILITY AND OTHER FACILITY CLAIMS

If you are treated at a facility which does not have an agreement with us, you should pay the facility and then submit a claim to us for Covered Services.

## PHYSICIAN AND OTHER PROVIDER CLAIMS

If you are treated by a Physician or other Provider who does not have an agreement with us, you ordinarily have to pay the bill and then file the claim yourself, along with an itemized statement from your Physician or other Provider. You will then be paid directly for Covered Services after we subtract any Deductible, Copayment and/or Coinsurance amounts which apply to your coverage.

## MEMBER-FILED CLAIMS

When you must file a claim yourself, you may obtain claim forms by contacting the Plan. Be sure to fill out the claim form completely, sign it, and attach the Provider's or Pharmacy's itemized statement or receipt. Send the completed form to:

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

*Medical claims:*

Blue Cross and Blue Shield of Oklahoma
P.O. Box 3235
Naperville, IL  60566 – 7235

*Outpatient Prescription Drug claims:*

Prime Therapeutics
PO Box 25136
Lehigh Valley, PA 18002-5136

It is important that all information requested on the claim form be given; otherwise, the claim form may be returned to you for additional information before we can process your claim for Benefits.

**A separate claim form must be filled out for each Subscriber, along with that person's expenses.  A separate claim form must accompany each group of statements (if filed at different times).**

**IMPORTANT: Remember to send the itemized statement with all your claims.** It gives the following necessary information:

- Full name of patient;
- Medical service(s) performed;
- Date of service(s);
- Who rendered service(s);
- Charge for service(s);
- Diagnosis.

Cancelled checks, cash register receipts, personal itemizations and statements that show only the balance due are not acceptable.

When you file claims, be sure to keep copies of all bills and receipts for your own personal records.

**Remember, we must receive your claims for Covered Services within 180 days following the end of the Benefit Period for which the claim is made.**

### BENEFIT DETERMINATIONS FOR PROPERLY FILED CLAIMS

Once the Plan receives a Properly Filed Claim from you or your Provider, a Benefit determination will be made in accordance with applicable state and federal law.

Upon receipt of your claim, if the Plan determines that additional information is necessary in order for your claim to be a Properly Filed Claim, we will provide written notice to you and/or your Provider, in accordance with state and federal law, requesting the specific information needed.

The procedure for appealing an Adverse Benefit Determination is set forth in the section entitled, *Complaint/Appeal Procedure.*

### DIRECT CLAIMS LINE

You may call a Customer Service Representative at the number shown on your Identification Card between 8:00 a.m. and 6:00 p.m., Monday through Friday, whenever you have a question concerning a claim or your membership.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

# *Complaint/Appeal Procedure*

Blue Cross and Blue Shield of Oklahoma has established the following process to review your dissatisfactions, complaints, and/or appeals. If you have designated an authorized representative, that person may act on your behalf in the appeal process.

If you have a question or complaint, an initial attempt should be made to resolve the problem by directly communicating with a Blue Cross and Blue Shield of Oklahoma Customer Service Representative. In most cases, a Customer Service Representative will be able to provide you with a satisfactory solution to your problem. However, if a resolution cannot be reached in an informal exchange, you may request an administrative review of the problem through our appeal process described below.

You may request to review information used to make any adverse determination. Copies will be provided free of charge.

## CLAIM DETERMINATIONS

When the Plan receives a Properly Filed Claim, it has authority and discretion under this Contract to interpret and determine Benefits in accordance with the Contract provisions.

You have the right to seek and obtain a full and fair review by the Plan of any determination of a claim, any determination of a request for Prior Authorization, or any other determination of your Benefits made by the Plan under this Contract.

## IF A CLAIM IS DENIED OR NOT PAID IN FULL

On occasion, we may deny all or part of your claim. There are a number of reasons why this may happen. We suggest that you first read the Explanation of Benefits summary prepared by us; then review this Contract to see whether you understand the reason for the determination. If you have additional information that you believe could change the decision, send it to us and request a review of the decision as described in "Claim Appeal Procedures" below.

If the claim is denied in whole or in part, you will receive a written notice from the Plan with the following information, if applicable:

The reasons for the determination;

- A reference to the Benefit provisions on which the determination is based, or the contractual or administrative basis or protocol for the determination;

- A description of additional information which may be necessary to perfect the claim and an explanation of why such material is necessary;

- Subject to privacy laws and other restrictions, if any, the identification of the claim, date of service, health care Provider, claim amount (if applicable), and a statement describing denial with their meanings and the standards used. Upon request, diagnosis/treatment codes with their meanings and the standards used are also available;

- An explanation of our internal review/appeals and external review processes (and how to initiate a review/appeal or external review);

- In certain situations, a statement in non-English language(s) that the written notice of the claim denial and certain other Benefit information may be available (upon request) in such non-English language(s);

- In certain situations, a statement in non-English language(s) that indicates how to access the language services provided by us;

- The right to request, free of charge, reasonable access to and copies of all documents, records and other information relevant to the claim for Benefits;

[66]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- Any internal rule, guideline, protocol or other similar criterion relied on in the determination, and a statement that a copy of such rule, guideline, protocol or other similar criterion will be provided free of charge on request;

- An explanation of the scientific or clinical judgment relied on in the determination as applied to claimant's medical circumstances, if the denial was based on medical necessity, experimental treatment or similar exclusion, or a statement that such explanation will be provided free of charge upon request;

- In the case of a denial of an Urgent Care Claim, a description of the expedited review procedure applicable to such claims. An Urgent Care Claim decision may be provided orally, so long as a written notice is furnished to the claimant within three days of oral notification; and

- Contact information for applicable office of health insurance consumer assistance or ombudsman.

## TIMING OF REQUIRED NOTICES AND EXTENSIONS

Separate schedules apply to the timing of required notices and extensions, depending on the type of claim. Claim refers to a request for Benefit(s). There are three types of claims, as defined below.

- **"Urgent Care Claim"** is any pre-service request for Benefit(s) that requires Prior Authorization, as described in the Contract, for Benefits for Medical Care or treatment with respect to which the application of regular time periods for making health claim decisions could seriously jeopardize the life or health of the claimant or the ability of the claimant to regain maximum function or, in the opinion of a Physician with knowledge of the claimant's medical condition, would subject the claimant to severe pain that cannot be adequately managed without the care or treatment.

- **"Pre-Service Claim"** is any non-urgent request for Benefits or a determination with respect to which the terms of the Benefit plan condition receipt of the Benefit on approval of the Benefit in advance of obtaining Medical Care.

- **"Post-Service Claim"** (also known as "claim") is any request for a Benefit that is not a "pre-service" claim, and whereby notification that a service has been rendered or furnished to you is submitted to the Plan in an acceptable form. This notification must include full details of the service received, including your name, age, sex, identification number, the name and address of the Provider, an itemized statement of the service rendered or furnished, the date of service, the diagnosis, the claim charge, and any other information which we may request in connection with services rendered to you.

## URGENT CARE CLAIMS*

| Type of Notice or Extension | Timing |
|---|---|
| If your claim is incomplete, we must notify you within: | **24 hours** |
| If you are notified that your claim is incomplete, you must then provide completed claim information to us within: | **48 hours after receiving notice** |
| *If we deny your initial claim, we must notify you of the denial:* | |
| If the initial claim is complete as soon as possible (taking into account medical exigencies), but no later than: | **72 hours** |
| **after receiving the completed claim (if the initial claim is incomplete), within:** | **48 hours** |

*You do not need to submit Urgent Care Claims in writing. You should call us at the toll-free number listed on the back of your Identification Card as soon as possible to submit an Urgent Care Claim.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## PRE-SERVICE CLAIMS

| Type of Notice or Extension | Timing |
|---|---|
| If your claim is filed improperly, we must notify you within: | 5 days |
| If your claim is incomplete, we must notify you within: | 15 days |
| If you are notified that your claim is incomplete, you must then provide completed claim information to us within: | 45 days after receiving notice |
| *If we deny your initial claim, we must notify you of the denial:* | |
| if the initial claim is complete within: | 15 days |
| **after receiving the completed claim (if the initial claim is incomplete), within:** | 30 days |

## POST-SERVICE CLAIMS

| Type of Notice or Extension | Timing |
|---|---|
| If your claim is incomplete, we must notify you within: | 30 days |
| If you are notified that your claim is incomplete, you must then provide completed claim information to us within: | 45 days after receiving notice |
| *We must notify you of any adverse claim determination:* | |
| if the initial claim is complete within: | 30 days |
| after receiving the completed claim (if the initial claim is incomplete), within: | 45 days |

**CLAIM APPEAL PROCEDURES**

- *Claim Appeal Procedures – Definitions*

    An "**Adverse Benefit Determination**" means a denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for, a Benefit, including any such denial, reduction, termination, or failure to provide or make payment for, a Benefit resulting from the application of any utilization review, as well as a failure to cover an item or service for which Benefits are otherwise provided because it is determined to be Experimental, Investigational or Unproven or not Medically Necessary or appropriate. If an ongoing course of treatment had been approved by the Plan and the Plan reduces or terminates such treatment (other than by amendment or termination of this Contract) before the end of the approved treatment period, that is also an Adverse Benefit Determination. A rescission of coverage is also an Adverse Benefit Determination. A "Rescission" does not include a cancellation of coverage that has a retroactive effect due to a failure to pay timely premiums towards coverage or attributable to routine changes, such as eligibility updates.

    A "**Final Internal Adverse Benefit Determination**" means an Adverse Benefit Determination that has been upheld by the Plan at the completion of the internal review/appeal process.

- *Urgent Care/Expedited Clinical Appeals*

    If your situation meets the definition of an **Expedited Clinical Appeal**, you may be entitled to an appeal on an expedited basis. An **Expedited Clinical Appeal** is an appeal of a clinically urgent nature related to health care services, including but not limited to, procedures or treatments ordered by a health care Provider, as well as continued hospitalization. Before authorization of Benefits for an ongoing course of treatment/continued

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

hospitalization is terminated or reduced, we will provide you with notice at least 24 hours before the previous Benefits authorization ends and an opportunity to appeal. For the ongoing course of treatment, coverage will continue during the appeal process.

Upon receipt of an expedited pre-service or concurrent clinical appeal, we will notify the party filing the appeal, as soon as possible, but no more than 24 hours after submission of the appeal, of all information needed to review the appeal. Additional information must be submitted within 24 hours of request. The Plan shall render a determination on the appeal as soon as possible (taking into account medical exigencies) but no later than 72 hours after it receives the initial request, or within 48 hours after it receives the missing information (if the initial request is incomplete).

- *How to Appeal an Adverse Benefit Determination*

You have the right to seek and obtain a full and fair review of any determination of a claim, any determination of a request for Prior Authorization, or any other determination made by us in accordance with the Benefits and procedures detailed in your Contract.

An appeal of an Adverse Benefit Determination may be filed by you or a person authorized to act on your behalf. In some circumstances, a health care Provider may appeal on his/her own behalf. Your designation of a representative must be in writing, as it is necessary to protect against disclosure of information about you except to your authorized representative. To obtain an Authorized Representative Form, you or your representative may call us at the number on the back of your Identification Card.

If you believe we incorrectly denied all or part of your Benefits, you may have your claim reviewed. We will review our decision in accordance with the following procedures:

- Within 180 days after you receive notice of an Adverse Benefit Determination, you may call or write to our Administrative Office. We will need to know the reasons why you do not agree with the Adverse Benefit Determination. Send your request to:

  Appeal Coordinator – Customer Service Department
  Blue Cross and Blue Shield of Oklahoma
  P.O. Box 3283
  Tulsa, OK 74102-3283

- We will honor telephone requests for information. However, such inquiries will not constitute a request for review.

- In support of your claim review, you have the option of presenting evidence and testimony to us. You and your authorized representative may ask to review your file and any relevant documents and may submit written issues, comments and additional medical information within 180 days after you receive notice of an Adverse Benefit Determination or at any time during the claim review process.

  We will provide you or your authorized representative with any new or additional evidence or rationale and any other information and documents used in the review of your claim without regard to whether such information was considered in the initial determination. No deference will be given to the initial Adverse Benefit Determination. Such new or additional evidence or rationale will be provided to you or your authorized representative sufficiently in advance of the date a final decision on appeal is made in order to give you a chance to respond. Clinical appeal determinations may be made by a Physician associated or contracted with us and/or by external advisors, but who were not involved in making the initial denial of your claim. Before you or your authorized representative may bring any action to recover Benefits, the claimant must exhaust the appeal process and must raise all issues with respect to a claim and must file an appeal or appeals and the appeals must be finally decided by us.

- If you have any questions about the claims procedures or the review procedure, call our Administrative Office Customer Service Representative at the number shown on your Identification Card.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- *Timing of Appeal Determinations*

  Upon receipt of a non–urgent pre–service appeal, we shall render a determination of the appeal as soon as practical, but in no event more than 30 days after the appeal has been received us.

  Upon receipt of a non-urgent post-service appeal, we shall render a determination of the appeal as soon as practical, but in no event more than 60 days (or 30 days if the determination involves a Medical Necessity/ appropriateness or Experimental, Investigational or Unproven decision) after the appeal has been received by us.

- *Notice of Appeal Determination*

  We will notify the party filing the appeal, you, and, if a clinical appeal, any health care Provider who recommended the services involved in the appeal, by a written notice of the determination.

  The written notice to you or your authorized representative will include:

  – A reason for the determination;

  – A reference to the Benefit provisions on which the determination is based, or the contractual or administrative basis or protocol for the determination;

  – Subject to privacy laws and other restrictions, if any, the identification of the claim, date of service, health care Provider, claim amount (if applicable), and a statement describing denial codes with their meanings and the standards used. Upon request, diagnosis/treatment codes with their meanings and the standards used are also available;

  – An explanation of our external review processes (and how to initiate an external review);

  – In certain situations, a statement in non-English language(s) that the written notice of the claim denial and certain other Benefit information may be available (upon request) in such non-English language(s);

  – In certain situations, a statement in non-English language(s) that indicates how to access the language services provided by us;

  – The right to request, free of charge, reasonable access to and copies of all documents, records and other information relevant to the claim for Benefits;

  – Any internal rule, guideline, protocol or other similar criterion relied on in the determination, or a statement that a copy of such rule, guideline, protocol or other similar criterion will be provided free of charge on request;

  – An explanation of the scientific or clinical judgment relied on in the determination, or a statement that such explanation will be provided free of charge upon request;

  – A description of the standard that was used in denying the claim and a discussion of the decision; and

  – Contact information for applicable office of health insurance consumer assistance or ombudsman.

## EXTERNAL REVIEW RIGHTS

If you receive an Adverse Benefit Determination, you may have a right to have our decision reviewed by independent health care professionals who have no association with *us if our decision involved making a judgment as to the Medical Necessity, appropriateness, health care setting, level of care or effectiveness of the health care service or treatment.* The request for a standard external review by an Independent Review Organization (IRO) must be submitted within four months after you receive notice of the internal appeal determination process, unless your medical condition qualifies you for an expedited external review of our denial. For a standard external review, a decision will be made within **45 days** of receiving your request. If you have a medical condition that would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function if treatment is delayed, you may be entitled to request an **expedited external review** of our denial before your internal review rights have been exhausted. If our denial to provide or pay for a health care service or course of treatment is based on a determination that the service or treatment is Experimental, Investigational or Unproven, you also may be entitled to file a request for external review of our denial.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

You or your authorized representative may file a request for a standard or expedited external review by completing the required forms and submitting them directly to the address noted below. We will also provide the forms to you upon request.

Oklahoma Insurance Department
P.O. Box 53408
Oklahoma City, OK  73152-3408
1-800-522-0071 (Oklahoma only)
405-521-2991

There will be no charge to you for the IRO review. The IRO will notify you and/or your authorized representative of its decision, which will be binding on the Plan and on you, except to the extent you have additional remedies available.

For questions about your rights or for additional assistance, you may contact the Oklahoma Consumer Assistance Program at:

Oklahoma Insurance Department
400 NE 50th Street
Oklahoma City, OK 73105
[http://www.ok.gov/oid/Consumer/external-review-process/]
Telephone: 1-800-522-0071 or 405-521-2828

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

# *Definitions*

This section defines terms that have special meanings in your Contract. If a word or phrase starts with a capital letter, it has a special meaning. It is defined in this section or where used in the text or it is a title.

## ALLOWABLE CHARGE

The charge that the Plan will use as the basis for Benefit determination for Covered Services you receive under the Contract. The Plan will use the following criteria to establish the Allowable Charge:

- *For Comprehensive Health Care Services:*
  - [Blue Preferred] Network Providers – the Provider's usual charge, not to exceed the amount the Provider has agreed to accept as payment for Covered Services in accordance with a [Blue Preferred] Network Provider agreement.
  - Out-of-Network (Non-Contracting) Providers – the lesser of: (a) the Provider's billed charge; or (b) the Plan's Non-Contracting Allowable Charge as set forth in the *Important Information* section.

- *For Outpatient Prescription Drugs and Related Services:*
  - Participating Pharmacies – the Pharmacy's usual charge, not to exceed the amount the Pharmacy has agreed to accept as payment for Covered Services in accordance with a Participating Pharmacy agreement.
  - Out-of-Network Pharmacies – the Pharmacy's usual charge, up to the amount that the Plan would reimburse a Participating Pharmacy for the same service.

**NOTE: For Covered Services received outside the state of Oklahoma, the "Allowable Charge" may be determined by the Blue Cross and Blue Shield Plan (Host Plan) servicing the area. In such case, Benefits will be based upon the Provider payment arrangements in effect between the Provider and the on-site Plan. For information regarding Out-of-Network Provider services refer to "Out-of-Area Services" in the *General Provisions* section for additional information.**

## AMBULATORY SURGICAL FACILITY

A Provider with an organized staff of Physicians which:

- Has permanent facilities and equipment for the primary purpose of performing surgical procedures on an Outpatient basis;
- Provides treatment by or under the supervision of Physicians and nursing services whenever the patient is in the facility;
- Does not provide Inpatient accommodations; and
- Is not, other than incidentally, a facility used as an office or clinic for the private practice of a Physician or other Provider.

## APPLIED BEHAVIOR ANALYSIS

The design, implementation and evaluation of environmental modifications, using behavioral stimuli and consequences, to produce social significant improvement in human behavior, including the use of direct observation, measurement and functional analysis of the relationship between environment and behavior.

## BENEFIT PERIOD

The period of time during which you receive Covered Services for which the Plan will provide Benefits.

[72]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

**BENEFITS**

The payment, reimbursement and indemnification of any kind which you will receive from and through the Plan under this Contract.

**BLUECARD PROVIDER**

The national network of participating Providers who have entered into an agreement with a Blue Cross and Blue Shield Plan to be a part of the BlueCard program.

**[BLUE PREFERRED] NETWORK PROVIDER**

A Provider who has entered into a Participating Provider Agreement with the Plan to bill the Plan directly for Covered Services, and to accept the Plan's Allowable Charge as payment for such Covered Services. [Blue Preferred] Network Providers include BlueCard Providers outside the state of Oklahoma.

**CALENDAR YEAR**

The period of 12 months commencing on the first day of January and ending on the last day of the following December.

**CARE COORDINATION**

Organized, information-driven patient care activities intended to facilitate the appropriate responses to Subscriber's health care needs across the continuum of care.

**CARE COORDINATOR FEE**

A fixed amount paid by the Plan to Providers periodically for Care Coordination under a Value-Based Program.

**COINSURANCE**

The percentage of Allowable Charges for Covered Services for which the Subscriber is responsible.

**CONTRACT**

This agreement including your application and any amendment between you and us.

**COPAYMENT**

A fixed dollar amount required to be paid by or on behalf of a Subscriber in connection with the delivery of some Covered Services. Refer to the *Schedule of Benefits for Comprehensive Health Care Services* for any Copayments applicable to your coverage.

**COVERED DRUG**

Any Prescription Drug or self-injectable drug, including insulin, disposable syringes and needles needed for self-administration:

- Which is included on the applicable Drug List;

- Which is Medically Necessary and is ordered by a Provider naming a Subscriber as the recipient;

- For which a written or verbal Prescription Order is prepared by a Provider;

- For which a separate charge is customarily made;

- Which is not consumed at the time and place that the Prescription Order is written;

- For which the Food and Drug Administration (FDA) has given approval for at least one indication; and

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- Which is dispensed by a Pharmacy and is received by the Subscriber while covered under this Contract, except when received from a Provider's office, or during confinement while a patient is in a Hospital or other acute care institution or facility.

## COVERED SERVICE

A service or supply shown in the Contract and given by a Provider for which we will provide Benefits.

## CUSTODIAL CARE

Aid to patients who need help with daily tasks like bathing, eating, dressing and walking. Custodial Care does not directly treat an injury or illness and does not require the technical skills, professional training and clinical assessment ability of medical and/or nursing personnel in order to be safely and effectively performed.

## DEDUCTIBLE

A specified amount of Covered Services that you must incur before the Plan will start to pay its share of the remaining Covered Services. Refer to the *Schedule of Benefits for Comprehensive Health Care Services* for any Deductibles applicable to your coverage.

## DEPENDENT

A Subscriber other than the Member as shown in the *Eligibility, Enrollment, Changes & Termination* section.

## DIAGNOSTIC SERVICE

A test or procedure performed when you have specific symptoms to detect or monitor your disease or condition. It must be ordered by a Physician or other Provider.

- Radiology, ultrasound and nuclear medicine
- Laboratory and pathology
- ECG, EEG, and other electronic diagnostic medical procedures and physiological medical testing, as determined by the Plan

## DOMESTIC PARTNER

A companion of the same sex or opposite sex with whom the Member has entered into a Domestic Partnership.

## DOMESTIC PARTNERSHIP

A same-sex or opposite sex couple in a committed relationship, similar to a marriage, but without an official marriage license.

## DRUG LIST

A list of all drugs that may be covered under the *Outpatient Prescription Drugs and Related Services* section of this Contract. A current list is available on our Web site at [https://www.bcbsok.com/member/prescription-drug-plan-information/drug-lists]. You may also contact a Customer Service Representative at the telephone number shown on the back of your Identification Card for more information.

## DURABLE MEDICAL EQUIPMENT

Equipment which meets the following criteria:

- It is used in the Subscriber's home or place of residence or dwelling;
- It provides therapeutic benefits or enables the Subscriber to perform certain tasks that he or she would be unable to perform otherwise due to certain medical conditions and/or illnesses;

[74]

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- It can withstand repeated use and is primarily and customarily used to serve a medical purpose;

- It is generally not useful to a person in the absence of an illness or injury; and

- It is prescribed by a Physician or other Provider and meets the Plan's criteria of Medical Necessity for the given diagnosis.

## EFFECTIVE DATE

The date when your coverage begins.

## ELIGIBLE PERSON

A person entitled to apply to be a Member as specified in the *Eligibility, Enrollment, Changes & Termination* section.

## EMERGENCY CARE

Treatment for an injury, illness or condition manifesting itself by acute symptoms of sufficient severity, including severe pain, such that a reasonable and prudent layperson could expect the absence of medical attention to result in:

- serious jeopardy to the Subscriber's health (or, with respect to a pregnant woman, the health of the woman or her unborn child);

- serious impairment to bodily function; or

- serious dysfunction of any bodily organ or part; or

- with respect to a pregnant woman who is having contractions:

    - there is inadequate time to effect a safe transfer to another hospital before delivery, or

    - transfer may pose a threat to the health or safety of the woman or the unborn child.

## EXCHANGE (ALSO KNOWN AS "HEALTH INSURANCE MARKETPLACE")

A governmental agency or non-profit entity that meets the applicable Exchange standards, and other related standards established under the Affordable Care Act (ACA) and makes Qualified Health Plans (QHP) available to Qualified Individuals and qualified employers. Unless otherwise identified, this term refers to State Exchanges, regional Exchanges, subsidiary Exchanges, and a Federally facilitated Exchange on which Blue Cross and Blue Shield of Oklahoma offers this QHP.

## EXPERIMENTAL/INVESTIGATIONAL/UNPROVEN

A drug, device, biological product, or medical treatment or procedure is Experimental, Investigational, or Unproven if **the Plan determines** that:

- The drug, device, biological product, or medical treatment or procedure cannot be lawfully marketed without approval of the appropriate governmental or regulatory agency and approval for marketing has not been given at the time the drug, device, biological product, or medical treatment or procedure is furnished; or

- The drug, device, biological product, or medical treatment or procedure is the subject of ongoing phase I, II, or III clinical trials or under study to determine its maximum tolerated dose, its toxicity, its safety, its efficacy, or its efficacy as compared with a standard means of treatment or diagnosis; or

- The prevailing opinion among peer reviewed medical and scientific literature regarding the drug, device, biological product, or medical treatment or procedure is that further studies or clinical trials are necessary to determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

Approval by a governmental or regulatory agency will be taken into consideration by the Plan in assessing Experimental/Investigational/Unproven status of a drug, device, biological product, or medical treatment or procedure but will not be determinative.

## GENERIC DRUG

A drug that has the same active ingredient as a brand-name drug and is allowed to be produced after the brand-name drug's patent has expired. To determine which drugs are Preferred Generic Drugs or Non-Preferred Generic Drugs refer to the Drug List on the Plan's Web site at [https://www.bcbsok.com/member/prescription-drug-plan-information/drug-lists]. You may also contact a Customer Service Representative at the number shown on your Identification Card for more information. All products identified as a Generic Drug by the drug product database, manufacturer, Pharmacy, or your Physician may not be considered a Generic Drug by the Plan.

## HABILITATION CARE

Health care services that help a person keep, learn, or improve skills and functioning for daily living. Examples include therapy for a child who is not walking or talking at the expected age. These services may include physical and occupational therapy, speech-language pathology and other services for people with disabilities in a variety of inpatient and/ or outpatient settings.

## HOME HEALTH CARE AGENCY

A Provider which provides nurses who visit the patient's home to give nursing and other needed care. This agency sees that each patient gets all care ordered by the Physician.

## HOSPICE

A Provider which provides an integrated set of services designed to provide palliative and supportive care to terminally ill patients and their families.

## HOSPITAL

A Provider that is a short-term, acute care, general Hospital which:

- Is licensed;
- Mainly provides Inpatient diagnostic and therapeutic services under the supervision of Physicians;
- Has organized departments of medicine and major Surgery;
- Provides 24-hour nursing service; and
- Is not, other than incidentally, a:
  - Skilled Nursing Facility;
  - Nursing home;
  - Custodial Care home;
  - Health resort;
  - Spa or sanitarium;
  - Place for rest;
  - Place for the aged;
  - Place for the treatment of Mental Health and Substance Use Disorder;
  - Place for the treatment of chemical dependency;
  - Place for the provision of Hospice care;

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- Place for the provision of Rehabilitation Care or Habilitation Care; or
- Place for the treatment of pulmonary tuberculosis.

## HOSPITAL ADMISSION

The period from your entry (admission) into a Hospital for Inpatient treatment until your discharge.

## IDENTIFICATION CARD

The card issued to the Member by the Plan, bearing the Member's name, identification number, and Group number.

## [IN HOME HEALTH ASSESSMENT

Covered Services may include, but are not limited to, health history and blood pressure and blood sugar level screening. The assessment is designed to provide you with information regarding your health that can be discussed with your health care Provider, and is not a substitute for diagnosis, management and treatment by your health care Provider.]

## INDIVIDUAL HEALTH INSURANCE COVERAGE

Health insurance coverage offered to individuals in the individual market, but not including short-term, limited-duration insurance. Individual Health Insurance Coverage can include Dependent coverage.

## [INFUSION SUITE

A place of treatment that is an alternative to Hospital and clinic-based infusion settings where specialty medications can be infused.]

## INPATIENT

A Subscriber who receives care as a registered bed patient in a Hospital or other Provider where a room and board charge is made.

## INTENSIVE OUTPATIENT TREATMENT

Treatment in a freestanding or Hospital-based program that provides services for at least three hours per day, two or more days per week, to treat Mental Health and Substance Use Disorder or specializes in the treatment of co-occurring Mental Health and Substance Use Disorder. These programs offer integrated and aligned assessment, treatment and discharge planning services for treatment of severe or complex co-occurring conditions which make it unlikely that the Subscriber will benefit from programs that focus solely on Mental Health and Substance Use Disorder conditions.

## LEGEND DRUGS

Drugs, biologicals, or compounded prescriptions which are required by law to have a label stating "Caution – Federal Law Prohibits Dispensing Without a Prescription" and which are approved by the U.S. Food and Drug Administration (FDA) for a Particular use or purpose.

## LICENSED PRACTICAL OR VOCATIONAL NURSE (LPN OR LVN)

A licensed nurse with a degree from a school of practical or vocational nursing.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## LIFE-THREATENING DISEASE OR CONDITION

For the purposes of a clinical trial, any disease or condition from which the likelihood of death is probable unless the course of the disease or condition is interrupted.

## MAINTENANCE PRESCRIPTION DRUG

A Prescription Drug prescribed for chronic conditions and which is taken on a regular basis to treat conditions such as high cholesterol, high blood pressure or asthma.

## MATERNITY SERVICES

Care required as a result of being pregnant, including prenatal care and postnatal care.

## MEDICAL CARE

Professional services given by a Physician or other Provider to treat illness or injury.

## MEDICALLY NECESSARY (OR MEDICAL NECESSITY)

Health care services that the Plan determines a Hospital, Physician, or other Provider, exercising prudent clinical judgment, would provide to a patient for the purpose of preventing, evaluating, diagnosing or treating an illness, injury, disease or its symptoms and that are:

- in accordance with generally accepted standards of medical practice;
- clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for the patient's illness, injury or disease; and
- not primarily for the convenience of the patient, Physician, or other health care Provider, and not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of that patient's illness, injury or disease.

## MEDICARE

The programs of health care for the aged and disabled established by Title XVIII of the Social Security Act of 1965, as amended.

## MEMBER

An Eligible Person who has enrolled for coverage.

## MENTAL HEALTH AND SUBSTANCE USE DISORDER

Any condition or disorder involving a mental health condition or substance use disorder listed under any of the diagnostic categories in the mental disorders section of the most recent edition of the International Classification of Disease or in the mental disorders section of the most recent version of the Diagnostic and Statistical Manual of Mental Disorders.

## MINIMUM ESSENTIAL COVERAGE

Health insurance coverage that is recognized as coverage that meets substantially all requirements under applicable law pertaining to adequate individual, group or government health insurance coverage. Loss of Minimum Essential Coverage does not include termination of coverage for failure to pay premiums or as a result of a rescission. For additional information on whether particular coverage is recognized as Minimum Essential Coverage, please call the Customer Service number shown on the back of your Identification Card or visit [www.cms.gov].

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## NETWORK SERVICE AREA

The geographic area designated by the Plan, within which the Benefits of this Contract are available to Subscribers. A Subscriber may call the Customer Service Department at the number shown on the Identification Card to determine if he or she is in the Network Service Area or visit the Web site at [www.bcbsok.com].

## NON-PREFERRED BRAND DRUG

A brand-name Prescription Drug which appears on the applicable Drug List and is identified as a Non-Preferred Brand Drug. The Drug List is available on the Plan's Web site at [https://www.bcbsok.com/member/prescription-drug-plan-information/drug-lists].

## NON-PREFERRED GENERIC DRUG

A Generic Drug which appears on the applicable Drug List and is identified as a Non-Preferred Generic Drug. The Drug List is available on the Plan's Web site at [https://www.bcbsok.com/member/prescription-drug-plan-information/drug-lists].

## NON-PREFERRED SPECIALTY DRUG

A Specialty Drug which appears on the applicable Drug List and is identified as a Non-Preferred Specialty Drug. The Drug List is available on the Plan's Web site at [https://www.bcbsok.com/member/prescription-drug-plan-information/drug-lists].

## OKLAHOMA RESIDENT

A person domiciled in the state of Oklahoma. "Domicile" is the place established as your true, fixed and permanent home. It is the place you intend to return to whenever you are away (as on vacation abroad, business assignment, education leave or military assignment). A domicile, once established, remains until a new one is adopted.

## ORTHOGNATHIC SURGERY

Services or supplies received for correction of deformities of the jaw, including the surgical repositioning of portions of the upper or lower jaws or the bodily repositioning of entire jaws.

## OUT-OF-NETWORK PHARMACY

A Pharmacy that has not entered into a Participating Pharmacy Agreement with the Plan.

## OUT-OF-NETWORK PROVIDER

A Provider that has not entered into an agreement with the Plan to be a [Blue Preferred] Network Provider or BlueCard Provider.

## OUT-OF-POCKET LIMIT

The total amount of Deductibles, Copayments and/or Coinsurance which must be satisfied during the Benefit Period for Covered Services received from [Blue Preferred] Network Providers. Once the Out-of-Pocket Limit has been reached, the amount of Allowable Charges covered by the Plan will increase to 100% during the remainder of the Benefit Period.

The Out-of-Pocket Limit does not include services received from Out-of-Network Providers, amounts in excess of the Allowable Charge or charges for any services that are not covered under this Contract.

## OUTPATIENT

A Subscriber who receives services or supplies while not an Inpatient.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## PARTICIPATING PHARMACY

An independent retail Pharmacy, chain of retail Pharmacies, mail-order Pharmacy or specialty Pharmacy that has entered into a written agreement with the Plan, or other entity chosen by the Plan to administer its Prescription Drug program, to provide pharmaceutical services to you at the time you receive the services.

To find a Pharmacy in the Participating Pharmacy Network, please refer to the Plan's Web site at [https://www.bcbsok.com/provider_finder/important_info_rx.html] or call a Customer Service representative at the number shown on your Identification Card.

## PARTICIPATING SPECIALTY PHARMACY

A Pharmacy that has entered into an agreement to be a part of the Plan's Specialty Pharmacy Network.

## PHARMACY

A state and federally licensed establishment that is physically separate and apart from any provider's office, and where Legend Drugs and devices are dispensed under Prescription Orders to the general public by a pharmacist licensed to dispense such drugs and devices under the laws of the state in which he or she practices.

## PHYSICIAN

A person who is a professional practitioner of a Healing Art defined and recognized by law, and who holds a Physician license duly issued by the state or territory of the United States in which the person is authorized to practice medicine or Surgery or other procedures and provide services within the scope of such license.

## PLACEMENT FOR ADOPTION (OR PLACED FOR ADOPTION)

The assumption and retention of a legal obligation for total or partial support of a child by a person with whom the child has been placed in anticipation of the child's adoption. The child's Placement for Adoption with such person terminates upon the termination of such legal obligation.

## PLAN

Blue Cross and Blue Shield of Oklahoma.

## POLICY YEAR

The 12-month period beginning January 1 each year.

## POST-SERVICE MEDICAL NECESSITY REVIEW

A Post-Service Medical Necessity Review, sometimes referred to as a retrospective review or post-service claims request, is the process of determining coverage after treatment has already occurred and is based on Medical Necessity guidelines.

## PREFERRED BRAND DRUG

A brand-name drug which appears on the applicable Drug List and is identified as a Preferred Brand Drug. The Drug List is available on the Plan's Web site at [https://www.bcbsok.com/member/prescription-drug-plan-information/drug-lists].

## PREFERRED GENERIC DRUG

A Generic Drug which appears on the applicable Drug List and is identified as a Preferred Generic Drug. The Drug List is available on the Plan's Web site at [https://www.bcbsok.com/member/prescription-drug-plan-information/drug-lists].

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## PREFERRED SPECIALTY DRUG

A Specialty Drug which appears on the applicable Drug List and is identified as a Preferred Specialty Drug.  The Drug List is available on the Plan's Web site at [https://www.bcbsok.com/member/prescription-drug-plan-information/drug-lists].

## PREFERRED PARTICIPATING PHARMACY

A Participating Pharmacy which has a written Agreement with the Plan to provide pharmaceutical services to Subscribers or an entity chosen by the Plan to administer its Prescription Drug program that has been designated as a "Preferred Participating Pharmacy."

To find a Preferred Participating Pharmacy, please refer to the Plan's Web site at [https://www.bcbsok.com/member/prescription-drug-plan-information/drug-lists] or call a Customer Service Representative at the number shown on your Identification Card.

## PRESCRIPTION DRUG

Any medicinal substance required by the Federal Food, Drug and Cosmetic Act to bear the following legend on its label: "Caution: Federal Law prohibits dispensing without a prescription."

## PRESCRIPTION ORDER

A written order, and each refill, for a Prescription Drug issued by a Physician or other Provider.

## PREVENTIVE CARE SERVICES

- Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the United States Preventive Services Task Force ("USPSTF");

- Immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention ("CDC") with respect to the individual involved;

- Evidenced-informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration ("HRSA") for infants, children, and adolescents; and

- With respect to women, such additional preventive care and screenings, not described above, as provided for in comprehensive guidelines supported by the HRSA, including breast-feeding equipment and contraceptive services, as set forth in the *Comprehensive Health Care Services* section.

The Preventive Care Services described above may change as the USPSTF, CDC, and HRSA guidelines are modified.

## PRIMARY CARE PHYSICIAN (PCP)

A person who is a professional practitioner of a Healing Art defined and recognized by law, to include family practitioner, obstetrician/gynecologist, pediatrician, behavioral health practitioner, internist, and physician assistant or advanced practice nurse who provides health care and services generally accepted within the scope of the Physician's license. A PCP is not a Specialist.

## PRIOR AUTHORIZATION

The process that determines in advance the Medical Necessity or Experimental, Investigational or Unproven nature of certain care and services under the Contract.

Prior Authorization does not guarantee that the care and services you receive are eligible for Benefits under the Contract.  At the time your claims are submitted, they will be reviewed in accordance with the terms of the Contract.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## PROPERLY FILED CLAIM

A formal statement or claim regarding a loss which provides sufficient, substantiating information to allow the Plan to determine its liability for Covered Services. This includes: a completed claim form; the Provider's itemized statement of services rendered and related charges; and medical records, when requested by the Plan.

## PROVIDER

A Hospital, Physician, or other practitioner or Provider of medical services or supplies licensed to render Covered Services and performing within the scope of such license.

## PROVIDER INCENTIVE

An additional amount of compensation paid to a health care Provider by a Blue Cross and/or Blue Shield Plan, based on the Provider's compliance with agreed-upon procedural and/or outcome measures for a particular population of Subscribers.

## PSYCHIATRIC HOSPITAL

A Provider that is a state licensed hospital that primarily specializes in the treatment of severe Mental Health and Substance Use Disorder.

## QUALIFIED HEALTH PLAN ("QHP")

A health care benefit program that has in effect a certification that it meets the applicable standards issued or recognized by the Exchange through which such program is offered.

## RECOMMENDED CLINICAL REVIEW

A Recommended Clinical Review means an optional voluntary review of a Provider's recommended medical procedure, treatment or test, that does not require Prior Authorization, to make sure it meets approved Blue Cross and Blue Shield medical policy guidelines and Medical Necessity requirements.

## REGISTERED NURSE (RN)

A licensed nurse with a degree from a school of nursing.

## REHABILITATION CARE

Rehabilitation Care, including devices, are provided to help a person regain, maintain or prevent deterioration of a skill or function that has been acquired but then lost or impaired due to illness, injury or disabling condition.

## RESIDENTIAL TREATMENT CENTER

A state licensed and/or state certified facility that provides a 24-hour level of residential care to patients with long-term or severe Mental Health and Substance Use Disorder. This care is medically monitored, with 24-hour Physician availability and 24-hours onsite nursing services. It does not include half-way houses, wilderness programs, supervised living, group homes, boarding houses or other facilities or programs that provide primarily a supportive environment and address long-term social needs.

## RETAIL HEALTH CLINIC

A health care clinic located in a retail setting, supermarket or Pharmacy which provides treatment of common illnesses and routine preventive health care services rendered by a Physician or other Provider.

## RETAIL PHARMACY VACCINATION NETWORK

A network of Participating Pharmacies that have certified vaccination Pharmacists on staff who have contracted to administer select vaccinations to Subscribers.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

## ROUTINE NURSERY CARE

Ordinary Hospital nursery care of the newborn Subscriber.

## SKILLED NURSING FACILITY

A Provider which mainly provides Inpatient skilled nursing and related services to patients who need skilled nursing services around the clock but who do not need acute care in a Hospital bed. Such care is given by or under the supervision of Physicians. A Skilled Nursing Facility is not, other than incidentally, a place that provides:

- Custodial Care, ambulatory, or part-time care; or
- Treatment for Mental Health and Substance Use Disorder or pulmonary tuberculosis.

## SPECIALIST

A Physician who provides medical services in any generally accepted medical specialty or sub-specialty, or a Physician licensed in any duly recognized special healing arts discipline who provides health care and services generally accepted within the scope of the Physician's license.

## SPECIALTY PHARMACY DRUGS

Prescription Drugs that are high cost and generally prescribed for use in limited patient populations or indications. These drugs are typically injected but may also include high cost oral medications. In addition, patient support and/or education and special dispensing or delivery may be required for these drugs; therefore, they are difficult to obtain via traditional pharmacy channels. To determine which drugs are Preferred Specialty Drugs or Non-Preferred Specialty Drugs, refer to the Drug List at [https://www.bcbsok.com/member/prescription-drug-plan-information/drug-lists] or call the Customer Service toll-free number on your Identification Card.

## SPECIALTY PHARMACY NETWORK

A limited network of Participating Pharmacies that provide the following services to Subscribers:

- access to high-cost medications that are used in limited populations;
- special dispensing, delivery and patient clinical support;
- guidance through complex reimbursement procedures for Specialty Pharmacy Drugs.

## SUBSCRIBER

The Member and each of his/her Dependents (if any) enrolled under this Contract.

## SURGERY

- The performance of generally accepted operative and other invasive procedures;
- The correction of fractures and dislocations;
- Usual and related preoperative and postoperative care.

## TELEMEDICINE VISITS

The diagnosis, consultation or treatment provided by a licensed Provider through one or more technology-enabled health and care management and delivery systems that extend capacity and access to care.

## THERAPY SERVICE

The following services and supplies ordered by a Physician or other Provider when used to treat and promote your recovery from an illness or injury, or that are provided in order for a person to attain, maintain or prevent deterioration of a skill or function never learned or acquired due to a disabling condition:

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

- **Radiation Therapy** – the treatment of disease by x-ray, radium, or radioactive isotopes.

- **Chemotherapy** – the treatment of malignant disease by chemical or biological antineoplastic agents, but not including High-Dose Chemotherapy. High-Dose Chemotherapy is specifically addressed in certain sections under "Human Organ, Tissue and Bone Marrow Transplant Services."

- **Respiratory Therapy** – introduction of dry or moist gases into the lungs for treatment purposes.

- **Dialysis Treatment** – the treatment of an acute renal failure or chronic irreversible renal insufficiency for removal of waste materials from the body to include hemodialysis or peritoneal dialysis.

- **Infusion Therapy** – the administration of medication through a needle or catheter. Typically, "Infusion Therapy" means that a drug is administered intravenously, but the term also may refer to situations where drugs are provided through other non-oral routes, such as intramuscular injections and epidural routes (into the membranes surrounding the spinal cord). Infusion Therapy is prescribed when a patient's condition is so severe that it cannot be treated effectively by oral medications.

- **Physical Therapy** – the treatment by physical means, hydrotherapy, heat, or similar modalities, physical agents, bio-mechanical and neuro-physiological principles, and devices to relieve pain, to restore, attain or maintain maximum function, and to prevent disability or deterioration of a skill or function resulting from a disabling condition, disease, injury, or loss of body part.

- **Speech Therapy** – treatment for the correction of a speech impairment resulting from disease, Surgery, injury, congenital and developmental anomalies, or previous therapeutic processes.

- **Occupational Therapy** – treatment of a physically disabled person by means of constructive activities designed and adapted to promote the person's ability to satisfactorily accomplish the ordinary tasks of daily living and those required by the person's particular occupational role.

- **Manipulative Therapy** – hands on treatment of muscles, tendons, ligaments and joint disorders by chiropractic or osteopathic manual therapy.

## THIRD PARTY PAYMENTS

Blue Cross and Blue Shield of Oklahoma follows the premium payment process established by the Affordable Care Act in accordance with all Federal requirements. Blue Cross and Blue Shield of Oklahoma only accepts premium and cost sharing payments from:

- A. The Member,
- B. The Member's family,
- C. Blue Cross and Blue Shield of Oklahoma accepts premium payments from the following third party entities on behalf of enrollees;
    - i. A Ryan White HIV/AIDS Program under title XXVI of the Public Health Service Act,
    - ii. An Indian tribe, tribal organization or urban Indian organization, and
    - iii. A local, State or Federal government program, including a grantee directed by a government program to make payments on its behalf.
- D. Blue Cross and Blue Shield of Oklahoma may accept premium payments on behalf of enrollees from private, not-for-profit foundations, if the payments are;
    - i. For the entire coverage period of the enrollee's policy;
    - ii. Based solely on the financial status of the enrollees;
    - iii. Regardless of the coverage the enrollee chooses; and
    - iv. Regardless of the enrollee's health status.
- E. Blue Cross and Blue Shield of Oklahoma may accept premium payments on behalf of enrollees from a Trust, Power of Attorney of Legal Guardian.
- F. Blue Cross and Blue Shield of Oklahoma will not construe payments from an employer as impermissible third party payments, provided such payments do not create an Employee Retirement Income Security Act (ERISA) group health plan and either:

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

     i.   The employer facilitates premium payment collection through payroll deductions or a similar method for the employee, and the employer is not paying any part of the premium either directly or through reimbursement; or

     ii.   The employee is participating in an Individual Coverage Health Reimbursement Arrangement (ICHRA) or a Qualified Small Employer Health Reimbursement Arrangement (QSEHRA) offered by their employer in place of group health insurance.

G.  Blue Cross and Blue Shield of Oklahoma will accept on behalf of an enrollee directly from an employer engaged in an ICHRA or QSEHRA, or a third-party payment coordination service, when such payments are made using allowable payment methods.

Blue Cross and Blue Shield of Oklahoma does not accept premium and cost-sharing payments from any other third-party. Unauthorized premium and cost-sharing payments will not be credited to the Member's account and will be refunded to the unauthorized payer. If Blue Cross and Blue Shield of Oklahoma fails to receive payment in full from an authorized source by the end of any premium grace period, Blue Cross and Blue Shield of Oklahoma will retroactively terminate or cancel this coverage in accordance with the termination provision of this Contract.

## TOBACCO USER

A person who is permitted under state and federal law to legally use tobacco, with tobacco use (other than religious or ceremonial use of Tobacco) on average four or more times per week that last occurred within the past six months (or such other meaning required or permitted by applicable law). Tobacco includes, but is not limited to: cigars, smokeless tobacco, snuff, electronic cigarettes, etc. For additional information, please call the number on the back of your Identification Card or visit our Web site at [www.bcbsok.com].

## [URGENT CARE

The delivery of medical care by a Network Urgent Care Provider dedicated to the delivery of scheduled or unscheduled, care outside of a Hospital emergency room (or other comparable facility) or Physician's office. The necessary medical care is for a condition that is not life-threatening.]

## VALUE-BASED DESIGN PROGRAM

An outcomes-based payment arrangement and/or a coordinated care model facilitated with one or more local Providers that is evaluated against cost and quality metrics/factors.

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905



# BlueCross BlueShield
## of Oklahoma

1400 South Boston • P. O. Box 3283 • Tulsa, OK 74102-3283

# NO SURPRISES ACT AMENDMENT

IT IS AGREED that the Contract to which this amendment is issued for attachment is amended as set forth below:

The terms of this Amendment supersede the terms of the Contract to which this Amendment is attached and becomes apart of the Contract. Unless otherwise required by Federal or Oklahoma law, in the event of a conflict between the terms on this Amendment and the terms of the Contract, the terms on this Amendment apply. However, definitions set forth in this Amendment are for purposes of this Amendment only. Additionally, for purposes of this Amendment, references to you and your mean any Subscriber, including Members and Dependents.

The Contract is hereby amended as indicated below:

**I.   Continuity of Care**

If you are under the care of a participating Provider as defined in the Contract who stops participating in the Plan's network (for reasons other than failure to meet applicable quality standards, including medical incompetence or professional behavior, or fraud), you may be able to continue coverage for that Provider's Covered Services at the participating Provider Benefit level if one of the following conditions is met:

1.   You are undergoing a course of treatment for a serious and complex condition,
2.   You are undergoing institutional or inpatient care,
3.   You are scheduled to undergo nonelective surgery from the Provider (including receipt of postoperative carefrom such Provider with respect to such surgery),
4.   You are pregnant or undergoing a course of treatment for your pregnancy, or
5.   You are determined to be terminally ill.

A serious and complex condition is one that (1) for an acute illness, is serious enough to require specialized medical treatment to avoid the reasonable possibility of death or permanent harm (for example, if you are currently receiving chemotherapy, radiation therapy, or post-operative visits for a serious acute disease or condition), and (2) for a chronic illness or condition, is (i) life-threatening, degenerative, disabling or potentially disabling, or congenital, and (ii) requires specialized medical care over a prolonged period of time.

Continuity coverage described in this provision shall continue until the treatment is complete but will not extendfor more than 90 days beyond the date the Plan notifies you of the Provider's termination, or any longer period provided by state law. If you are in the second or third trimester of pregnancy when the Provider's termination takes effect, continuity of coverage may be extended through delivery of the child, immediate postpartum care, and the follow-up check-up within the first six (6) weeks of delivery. You have the right to appeal any decision made for a request for Benefits under this provision, as explained in the Contract.

A Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an independent licensee of the Blue Cross and Blue Shield Association

* Registered Marks Blue Cross and Blue Shield Association

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

II. **Federal No Surprises Act**

1. **Definitions**

The definitions below apply only to Section II. Federal No Surprises Act. of this Amendment. To the extent the same terms are defined in both the Contract and this Amendment, those terms will apply only to their use in the Contract or this Amendment, respectively.

"Air Ambulance Services" means, for purposes of this Amendment only, medical transport by helicopter or airplane for patients.

"Emergency Medical Condition" means, for purposes of this Amendment only, a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in a condition: (i) placing the health of the individual, or with respect to a pregnant woman her unborn child in serious jeopardy; (ii) constituting a serious impairment to bodily functions; or (iii) constituting a serious dysfunction of any bodily organ or part.

"Emergency Services" means, for purposes of this Amendment only;

- a medical screening examination performed in the emergency department of a hospital or a freestanding emergency department;
- further medical examination or treatment you receive at a Hospital, regardless of the department of the Hospital, or a freestanding emergency department to evaluate and treat an emergency medical condition until your condition is stabilized; and
- Covered Services you receive from a non-participating provider during the same visit after your emergency medical condition has stabilized unless:
    1. Your Non-Participating Provider determines you can travel by non-medical or non-emergency transport;
    2. Your Non-Participating Provider has provided you with a notice to consent form for balance billing of services; and
    3. You have provided informed consent.

"Non-Participating Provider" means, for purposes of this Amendment only, with respect to a covered item or service, a Physician or other health care provider who does not have a contractual relationship with Blue Cross and Blue Shield of Oklahoma (BCBSOK) for furnishing such item or service under the Plan to which this Amendment is attached.

"Non-Participating Emergency Facility" means, for purposes of this Amendment only, with respect to a covered item or service, an emergency department of a hospital or an independent freestanding emergency department that does not have a contractual relationship with BCBSOK for furnishing such item or service under the Plan to which this Amendment is attached.

"Participating Provider" means, for purposes of this Amendment only, with respect to a Covered Service, a Physician or other health care provider who has a contractual relationship with BCBSOK setting a rate (above which the provider cannot bill the member) for furnishing such item or service under the Plan to which this Amendment is attached regardless whether the provider is considered a preferred or in-network provider for purposes of in-network or out-of-network Benefits under the subject Plan.

"Participating Facility" means, for purposes of this Amendment only, with respect to Covered Service, a Hospital or ambulatory surgical center that has a contractual relationship with BCBSOK setting a rate (above which the provider cannot bill the member) for furnishing such item or service under the Plan to which this Amendment is attached. Whether the provider is considered a preferred or in-network provider for purposes of in-network or out-of-network Benefits under the subject Plan.

"Qualifying Payment Amount" means, for purposes of this Amendment only, a median of contracted rates calculated pursuant to federal or state law, regulation and/or guidance.

"Recognized Amount" means, for purposes of this Amendment only, an amount determined pursuant a state law that provides a method for determining the total amount payable for the item or service (if applicable); or, if there

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

is no state law that provides a method for determining the total amount payable for the item or service, the lesser of the Qualifying Payment Amount or billed charges.

### 2. Federal No Surprises Act Surprise Billing Protections

a. The federal No Surprises Act contains various protections relating to surprise medical bills on services performed by Non-Participating Providers and Non-Participating Emergency Facilities. The items and services included in these protections ("Included Services") are listed below.

- Emergency Services obtained from a Non-Participating Provider or Non-Participating Emergency Facility.
- Covered non-Emergency Services performed by a Non-Participating Provider at a Participating Facility (unless you give written consent and give up balance billing protections).
- Air Ambulance Services received from a Non-Participating Provider, if the services would be covered if received from a Participating Provider.

### b. Claim Payments

For Included Services, the Plan will send an initial payment or notice of denial of payment directly to the Provider.

### c. Cost-Sharing

For non-Emergency Services performed by Non-Participating Providers at a Participating Facility, and for Emergency Services provided by a Non-Participating Provider or Non-Participating Emergency Facility, the Recognized Amount is used to calculate your cost-share requirements, including Deductibles, Copayments, and Coinsurance.

For Air Ambulance Services received from a Non-Participating Provider, if the services would be covered if received from a Participating Provider, the amount used to calculate your cost-share requirements, including Deductibles, Copayments, and Coinsurance, will be the lesser of the Qualifying Payment Amount or billed charges.

For Included Services, these cost-share requirements will be counted toward your Participating Provider deductible and/or Out-of-Pocket Limit, if any.

### 3. Prohibition of Balance Billing

You are protected from balance billing on Included Services as set forth below.

If you receive Emergency Services from a Non-Participating Provider or non-Participating Emergency Facility, the most the Non-Participating Provider or non-Participating Emergency Facility may bill you is your in-network cost-share. You cannot be balance billed for these Emergency Services unless you give written consent and give up your protections not to be balanced billed for services you receive after you are in a stable condition.

When you receive Covered Non-Emergency Services from a Non-Participating Provider at a Participating Facility, the most those Non-Participating Providers may bill you is your Plan's in-network cost-share requirements. When you receive emergency medicine, anesthesia, pathology, radiology, laboratory, neonatology, assistant surgeon, hospitalist, or intensivist services at a Participating Facility, Non-Participating Providers can't balance bill you and may not ask you to give up your protections not to be balance billed. If you get other services at Participating Facilities, Non-Participating Providers can't balance bill you unless you give written consent and give up your protections.

If your Plan includes Air Ambulance Services as a Covered Service, and such services are provided by a Non-Participating Provider, the most the Non-Participating Provider may bill you is your in-network cost-share. You cannot be balance billed for these Air Ambulance Services.

**NOTE: The revisions to your Plan made by this Amendment are based upon the No Surprises Act, a federal law enacted in 2020 and effective for Plan Years beginning on or after January 1, 2022. To the extent federal regulations are adopted or additional guidance is issued by federal regulatory agencies that alter the terms of**

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO FOIA 45 C.F.R. §§ 5.31(d) and (f), AND THE TRADE SECRETS ACT 18 U.S.C. § 1905

this Amendment, the regulations and any additional guidance will control over conflicting language in this Amendment.

_____

Changes in state or federal law or regulations or interpretations thereof may change the terms and conditions of coverage.

Except as changed by this amendment, all terms, conditions, limitations and exclusions of the Contract to which this amendment is attached will remain in full force and effect.

President of Blue Cross and Blue Shield of Oklahoma

# EXHIBIT B

Summary of Benefits and Coverage: What this Plan Covers & What You Pay for Covered Services

Coverage Period: 01/01/2023 – 12/31/2023

BlueCross BlueShield of Oklahoma : Blue Advantage Silver PPO℠ 605

Coverage for: Individual/Family | Plan Type: PPO

The Summary of Benefits and Coverage (SBC) document will help you choose a health plan. The SBC shows you how you and the plan would share the cost for covered health care services. NOTE: Information about the cost of this plan (called the premium) will be provided separately. **This is only a summary.** For more information about your coverage, or to get a copy of the complete terms of coverage, visit www.bcbsok.com/bb/ind/bb-so2a21bvpiokp-ok-2023.pdf or by calling 1-866-520-2507. For general definitions of common terms, such as allowed amount, balance billing, coinsurance, copayment, deductible, provider, or other underlined terms, see the Glossary. You can view the Glossary at www.healthcare.gov/sbc-glossary/ or call 1-855-756-4448 to request a copy.

| Important Questions | Answers | Why This Matters: |
|---|---|---|
| **What is the overall deductible?** | $0 | See the Common Medical Events chart below for your costs for services this plan covers. |
| **Are there services covered before you meet your deductible?** | Yes. | This plan covers some items and services even if you haven't yet met the deductible amount. But a copayment or coinsurance may apply. |
| **Are there other deductibles for specific services?** | No. | You don't have to meet deductibles for specific services. |
| **What is the out-of-pocket limit for this plan?** | Not Applicable | This plan does not have an out-of-pocket limit on your expenses. |
| **What is not included in the out-of-pocket limit?** | Not Applicable | This plan does not have an out-of-pocket limit on your expenses. |
| **Will you pay less if you use a network provider?** | Yes. See www.bcbsok.com/blueadvantageppo or call 1-800-942-5837 for a list of network providers. | This plan uses a provider network. You will pay less if you use a provider in the plan's network. You will pay the most if you use an out-of-network provider, and you might receive a bill from a provider for the difference between the provider's charge and what your plan pays (balance billing). Be aware, your network provider might use an out-of-network provider for some services (such as lab work). Check with your provider before you get services. |
| **Do you need a referral to see a specialist?** | No. | You can see the specialist you choose without a referral. |

Blue Cross and Blue Shield of Oklahoma, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

Page 1 of 7

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
| --- | --- | --- | --- | --- |
| | | Indian Health Care Provider (IHCP) or other In-Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| If you visit a health care provider's office or clinic | Primary care visit to treat an injury or illness | No Charge | No Charge | Telemedicine Visits are available. See your benefit booklet* for details. |
| | Specialist visit | No Charge | No Charge | None |
| | Preventive care/screening/ immunization | No Charge | No Charge | You may have to pay for services that aren't preventive. Ask your provider if the services needed are preventive. Then check what your plan will pay for. |
| If you have a test | Diagnostic test (x-ray, blood work) | No Charge | No Charge | None |
| | Imaging (CT/PET scans, MRIs) | No Charge | No Charge | Preauthorization is required; see your benefit booklet* for details. |

*For more information about limitations and exceptions, see the plan or policy document at www.bcbsok.com/bb/ind/bb-sp2a21bvpiokp-ok-2023.pdf.

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
|---|---|---|---|---|
| | | Indian Health Care Provider (IHCP) or other In-Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| If you need drugs to treat your illness or condition<br><br>More information about prescription drug coverage is available at www.bcbsok.com/rx23/6T | Preferred generic drugs | No Charge | No Charge | Limited to a 30-day supply at retail (or a 90-day supply at a network of select retail pharmacies). Up to a 90-day supply at mail order. Specialty drugs limited to a 30-day supply. Preauthorization is required for certain drugs. Your cost for a covered insulin drug will not exceed $30 per 30-day supply or $90 per 90-day supply. |
| | Non-preferred generic drugs | No Charge | No Charge | |
| | Preferred brand drugs | No Charge | No Charge | |
| | Non-preferred brand drugs | No Charge | No Charge | |
| | Preferred specialty drugs | No Charge | No Charge | |
| | Non-preferred specialty drugs | No Charge | No Charge | |
| If you have outpatient surgery | Facility fee (e.g., ambulatory surgery center) | No Charge | No Charge | Preauthorization is required.<br>For Outpatient Infusion Therapy, see your benefit booklet* for details. |
| | Physician/surgeon fees | No Charge | No Charge | |
| If you need immediate medical attention | Emergency room care | No Charge | No Charge | None |
| | Emergency medical transportation | No Charge | No Charge | None |
| | Urgent care | No Charge | No Charge | None |
| If you have a hospital stay | Facility fee (e.g., hospital room) | No Charge | No Charge | Preauthorization is required. Facility: Preauthorization penalty: $500. See your benefit booklet* for details. |
| | Physician/surgeon fees | No Charge | No Charge | |
| If you need mental health, behavioral health, or substance abuse services | Outpatient services | No Charge | No Charge | Preauthorization is required; see your benefit booklet* for details. |
| | Inpatient services | No Charge | No Charge | Preauthorization is required, see your benefit booklet* for details. Preauthorization penalty: $500. |

*For more information about limitations and exceptions, see the plan or policy document at www.bcbsok.com/bb/ind/bb-sp2a21bvpickp-ok-2023.pdf.

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
| --- | --- | --- | --- | --- |
| | | Indian Health Care Provider (IHCP) or other In-Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| If you are pregnant | Office visits | No Charge | No Charge | Maternity care may include tests and services described elsewhere in the SBC (i.e., ultrasound). |
| | Childbirth/delivery professional services | No Charge | No Charge | |
| | Childbirth/delivery facility services | No Charge | No Charge | |
| If you need help recovering or have other special health needs | Home health care | No Charge | No Charge | 30 visits/year. Preauthorization is required. |
| | Rehabilitation services | No Charge | No Charge | Outpatient: Separate 25-visit limit per benefit period for Rehabilitation and Habilitation services, which includes physical, speech, occupational therapy, and muscle manipulation. Inpatient: Separate 30-day maximum for Rehabilitation and Habilitation services per benefit period. Preauthorization is required. Preauthorization penalty: $500. |
| | Habilitation services | No Charge | No Charge | |
| | Skilled nursing care | No Charge | No Charge | 30 days/year. Preauthorization is required. Inpatient Preauthorization penalty: $500. |
| | Durable medical equipment | No Charge | No Charge | None |
| | Hospice services | No Charge | No Charge | Preauthorization is required. Inpatient Preauthorization penalty: $500. |
| If your child needs dental or eye care | Children's eye exam | No Charge | Up to a $30 reimbursement is available | One visit per year. Out-of-network reimbursement will not exceed the retail cost. See your benefit booklet* (Pediatric Vision Care Benefits) for details. |
| | Children's glasses | No Charge | Up to a $75 Reimbursement is available | One pair of glasses per year. Reimbursement for frames, lenses, and lens options purchased Out-of-network is available (not to exceed the retail cost). See your benefit booklet* (Pediatric Vision Care Benefits) for details. |
| | Children's dental check-up | Not Covered | Not Covered | None |

*For more information about limitations and exceptions, see the plan or policy document at www.bcbsok.com/bb/ind/bb-sp2a21bvpiokp-ok-2023.pdf.          Page 4 of 7

**Excluded Services & Other Covered Services:**

| Services Your Plan Generally Does NOT Cover (Check your policy or plan document for more information and a list of any other excluded services.) | | |
|---|---|---|
| • Abortion (unless the life of the mother is endangered)<br>• Acupuncture<br>• Bariatric surgery (for treatment of obesity/weight reduction)<br>• Cosmetic surgery (except accidental injury repair and some instances for physiological functioning improvement of a malformed body member) | • Dental care (Adult and Child)<br>• Infertility treatment<br>• Long-term care<br>• Non-emergency care when traveling outside the U.S. | • Routine eye care (Adult)<br>• Routine foot care (except when medically necessary)<br>• Weight loss programs |

| Other Covered Services (Limitations may apply to these services. This isn't a complete list. Please see your plan document.) | | |
|---|---|---|
| • Chiropractic care (Chiropractic and Osteopathic manipulation combined with outpatient therapies limited to 25 visits per calendar year) | • Hearing aids (limited to one each ear every 48 months) | • Private-duty nursing (limited to 85 visits per year) |

**Your Rights to Continue Coverage:** There are agencies that can help if you want to continue your coverage after it ends. The contact information for those agencies is: the plan at Blue Cross and Blue Shield of Oklahoma at 1-866-520-2507 or visit www.bcbsok.com. You may also contact you state insurance department at 1-800-522-0071 or the, Department of Labor's Employee Benefits Security Administration at 1-866-444-EBSA (3272) or www.dol.gov/agencies/ebsa/about-ebsa/ask-a-question/ask-ebsa. Other coverage options may be available to you, too, including buying individual insurance coverage through the Health Insurance Marketplace. For more information about the Marketplace, visit www.HealthCare.gov or call 1-800-318-2596, or state health insurance marketplace or SHOP.

**Your Grievance and Appeals Rights:** There are agencies that can help if you have a complaint against your plan for a denial of a claim. This complaint is called a grievance or appeal. For more information about your rights, look at the explanation of benefits you will receive for that medical claim. Your plan documents also provide complete information on how to submit a claim, appeal, or a grievance for any reason to your plan. For more information about your rights, this notice, or assistance, contact: Oklahoma Department of Insurance, Consumer Protection at 1-405-521-2991 or www.oid.ok.gov.

**Does this plan provide Minimum Essential Coverage? Yes**
Minimum Essential Coverage generally includes plans, health insurance available through the Marketplace or other individual market policies, Medicare, Medicaid, CHIP, TRICARE, and certain other coverage. If you are eligible for certain types of Minimum Essential Coverage, you may not be eligible for the premium tax credit.

**Does this plan meet the Minimum Value Standards? Not Applicable**
If your plan doesn't meet the Minimum Value Standards, you may be eligible for a premium tax credit to help you pay for a plan through the Marketplace.

**Language Access Services:**

Spanish (Español): Para obtener asistencia en Español, llame al 1-866-520-2507.

Tagalog (Tagalog): Kung kailangan ninyo ang tulong sa Tagalog tumawag sa 1-866-520-2507.

Chinese (中文): 如果需要中文的帮助，请拨打这个号码 1-866-520-2507.

Navajo (Dine): Dinek'ehgo shika at'ohwol ninisingo, kwiijigo holne' 1-866-520-2507.

| |
|---|
| *To see examples of how this <u>plan</u> might cover costs for a sample medical situation, see the next section.* |

 **This is not a cost estimator.** Treatments shown are just examples of how this plan might cover medical care. Your actual costs will be different depending on the actual care you receive, the prices your providers charge, and many other factors. Focus on the cost-sharing amounts (deductibles, copayments and coinsurance) and excluded services under the plan. Use this information to compare the portion of costs you might pay under different health plans. Please note these coverage examples are based on self-only coverage.

| Peg is Having a Baby (9 months of in-network pre-natal care and a hospital delivery) | | Managing Joe's Type 2 Diabetes (a year of routine in-network care of a well-controlled condition) | | Mia's Simple Fracture (in-network emergency room visit and follow up care) | |
|---|---|---|---|---|---|
| ■ The plan's overall deductible | $0 | ■ The plan's overall deductible | $0 | ■ The plan's overall deductible | $0 |
| ■ Specialist | $0 | ■ Specialist | $0 | ■ Specialist | $0 |
| ■ Hospital (facility) | $0 | ■ Hospital (facility) | $0 | ■ Hospital (facility) | $0 |
| ■ Other | $0 | ■ Other | $0 | ■ Other | $0 |

| This EXAMPLE event includes services like: | This EXAMPLE event includes services like: | This EXAMPLE event includes services like: |
|---|---|---|
| Specialist office visits (prenatal care) | Primary care physician office visits (including disease education) | Emergency room care (including medical supplies) |
| Childbirth/Delivery Professional Services | Diagnostic tests (blood work) | Diagnostic test (x-ray) |
| Childbirth/Delivery Facility Services | Prescription drugs | Durable medical equipment (crutches) |
| Diagnostic tests (ultrasounds and blood work) | Durable medical equipment (glucose meter) | Rehabilitation services (physical therapy) |
| Specialist visit (anesthesia) | | |

| Total Example Cost | $12,700 | | Total Example Cost | $5,600 | | Total Example Cost | $2,800 |
|---|---|---|---|---|---|---|---|

| In this example, Peg would pay: | | In this example, Joe would pay: | | In this example, Mia would pay: | |
|---|---|---|---|---|---|
| *Cost Sharing* | | *Cost Sharing* | | *Cost Sharing* | |
| Deductibles | $0 | Deductibles | $0 | Deductibles | $0 |
| Copayments | $0 | Copayments | $0 | Copayments | $0 |
| Coinsurance | $0 | Coinsurance | $0 | Coinsurance | $0 |
| *What isn't covered* | | *What isn't covered* | | *What isn't covered* | |
| Limits or exclusions | $60 | Limits or exclusions | $20 | Limits or exclusions | $0 |
| The total Peg would pay is | $60 | The total Joe would pay is | $20 | The total Mia would pay is | $0 |

The plan would be responsible for the other costs of these EXAMPLE covered services.

Page 7 of 7

# EXHIBIT C



**PATIENT NAME:** ▮▮▮▮▮▮
**MEMBER ID:** ▮▮▮▮▮▮

**DOCUMENTS:**

- Assignment of Benefit/ Power of Attorney
- Doctor's Order
- Claim
- Explanation of Benefits/ Erroneous Remittance Advice
- Appeal Document
  - Appeal Log



C████████████  C██████  ♂ WH2023-121

Pronouns: He/him/his/his/himself
Birthdate: ████████
Allergies: No Known Allergies/NKA
Admission: 06/12/2023  Care Team
Location: Stairway Resource Center
                (GMT-08:00) Pacific Time (US &
                Canada)

# AOB for Cleanquest

## Patient Responsibility/
## Power of Attorney for ERISA and Other Claims/
## Authorized Representative Status/ Assignment of Benefits/ Authorization to Release Medical Records

**Date/Time:** 06/12/2023 09:30 AM

### I.PATIENT RESPONSIBILITY

I understand that I am financially responsible for all charges for services provided to the undersigned, and that having health insurance does not absolve me of this responsibility. I also understand that my health insurance plan may not cover 100% of the amount of my claim, and that I am responsible for any and all amounts not covered, including without limitation copayments, deductibles, co-insurance and any portion not paid for in-network or out-of-network services. I understand that Cleanquest LLC (the Facility) may be an in-network or out-of-network provider, and as a result I will be responsible for additional charges not covered by my policy, in accordance with existing contracts between my insurance provider and the Facility. If my health plan is a health maintenance organization, I understand that I may be required to first contact my primary care physician before seeking any other treatment, services or supplies, and that I may need to obtain prior authorization from my primary care physician before receiving any treatment services from the Facility. If I do not comply with my health plan's policies and procedures, I understand that payment for services rendered from the Facility will become my responsibility.

I also hereby instruct my insurance company plan administrator to pay the Facility directly for services rendered to me or my dependents.

Payment is due upon receipt of a statement for services rendered. If payment is not timely made, I understand that the facility may engage an attorney and/or collection agency to assist in collection efforts, and I will be responsible for all fees and costs incurred by the Facility in connection with its collection efforts, including without limitation attorney fees. I certify that the health insurance information that I provided to the Facility is accurate as of the date set forth below and that I am responsible for keeping it updated.

### II.TRANSFER OF RIGHTS AND DESIGNATION OF AUTHORITY

It is my intent to grant the Facility all rights, powers, authority, and standing – to the maximum extent possible and conceivable – to pursue amounts owed under my health insurance plan and/or to pursue vindication of my rights under my health insurance plan or federal or state law. Such pursuits include without limitation, legal action, in the same fashion as if I myself were acting. Any ambiguity in this transfer of rights and designation of authority should be construed in favor of granting the Facility the rights, powers, authority, or standing that it seeks to exercise or rely upon.

To that end, I appoint the Facility my Attorney-in-Fact (Section A below). To the extent that designation is found to be invalid or the designation is found insufficient for the purposes that the Facility seeks to use it for, I designate the Facility my Authorized Representative (Section B below). To the extent that designation is found to be invalid or is not sufficient for the purposes that the Facility seeks to use it for, I assign my benefits and rights under my health insurance plan to the Facility (Section C below). The Facility, at its sole discretion, may elect to exercise one, two, or all three of these appointments, designations or assignments simultaneously. The

Facility, at its sole discretion, may decline to exercise one or more of these appointments, designations or assignments.

Under each and every appointment, designation, or assignment, the Facility shall have the right, power, authority, or standing to obtain plan documents – including without limitation the summary plan description, certificate of coverage, or other document setting forth the terms of the plan or under which the plan is operated – to the same extent I myself am entitled under law to obtain said documents.

### A.POWER OF ATTORNEY FOR ERISA AND OTHER CLAIMS

I hereby appoint the Facility and its agents as my true and lawful attorneys-in-fact for the specific purpose of pursuing claims on my behalf against my insurer, employer benefit plan, or third-party administrator related to the services provided to me by the Facility. These claims shall include, but are not limited to:

(1)administrative appeals related to insurance benefits for services provided to me; and
(2)claims brought pursuant to federal law and/or the provisions of ERISA, whether suchclaims seek benefits, statutory penalties, or prospective, retrospective, monetary, legal,equitable, or other relief, including without limitation claims for breach of fiduciary dutyand/or any claims related to the Mental Health Parity and Addiction Equity Act of 2008('Parity Act'); and
(3)claims brought pursuant to any state law, whether such claims seek benefits, statutorypenalties, or prospective, retrospective, monetary, legal, equitable, or other relief,including without limitation claims related to bad faith, consumer protection and/orclaims under any state law equivalent of the Parity Act.

Furthermore, I instruct the Facility to use whatever funds may be recovered as a result of actions brought on my behalf to reduce or eliminate any debt I may owe to the Facility and any related debt owed by the Facility for expenses incurred whilst seeking full reimbursement from my insurer, employer benefit plan, or third-party administrator.

I appoint the Facility as a true and lawful attorney-in-fact for the limited purpose of receiving, endorsing, and depositing to its account any checks, drafts, or money orders made payable to me for payments due under my health plan for services provided to me by the Facility.

### B.AUTHORIZED REPRESENTATIVE TO PURSUE CLAIMS

I designate, authorize and convey the Facility, to the full extent permissible by law, to be my personal representative regarding all rights and benefit claims related to services provided by the Facility, which authorizes the Facility to:

(1)submit any and all appeals when my insurance company denies me a benefit to which I amentitled;
(2)act on my behalf in connection with any claim, right or cause of action that may arise undermy plan; and
(3)act on my behalf to pursue such claim, right, or cause of action in connection with said planincluding, but not limited to, the right and ability to act as my authorized representative withrespect to a benefit plan governed by the provisions of ERISA as provided in 29 C.F.R. §2560.502-1(b); and
(4)with respect to any healthcare expense incurred as a result of the services I received fromthe Facility, and to the extent permissible under the law, to claim on my behalf suchbenefits, claim, reimbursement, and any other applicable remedy, including fines.

Unless revoked, this authorization is valid for all administrative and judicial reviews under ERISA and all applicable federal and state laws.

### C.ASSIGNMENT OF BENEFITS AND RIGHTS

I hereby assign to the Facility all benefits and rights that I and my dependents have to receive payments from my health insurance plan or any third-party payer for the services provided by the Facility to the undersigned. In addition to and apart from assignment of benefits, I assign any cause of action I may have under my health insurance plan, regardless of whether such cause of action arises under federal or state law, and regardless of what relief is sought under said cause of action. I understand that the Facility would not have accepted the undersigned as a patient, except for this assignment and my guarantee of payment to the Facility. I hereby authorize the Facility to submit claims on my behalf to the insurance company listed on the current insurance card I have provided to the Facility, in good faith. A photocopy of my signature can be used to process insurance claims.

If my current health insurance plan prohibits assignment of benefits, I hereby instruct my plan, its fiduciaries, or its third-party administrators to provide documentation demonstrating such non-assignability to myself and the Facility. Failure to provide such documentation within thirty days of receipt of the claim submission shall constitute consent to assignment and/or knowing and intentional waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators. Acceptance of a claim submission from the Facility, and/or issuance directly to the Facility of an explanation of benefits, remittance advice, determination letter, or other decisional communication concerning the claim, shall be deemed to be consent to assignment or waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators.

If payment is made to the Facility without further explanation that such payment is made pursuant to an authorization of direct payment, as opposed to pursuant to my assignment of benefits, such payment shall be assumed to constitute consent to assignment and/or waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators.

I agree to endorse and forward any monies from my insurance company paid to me and/or the primary insured and that I agree that I am personally liable to the Facility for such monies.

## III. AUTHORIZATION TO RELEASE MEDICAL RECORDS

I authorize the Facility to release all information to my insurance company needed to process a claim. I further authorize my plan, its fiduciaries, and/or its third-party administrators to release to the Facility and information necessary for the Facility to claim such benefits. I further authorize my physicians, hospitals, clinics, and health care facilities to disclose all or any part of my medical record to the Facility in connection with the treatment, services, and supplies provided to me by them. This authorization is given with full knowledge that such discloser may contain information of a confidential nature and may affect or limit the insurance coverage for my treatment, services, or supplies provided by the Facility. The Facility will use and disclose my health information only for purposes of treatment, payment, and health care operations, in accordance with the Facility privacy practices, unless I authorize them to use or disclose my health information for other purposes. I hereby release the Facility, its officers, agents, employees and any clinician associated with my case from all liability that may arise as a result of disclosure of information to my plan, its fiduciaries, its third-party administrators, my insurance company(s) or their designated representatives.

I have read and understand each of the above paragraphs and I acknowledge and accept these terms and conditions. I also authorize the use of a copy of this form to be used in place of the original.

(Client), 06/12/2023 10:21 AM
Staff present: Jessi Brown

Jessi Brown (Staff), 06/12/2023 10:21 AM

Michael Lynch (Staff), 06/12/2023 03:10 PM

Marked as complete by: Dr. David Campbell, LMFT #135954, 06/12/2023 04:49 PM

**Stairway Resource Center**
5348 Tapanga Canyon Blvd. #207 Woodland Hills CA, 91364

# CLEANQUEST LABORATORY

17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 28789
NPI: 1194201558

PRESUMPTIVE TESTING

**Laboratory Requisiti**

Coffman, Camron <0310-WH2023-121>   Stone, Michael
ID: 97372                          DOB: 7/8/198
CL: 6/12/2023 10:00 AM ML

ETG SCREEN                        VALIDITY

## Demographics

| | | |
|---|---|---|
| Patient: C____ C_____ | Birth: _____ | Org#: Stairway Resource Center |
| Patient #: 13257 | Age: 38 years | Collected: 6/12/2023 10:00 AM |
| SSN: | Gender: Male | Order Date: 6/12/2023 10:00 AM |
| Alt Patient #: WH2023-121 | Room Info: | Fasting: |
| Home Phone: ____ | Physician: Stone D.O., Michael - NPI 1629305479 | NPI: 1629305479 |
| Address: _____ | | Ordering Location: Stairway Resource Cente |

Specimen Type:    URINE

## CONSENT TO PRESUMPTIVE TESTING AND FINANCIAL RESPONSIBILITY

The Specimen identified on this form is my own. I have not adulterated it in any way. I am voluntarily submitting this specimen for analysis by my practitioner/clinician and/or CleanQuest. I authorize CleanQuest to release the test results to the ordering practitioner/clinician.

I understand that I am financially responsible for all charges incurred in my services provided by CleanQuest LLC, 17952 Skypark Circle Unit K, Irvine, CA 92614; Tax ID 82-4323767 regardless of any applicable insurance or benefit payments. I further understa and agree that CleanQuest LLC will bill my health insurance carrier for my laboratory services and make all reasonable diligent eff to obtain benefit payments on my behalf.

| | | |
|---|---|---|
| Name of Patient | Patient Signature | 6-12-23 Date |

## Insurance

| Insurance Co: | Insured Name: | Relationship: | Group #: | Policy #: |
|---|---|---|---|---|
| BCBS of Oklahoma | | Self | OS1121 | |

## Panels Ordered

| STAT | Panel Name | Status | Procedure Codes | Comments |
|---|---|---|---|---|
| | ETG SCREEN | Pending | | |
| | *Diagnosis Codes: F15.20* | | | |
| | VALIDITY | Pending | | |
| | *Diagnosis Codes: F15.20* | | | |







**Laboratory Requisiti**

1061

17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 28789
NPI: 1194201558

PRESUMPTIVE TESTING

| Demographics |
|---|

| | | |
|---|---|---|
| **Patient:** ▉ | **Birth:** ▉ | **Org#:** Stairway Resource Center |
| **Patient #:** 13257 | **Age:** 38 years | **Collected:** 6/12/2023 10:00 AM |
| **SSN:** | **Gender:** Male | **Order Date:** 6/12/2023 10:00 AM |
| **Alt Patient #:** WH2023-121 | **Room Info:** | **Fasting:** |
| **Home Phone:** 4056584489 | **Physician:** Stone D.O., Michael - NPI 1629305479 | **NPI:** 1629305479 |
| **Address:** ▉ | | **Ordering Location:** Stairway Resource Cente |

**Specimen Type:** URINE

| | |
|---|---|
| STIMULANTS (LCMS) *Diagnosis Codes: F15.20* | Pending |
| BENZODIAZEPINES (LCMS) *Diagnosis Codes: F15.20* | Pending |
| Kratom (LCMS) *Diagnosis Codes: F15.20* | Pending |
| THC-COOH (LCMS) *Diagnosis Codes: F15.20* | Pending |
| BARBITURATES (LCMS) *Diagnosis Codes: F15.20* | Pending |
| OPIATES AND OPIODS LCMS *Diagnosis Codes: F15.20* | Pending |
| ANTICONVULSANTS LCMS *Diagnosis Codes: F15.20* | Pending |
| ILLICITS LCMS *Diagnosis Codes: F15.20* | Pending |
| DISSOCIATIVE/ANESTHETICS *Diagnosis Codes: F15.20* | Pending |
| SSRI/SSNI/SARI *Diagnosis Codes: F15.20* | Pending |
| ANTIPSYCHOTICS *Diagnosis Codes: F15.20* | Pending |
| ANTITUSSIVE *Diagnosis Codes: F15.20* | Pending |
| Z-Drugs | Pending |

Date: _____

Donor Initials: _____






ID: 106173



# CLEANQUEST LABORATORY

17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 28789
NPI: 1194201558

PRESUMPTIVE TESTING

**Laboratory Requisiti**
106

## Demographics

| | | |
|---|---|---|
| Patient: ▮▮▮ | Birth: ▮ | Org#: Stairway Resource Center |
| Patient #: 13257 | Age: 38 years | Collected: 6/12/2023 10:00 AM |
| SSN: | Gender: Male | Order Date: 6/12/2023 10:00 AM |
| Alt Patient #: WH2023-121 | Room Info: | Fasting: |
| Home Phone: ▮▮▮ | Physician: Stone D.O., Michael - NPI 1629305479 | NPI: 1629305479 |
| Address: ▮▮▮ | | Ordering Location: Stairway Resource Cente |

Specimen Type:    URINE

*Diagnosis Codes: F15.20*

| | |
|---|---|
| TRICYCLICS | Pending |
| *Diagnosis Codes: F15.20* | |
| BATH SALTS AND K-2 SPICES | Pending |
| *Diagnosis Codes: F15.20* | |

Physician Signature _____

Digital Signature Stone D.O., Michael - NPI 1629305479

6/12/2023 10:00 /
Date

Date: _____

Donor Initials: _____

LID CAP

ID: 106173

CALIFORNIA OF BLUE SHIELD

P.O BOX 272630
CHICO, CA 95928

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | PICA | |

| 1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle initial)
C▆▆▆ C▆▆▆

3. PATIENT'S BIRTH DATE ▆▆ SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
C▆▆▆ , C▆▆▆

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☒ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
| Moore | OK | | Moore | OK |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
| 73160 | ( ) | | 73160 | ( ) |

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH ▆▆ SEX M ☒ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES ☐ NO ☒ PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒ If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    SIGNATURE ON FILE    DATE    03242025

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED    SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY    QUAL.

15. OTHER DATE MM DD YY    QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN MICHAEL STONE DO    17a.    17b. NPI 1629305479

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM    TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES ☐ NO ☒    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)    ICD Ind. 0

A. F15.20    B.    C.    D.
E.    F.    G.    H.
I.    J.    K.    L.

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER    05D2151144

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 06122023 06122023 | 81 | | 80307 | A | 3795.00 | 1 | | NPI | 1194201558 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
| 824323767  ☒ | 13382215B | ☒ YES ☐ NO | $ 3795.00 | $ 0.00 | |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
CLEANQUEST LLC
03242025
SIGNED    DATE

32. SERVICE FACILITY LOCATION INFORMATION
CLEANQUEST LLC
17952 SKYPARK CIRCLE STE K
IRVINE, CA 92614-4416
a. 1194201558  b.

33. BILLING PROVIDER INFO & PH # ( 714 3404690
CLEANQUEST LLC
17952 SKYPARK CIRCLE STE K
IRVINE, CA 92614-4416
a. 1194201558  b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

**BlueCross BlueShield of Oklahoma**
PO Box 3283
Tulsa, OK 74152-3283

**RECEIVED**

JUL 2 9 2023

July 24, 2023

****************ALL FOR AADC *26
6402 1 AB 0-537                    13
CLEANQUEST LLC
17952 SKY PARK CIR STE K
IRVINE CA 92614-4416

**Claim Information**

| | |
|---|---|
| Patient Name: | ████████████████ |
| Claim No.: | 02023200550429F0H |
| Group ID/No.: | OS1121-YUQ947113677 |
| Service Date: | 6/12/2023 to 6/12/2023 |
| Prov. Pat. No.: | 13382215A |

To contact us:  1-866-520-2507

**Subject: An update on your claim**

Dear Cleanquest Llc:

We've received the claim for services provided to ████████████ on 6/12/2023, and have sent a payment of $49.07 to the patient. Payment was issued to the patient due to services being rendered by a non-contracted provider.

| Provider Claims Amount Summary | |
|---|---|
| Amount Allowed | $70.10 |
| Deductible/Co-Payment | $0.00 |
| Co-Insurance | $21.03 |
| Total Services Not Covered | $3,724.90 |

We appreciate the important role you play in the lives of our members and their families. If you have questions about this letter, please call us at the number above.

Sincerely,

Your Customer Advocates
***

**bcbsok.com**
Blue Cross and Blue Shield of Oklahoma, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

510487          419-419-6          HFCA1          001905          Page 1

**CLEANQUEST**

17952 Sky Park Cir Suite K, Irvine, CA 92614
Phone: 714-340-4690 Fax: 714-698-4867
CLIA: 05D2151144
Tax ID: 82-423767
NPI #: 1194201558

03/13/2024

Blue Shield of CA
PO BOX 272620
CHICO, CA 95927-2620

Re: FORMAL RESPONSE

Patient Name: ▮▮▮▮▮▮▮▮
Date of Birth: ▮▮▮▮▮▮▮▮
Health Plan ID: ▮▮▮▮▮▮▮
Date of Service: 6/12/2023
Claim Number: 233598769401

Dear Blue Shield of CA Appeals Department:

Cleanquest is confused by your recent response concerning the above referenced patient. Your letter indicates that the medical records requested by Blue Shield of CA do not support the medical necessity of the treatment. As you know, your organization was required to follow the American Society of Addiction Medicine Criteria (ASAM) in California beginning January 1, 2021. Cleanquest also follows the ASAM Criteria as is required by our licensing authority the Department of Health Care Services (DHCS).

I have included excerpts from the American Society of Addiction Medicine's paper from April 5, 2017, that makes recommendations about the *Appropriate Use of Drug Testing in Clinical Addiction Medicine.*

Cleanquest performed the clinical diagnostic tests in good faith. Cleanquest has provided, as requested by Blue Shield of CA, all medical records it maintains; the doctor's order and the Cleanquest test results. Additionally, we have provided other information concerning our testing methods, machines, and supplies.

For the second time, Cleanquest requests that Blue Shield of CA provide the following information for this claim:

- All insurer designated reviewer(s) and or any other insurance carrier designated personnel involved in the review of this case, including their: full name; current accreditation; current professional licensure, and the state(s) in which such licensure is active; current professional practice; and current relationship to the insurer and/or their designated managed care provider

- A copy of the specific medical necessity criteria (including the specific citation), utilized in rendering a denial of coverage for the claim at issue under the substance use disorder benefit, and please disclose how that criteria was applied to deny coverage of the care requested

- A copy of all plan documents and instruments containing information that supports the specific processes, strategies, evidentiary standards, and other factors used to develop and apply the medical management standard(s) or protocol(s) applied in denying the claim for services at issue, for the service category for substance use disorders at issue

Please note that Cleanquest has provided the appropriate documentation to access the plan documents in previous appeal documentation.

As required by California law SB855, Cleanquest also requests the clinical review criteria and any training material or resources for providers and health care service plan enrollees with respect to the above referenced claims.

I look forward to payment of the claims immediately.

Sincerely,

Algin Kalikud
algin@cleanquestlab.com

*Excerpts from the American Society of Addiction Medicine Appropriate Use of Drug Testing in Clinical Addiction Medicine April 5, 2017*

*"There is no magic formula for determining the test frequency a patient should receive. The Expert Panel strongly disagreed with statements about specific numerical limitations on drug test frequency. For example, the panel agreed that the following statement is inappropriate: "Drug testing should be scheduled no more than 24 times per year." In accordance with the principle of "smarter" drug testing, the provider's therapeutic questions should dictate the frequency of drug testing.*

*As a general principle, drug testing should be scheduled more frequently at the beginning of treatment. The Expert Panel recommends that a patient in early recovery be tested at least weekly."*

### Outpatient Services (1.0) and Intensive Outpatient/Partial Hospitalization Services (2.0)

The ASAM Criteria defines Level 1 Care as "organized outpatient treatment services" that are "tailored to each patient's level of clinical severity and function and are designed to help the patient achieve changes in his or her substance use." Level 2 care includes intensive outpatient programs (9–19 hours of structured programming per week for adults) and partial hospitalization services (20 or more hours of clinically intensive programming per week, typically
with direct access to psychiatric, medical, and laboratory services).

*Because the opportunity for substance use is greater in outpatient treatment than in more intensive levels of care, drug testing has a particularly important role in monitoring substance use.*

### Residential/Inpatient Services (3.0) and Medically Managed Intensive Inpatient Services (4.0)

Residential/Inpatient Services (Level 3.0) are defined by The ASAM Criteria as "organized treatment services in a 24-hour residential setting" and Medically Managed Intensive Inpatient Services (Level 4.0) are defined as "an organized
service delivered in an inpatient setting" usually requiring ongoing nursing/medical care in addition to addiction treatment.

*Drug testing plays an important role in both assessment and in maintaining a drug-free therapeutic environment in residential treatment and can alert providers when the therapeutic and treatment environment has been compromised by smuggled drugs [2]. Drug testing can also be used to support recovery when patients leave the addiction treatment facility on passes. When residents are off-site for a period of time, they should be asked to provide a sample for drug testing shortly following their return. Providers should communicate with patients about plans for these additional tests to avoid the "us against them" mentality.*

To the extent that residential programs are predicated on the goal of abstinence, drug testing is useful in assessing whether patients are having difficulty accomplishing this goal.



**Testing Method**

Urine Specimens Only

**CLIA License**

CLIA Number: 05D2151144

**Laboratory Testing Equipment**

Beckman Coulter
Chemistry Analyzer
AU 400e
Serial Number: 9020333

Agilent Technologies
Liquid Chromatography–Mass Spectrometry (LC/MS)
1260 Infinity SG18057608
1290 Infinity II SG15307309
Serial Number: DEAGD11031 (1260 Bin Pump)
Serial Number: DEBAS01569 (1290 Multisampler)
Serial Number: JPAAB08393 (1260 Degasser)
Serial Number: JPEAH00340 (1260 Degasser)

**Specimen Cups**

Thermoscientific 90 mL/53mm Clicktainer Vial Samco

Blue Shield of California

# provider dispute resolution request

### Instructions

Provider disputes must be submitted in writing to:

Blue Shield Dispute Resolution Office
P.O. Box 272620
Chico, CA 95927-2620

Provider disputes regarding facility contract exception(s) must be submitted in writing to:

Blue Shield Dispute Resolution Office
Attention: Hospital Exception and Transplant Team
P.O. Box 629010
El Dorado Hills, CA 95762-9010

| Provider name | Provider ID (Blue Shield PIN, provider's tax ID, or SSN) |
|---|---|
| CleanQuest LLC | 82-4323767 |

**Contact Information (mailing address and phone number)**

17952 Skypark, Circle, Suite K, Irvine, CA, 92614

Fax 714-698-4867          Phone 714-340-4690

**Claim information** ☑ Single  ☐ Multiple claims (complete attached worksheet)
233598769401

| Patient name | Patient date of birth |
|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ |
| **Subscriber No.** | **Service from/to date** |
| ▮▮▮▮▮ | 6/12/2023 |

**Dispute type**

| ☐ BENEFITS | ☐ ELIGIBILITY | ☐ NON-CLAIM RELATED |
|---|---|---|
| ☐ Benefit Coverage | ☐ Ineligible Member with Valid Auth | ☐ Contract Effective Date |
| ☐ Benefits Maximum | ☐ Patient Eligibility | ☐ Provider Eligibility |
| ☐ Member Liability | ☐ Retro-Activation Eligibility | ☐ Provider Manual/Other Policy/Terms |
| ☐ Pre-Existing Condition | | |

| ☑ CLINICAL | ☐ COORDINATION OF BENEFITS (COB) | ☐ OVERPAY RECOVERY |
|---|---|---|
| ☐ Blue Shield Medical Policy | ☐ Blue Shield Secondary Payer | ☐ Recoupment of Claim Overpayment |
| ☐ Length of Stay / Level of Care | ☐ COB payment structure | |
| ☐ No Authorization | | |
| ☐ Partial/Insufficient Authorization | ☐ TIMELY SUBMISSION | |
| ☐ Valid Authorization on File | ☐ Timely Filing Limit of Initial/Final Appeal Submission | |
| | ☐ Timely Filing Limit of Claim Submission | |

## ☐ PROFESSIONAL CONTRACTUAL REIMBURSEMENT

| | | |
|---|---|---|
| ☐ ACS/Home Healthcare/Infusion | ☐ Gould Criteria | ☐ Psychiatric/ Substance Abuse |
| ☐ Anesthesia | ☐ Immunizations (Adult/Child) | ☐ Special Pricing |
| ☐ Assistant | ☐ Laboratory/Radiology/Ancillary | ☐ Surgery |
| ☐ Chemo (Admin/Drugs/Injectables) | ☐ Letter of Agreement / Reasonable & Customary / Continuity of Care | ☐ Therapy Services |
| ☑ Diagnostic Testing | ☐ Maternity | ☐ Transplant/Global Period |
| ☐ DME/HME/Supplies | ☐ Modifier | ☐ Units of Service |
| ☐ Emergency Services | ☐ Office Visit/Consultation | |
| ☐ Family Planning | ☐ Pharmaceuticals/Injections/Drugs | |
| ☐ Fetal Genetic Testing | | |

## ☐ DIVISION OF FINANCIAL RESPONSIBILITY (DOFR)

| | | |
|---|---|---|
| ☐ Ambulance | ☐ False Labor Check | ☐ Office Visit/Consultation |
| ☐ Blood Transfusions/Products | ☐ Family Planning | ☐ POS Opt-Out |
| ☐ Cancer Clinical Trial | ☐ Fetal Genetic Testing | ☐ Pre Admission Testing |
| ☐ Chemotherapy (Admin/Drugs/Injectables) | ☐ Fetal Monitoring | ☐ Psychiatric/Substance Abuse |
| ☐ Detox | ☐ Immunizations, Adult/Child | ☐ Renal Dialysis |
| ☑ Diagnostic Testing | ☐ Infusion | ☐ Surgery |
| ☐ DME/HME/Supplies | ☐ Invasive Cardiology/Surgical | ☐ Therapy Services (PT, OT, RT, ST, Cardiac) |
| ☐ ER Services (In Area) | ☑ Lab/Radiology/Ancillary Services | ☐ Urgent Care (In Area) |
| ☐ ER Services (Out of Area) | ☐ Maternity Pre & Post/Delivery | ☐ Urgent Care (Out of Area) |

## ☐ PROFESSIONAL PAYMENT LOGIC

| | | |
|---|---|---|
| ☐ Age/Gender | ☐ Duplicate | ☐ Pre/Post Operative Visits included in Surgical Charge |
| ☐ Assistant | ☐ Invalid Codes | ☐ Rebundling |
| ☐ CCI Incidental | ☐ Maximum Daily Allowances | ☐ Scope of Licensure |
| ☐ CCI Mutually Exclusive | ☐ Pay Percent Application | |

**Additional explanation of issue:**

Blue Shield states that the medical records previously submitted do not support the medical necessity of services. CleanQuest has provided all medical records on file, such as doctor's orders and test results. In addition to this appeal, CleanQuest has included our testing methods, machines, and supplies. Expected outcome is payment for claim, a copy of all plan documents, a copy of specific medical necessity criteria, and insurer's designated reviewer(s) information, per our letter.

☑ Check here if additional information is attached.

If submitting multiple claims (on the next page), please fill in before clicking print button.

blue ⊕ of california                                                              blueshieldca.com

**Blue Shield of California**
PO BOX 272560
CHICO CA 95927-2580

blue 🛡 of california

CLEANQUEST LLC
17952 SKY PARK CIR STE K
IRVINE, CA 926144416

| ISSUE DATE: | 01 31 24 |
|---|---|
| EOB NUMBER: | 24031B1000130696-2034 |
| PROVIDER NUMBER: | PG0088638001 |
| PROVIDER NPI: | 1194201558 |

**CORRESPONDENCE:**
PO Box 769025, Woodland, CA 95776-9025

## EXPLANATION OF BENEFITS

### THIS IS NOT A BILL -- RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS

NOTE TO CONTRACTED PROVIDERS: THE COVERED SERVICES WERE PAID PURSUANT TO THE PROVIDER'S CONTRACT AS A BLUE SHIELD OF CALIFORNIA PREFERRED PROVIDER.

| PATIENT NAME I.D. NUMBER GROUP NUMBER | PATIENT ACCOUNT NUMBER CLAIM NUMBER | DATES OF SERVICE | PROCEDURE NUMBER | UNITS OF SERVICE | BILLED AMOUNT | ALLOWED AMOUNT | CONTRACTUAL ADJUSTMENT AMOUNT | NOTES | DEDUCTIBLE | CO-PAY AMOUNT | AMOUNT PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RECEIPT DATE: | 07/14/23 | | | | | | | | | | |
| | 13382215A | 06/12/23 | 80307 | 1 | 3795.00 | 0.00 | | | 0.00 | 0.00 | 0.00 |
| | 233588769401 | | | | | | | | | | |
| TOTALS: | | | | | 3795.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |

NOTES:

### FOR QUESTIONS REGARDING THE ABOVE CLAIM, PLEASE CALL

| STATEMENT TOTALS: | | | | | 3795.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

███████████  ♂ WH2023-121

Pronouns: He/him/his/his/himself
Birthdate: ██████
Allergies: No Known Allergies/NKA
Admission: 06/12/2023  Care Team
Location: Stairway Resource Center
            (GMT-08:00) Pacific Time (US &
            Canada)

# AOB for Cleanquest

## Patient Responsibility/
## Power of Attorney for ERISA and Other Claims/
## Authorized Representative Status/ Assignment of Benefits/ Authorization to Release Medical Records

**Date/Time:** 06/12/2023 09:30 AM

### I.PATIENT RESPONSIBILITY

I understand that I am financially responsible for all charges for services provided to the undersigned, and that having health insurance does not absolve me of this responsibility. I also understand that my health insurance plan may not cover 100% of the amount of my claim, and that I am responsible for any and all amounts not covered, including without limitation copayments, deductibles, co-insurance and any portion not paid for in-network or out-of-network services. I understand that Cleanquest LLC (the Facility) may be an in-network or out-of-network provider, and as a result I will be responsible for additional charges not covered by my policy, in accordance with existing contracts between my insurance provider and the Facility. If my health plan is a health maintenance organization, I understand that I may be required to first contact my primary care physician before seeking any other treatment, services or supplies, and that I may need to obtain prior authorization from my primary care physician before receiving any treatment services from the Facility. If I do not comply with my health plan's policies and procedures, I understand that payment for services rendered from the Facility will become my responsibility.

I also hereby instruct my insurance company plan administrator to pay the Facility directly for services rendered to me or my dependents.

Payment is due upon receipt of a statement for services rendered. If payment is not timely made, I understand that the facility may engage an attorney and/or collection agency to assist in collection efforts, and I will be responsible for all fees and costs incurred by the Facility in connection with its collection efforts, including without limitation attorney fees. I certify that the health insurance information that I provided to the Facility is accurate as of the date set forth below and that I am responsible for keeping it updated.

### II.TRANSFER OF RIGHTS AND DESIGNATION OF AUTHORITY

It is my intent to grant the Facility all rights, powers, authority, and standing – to the maximum extent possible and conceivable – to pursue amounts owed under my health insurance plan and/or to pursue vindication of my rights under my health insurance plan or federal or state law. Such pursuits include without limitation, legal action, in the same fashion as if I myself were acting. Any ambiguity in this transfer of rights and designation of authority should be construed in favor of granting the Facility the rights, powers, authority, or standing that it seeks to exercise or rely upon.

To that end, I appoint the Facility my Attorney-in-Fact (Section A below). To the extent that designation is found to be invalid or the designation is found insufficient for the purposes that the Facility seeks to use it for, I designate the Facility my Authorized Representative (Section B below). To the extent that designation is found to be invalid or is not sufficient for the purposes that the Facility seeks to use it for, I assign my benefits and rights under my health insurance plan to the Facility (Section C below). The Facility, at its sole discretion, may elect to exercise one, two, or all three of these appointments, designations or assignments simultaneously. The

Facility, at its sole discretion, may decline to exercise one or more of these appointments, designations or assignments.

Under each and every appointment, designation, or assignment, the Facility shall have the right, power, authority, or standing to obtain plan documents – including without limitation the summary plan description, certificate of coverage, or other document setting forth the terms of the plan or under which the plan is operated – to the same extent I myself am entitled under law to obtain said documents.

### A.POWER OF ATTORNEY FOR ERISA AND OTHER CLAIMS

I hereby appoint the Facility and its agents as my true and lawful attorneys-in-fact for the specific purpose of pursuing claims on my behalf against my insurer, employer benefit plan, or third-party administrator related to the services provided to me by the Facility. These claims shall include, but are not limited to:

(1)administrative appeals related to insurance benefits for services provided to me; and
(2)claims brought pursuant to federal law and/or the provisions of ERISA, whether suchclaims seek benefits, statutory penalties, or prospective, retrospective, monetary, legal,equitable, or other relief, including without limitation claims for breach of fiduciary dutyand/or any claims related to the Mental Health Parity and Addiction Equity Act of 2008('Parity Act'); and
(3)claims brought pursuant to any state law, whether such claims seek benefits, statutorypenalties, or prospective, retrospective, monetary, legal, equitable, or other relief,including without limitation claims related to bad faith, consumer protection and/orclaims under any state law equivalent of the Parity Act.

Furthermore, I instruct the Facility to use whatever funds may be recovered as a result of actions brought on my behalf to reduce or eliminate any debt I may owe to the Facility and any related debt owed by the Facility for expenses incurred whilst seeking full reimbursement from my insurer, employer benefit plan, or third-party administrator.

I appoint the Facility as a true and lawful attorney-in-fact for the limited purpose of receiving, endorsing, and depositing to its account any checks, drafts, or money orders made payable to me for payments due under my health plan for services provided to me by the Facility.

### B.AUTHORIZED REPRESENTATIVE TO PURSUE CLAIMS

I designate, authorize and convey the Facility, to the full extent permissible by law, to be my personal representative regarding all rights and benefit claims related to services provided by the Facility, which authorizes the Facility to:

(1)submit any and all appeals when my insurance company denies me a benefit to which I amentitled;
(2)act on my behalf in connection with any claim, right or cause of action that may arise undermy plan; and
(3)act on my behalf to pursue such claim, right, or cause of action in connection with said planincluding, but not limited to, the right and ability to act as my authorized representative withrespect to a benefit plan governed by the provisions of ERISA as provided in 29 C.F.R. §2560.502-1(b); and
(4)with respect to any healthcare expense incurred as a result of the services I received fromthe Facility, and to the extent permissible under the law, to claim on my behalf suchbenefits, claim, reimbursement, and any other applicable remedy, including fines.

Unless revoked, this authorization is valid for all administrative and judicial reviews under ERISA and all applicable federal and state laws.

### C.ASSIGNMENT OF BENEFITS AND RIGHTS

I hereby assign to the Facility all benefits and rights that I and my dependents have to receive payments from my health insurance plan or any third-party payer for the services provided by the Facility to the undersigned. In addition to and apart from assignment of benefits, I assign any cause of action I may have under my health insurance plan, regardless of whether such cause of action arises under federal or state law, and regardless of what relief is sought under said cause of action. I understand that the Facility would not have accepted the undersigned as a patient, except for this assignment and my guarantee of payment to the Facility. I hereby authorize the Facility to submit claims on my behalf to the insurance company listed on the current insurance card I have provided to the Facility, in good faith. A photocopy of my signature can be used to process insurance claims.

If my current health insurance plan prohibits assignment of benefits, I hereby instruct my plan, its fiduciaries, or its third-party administrators to provide documentation demonstrating such non-assignability to myself and the Facility. Failure to provide such documentation within thirty days of receipt of the claim submission shall constitute consent to assignment and/or knowing and intentional waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators. Acceptance of a claim submission from the Facility, and/or issuance directly to the Facility of an explanation of benefits, remittance advice, determination letter, or other decisional communication concerning the claim, shall be deemed to be consent to assignment or waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators.

If payment is made to the Facility without further explanation that such payment is made pursuant to an authorization of direct payment, as opposed to pursuant to my assignment of benefits, such payment shall be assumed to constitute consent to assignment and/or waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators.

I agree to endorse and forward any monies from my insurance company paid to me and/or the primary insured and that I agree that I am personally liable to the Facility for such monies.

## III. AUTHORIZATION TO RELEASE MEDICAL RECORDS

I authorize the Facility to release all information to my insurance company needed to process a claim. I further authorize my plan, its fiduciaries, and/or its third-party administrators to release to the Facility and information necessary for the Facility to claim such benefits. I further authorize my physicians, hospitals, clinics, and health care facilities to disclose all or any part of my medical record to the Facility in connection with the treatment, services, and supplies provided to me by them. This authorization is given with full knowledge that such discloser may contain information of a confidential nature and may affect or limit the insurance coverage for my treatment, services, or supplies provided by the Facility. The Facility will use and disclose my health information only for purposes of treatment, payment, and health care operations, in accordance with the Facility privacy practices, unless I authorize them to use or disclose my health information for other purposes. I hereby release the Facility, its officers, agents, employees and any clinician associated with my case from all liability that may arise as a result of disclosure of information to my plan, its fiduciaries, its third-party administrators, my insurance company(s) or their designated representatives.

I have read and understand each of the above paragraphs and I acknowledge and accept these terms and conditions. I also authorize the use of a copy of this form to be used in place of the original.

_____ (Client), 06/12/2023 10:21 AM
Staff present: Jessi Brown



Jessi Brown (Staff), 06/12/2023 10:21 AM

Michael Lynch (Staff), 06/12/2023 03:10 PM

Marked as complete by: Dr. David Campbell, LMFT #135954, 06/12/2023 04:49 PM

**Stairway Resource Center**
5348 Tapanga Canyon Blvd. #207 Woodland Hills CA, 91364

# Patient Notes

All Dates

CLEANQUEST LLC

| Chart #: 4931 | Patient Name: | | Date of Birth: |
|---|---|---|---|

**Note Type**

| Date | User | Provider Profile |
|---|---|---|

BILLING NOTES

| 9/11/2024 6:15:13 PM | ALGIN | LLC, CLEANQUEST |
|---|---|---|

As per the letter dated 8/1/24 for DOS: 6/26/23, 6/29/23, 7/13/23 – records were not attached for review/do not match your request. Please re-send. Resending med recs for those DOS mentioned

| 9/10/2024 8:11:28 AM | ADIL | LLC, CLEANQUEST |
|---|---|---|

PLAN DOC APPEAL SCANNED FOR DOS 0925, 09/28, 10/02, 10/05, 10/09

| 8/16/2024 3:48:58 PM | ALGIN | LLC, CLEANQUEST |
|---|---|---|

Rcvd correspondence dated 8/2/24 for DOS: 9/14/23 - records were not attached for review/ do not match your request). Please re- send the attachment for the appeal to be fully reviewed. Re-sending med records for 9/14/23

| 7/29/2024 7:02:13 PM | ALGIN | LLC, CLEANQUEST |
|---|---|---|

NO CLAIM RESPONSE APPEALS SENT DOS: 3/29, 4/19, 4/24, 5/3, 5/5, 5/8, 5/10

MR NOT SUPP APPEAL DOS 4/26

| 7/29/2024 7:00:58 PM | ALGIN | LLC, CLEANQUEST |
|---|---|---|

PLAN DOC APPEAL SENT DOS: 9/4/23

MR NO RESPONSE APPEAL SENT DOS: 9/7, 9/11

| 6/21/2024 4:54:06 PM | ALGIN | LLC, CLEANQUEST |
|---|---|---|

PLAN DOC APPEAL SENT DPS: 7/13/23, 8/24/23

| 3/13/2024 11:34:16 AM | ALGIN | LLC, CLEANQUEST |
|---|---|---|

MED REC NOT SUPP APPEALS SENT DOS:
6/12/2023
6/15/2023
6/22/2023
6/26/2023
6/29/2023
7/10/2023
7/13/2023
7/17/2023
7/20/2023
7/24/2023
7/27/2023
8/3/2023
8/7/2023
8/10/2023
8/14/2023
8/21/2023
8/24/2023
8/28/2023
9/4/2023
9/11/2023
9/14/2023
9/18/2023
9/21/2023
9/25/2023
9/28/2023
10/2/2023
10/5/2023
10/9/2023

| 2/12/2024 4:19:52 PM | ALGIN | LLC, CLEANQUEST |
|---|---|---|

MED REC NOT SUPP APPEAL SENT DOS: 09/07

| 1/5/2024 4:17:31 PM | ALGIN | LLC, CLEANQUEST |
|---|---|---|

MED REC NOT SUPP APPEAL SENT DOS: 06/19/23

# Patient Notes

CLEANQUEST LLC

| | | |
|---|---|---|
| 10/31/2023 10:10:44 AM | ALGIN | LLC, CLEANQUEST |
| Correspondence received dated 10/26/23 - MR was forwarded to Home Plan for DOS: 06/15/23, 07/13/23 | | |
| 9/29/2023 3:38:51 PM | ALGIN | LLC, CLEANQUEST |
| MR APPEAL TO ANTHEM DOS: 07/06/2023 | | |
| 9/29/2023 11:10:35 AM | ALGIN | LLC, CLEANQUEST |
| MR APPEAL TO BCBS DOS: 08/03/2023 | | |
| 9/26/2023 5:31:42 PM | ALGIN | LLC, CLEANQUEST |
| MR APPEAL TO ANTHEM DOS 07/27/2023 | | |
| 9/20/2023 10:10:35 AM | ALGIN | LLC, CLEANQUEST |
| SENT PLAN DOC APPEAL TO BCBS CA; DOS 06/26/2023 | | |
| 9/15/2023 12:48:44 PM | ELIZABETH | LLC, CLEANQUEST |
| MR APPEAL DOS 6/22/23 SCANNED | | |
| 9/14/2023 5:14:43 PM | ELIZABETH | LLC, CLEANQUEST |
| MR APPEAL DOS 6/12/23 SCANNED | | |
| 9/5/2023 9:20:42 AM | ELIZABETH | LLC, CLEANQUEST |
| MED REC APPEAL DOS 6/29/23 SCANNED | | |
| 8/21/2023 9:47:22 AM | ELIZABETH | LLC, CLEANQUEST |
| MED REC APPEAL DOS 7/24, 7/20/23 SCANNED | | |
| 6/16/2023 10:28:49 AM | ELIZABETH | LLC, CLEANQUEST |
| NP LETTER SENT | | |

MED RECORDS REQUEST/APPEAL

| | | |
|---|---|---|
| 7/29/2024 7:03:35 PM | ALGIN | LLC, CLEANQUEST |
| MR APPEAL SENT DOS: 4/28 | | |
| 3/13/2024 11:34:55 AM | ALGIN | LLC, CLEANQUEST |
| MR APPEALS SENT DOS: 07/03, 07/06 | | |
| MR NO RESPONSE APPEAL SENT DOS: 08/17, 08/31 | | |
| 1/17/2024 4:12:26 PM | JAY | LLC, CLEANQUEST |
| MEDICAL REC REQ DOS 08/10/23, 08/14/23, 09/07/23, 09/11/23 | | |
| 1/5/2024 4:17:44 PM | ALGIN | LLC, CLEANQUEST |
| MR APPEAL SENT DOS: 06/26/23 | | |
| 11/30/2023 4:02:25 PM | JAY | LLC, CLEANQUEST |
| MEDICAL REC REQ DOS 10/02/2023 | | |
| 11/10/2023 11:52:54 AM | ALGIN | LLC, CLEANQUEST |
| MR APPEAL SENT TO BS CA DOS: 10/05/23 | | |
| 11/1/2023 1:45:11 PM | MEGAN | LLC, CLEANQUEST |
| MED REC REQUEST DOS 7/20/23 | | |
| 10/30/2023 4:32:52 PM | JAY | LLC, CLEANQUEST |
| MEDICAL RECORDS SENT TO BCBS CA DOS 10/09/23 | | |
| 10/24/2023 4:38:20 PM | JAY | LLC, CLEANQUEST |
| MED REC APPEAL SENT TO BCBS CA DOS  06/19/23 | | |
| 10/23/2023 11:34:34 AM | JAY | LLC, CLEANQUEST |
| MEDICAL RECORDS SENT TO BCBS CA DOS 07/17/23 | | |
| 10/19/2023 1:39:55 PM | MEGAN | LLC, CLEANQUEST |
| MED REC REQUEST DOS 9/25/23 | | |

# Patient Notes

CLEANQUEST LLC

| | | |
|---|---|---|
| 10/18/2023 4:33:08 PM | JAY | LLC, CLEANQUEST |
| MEDICAL RECORDS SENT TO BCBS CA DOS 09/28/23 | | |
| 10/17/2023 9:57:20 AM | ZAIN | LLC, CLEANQUEST |
| Medical records appeal has been sent to Blue Shield of CA for the DOS-09/14/2023,09/18/2023. | | |
| 10/17/2023 9:46:03 AM | ZAIN | LLC, CLEANQUEST |
| DOS- 07/24/2023 MED REC RECEIVED AND FORWARDED TO HOME PLAN. | | |
| 10/13/2023 9:59:15 AM | JAY | LLC, CLEANQUEST |
| MEDICAL RECORDS SENT TO BCBS CA DOS 09/21/23 | | |
| 10/13/2023 9:58:15 AM | JAY | LLC, CLEANQUEST |
| MEDICAL RECORDS SENT TO BCBS CA DOS 09/15/23 | | |
| 10/12/2023 10:47:59 AM | ALGIN | LLC, CLEANQUEST |
| MR APPEAL TO BCBS CA DOS: 08/31/2023 | | |
| 10/10/2023 3:22:09 PM | ZAIN | LLC, CLEANQUEST |
| Medical records appeal has been sent to Blue Shield of CA for the DOS-06/15/2023,07/13/2023. | | |
| 10/6/2023 4:58:21 PM | ALGIN | LLC, CLEANQUEST |
| MR APPEAL TO BCBS DOS: 08/17/2023, 08/21/2023 | | |
| 10/5/2023 12:01:38 PM | MEGAN | LLC, CLEANQUEST |
| MED REC REQUEST DOS 8/24/23 SCANNED | | |
| 10/4/2023 11:54:11 AM | ALGIN | LLC, CLEANQUEST |
| MR APPEAL TO BCBS DOS: 09/04/2023 | | |
| 10/2/2023 2:48:13 PM | JAY | LLC, CLEANQUEST |
| MEDICAL RECORDS SENT TO BCBS CA DOS 07/10/23 AND 08/07/23 | | |
| 10/2/2023 2:14:48 PM | ALGIN | LLC, CLEANQUEST |
| MR APPEAL TO BCBS DOS: 08/28/2023 | | |

# EXHIBIT D

**PATIENT NAME:** 
**MEMBER ID:**

**DOCUMENTS:**

- Assignment of Benefit/ Power of Attorney
- Doctor's Order
- Claim
- Explanation of Benefits/ Erroneous Remittance Advice
- Appeal Document
  - Appeal Log

███████████████████  ♂ **WH2023-151 (Chart Closed)**

Pronouns: He/him/his/his/himself
Birthdate: 0█████████
Allergies: Naltrexone, Bactrim
Admission: 07/24/2023  Care Team
Location: Stairway Resource Center
    (GMT-08:00) Pacific Time (US &
    Canada)

# NEW cleanquest aob (use this one!)

## Patient Responsibility/Power of Attorney for ERISA and Other Claims/Authorized Representative Status/ Assignment of Benefits/Authorization to Release Medical Records

**Name:** ███████████
**Date of Birth:** ███████████
**Admission Date: 07/24/2023**
**Health Plan/ Insurance ID: BCBS of ok Policy** ███████ **Phone 1-866-520-2507**
**Social Security Number:** ███████

### I. PATIENT RESPONSIBILITY

I understand that I am financially responsible for all charges for services provided to the undersigned, and that having health insurance does not absolve me of this responsibility. I also understand that my health insurance plan may not cover 100% of the amount of my claim, and that I am responsible for any and all amounts not covered, including without limitation copayments, deductibles, co-insurance and any portion not paid for in-network or out-of-network services. I understand that CleanQuest LLC (the Provider) may be an in-network or out-of-network provider, and as a result I will be responsible for additional charges not covered by my policy, in accordance with existing contracts between my insurance provider and the Provider. If my health plan is a health maintenance organization, I understand that I may be required to first contact my primary care physician before seeking any other treatment, services or supplies, and that I may need to obtain prior authorization from my primary care physician before receiving any treatment services from the Provider. If I do not comply with my health plan's policies and procedures, I understand that payment for services rendered from the Provider will become my responsibility.

I also hereby instruct my insurance company plan administrator to pay the Provider directly for services rendered to me or my dependents.

Payment is due upon receipt of a statement for services rendered. If payment is not timely made, I understand that the Provider may engage an attorney and/or collection agency to assist in collection efforts, and I will be responsible for all fees and costs incurred by the Provider in connection with its collection efforts, including without limitation attorney fees. I certify that the health insurance information that I provided to the Provider is accurate as of the date set forth below and that I am responsible for keeping it updated.

| Initials: | Date: |
|-----------|-------|
| zjd | 07/24/23 |

**Name:** ███████████
**Date of Birth:** ██████
**Admission Date:** 07/24/2023
**Health Plan/ Insurance ID: BCBS of ok Policy** ███████    **Phone 1-866-520-2507**
**Social Security Number:** ████████

## II. TRANSFER OF RIGHTS AND DESIGNATION OF AUTHORITY

It is my intent to grant the Provider all rights, powers, authority, and standing – to the maximum extent possible and conceivable – to pursue amounts owed under my health insurance plan and/or to pursue vindication of my rights under my health insurance plan or federal or state law. Such pursuits include without limitation, legal action, in the same fashion as if I myself were acting. Any ambiguity in this transfer of rights and designation of authority should be construed in favor of granting the Provider the rights, powers, authority, or standing that it seeks to exercise or rely upon.

To that end, I appoint CleanQuest LLC my Attorney-in-Fact (Section A below). To the extent that designation is found to be invalid or the designation is found insufficient for the purposes that the Provider seeks to use it for, I designate the Provider my Authorized Representative (Section B below). To the extent that designation is found to be invalid or is not sufficient for the purposes that the Provider seeks to use it for, I assign my benefits and rights under my health insurance plan to the Provider (Section C below). The Provider, at its sole discretion, may elect to exercise one, two, or all three of these appointments, designations or assignments simultaneously. The Provider, at its sole discretion, may decline to exercise one or more of these appointments, designations or assignments.

Under each and every appointment, designation, or assignment, the Provider shall have the right, power, authority, or standing to obtain plan documents – including without limitation the summary plan description, certificate of coverage, or other document setting forth the terms of the plan or under which the plan is operated – to the same extent I myself am entitled under law to obtain said documents.

Initials:        Date:
zjd           7/24/2023

**Name:** ████████████

**Date of Birth:** ██████████

**Admission Date:** 07/24/2023

**Health Plan/ Insurance ID:** BCBS of ok Policy ████████    Phone 1-866-520-2507

**Social Security Number:** ████████

## A. POWER OF ATTORNEY FOR ERISA AND OTHER CLAIMS

I hereby appoint CleanQuest LLC and their agents as my true and lawful attorneys-in-fact for the specific purpose of pursuing claims on my behalf against my insurer, employer benefit plan, or third-party administrator related to the services provided to me by the Provider. These claims shall include, but are not limited to:

- administrative appeals related to insurance benefits for services provided to me; and
- claims brought pursuant to federal law and/or the provisions of ERISA, whether such claims seek benefits, statutory penalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including without limitation claims for breach of fiduciary duty and/or any claims related to the Mental Health Parity and Addiction Equity Act of 2008 ('Parity Act'); and
- claims brought pursuant to any state law, whether such claims seek benefits, statutory penalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including without limitation claims related to bad faith, consumer protection and/or claims under any state law equivalent of the Parity Act.

Furthermore, I instruct the Provider to use whatever funds may be recovered as a result of actions brought on my behalf to reduce or eliminate any debt I may owe to the Provider and any related debt owed by the Provider for expenses incurred whilst seeking full reimbursement from my insurer, employer benefit plan, or third-party administrator.

I appoint the Provider as a true and lawful attorney-in-fact for the limited purpose of receiving, endorsing, and depositing to its account any checks, drafts, or money orders made payable to me for payments due under my health plan for services provided to me by the Provider.

| Initials: | Date: |
|-----------|-------|
| zjd | 07/24/2023 |

**Name:** ███████████

**Date of Birth:** ███████

**Admission Date: 07/24/2023**

**Health Plan/ Insurance ID: BCBS of ok Policy** ██████████  Phone 1-866-520-2507

**Social Security Number:** ████████████

## B. AUTHORIZED REPRESENTATIVE TO PURSUE CLAIMS

I designate, authorize and convey the Provider, to the full extent permissible by law, to be my personal representative regarding all rights and benefit claims related to services provided by the Provider, which authorizes the Provider to:

- submit any and all appeals when my insurance company denies me a benefit to which I am entitled;
- act on my behalf in connection with any claim, right or cause of action that may arise under my plan; and
- act on my behalf to pursue such claim, right, or cause of action in connection with said plan including, but not limited to, the right and ability to act as my authorized representative with respect to a benefit plan governed by the provisions of ERISA as provided in 29 C.F.R. § 2560.502-1(b); and
- with respect to any healthcare expense incurred as a result of the services I received from the Provider, and to the extent permissible under the law, to claim on my behalf such benefits, claim, reimbursement, and any other applicable remedy, including fines.

Unless revoked, this authorization is valid for all administrative and judicial reviews under ERISA and all applicable federal and state laws.

Initials:     Date:

zjd     07/24/2023

**Name:** ▮▮▮▮▮▮▮▮▮▮▮

**Date of Birth: 08/06/1992**

**Admission Date:** ▮▮▮▮▮▮

**Health Plan/ Insurance ID: BCBS of ok Policy** Y▮▮▮▮▮▮▮0 **Phone 1-866-520-2507**

**Social Security Number:** ▮▮▮▮▮▮▮

## C. ASSIGNMENT OF BENEFITS AND RIGHTS

I hereby assign to the Provider all benefits and rights that I and my dependents have to receive payments from my health insurance plan or any third-party payer for the services provided by the Provider to the undersigned. In addition to and apart from assignment of benefits, I assign any cause of action I may have under my health insurance plan, regardless of whether such cause of action arises under federal or state law, and regardless of what relief is sought under said cause of action. I understand that the Provider would not have accepted the undersigned as a patient, except for this assignment and my guarantee of payment to the Provider. I hereby authorize the Provider to submit claims on my behalf to the insurance company listed on the current insurance card I have provided to the Provider, in good faith. A photocopy of my signature can be used to process insurance claims.

If my current health insurance plan prohibits assignment of benefits, I hereby instruct my plan, its fiduciaries, or its third-party administrators to provide documentation demonstrating such non-assignability to myself and the Provider. Failure to provide such documentation within thirty days of receipt of the claim submission shall constitute consent to assignment and/or knowing and intentional waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators. Acceptance of a claim submission from the Provider, and/or issuance directly to the Provider of an explanation of benefits, remittance advice, determination letter, or other decisional communication concerning the claim, shall be deemed to be consent to assignment or waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators.

If payment is made to the Provider without further explanation that such payment is made pursuant to an authorization of direct payment, as opposed to pursuant to my assignment of benefits, such payment shall be assumed to constitute consent to assignment and/or waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators.

I agree to endorse and forward any monies from my insurance company paid to me and/or the primary insured and that I agree that I am personally liable to the Provider for such monies.

Initials:          Date:
zjd          07/24/2023

**Name:** ██████████

**Date of Birth:** ██████

**Admission Date: 07/24/2023**

**Health Plan/ Insurance ID: BCBS of ok Policy** ██████████ **Phone 1-866-520-2507**

**Social Security Number:** ██████████

### III. AUTHORIZATION TO RELEASE MEDICAL RECORDS

I authorize my Provider, CleanQuest LLC, to release all information needed to process a claim to my insurance company, health plan, or third party administrator, CleanQuest LLC. I further authorize my plan, its fiduciaries, and/or its third-party administrators to release to the Provider and information necessary for the Provider to claim such benefits. I further authorize my treating physicians, hospitals, clinics, and health care facilities to disclose all or any part of my medical record to the Provider in connection with the treatment, services, and supplies provided to me by them. This authorization is given voluntarily with full knowledge that such disclosure may contain information of a confidential nature and may affect or limit the insurance coverage for my treatment, services, or supplies provided by the Provider. I understand that my health care treatment will not be affected if I do not sign this authorization. The Provider will use and disclose my health information only for purposes of treatment, payment, and health care operations, in accordance with the Provider privacy practices, unless I authorize them to use or disclose my health information for other purposes.

I may revoke my authorization in writing at any time by submitting a request to the Provider, except to the extent that information has already been disclosed in reliance on this authorization. I understand that my substance use disorder records are protected under the federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R., Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be redisclosed without my written consent unless otherwise provided for by the regulations. I understand that released information may no longer be protected by federal privacy regulations depending on the intended recipient of the released information.

I hereby release the Provider, its officers, agents, employees and any clinician associated with my case from all liability that may arise as a result of disclosure of information to my plan, its fiduciaries, its third-party administrators, my insurance company(s) or their designated representatives.

This authorization will expire when all claims for services rendered have been paid, or three (3) years from the date of signature, whichever is sooner. I have a right to request a copy of this authorization.

Initials:          Date:

zjd          07/24/2023

**Name:** ████████████

**Date of Birth:** ████████

**Admission Date:** 07/24/2023

**Health Plan/ Insurance ID:** BCBS of ok Policy ████████   Phone 1-866-520-2507

**Social Security Number:** ████████

**ATTESTATION**

I have read and understand each of the above paragraphs and I acknowledge and accept these terms and conditions. I also authorize the use of a copy of this form to be used in place of the original. I have been offered a copy of this form for my records.

Initials:   Date:

zjd       07/24/2023

_____

████████████ (Client), 07/24/2023 01:43 PM

Staff present: Jessi Brown

_____

Jessi Brown (Staff), 07/24/2023 01:43 PM

_____

Michael Lynch (Staff), 07/25/2023 09:06 AM

Marked as complete by: Dr. David Campbell, LMFT #135954, 07/26/2023 04:44 PM

**Stairway Resource Center**
5348 Tapanga Canyon Blvd. #207 Woodland Hills CA, 91364





17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 28789
NPI: 1194201558

PRESUMPTIVE TESTING

| Demographics | | |
|---|---|---|
| Patient: | Birth: | Org#: Stairway Resource Center |
| Patient #: 15052 | Age: 27 years | Collected: 9/28/2023 1:30 PM |
| SSN: | Gender: Female | Order Date: 9/28/2023 1:13 PM |
| Alt Patient #: WH2023-178 | Room Info: | Fasting: |
| Home Phone: | Physician: Stone D.O., Michael - NPI 1629305479 | NPI: 1629305479 |
| Address: | | Ordering Location: Stairway Resource Cente |
| | Specimen Type: | URINE |

**CONSENT TO PRESUMPTIVE TESTING AND FINANCIAL RESPONSIBILITY**

The Specimen identified on this form is my own. I have not adulterated it in any way. I am voluntarily submitting this specimen for analysis by my practitioner/clinician and/or CleanQuest. I authorize CleanQuest to release the test results to the ordering practitioner/clinician.

I understand that I am financially responsible for all charges incurred in my services provided by CleanQuest LLC, 17952 Skypark Circle Unit K, Irvine, CA 92614; Tax ID 82-4323767 regardless of any applicable insurance or benefit payments. I further understan and agree that CleanQuest LLC will bill my health insurance carrier for my laboratory services and make all reasonable diligent eff to obtain benefit payments on my behalf.

Name of Patient          Patient Signature          Date 9/28/23

| Insurance | | | | |
|---|---|---|---|---|
| Insurance Co: | Insured Name: | Relationship: | Group #: | Policy #: |
| BCBS of Oklahoma | | Self | | |

| STAT | Panel Name | Status | Procedure Codes | Comments |
|---|---|---|---|---|
| | ETG SCREEN | Pending | | |
| | Diagnosis Codes: F15.259, F33.2, F41.1 | | | |
| | VALIDITY | Pending | | Any results that is <20 mg/dL is considered |





**CLEANQUEST** LABORATORY

17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 28789
NPI: 1194201558

PRESUMPTIVE TESTING

**Laboratory Requisition**

1196

## Demographics

| | | |
|---|---|---|
| **Patient:** | **Birth:** | **Org#:** Stairway Resource Center |
| **Patient #:** 15052 | **Age:** 27 years | **Collected:** 9/28/2023 1:30 PM |
| **SSN:** | **Gender:** Female | **Order Date:** 9/28/2023 1:13 PM |
| **Alt Patient #:** WH2023-178 | **Room Info:** | **Fasting:** |
| **Home Phone:** 4 | **Physician:** Stone D.O., Michael - NPI 1629305479 | **NPI:** 1629305479 |
| **Address:** | | **Ordering Location:** Stairway Resource Center |

**Specimen Type:** URINE

adulterated.

Diagnosis Codes: F15.259, F33.2, F41.1

| STIMULANTS (LCMS) | Pending |
|---|---|
| Diagnosis Codes: F15.259, F33.2, F41.1 | |
| BENZODIAZEPINES (LCMS) | Pending |
| Diagnosis Codes: F15.259, F33.2, F41.1 | |
| Kratom (LCMS) | Pending |
| Diagnosis Codes: F15.259, F33.2, F41.1 | |
| THC-COOH (LCMS) | Pending |
| Diagnosis Codes: F15.259, F33.2, F41.1 | |
| BARBITURATES (LCMS) | Pending |
| Diagnosis Codes: F15.259, F33.2, F41.1 | |
| OPIATES AND OPIODS LCMS | Pending |
| Diagnosis Codes: F15.259, F33.2, F41.1 | |
| ANTICONVULSANTS LCMS | Pending |
| Diagnosis Codes: F15.259, F33.2, F41.1 | |
| ILLICITS LCMS | Pending |
| Diagnosis Codes: F15.259, F33.2, F41.1 | |
| DISSOCIATIVE/ANESTHETICS | Pending |
| Diagnosis Codes: F15.259, F33.2, F41.1 | |
| SSRI/SSNI/SARI | Pending |
| Diagnosis Codes: F15.259, F33.2, F41.1 | |
| ANTIPSYCHOTICS | Pending |
| Diagnosis Codes: F15.259, F33.2, F41.1 | |
| ANTITUSSIVE | Pending |

| | | |
|---|---|---|
| Date: |  LID CAP | Dedmon, Sydni 8/26/1996  ID: 119633 |
| Donor Initials: | | |
| Date: | | Dedmon, Sydni  ID: 119633 |



17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 28789
NPI: 1194201558

**Laboratory Requisition**



PRESUMPTIVE TESTING

## Demographics

| | | |
|---|---|---|
| **Patient:** ▮▮▮▮ | **Birth:** 8▮▮▮ | **Org#:** Stairway Resource Center |
| **Patient #:** 15052 | **Age:** 27 years | **Collected:** 9/28/2023 1:30 PM |
| **SSN:** | **Gender:** Female | **Order Date:** 9/28/2023 1:13 PM |
| **Alt Patient #:** WH2023-178 | **Room Info:** | **Fasting:** |
| **Home Phone:** ▮▮▮▮ | **Physician:** Stone D.O., Michael - NPI 1629305479 | **NPI:** 1629305479 |
| **Address:**▮▮▮ | | **Ordering Location:** Stairway Resource Center |

**Specimen Type:**  URINE

*Diagnosis Codes: F15.259, F33.2, F41.1*

| Z-Drugs | Pending |
|---|---|

*Diagnosis Codes: F15.259, F33.2, F41.1*

| TRICYCLICS | Pending |
|---|---|

*Diagnosis Codes: F15.259, F33.2, F41.1*

| BATH SALTS AND K-2 SPICES | Pending |
|---|---|

*Diagnosis Codes: F15.259, F33.2, F41.1*

*MDS*

**Physician Signature**

Digital Signature Stone D.O., Michael - NPI 1629305479

9/28/2023 1:13 P
Date

| Date: | | Dedmon, Sydni | |
|---|---|---|---|
| Donor Initials: |  | 8/26/1996 |  |
| | | ID: 119633 |  |

CALIFORNIA OF BLUE SHIELD

P.O BOX 272630
CHICO, CA 95928

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**1.** MEDICARE (Medicare#) ☐  MEDICAID (Medicaid#) ☐  TRICARE (ID#/DoD#) ☐  CHAMPVA (Member ID#) ☐  GROUP HEALTH PLAN (ID#) ☐  FECA BLK LUNG (ID#) ☐  OTHER (ID#) ☒

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)

**3. PATIENT'S BIRTH DATE**  MM 08 DD 26 YY 1996  SEX  M ☐  F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street)

**6. PATIENT RELATIONSHIP TO INSURED**  Self ☒  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No., Street)

CITY — STATE OK

**8. RESERVED FOR NUCC USE**

CITY — STATE OK

ZIP CODE    TELEPHONE (Include Area Code) ( )

ZIP CODE    TELEPHONE (Include Area Code) ( )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous)  ☐ YES  ☒ NO

**a. INSURED'S DATE OF BIRTH**  MM 08 DD 26 YY 1996  SEX  M ☐  F ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**  ☐ YES  ☒ NO  PLACE (State)

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**  ☐ YES  ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**  ☐ YES  ☒ NO  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE  03242025

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)**  MM DD YY  QUAL.

**15. OTHER DATE**  QUAL.  MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**  FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**  DN MICHAEL STONE DO

17a.
17b. NPI  1629305479

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**  FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?**  ☐ YES  ☒ NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 0

A. F15.259   B. F33.2   C. F41.1   D.
E.   F.   G.   H.
I.   J.   K.   L.

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**  05D2151144

| 24. A. DATE(S) OF SERVICE From MM DD YY — To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1  09 28 2023  09 28 2023 | 81 | | 80307 | ABC | 3795.00 | 1 | | NPI | 1194201558 |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  SSN ☐ EIN ☒  824323767

**26. PATIENT'S ACCOUNT NO.**  13476743B

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  ☒ YES  ☐ NO

**28. TOTAL CHARGE**  $ 3795.00

**29. AMOUNT PAID**  $ 0.00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
CLEANQUEST LLC
03242025
SIGNED  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
CLEANQUEST LLC
17952 SKYPARK CIRCLE STE K
IRVINE, CA 92614-4416
a. 1194201558  b.

**33. BILLING PROVIDER INFO & PH #** ( 714 ) 3404690
CLEANQUEST LLC
17952 SKYPARK CIRCLE STE K
IRVINE, CA 92614-4416
a. 1194201558  b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

**BlueCross BlueShield of Oklahoma**
PO Box 3283
Tulsa, OK 74102-3283

November 07, 2023

**RECEIVED**
NOV 1 4 2023

**Claim Information**

CLEANQUEST LLC
17952 SKY PARK CIR STE K
IRVINE CA 92614

25

| Patient Name: | |
| Claim No.: | |
| Group ID/No.: | |
| Service Date: | 9/28/2023 to 9/28/2023 |
| Prov. Pat. No.: | A |

To contact us:   1-866-520-2507

Subject: An update on your claim

Dear Cleanquest Llc:

We've received the claim for services provided to Sydni Dedmon on 9/28/2023, and have sent a payment of $70.10 to the patient. Payment was issued to the patient due to services being rendered by a non-contracted provider.

| Provider Claims Amount Summary | |
|---|---|
| Amount Allowed | $70.10 |
| Deductible/Co-Payment | $0.00 |
| Co-Insurance | $0.00 |
| Total Services Not Covered | $3,724.90 |

We appreciate the important role you play in the lives of our members and their families. If you have questions about this letter, please call us at the number above.

Sincerely,

Your Customer Advocates
***

bcbsok.com

Blue Cross and Blue Shield of Oklahoma, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

509403          419-419-6          HFCA1          013041          Page 1



17952 Sky Park Cir Suite K, Irvine, CA 92614
Phone: 714-340-4690 Fax: 714-698-4867
CLIA: 05D2151144
Tax ID: 82-423767
NPI #: 1194201558

11/22/2023

Blue Shield of CA
PO Box 272630
Chico, CA 95927-2630

**Re: FORMAL RESPONSE**

**Patient Name:** ▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮
**Health Plan ID:** V▮▮▮▮▮
**Date of Service:** 9/28/2023
**Claim Number:** 3▮▮▮▮▮

Dear Blue Shield of CA Appeals Department:

As you requested, Cleanquest Laboratory has provided Blue Shield of CA with all documentation necessary in our appeal for the attached client. Cleanquest Laboratory is confused because your letter indicated the services were not covered but we discovered your request was for medical records. As you know, Cleanquest Laboratory does not treat the patient, but simply responds to requests by their treating physician or facility.

Blue Shield of CA adheres to the national clinical standards of the American Society of Addiction Medicine (ASAM) as required by California law SB855. I have included excerpts from the American Society of Addiction Medicine's paper from April 5, 2017 that makes recommendations about the *Appropriate Use of Drug Testing in Clinical Addiction Medicine*. ASAM is the leading authority in addiction medicine and is a professional medical society representing over 6,000 physicians, clinicians and associated professionals certified in the field of addiction medicine.

*Cleanquest performed the clinical diagnostic tests in good faith. Cleanquest has provided, as requested by Blue Shield of CA, all medical records it maintains: the doctor's order and the Cleanquest test results.*

*If any of these claims are denied*, Cleanquest requests that Blue Shield of CA provide the following information for each denied claim so we can assess how you made the decision in conflict with the ASAM national clinical standards:

- All insurer designated reviewer(s) and or any other insurance carrier designated personnel involved in the review of this case, including their: full name; current accreditation; current professional licensure, and the state(s) in which such licensure is active; current professional practice; and current relationship to the insurer and/or their designated managed care provider

- A copy of the specific medical necessity criteria (including the specific citation), utilized in rendering a denial that adheres to the level of coverage for the claim at issue under the

substance use disorder benefit, and please disclose how that criteria was applied to deny coverage of the care requested

- A copy of any and all plan documents and instruments containing information that supports the specific processes, strategies, evidentiary standards, and other factors used to develop and apply the medical management standard(s) or protocol(s) applied in denying the claim for laboratory services at issue.

Enclosed for your review is the patient power of attorney that allows Cleanquest to request plan documents on behalf of the patient. Please DO NOT send us a standard boilerplate letter concerning our request.

Sincerely,

Adnan Rasheed
adnan@cleanquestlab.com

*Excerpts from the American Society of Addiction Medicine Appropriate Use of Drug Testing in Clinical Addiction Medicine April 5, 2017*

*"There is no magic formula for determining the test frequency a patient should receive. The Expert Panel strongly disagreed with statements about specific numerical limitations on drug test frequency. For example, the panel agreed that the following statement is inappropriate: "Drug testing should be scheduled no more than 24 times per year." In accordance with the principle of "smarter" drug testing, the provider's therapeutic questions should dictate the frequency of drug testing.*

*As a general principle, drug testing should be scheduled more frequently at the beginning of treatment. The Expert Panel recommends that a patient in early recovery be tested at least weekly."*

### Outpatient Services (1.0) and Intensive Outpatient/Partial Hospitalization Services (2.0)

The ASAM Criteria defines Level 1 Care as "organized outpatient treatment services" that are "tailored to each patient's level of clinical severity and function and are designed to help the patient achieve changes in his or her substance use." Level 2 care includes intensive outpatient programs (9–19 hours of structured programming per week for adults) and partial hospitalization services (20 or more hours of clinically intensive programming per week, typically
with direct access to psychiatric, medical, and laboratory services).

*Because the opportunity for substance use is greater in outpatient treatment than in more intensive levels of care, drug testing has a particularly important role in monitoring substance use.*

### Residential/Inpatient Services (3.0) and Medically Managed Intensive Inpatient Services (4.0)

Residential/Inpatient Services (Level 3.0) are defined by The ASAM Criteria as "organized treatment services in a 24-hour residential setting" and Medically Managed Intensive Inpatient Services (Level 4.0) are defined as "an organized service delivered in an inpatient setting" usually requiring ongoing nursing/medical care in addition to addiction treatment.

*Drug testing plays an important role in both assessment and in maintaining a drug-free therapeutic environment in residential treatment and can alert providers when the therapeutic and treatment environment has been compromised by smuggled drugs [2]. Drug testing can also be used to support recovery when patients leave the addiction treatment facility on passes. When residents are off-site for a period of time, they should be asked to provide a sample for drug testing shortly following their return. Providers should communicate with patients about plans for these additional tests to avoid the "us against them" mentality.*

To the extent that residential programs are predicated on the goal of abstinence, drug testing is useful in assessing whether patients are having difficulty accomplishing this goal.

Blue Shield of California

# provider dispute
# resolution request

**Instructions**

Provider disputes must be submitted in writing to:

Blue Shield Dispute Resolution Office
P.O. Box 272620
Chico, CA 95927-2620

Provider disputes regarding facility contract exception(s) must be submitted in writing to:

Blue Shield Dispute Resolution Office
Attention: Hospital Exception and Transplant Team
P.O. Box 629010
El Dorado Hills, CA 95762-9010

| Provider name | Provider ID (Blue Shield PIN, provider's tax ID, or SSN) |
|---|---|
| CleanQuest LLC | 82-4323767 |

**Contact Information** (mailing address and phone number)

17952 Skypark, Circle, Suite K, Irvine, CA, 92614
Fax 714-698-4867          Phone 714-340-4690

**Claim Information** ☑ Single   ☐ Multiple claims (complete attached worksheet)

| Patient name | Patient date of birth |
|---|---|
| ▮ | ▮ |
| **Subscriber No.** | **Service from/to date** |
| ▮ | 9/28/2023 |

**Dispute type**

**☐ BENEFITS**
- ☐ Benefit Coverage
- ☐ Benefits Maximum
- ☐ Member Liability
- ☐ Pre-Existing Condition

**☐ ELIGIBILITY**
- ☐ Ineligible Member with Valid Auth
- ☐ Patient Eligibility
- ☐ Retro-Activation Eligibility

**☐ NON-CLAIM RELATED**
- ☐ Contract Effective Date
- ☐ Provider Eligibility
- ☐ Provider Manual/Other Policy/Terms

**☑ CLINICAL**
- ☐ Blue Shield Medical Policy
- ☐ Length of Stay / Level of Care
- ☐ No Authorization
- ☐ Partial/Insufficient Authorization
- ☐ Valid Authorization on File

**☐ COORDINATION OF BENEFITS (COB)**
- ☐ Blue Shield Secondary Payer
- ☐ COB payment structure

**☐ OVERPAY RECOVERY**
- ☐ Recoupment of Claim Overpayment

**☐ TIMELY SUBMISSION**
- ☐ Timely Filing Limit of Initial/Final Appeal Submission
- ☐ Timely Filing Limit of Claim Submission

## ☐ PROFESSIONAL CONTRACTUAL REIMBURSEMENT

| | | |
|---|---|---|
| ☐ ACS/Home Healthcare/Infusion | ☐ Gould Criteria | ☐ Psychiatric/ Substance Abuse |
| ☐ Anesthesia | ☐ Immunizations (Adult/Child) | ☐ Special Pricing |
| ☐ Assistant | ☐ Laboratory/Radiology/Ancillary | ☐ Surgery |
| ☐ Chemo (Admin/Drugs/Injectables) | ☐ Letter of Agreement / Reasonable & Customary / Continuity of Care | ☐ Therapy Services |
| ☑ Diagnostic Testing | ☐ Maternity | ☐ Transplant/Global Period |
| ☐ DME/HME/Supplies | ☐ Modifier | ☐ Units of Service |
| ☐ Emergency Services | ☐ Office Visit/Consultation | |
| ☐ Family Planning | ☐ Pharmaceuticals/Injections/Drugs | |
| ☐ Fetal Genetic Testing | | |

## ☐ DIVISION OF FINANCIAL RESPONSIBILITY (DOFR)

| | | |
|---|---|---|
| ☐ Ambulance | ☐ False Labor Check | ☐ Office Visit/Consultation |
| ☐ Blood Transfusions/Products | ☐ Family Planning | ☐ POS Opt-Out |
| ☐ Cancer Clinical Trial | ☐ Fetal Genetic Testing | ☐ Pre Admission Testing |
| ☐ Chemotherapy (Admin/Drugs/Injectables) | ☐ Fetal Monitoring | ☐ Psychiatric/Substance Abuse |
| ☐ Detox | ☐ Immunizations, Adult/Child | ☐ Renal Dialysis |
| ☑ Diagnostic Testing | ☐ Infusion | ☐ Surgery |
| ☐ DME/HME/Supplies | ☐ Invasive Cardiology/Surgical | ☐ Therapy Services (PT, OT, RT, ST, Cardiac) |
| ☐ ER Services (In Area) | ☑ Lab/Radiology/Ancillary Services | ☐ Urgent Care (In Area) |
| ☐ ER Services (Out of Area) | ☐ Maternity Pre & Post/Delivery | ☐ Urgent Care (Out of Area) |

## ☐ PROFESSIONAL PAYMENT LOGIC

| | | |
|---|---|---|
| ☐ Age/Gender | ☐ Duplicate | ☐ Pre/Post Operative Visits included in Surgical Charge |
| ☐ Assistant | ☐ Invalid Codes | ☐ Rebundling |
| ☐ CCI Incidental | ☐ Maximum Daily Allowances | ☐ Scope of Licensure |
| ☐ CCI Mutually Exclusive | ☐ Pay Percent Application | |

**Additional explanation of issue:**

Claim was denied due to medical records. Included with his appeal are all the medical records we have. Please see attached documentation for reconsideration of claim. Expected outcome is payment for claim and a copy of all plan documents to verify correct payment of claim.

☑ Check here if additional information is attached.
If submitting multiple claims (on the next page), please fill in before clicking print button.

blue ⊕ of california                    blueshieldca.com

**BlueCross BlueShield of Oklahoma**
PO Box 3283
Tulsa OK 74102-3283

November 07, 2023    **RECEIVED**
NOV 14 2023

Claim Information

```
************************ALL FOR AADC 926
11L41 1 AB D-537                     25
CLEANQUEST LLC
17652 SKY PARK CIR STE K
IRVINE CA 92614-4416
```

| Patient Name: | |
| Claim No.: | |
| Group ID/No.: | |
| Service Date: | 9/28/2023 to 9/28/2023 |
| Prov. Pat. No.: | |

To contact us:   1-866-520-2507

**Subject: An update on your claim**

Dear Cleanquest Llc:

We've received the claim for services provided to Sydni Dedmon on 9/28/2023, and have sent a payment of $0.00 to the patient. Payment was issued to the patient due to services being rendered by a non-contracted provider.

| Provider Claims Amount Summary | |
|---|---|
| Amount Allowed | $0.00 |
| Deductible/Co-Payment | $0.00 |
| Co-Insurance | $0.00 |
| Total Services Not Covered | $3,795.00 |

We appreciate the important role you play in the lives of our members and their families. If you have questions about this letter, please call us at the number above.

Sincerely,

Your Customer Advocates
***

█████████████ ♀ **WH2023-215**

Pronouns: She/her/her/hers/herself
Birthdate: 08/26/1996
Allergies: No Known Allergies/NKA
Admission: 09/26/2023 Care Team
Location: Stairway Resource Center
　　　　(GMT-08:00) Pacific Time (US & Canada)

## NEW cleanquest aob (use this one!)

### Patient Responsibility/Power of Attorney for ERISA and Other Claims/Authorized Representative Status/ Assignment of Benefits/Authorization to Release Medical Records

**Name:** ████████████
**Date of Birth:** ████████
**Admission Date: 09/26/2023**
**Health Plan/ Insurance ID: BCBS of OK Policy** ████████████
**Social Security Number:** ████████

### I. PATIENT RESPONSIBILITY

I understand that I am financially responsible for all charges for services provided to the undersigned, and that having health insurance does not absolve me of this responsibility. I also understand that my health insurance plan may not cover 100% of the amount of my claim, and that I am responsible for any and all amounts not covered, including without limitation copayments, deductibles, co-insurance and any portion not paid for in-network or out-of-network services. I understand that CleanQuest LLC (the Provider) may be an in-network or out-of-network provider, and as a result I will be responsible for additional charges not covered by my policy, in accordance with existing contracts between my insurance provider and the Provider. If my health plan is a health maintenance organization, I understand that I may be required to first contact my primary care physician before seeking any other treatment, services or supplies, and that I may need to obtain prior authorization from my primary care physician before receiving any treatment services from the Provider. If I do not comply with my health plan's policies and procedures, I understand that payment for services rendered from the Provider will become my responsibility.

I also hereby instruct my insurance company plan administrator to pay the Provider directly for services rendered to me or my dependents.

Payment is due upon receipt of a statement for services rendered. If payment is not timely made, I understand that the Provider may engage an attorney and/or collection agency to assist in collection efforts, and I will be responsible for all fees and costs incurred by the Provider in connection with its collection efforts, including without limitation attorney fees. I certify that the health insurance information that I provided to the Provider is accurate as of the date set forth below and that I am responsible for keeping it updated.

Initials:　　Date:
sd　　　　9/26/23

**Name:** ▮▮▮▮▮▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮▮▮
**Admission Date: 09/26/2023**
**Health Plan/ Insurance ID: BCBS of OK Policy** ▮▮▮▮▮▮▮▮▮
**Social Security Number: 4**▮▮▮▮▮▮

## II. TRANSFER OF RIGHTS AND DESIGNATION OF AUTHORITY

It is my intent to grant the Provider all rights, powers, authority, and standing – to the maximum extent possible and conceivable – to pursue amounts owed under my health insurance plan and/or to pursue vindication of my rights under my health insurance plan or federal or state law. Such pursuits include without limitation, legal action, in the same fashion as if I myself were acting. Any ambiguity in this transfer of rights and designation of authority should be construed in favor of granting the Provider the rights, powers, authority, or standing that it seeks to exercise or rely upon.

To that end, I appoint CleanQuest LLC my Attorney-in-Fact (Section A below). To the extent that designation is found to be invalid or the designation is found insufficient for the purposes that the Provider seeks to use it for, I designate the Provider my Authorized Representative (Section B below). To the extent that designation is found to be invalid or is not sufficient for the purposes that the Provider seeks to use it for, I assign my benefits and rights under my health insurance plan to the Provider (Section C below). The Provider, at its sole discretion, may elect to exercise one, two, or all three of these appointments, designations or assignments simultaneously. The Provider, at its sole discretion, may decline to exercise one or more of these appointments, designations or assignments.

Under each and every appointment, designation, or assignment, the Provider shall have the right, power, authority, or standing to obtain plan documents – including without limitation the summary plan description, certificate of coverage, or other document setting forth the terms of the plan or under which the plan is operated – to the same extent I myself am entitled under law to obtain said documents.

Initials:  Date:
sd        9/26/2023

**Name:** ███████████

**Date of Birth:** ██████

**Admission Date:** 09/26/2023

**Health Plan/ Insurance ID:** BCBS of OK Policy ████████

**Social Security Number:** ████████

## A. POWER OF ATTORNEY FOR ERISA AND OTHER CLAIMS

I hereby appoint CleanQuest LLC and their agents as my true and lawful attorneys-in-fact for the specific purpose of pursuing claims on my behalf against my insurer, employer benefit plan, or third-party administrator related to the services provided to me by the Provider. These claims shall include, but are not limited to:

- administrative appeals related to insurance benefits for services provided to me; and
- claims brought pursuant to federal law and/or the provisions of ERISA, whether such claims seek benefits, statutory penalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including without limitation claims for breach of fiduciary duty and/or any claims related to the Mental Health Parity and Addiction Equity Act of 2008 ('Parity Act'); and
- claims brought pursuant to any state law, whether such claims seek benefits, statutory penalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including without limitation claims related to bad faith, consumer protection and/or claims under any state law equivalent of the Parity Act.

Furthermore, I instruct the Provider to use whatever funds may be recovered as a result of actions brought on my behalf to reduce or eliminate any debt I may owe to the Provider and any related debt owed by the Provider for expenses incurred whilst seeking full reimbursement from my insurer, employer benefit plan, or third-party administrator.

I appoint the Provider as a true and lawful attorney-in-fact for the limited purpose of receiving, endorsing, and depositing to its account any checks, drafts, or money orders made payable to me for payments due under my health plan for services provided to me by the Provider.

Initials:     Date:
sd          9/26/2023

**Name:** ████████████

**Date of Birth:** ████████

**Admission Date:** 09/26/2023

**Health Plan/ Insurance ID: BCBS of OK Policy** ████████████

**Social Security Number:** ████████

## B.  AUTHORIZED REPRESENTATIVE TO PURSUE CLAIMS

I designate, authorize and convey the Provider, to the full extent permissible by law, to be my personal representative regarding all rights and benefit claims related to services provided by the Provider, which authorizes the Provider to:

- submit any and all appeals when my insurance company denies me a benefit to which I am entitled;
- act on my behalf in connection with any claim, right or cause of action that may arise under my plan; and
- act on my behalf to pursue such claim, right, or cause of action in connection with said plan including, but not limited to, the right and ability to act as my authorized representative with respect to a benefit plan governed by the provisions of ERISA as provided in 29 C.F.R. § 2560.502-1(b); and
- with respect to any healthcare expense incurred as a result of the services I received from the Provider, and to the extent permissible under the law, to claim on my behalf such benefits, claim, reimbursement, and any other applicable remedy, including fines.

Unless revoked, this authorization is valid for all administrative and judicial reviews under ERISA and all applicable federal and state laws.

Initials:        Date:

sd          9/26/2023

**Name:** ▮▮▮▮▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮▮
**Admission Date:** 09/26/2023
**Health Plan/ Insurance ID:** BCBS of OK Policy ▮▮▮▮▮▮
**Social Security Number:** ▮▮▮▮▮▮

## C. ASSIGNMENT OF BENEFITS AND RIGHTS

I hereby assign to the Provider all benefits and rights that I and my dependents have to receive payments from my health insurance plan or any third-party payer for the services provided by the Provider to the undersigned. In addition to and apart from assignment of benefits, I assign any cause of action I may have under my health insurance plan, regardless of whether such cause of action arises under federal or state law, and regardless of what relief is sought under said cause of action. I understand that the Provider would not have accepted the undersigned as a patient, except for this assignment and my guarantee of payment to the Provider. I hereby authorize the Provider to submit claims on my behalf to the insurance company listed on the current insurance card I have provided to the Provider, in good faith. A photocopy of my signature can be used to process insurance claims.

If my current health insurance plan prohibits assignment of benefits, I hereby instruct my plan, its fiduciaries, or its third-party administrators to provide documentation demonstrating such non-assignability to myself and the Provider. Failure to provide such documentation within thirty days of receipt of the claim submission shall constitute consent to assignment and/or knowing and intentional waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators. Acceptance of a claim submission from the Provider, and/or issuance directly to the Provider of an explanation of benefits, remittance advice, determination letter, or other decisional communication concerning the claim, shall be deemed to be consent to assignment or waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators.

If payment is made to the Provider without further explanation that such payment is made pursuant to an authorization of direct payment, as opposed to pursuant to my assignment of benefits, such payment shall be assumed to constitute consent to assignment and/or waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators.

I agree to endorse and forward any monies from my insurance company paid to me and/or the primary insured and that I agree that I am personally liable to the Provider for such monies.

Initials:    Date:
sd          9/26/2023

**Name:** ▮▮▮▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮▮
**Admission Date:** 09/26/2023
**Health Plan/ Insurance ID:** BCBS of OK Policy ▮▮▮▮▮▮
**Social Security Number:** ▮▮▮▮▮▮

## III. AUTHORIZATION TO RELEASE MEDICAL RECORDS

I authorize my Provider, CleanQuest LLC, to release all information needed to process a claim to my insurance company, health plan, or third party administrator, CleanQuest LLC. I further authorize my plan, its fiduciaries, and/or its third-party administrators to release to the Provider and information necessary for the Provider to claim such benefits. I further authorize my treating physicians, hospitals, clinics, and health care facilities to disclose all or any part of my medical record to the Provider in connection with the treatment, services, and supplies provided to me by them. This authorization is given voluntarily with full knowledge that such disclosure may contain information of a confidential nature and may affect or limit the insurance coverage for my treatment, services, or supplies provided by the Provider. I understand that my health care treatment will not be affected if I do not sign this authorization. The Provider will use and disclose my health information only for purposes of treatment, payment, and health care operations, in accordance with the Provider privacy practices, unless I authorize them to use or disclose my health information for other purposes.

I may revoke my authorization in writing at any time by submitting a request to the Provider, except to the extent that information has already been disclosed in reliance on this authorization. I understand that my substance use disorder records are protected under the federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R., Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be redisclosed without my written consent unless otherwise provided for by the regulations. I understand that released information may no longer be protected by federal privacy regulations depending on the intended recipient of the released information.

I hereby release the Provider, its officers, agents, employees and any clinician associated with my case from all liability that may arise as a result of disclosure of information to my plan, its fiduciaries, its third-party administrators, my insurance company(s) or their designated representatives.

This authorization will expire when all claims for services rendered have been paid, or three (3) years from the date of signature, whichever is sooner. I have a right to request a copy of this authorization.

Initials:    Date:
sd          9/26/2023

**Name:** ▮▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮
**Admission Date: 09/26/2023**
**Health Plan/ Insurance ID: BCBS of OK Policy** ▮▮▮▮▮▮
**Social Security Number:** ▮▮▮▮▮

## ATTESTATION

I have read and understand each of the above paragraphs and I acknowledge and accept these terms and conditions. I also authorize the use of a copy of this form to be used in place of the original. I have been offered a copy of this form for my records.

Initials:    Date:
sd           9/26/2023

▮▮▮▮▮▮ (Client), 09/26/2023 09:43 AM
Staff present: Jessi Brown

Jessi Brown (Staff), 09/26/2023 09:44 AM

Michael Lynch (Staff), 09/26/2023 12:22 PM

**Reviewed by**

Max Bird-Ridnell, LMFT (Review), 09/27/2023 07:44 AM

# Patient Notes

CLEANQUEST LLC

Chart # : 5645            Patient Name: ███████

# EXHIBIT E

**PATIENT NAME:** 
**MEMBER ID:**

**DOCUMENTS:**

- Assignment of Benefit/ Power of Attorney
- Doctor's Order
- Claim
- Explanation of Benefits/ Erroneous Remittance Advice
- Appeal Document
  - Appeal Log

# Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records *Created On: 3/6/23, 1:17:26 PM*

**The Dream Recovery**
3151 Airway Ave. G-3 , Costa Mesa , California, 92626
Facility Fax:



M
DOB:
Admitted: 03/06/2023 01:14 PM
ID#: Y

Name:                    Date of Birth:            Admission Date: 03/06/2023 01:14 PM

I. PATIENT RESPONSIBILITY I understand that I am financially responsible for all charges for services provided to the undersigned, and that having health insurance does not absolve me of this responsibility. I also understand that my health insurance plan may not cover 100% of the amount of my claim, and that I am responsible for any and all amounts not covered, including without limitation copayments, deductibles, coinsurance and any portion not paid for in-network or out-of- network services. I understand that Cleanquest LLC (the Facility) may be an in-network or out- of-network provider, and as a result I will be responsible for additional charges not covered by my policy, in accordance with existing contracts between my insurance provider and the Facility. If my health plan is a health maintenance organization, I understand that I may be required to first contact my primary care physician before seeking any other treatment, services or supplies, and that I may need to obtain prior authorization from my primary care physician before receiving any treatment services from the Facility. If I do not comply with my health plan's policies and procedures, I understand that payment for services rendered from the Facilitywill become my responsibility. I also hereby instruct my insurance company plan administrator to pay the Facility directly forservices rendered to me or my dependents. Payment is due upon receipt of a statement for services rendered. If payment is not timely made,I understand that the facility may engage an attorney and/or collection agency to assist in collection efforts, and I will be responsible for all fees and costs incurred by the Facility in connection with its collection efforts, including without limitation attorney fees. I certify that thehealth insurance information that I provided to the Facility is accurate as of the date set forth below and that I am responsible for keeping it updated. II. TRANSFER OF RIGHTS AND DESIGNATION OF AUTHORITY It is my intent to grant the Facility all rights, powers, authority, and standing - to the maximum extent possible and conceivable - to pursue amounts owed under my health insurance plan and/or to pursue vindication of my rights under my health insurance plan or federal or state law.Such pursuits include without limitation, legal action, in the same fashion as if I myself were acting. Any ambiguity in this transfer of rights and designation of authority should be construedin favor of granting the Facility the rights, powers, authority, or standing that it seeks to exerciseor rely upon. To that end, I appoint the Facility my Attorney-in-Fact (Section A below). To the extent that designation is found to be invalid or the designation is found insufficient for the purposes that theFacility seeks to use it for, I designate the Facility my Authorized Representative (Section B below). To the extent that designation is found to be invalid or is not sufficient for the purposes that the Facility seeks to use it for, I assign my benefits and rights under my health insurance plan to the Facility (Section C below). The Facility, at its sole discretion, may elect to exercise one, two, or all three of these appointments, designations or assignments simultaneously. The Facility, at its sole discretion, may decline to exercise one or more of these appointments, designations or assignments. Under each and every appointment, designation, or assignment, the Facility shall have the right,power, authority, or standing to obtain plan documents - including without limitation the summary plan description, certificate of coverage, or other document setting forth the terms of the plan or under which the plan is operated - to the same extent I myself am entitled under lawto obtain said documents. A. POWER OF ATTORNEY FOR ERISAAND OTHER CLAIMS I hereby appoint the Facility and its agents as my true and lawful attorneys-in-fact for the specific purpose of pursuing claims on my behalf against my insurer, employer benefit plan, orthird-party administrator related to the services provided to me by the Facility. These claims shall include, but are not limited to: (1) administrative appeals related to insurance benefits for services provided to me; and (2) claims brought pursuant to federal law and/or the provisions of ERISA, whether such claims seek benefits, statutory penalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including

# Patient Responsibility / Power of Attorney for ERISA and Other Claims
## /Authorized Representative Status / Assignment of Benefits
## /Authorization to Release Medical Records *Created On: 3/6/23, 1:17:26 PM*

**The Dream Recovery**
3151 Airway Ave. G-3 , Costa Mesa , California, 92626
Facility Fax:

DOB:
Admitted:

without limitation claims for breach of fiduciary duty, claims related to the Mental Health Parity and Addiction Equity Act of 2008 ('Parity Act'); and (3) claims pursuant to any state law, whether such claims seek benefits, statutorypenalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including without limitation claims related to bad faith, consumer protection and/or claims under any state law equivalent of the Parity Act. Furthermore, I instruct the Facility to use whatever funds may be recovered as a result of actionsbrought on my behalf to reduce or eliminate any debt I may owe to the Facility and any related debt owed by the Facility for expenses incurred whilst seeking full reimbursement from my insurer, employer benefit plan, or third-party administrator. I appoint the Facility as a true and lawful attorney-in-fact for the limited purpose of receiving, endorsing, and depositing to its account any checks, drafts, or money orders made payable to mefor payments due under my health plan for services provided to me Page 1 of 2 Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records Name: Date of Birth: Admission Date: 2 by the Facility. B. AUTHORIZED REPRESENTATIVE TO PURSUE CLAIMS I designate, authorize and convey the Facility, to the full extent permissible by law, to be my personal representative regarding all rights and benefit claims related to services provided by theFacility, which authorizes the Facility to: (1) submit any and all appeals when my insurance company denies me a benefit to which I amentitled; (2) act on my behalf in connection with any claim, right or cause of action that may arise undermy plan; and (3) act on my behalf to pursue such claim, right, or cause of action in connection with said plan including, but not limited to, the right and ability to act as my authorized representative withrespect to a benefit plan governed by the provisions of ERISA as provided in 29 C.F.R. 2560.502-1(b); and (4) with respect to any healthcare expense incurred as a result of the services I received fromthe Facility, and to the extent permissible under the law, to claim on my behalf such benefits, claim, reimbursement, and any other applicable remedy, including fines. Unless revoked, this authorization is valid for all administrative and judicial reviews underERISA and all applicable federal and state laws. C. ASSIGNMENT OF BENEFITS AND RIGHTS I hereby assign to the Facility all benefits and rights that I and my dependents have to receive payments from my health insurance plan or any third-party payer for the services provided by theFacility to the undersigned. In addition to and apart from assignment of benefits, I assign any cause of action I may have under my health insurance plan, regardless of whether such cause of action arises under federal or state law, and regardless of what relief is sought under said cause of action. I understand that the Facility would not have accepted the undersigned as a patient, except for this assignment and my guarantee of payment to the Facility. I hereby authorize the Facility to submit claims on my behalf to the insurance company listed on the current insurance card I have provided to the Facility, in good faith. A photocopy of my signature can be used to process insurance claims. If my current health insurance plan prohibits assignment of benefits, I hereby instruct my plan, its fiduciaries, or its third-party administrators to provide documentation demonstrating such non-assignability to myself and the Facility. Failure to provide such documentation within thirtydays of receipt of the claim submission shall constitute consent to assignment and/or knowing and intentional waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators. Acceptance of a claim submission from the Facility, and/or issuance directly to the Facility of an explanation of benefits, remittance advice, determination letter, or other decisional communication concerning the claim, shall be deemed to be consent to assignment or waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third- party administrators. If payment is made to the Facility without further explanation that such payment is made pursuant to an authorization of direct payment, as opposed to pursuant to my assignment of benefits, such payment shall be assumed to constitute consent to assignment and/or waiver ofany non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators. I agree to endorse and forward any monies from my insurance company paid to me and/or theprimary insured and that I agree that I am personally liable to the Facility for such

# Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records *Created On: 3/6/23, 1:17:26 PM*

**The Dream Recovery**
3151 Airway Ave. G-3 , Costa Mesa , California, 92626
Facility Fax:

M
DOB:
ID#:
Admitted:

monies. III. AUTHORIZATION TO RELEASE MEDICAL RE████████ ████ the Facility to release all information to my insurance company needed to process a claim. I furth████████ my plan, its fiduciaries, and/or its third-party administrators, to release to the Facility and information necessary for the Facility to claim such benefits. I further authorize my physicians, hospitals, clinics, and health care facilities to disclose all or any part of my medical record to the Facility in connection with the treatment, services, and supplies provided to me by them. This authorization is given with full knowledge that such discloser may contain information of a confidential nature and may affect or limit the insurance coverage for my treatment, services, or supplies provided by the Facility. The Facility will use and disclose my health information only for purposes of treatment, payment, and health care operations, in accordance with the Facility privacy practices, unless I authorize them to use or disclose my health information for other purposes. I hereby release the Facility, its officers, agents, employees and any clinician associated with my case from all liability that may arise as a result of disclosure of information to my plan, its fiduciaries, its third-party administrators, my insurance company(s) or their designated representatives. I have read and understand each of the above paragraphs and I acknowledge and accept these terms and conditions. I also authorize the use of a copy of this form to be used in place of the original.

I acknowledge receipt of a completed and signed copy of this assignment and release form:

**Patient Signature**

████████ , Client
03/06/2023 1:34 PM
IP: 70.95.249.21
Staff present: case manager
reymunda sandoval, CAS,
C035590915

**Staff Signature**

case manager reymunda sandoval,
CAS, C035590915
03/06/2023 1:34 PM
IP: 70.95.249.21

**Review Signature**

Therapist Elliot Horowitz, LMFT,
LMFT27861
03/08/2023 12:25 PM
IP: 70.95.249.21



**CLEANQUEST LABORATORY**

17952 Sky Park Circle
Irvine California, 92614
CLIA: 05D2101144
COLA: 3A786
NPI: 1194201558

Sanders, Jacki <DR-JASA_1>
ID: 92328
CL: 5/1/2023 11:00 AM JR
DOB: 12/13/19

VALIDITY

**PRESUMPTIVE TESTING**

## Demographics

| | | |
|---|---|---|
| Patient: | Birth: | Org#: Dream Recovery |
| Patient #: 12393 | Age: 37 years | Collected: 5/1/2023 11:00 AM |
| SSN: | Gender: Female | Order Date: 5/1/2023 11:00 AM |
| Alt Patient #: JASA_1 | Room Info: | Fasting: |
| Home Phone: | Physician: Scott M.D., Courtney - NPI 1891287793 | NPI: 1891287793 |
| Address: | | Ordering Location: Dream Recovery |

Specimen Type:    URINE

## CONSENT TO PRESUMPTIVE TESTING AND FINANCIAL RESPONSIBILITY

The Specimen identified on this form is my own. I have not adulterated it in any way. I am voluntarily submitting this specimen for analysis by my prescribing practitioner and/or CleanQuest. I authorize CleanQuest to release the test results to the ordering practitioner/clinician.

I understand that I am financially responsible for all charges incurred in my services provided by CleanQuest LLC, 17952 Skypark Circle Unit K, Irvine, CA 92614; Tax ID 82-4323767 regardless of any applicable insurance or benefit payments. I further understand and agree that CleanQuest LLC will bill my health insurance carrier for my laboratory services and make all reasonable diligent efforts to obtain benefit payments on my behalf.

Name of Patient                    Patient Signature                    Date  5/1/23

## Insurance

| Insurance Co: | Insured Name: | Relationship: | Group #: | Policy #: |
|---|---|---|---|---|
| BCBS of Oklahoma | Sanders, Jacki | Self | | YUQ947132204 |

## Panels Ordered

| STAT | Panel Name | Status | Procedure Codes | Comments |
|---|---|---|---|---|
| | ETG SCREEN | Pending | | |
| | Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | | | |
| | VALIDITY | Pending | | Any results that is <20 mgraL is considered adulterated. |
| | Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | | | |

Date: 5/1/23

Sanders, Jacki

ID: 101227

Donor initials:

# FANQUEST LABORATORY

**Laboratory Requisition**

101227

17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 28789
NPI: 1194201558

**PRESUMPTIVE TESTING**

## Demographics

| | | |
|---|---|---|
| Patient: | Birth: 1 | Org#: Dream Recovery |
| Patient #: 12393 | Age: 37 years | Collected: 5/1/2023 11:00 AM |
| SSN: | Gender: Female | Order Date: 5/1/2023 11:00 AM |
| Alt Patient #: JASA_1 | Room Info: | Fasting: |
| Home Phone: | Physician: Scott M.D., Courtney  NPI 1891287793 | NPI: 1891287793 |
| Address: | | Ordering Location: Dream Recovery |

**Specimen Type:** URINE

| Test | Status |
|---|---|
| STIMULANTS (LCMS) | Pending |
| Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | |
| BENZODIAZEPINES (LCMS) | Pending |
| Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | |
| Kratom (LCMS) | Pending |
| Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | |
| THC-COOH (LCMS) | Pending |
| Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | |
| BARBITURATES (LCMS) | Pending |
| Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | |
| Gabapentin | Final |
| Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | |
| Methocarbamol | Final |
| Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | |
| Trazadone | Final |
| Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | |
| Bupropion (Welbutrin) | Final |
| Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | |
| Zoloft (Sertraline) | Final |
| Diagnosis Codes: | |
| Abilify (Aripiprazole) | Final |
| Diagnosis Codes: | |
| Hydroxyzine (Vistaril, Atarax) | Final |
| Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | |
| OPIATES AND OPIODS LCMS | Pending |
| Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | |

Date:
Donor Initials:

Sandura  Jacki
12/19/1985
ID: 101227

Date:
Donor Initials:

Sanders  Jacki
12/19/1985
ID: 101227

ID: 101227

**CLEANQUEST LABORATORY**

17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2181144
COLA: 23789
NPI: 1194201558

**Laboratory Requisition**
101227

PRESUMPTIVE TESTING

| | | |
|---|---|---|
| **Patient:** S | **Birth:** | **Org#:** Dream Recovery |
| **Patient #:** 12393 | **Age:** 37 years | **Collected:** 5/1/2023 11:00 AM |
| **SSN:** | **Gender:** Female | **Order Date:** 5/1/2023 11:00 AM |
| **Alt Patient #:** JASA_1 | **Room Info:** | **Fasting:** |
| **Home Phone:** | **Physician:** Scott M.D., Courtney - NPI 1891287793 | **NPI:** 1891287793 |
| **Address:** | | **Ordering Location:** Dream Recovery |

**Specimen Type:**    URINE

| | |
|---|---|
| ANTICONVULSANTS LCMS | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| ILLICITS LCMS | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| DISSOCIATIVE/ANESTHETICS | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| SSRI/SSNI/SARI | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| ANTIPSYCHOTICS | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| ANTITUSSIVE | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| Z-Drugs | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| TRICYCLICS | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| BATH SALTS AND K-2 SPICES | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |

**Physician Signature**
Digital Signature Scott M.D., Courtney - NPI 1891287793

5/1/2023 11:00 AM
**Date**

Date:
**Donor Initials:**

Date:
**Donor Initials:**

Sandira Jacki
12/13/1985
ID: 101227

ID: 101227

# HEALTH INSURANCE CLAIM FORM

CALIFORNIA OF BLUE SHIELD

P.O BOX 272630
CHICO, CA 95928

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | | PICA | | | | | | PICA | |

1. MEDICARE (Medicare#)  MEDICAID (Medicaid#)  TRICARE (ID#/DoD#)  CHAMPVA (Member ID#)  GROUP HEALTH PLAN (ID#)  FECA BLK LUNG (ID#)  OTHER (ID#) ☒

1a. INSURED'S I.D. NUMBER (For Program in item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM 12 DD 13 YY 1985  SEX M  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED  Self ☒  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY  STATE OK

8. RESERVED FOR NUCC USE

CITY  STATE OK

ZIP CODE  TELEPHONE (Include Area Code) ( )

ZIP CODE  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES  ☒NO

a. INSURED'S DATE OF BIRTH  MM 12 DD 13 YY 1985  SEX M  F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES  ☒NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES  ☒NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  ☒NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE 04042025

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  DN COURTNEY SCOTT MD

17a.
17b. NPI 1699906750

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES  ☒NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 0

A. F15.20  B. F12.20  C. F43.10  D. F33.2
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER  05D2151144

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 01 2023 | 05 01 2023 | 81 | | 80307 | | ABCD | 3795.00 | 1 | | NPI | 1194201558 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  824323767  SSN  EIN ☒

26. PATIENT'S ACCOUNT NO.  13353338B

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒YES  NO

28. TOTAL CHARGE  $ 3795.00

29. AMOUNT PAID  $ 0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  CLEANQUEST LLC
SIGNED  DATE 04042025

32. SERVICE FACILITY LOCATION INFORMATION  CLEANQUEST LLC  17952 SKYPARK CIRCLE STE K  IRVINE, CA 92614-4416
a 1194201558  b

33. BILLING PROVIDER INFO & PH # ( 714 )3404690  CLEANQUEST LLC  17952 SKYPARK CIRCLE STE K  IRVINE, CA 92614-4416
a 1194201558  b

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

CARRIER · PATIENT AND INSURED INFORMATION · PHYSICIAN OR SUPPLIER INFORMATION



**BlueCross BlueShield of Oklahoma**
PO Box 3283
Tulsa, OK 74102-3283

July 03, 2023

***************ALL FOR AADC 926
13526 1 AB 0-507                    27
CLEANQUEST LLC
17952 SKY PARK CIR STE K
IRVINE CA 92614-4416

**Claim Information**
Patient Name:
Claim No.:
Service Date:        5/1/2023 to 5/1/2023
Prov. Pat. No.:

RECEIVED

JUL 1 1 2023

To contact us:  1-866-520-2507

Subject: An update on your claim

Dear Cleanquest Llc:

We've received the claim for services provided to Jacki Sanders on 5/1/2023, and have sent a payment of $70.10 to the patient. Payment was issued to the patient due to services being rendered by a non-contracted provider.

| Provider Claims Amount Summary | |
|---|---|
| Amount Allowed | $70.10 |
| Deductible/Co-Payment | $0.00 |
| Co-Insurance | $0.00 |
| Total Services Not Covered | $3,724.90 |

We appreciate the important role you play in the lives of our members and their families. If you have questions about this letter, please call us at the number above.

Sincerely,

Your Customer Advocates
***

Blue Cross and Blue Shield of Oklahoma, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

| | | | | |
|---|---|---|---|---|
| 253487 | 419-419-6 | HFCA1 | 000240 | Page 1 |

**RECEIVED** 

MAY 2 2 2023

May 16, 2023

Cleanquest LLC                                                                 **1st Request**
17952 Sky Park Cir., Suite K
Irvine, CA 92614-4416

**Subscriber ID:** ███████        **Patient Acct #:** ███████

**Patient's Name:** ███████        **Date of Birth:** ███████

**Date(s) of Service:** 05/01/2023 to 05/01/2023        **Total Charge:** $3,795.00

Attention: Medical Records Department

We are writing to inform you that the patient's Home plan is requesting additional information to review and determine if the correct benefits were applied to this claim. Please attach a copy of this letter, along with the following requested information within 10 business days:

☒    Complete Medical Records

When we receive these records, we will forward them to the patient's Home plan for review. You can facilitate this process by submitting the requested information via our fax - **(888) 842-6311**, email - **ITShostmedrecords@blueshieldca.com** or by mailing the information to our address:

Blue Shield of California
BlueCard Program
P.O. Box 272630
Chico, CA 95927-2630

If you have any questions, please contact our Customer Service representatives at the address below or call us toll free at (800) 622-0632.

Thank you,

Rragud71                                                **Case ID:** 231330001166
ITS Host Medical Records
Blue Shield of California

---

**CLEANQUEST**

17952 Sky Park Cir Suite K, Irvine, CA 92614
Phone: 714-340-4690 Fax: 714-698-4867
CLIA: 05D2151144
Tax ID: 82-423767
NPI #: 1194201558

05/23/2023

Blue Shield of CA
PO BOX 272630
CHICO, CA 95927

**Re: FORMAL RESPONSE**

**Patient Name:**
**Date of Birth:**
**Health Plan ID:**
**Date of Service:** 5/1/2023
**Claim Number:** N/A

Dear Blue Shield of CA Appeals Department:

As you requested, Cleanquest Laboratory has provided Blue Shield of CA with all documentation necessary in our appeal for the attached client. Cleanquest Laboratory is confused because you indicated the services were not covered but discovered it was a request for medical records. As you know, Cleanquest Laboratory does not treat the patient, but simply responds to requests by their treating physician or facility.

Blue Shield of CA adhere to the national clinical standards of DSM-5, the American Society of Addiction Medicine (ASAM) or the MCG Behavioral Health Guidelines. I have included excerpts from the American Society of Addiction Medicine's paper from April 5, 2017 that makes recommendations about the *Appropriate Use of Drug Testing in Clinical Addiction Medicine*. ASAM is the leading authority in addiction medicine and is a professional medical society representing over 6,000 physicians, clinicians and associated professionals certified in the field of addiction medicine.

*Cleanquest performed the clinical diagnostic tests in good faith. Cleanquest has provided, as requested by Blue Shield of CA, all medical records it maintains; the doctor's order and the Cleanquest test results.*

*If any of these claims are denied,* Cleanquest requests that Blue Shield of CA provide the following information for each denied claim so we can assess how you made the decision in conflict with national clinical standards like ASAM:

- All insurer designated reviewer(s) and or any other insurance carrier designated personnel involved in the review of this case, including their: full name; current accreditation; current professional licensure, and the state(s) in which such licensure is active; current professional practice; and current relationship to the insurer and/or their designated managed care provider

- A copy of the specific medical necessity criteria (including the specific citation), utilized in rendering a denial that adheres to the level of coverage for the claim at issue under the

substance use disorder benefit, and please disclose how that criteria was applied to deny coverage of the care requested

- A copy of any and all plan documents and instruments containing information that supports the specific processes, strategies, evidentiary standards, and other factors used to develop and apply the medical management standard(s) or protocol(s) applied in denying the claim for laboratory services at issue.

Please DO NOT send us a standard boilerplate letter concerning our request.

Sincerely,

Elizabeth Linares
elizabeth@cleanquest.com

*Excerpts from the American Society of Addiction Medicine Appropriate Use of Drug Testing in Clinical Addiction Medicine April 5, 2017*

*"There is no magic formula for determining the test frequency a patient should receive. The Expert Panel strongly disagreed with statements about specific numerical limitations on drug test frequency. For example, the panel agreed that the following statement is inappropriate: "Drug testing should be scheduled no more than 24 times per year." In accordance with the principle of "smarter" drug testing, the provider's therapeutic questions should dictate the frequency of drug testing.*

*As a general principle, drug testing should be scheduled more frequently at the beginning of treatment. The Expert Panel recommends that a patient in early recovery be tested at least weekly."*

## Outpatient Services (1.0) and Intensive Outpatient/Partial Hospitalization Services (2.0)

The ASAM Criteria defines Level 1 Care as "organized outpatient treatment services" that are "tailored to each patient's level of clinical severity and function and are designed to help the patient achieve changes in his or her substance use." Level 2 care includes intensive outpatient programs (9–19 hours of structured programming per week for adults) and partial hospitalization services (20 or more hours of clinically intensive programming per week, typically
with direct access to psychiatric, medical, and laboratory services).

*Because the opportunity for substance use is greater in outpatient treatment than in more intensive levels of care, drug testing has a particularly important role in monitoring substance use.*

## Residential/Inpatient Services (3.0) and Medically Managed Intensive Inpatient Services (4.0)

Residential/Inpatient Services (Level 3.0) are defined by The ASAM Criteria as "organized treatment services in a 24-hour residential setting" and Medically Managed Intensive Inpatient Services (Level 4.0) are defined as "an organized
service delivered in an inpatient setting" usually requiring ongoing nursing/medical care in addition to addiction treatment.

*Drug testing plays an important role in both assessment and in maintaining a drug-free therapeutic environment in residential treatment and can alert providers when the therapeutic and treatment environment has been compromised by smuggled drugs [2]. Drug testing can also be used to support recovery when patients leave the addiction treatment facility on passes. When residents are off-site for a period of time, they should be asked to provide a sample for drug testing shortly following their return. Providers should communicate with patients about plans for these additional tests to avoid the "us against them" mentality.*

To the extent that residential programs are predicated on the goal of abstinence, drug testing is useful in assessing whether patients are having difficulty accomplishing this goal.

# Patient Notes

All Dates

CLEANQUEST LLC

Chart#: 4240    Patient Name: ███████████

# EXHIBIT F

**PATIENT NAME:** 
**MEMBER ID:**

**DOCUMENTS:**

- Assignment of Benefit/ Power of Attorney
- Doctor's Order
- Claim
- Explanation of Benefits/ Erroneous Remittance Advice
- Appeal Document
  - Appeal Log

# Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records Created On: 3/6/23, 1:17:26 PM

**The Dream Recovery**
3151 Airway Ave. G-3 , Costa Mesa , California, 92626
Facility Fax:



M
DOB:
Admitted: 03/06/2023 01:14 PM

ID#:

| Name: | Date of Birth: | Admission Date: 03/06/2023 01:14 PM |

I. PATIENT RESPONSIBILITY I understand that I am financially responsible for all charges for services provided to the undersigned, and that having health insurance does not absolve me of this responsibility. I also understand that my health insurance plan may not cover 100% of the amount of my claim, and that I am responsible for any and all amounts not covered, including without limitation copayments, deductibles, coinsurance and any portion not paid for in-network or out-of- network services. I understand that Cleanquest LLC (the Facility) may be an in-network or out- of-network provider, and as a result I will be responsible for additional charges not covered by my policy, in accordance with existing contracts between my insurance provider and the Facility. If my health plan is a health maintenance organization, I understand that I may be required to first contact my primary care physician before seeking any other treatment, services or supplies, and that I may need to obtain prior authorization from my primary care physician before receiving any treatment services from the Facility. If I do not comply with my health plan's policies and procedures, I understand that payment for services rendered from the Facilitywill become my responsibility. I also hereby instruct my insurance company plan administrator to pay the Facility directly forservices rendered to me or my dependents. Payment is due upon receipt of a statement for services rendered. If payment is not timely made,I understand that the facility may engage an attorney and/or collection agency to assist in collection efforts, and I will be responsible for all fees and costs incurred by the Facility in connection with its collection efforts, including without limitation attorney fees. I certify that thehealth insurance information that I provided to the Facility is accurate as of the date set forth below and that I am responsible for keeping it updated. II. TRANSFER OF RIGHTS AND DESIGNATION OF AUTHORITY It is my intent to grant the Facility all rights, powers, authority, and standing - to the maximum extent possible and conceivable - to pursue amounts owed under my health insurance plan and/or to pursue vindication of my rights under my health insurance plan or federal or state law.Such pursuits include without limitation, legal action, in the same fashion as if I myself were acting. Any ambiguity in this transfer of rights and designation of authority should be construedin favor of granting the Facility the rights, powers, authority, or standing that it seeks to exerciseor rely upon. To that end, I appoint the Facility my Attorney-in-Fact (Section A below). To the extent that designation is found to be invalid or the designation is found insufficient for the purposes that theFacility seeks to use it for, I designate the Facility my Authorized Representative (Section B below). To the extent that designation is found to be invalid or is not sufficient for the purposes that the Facility seeks to use it for, I assign my benefits and rights under my health insurance plan to the Facility (Section C below). The Facility, at its sole discretion, may elect to exercise one, two, or all three of these appointments, designations or assignments simultaneously. The Facility, at its sole discretion, may decline to exercise one or more of these appointments, designations or assignments. Under each and every appointment, designation, or assignment, the Facility shall have the right,power, authority, or standing to obtain plan documents - including without limitation the summary plan description, certificate of coverage, or other document setting forth the terms of the plan or under which the plan is operated - to the same extent I myself am entitled under lawto obtain said documents. A. POWER OF ATTORNEY FOR ERISAAND OTHER CLAIMS I hereby appoint the Facility and its agents as my true and lawful attorneys-in-fact for the specific purpose of pursuing claims on my behalf against my insurer, employer benefit plan, orthird-party administrator related to the services provided to me by the Facility. These claims shall include, but are not limited to: (1) administrative appeals related to insurance benefits for services provided to me; and (2) claims brought pursuant to federal law and/or the provisions of ERISA, whether such claims seek benefits, statutory penalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including

# Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records *Created On: 3/6/23, 1:17:26 PM*

**The Dream Recovery**
3151 Airway Ave. G-3 , Costa Mesa , California, 92626
Facility Fax:

M
DOB:
Admitted:

without limitation claims for breach of fiduciary d............ims related to the Mental Health Parity and
Addiction Equity Act of 2008 ('Parity Act'); and (3) cla............ ursuant to any state law, whether such claims seek

benefits, statutorypenalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including without limitation claims related to bad faith, consumer protection and/or claims under any state law equivalent of the Parity Act. Furthermore, I instruct the Facility to use whatever funds may be recovered as a result of actionsbrought on my behalf to reduce or eliminate any debt I may owe to the Facility and any related debt owed by the Facility for expenses incurred whilst seeking full reimbursement from my insurer, employer benefit plan, or third-party administrator. I appoint the Facility as a true and lawful attorney-in-fact for the limited purpose of receiving, endorsing, and depositing to its account any checks, drafts, or money orders made payable to mefor payments due under my health plan for services provided to me Page 1 of 2 Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records Name: Date of Birth: Admission Date: 2 by the Facility. B. AUTHORIZED REPRESENTATIVE TO PURSUE CLAIMS I designate, authorize and convey the Facility, to the full extent permissible by law, to be my personal representative regarding all rights and benefit claims related to services provided by theFacility, which authorizes the Facility to: (1) submit any and all appeals when my insurance company denies me a benefit to which I amentitled; (2) act on my behalf in connection with any claim, right or cause of action that may arise undermy plan; and (3) act on my behalf to pursue such claim, right, or cause of action in connection with said plan including, but not limited to, the right and ability to act as my authorized representative withrespect to a benefit plan governed by the provisions of ERISA as provided in 29 C.F.R. 2560.502-1(b); and (4) with respect to any healthcare expense incurred as a result of the services I received fromthe Facility, and to the extent permissible under the law, to claim on my behalf such benefits, claim, reimbursement, and any other applicable remedy, including fines. Unless revoked, this authorization is valid for all administrative and judicial reviews underERISA and all applicable federal and state laws. C. ASSIGNMENT OF BENEFITS AND RIGHTS I hereby assign to the Facility all benefits and rights that I and my dependents have to receive payments from my health insurance plan or any third-party payer for the services provided by theFacility to the undersigned. In addition to and apart from assignment of benefits, I assign any cause of action I may have under my health insurance plan, regardless of whether such cause of action arises under federal or state law, and regardless of what relief is sought under said cause of action. I understand that the Facility would not have accepted the undersigned as a patient, except for this assignment and my guarantee of payment to the Facility. I hereby authorize the Facility to submit claims on my behalf to the insurance company listed on the current insurance card I have provided to the Facility, in good faith. A photocopy of my signature can be used to process insurance claims. If my current health insurance plan prohibits assignment of benefits, I hereby instruct my plan, its fiduciaries, or its third-party administrators to provide documentation demonstrating such non-assignability to myself and the Facility. Failure to provide such documentation within thirtydays of receipt of the claim submission shall constitute consent to assignment and/or knowing and intentional waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators. Acceptance of a claim submission from the Facility, and/or issuance directly to the Facility of an explanation of benefits, remittance advice, determination letter, or other decisional communication concerning the claim, shall be deemed to be consent to assignment or waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third- party administrators. If payment is made to the Facility without further explanation that such payment is made pursuant to an authorization of direct payment, as opposed to pursuant to my assignment of benefits, such payment shall be assumed to constitute consent to assignment and/or waiver ofany non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators. I agree to endorse and forward any monies from my insurance company paid to me and/or theprimary insured and that I agree that I am personally liable to the Facility for such

ZenCharts    2

# Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records *Created On: 3/6/23, 1:17:26 PM*

**The Dream Recovery**
3151 Airway Ave. G-3 , Costa Mesa , California, 92626
Facility Fax:

M
DOB:
Admitted:

monies. III. AUTHORIZATION TO RELEASE MEDICA... orize the Facility to release all information to my insurance company needed to process a claim. I furth... my plan, its fiduciaries, and/or its third-party administrators, to release to the Facility and information necessary for the Facility to claim such benefits. I further authorize my physicians, hospitals, clinics, and health care facilities to disclose all or any part of my medical record to the Facility in connection with the treatment, services, and supplies provided to me by them. This authorization is given with full knowledge that such discloser may contain information of a confidential nature and may affect or limit the insurance coverage for my treatment, services, or supplies provided by the Facility. The Facility will use and disclose my health information only for purposes of treatment, payment, and health care operations, in accordance with the Facility privacy practices, unless I authorize them to use or disclose my health information for other purposes. I hereby release the Facility, its officers, agents, employees and any clinician associated with my case from all liability that may arise as a result of disclosure of information to my plan, its fiduciaries, its third-party administrators, my insurance company(s) or their designated representatives. I have read and understand each of the above paragraphs and I acknowledge and accept these terms and conditions. I also authorize the use of a copy of this form to be used in place of the original.

I acknowledge receipt of a completed and signed copy of this assignment and release form:

**Patient Signature**

, Client                                      03/06/2023 1:34 PM
                                              IP: 70.95.249.21
Staff present: case manager
reymunda sandoval, CAS,
C035590915

**Staff Signature**

case manager reymunda sandoval,          03/06/2023 1:34 PM
CAS, C035590915                          IP: 70.95.249.21

**Review Signature**

Therapist Elliot Horowitz, LMFT,         03/08/2023 12:25 PM
LMFT27861                                IP: 70.95.249.21



**CLEANQUEST LABORATORY**

17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 26789
NPI: 1194201550

**PRESUMPTIVE TESTING**

Sanders, Jacki <DR-JASA_1>
ID: 92328
CL: 5/1/2023 11:00 AM JR
Scott, Courtney
DOB: 12/13/19

ETG SCREEN        VALIDITY

### Demographics

| | | |
|---|---|---|
| Patient: | Birth: | Org#: Dream Recovery |
| Patient #: 12393 | Age: 37 years | Collected: 5/1/2023 11:00 AM |
| SSN: | Gender: Female | Order Date: 5/1/2023 11:00 AM |
| Alt Patient #: JASA_1 | Room Info: | Fasting: |
| Home Phone: | Physician: Scott M.D., Courtney - NPI 1891287793 | NPI: 1891287793 |
| Address: | | Ordering Location: Dream Recovery |

**Specimen Type:    URINE**

### CONSENT TO PRESUMPTIVE TESTING AND FINANCIAL RESPONSIBILITY

The Specimen identified on this form is my own. I have not adulterated it in any way. I am voluntarily submitting this specimen for analysis by my practitioner/clinician and/or CleanQuest. I authorize CleanQuest to release the test results to the ordering practitioner/clinician.

I understand that I am financially responsible for all charges incurred in my services provided by CleanQuest LLC, 17952 Skypark Circle Unit K, Irvine, CA 92614; Tax ID 82-4323767 regardless of any applicable insurance or benefit payments. I further understand and agree that CleanQuest LLC will bill my health insurance carrier for my laboratory services and make all reasonable diligent efforts to obtain benefit payments on my behalf.

| Name of Patient | Patient Signature | Date 5/1/23 |
|---|---|---|

### Insurance

| Insurance Co: | Insured Name: | Relationship: | Group #: | Policy #: |
|---|---|---|---|---|
| BCBS of Oklahoma | Sanders, Jacki | Self | | YUQ947132204 |

### Panels Ordered

| STAT | Panel Name | Status | Procedure Codes | Comments |
|---|---|---|---|---|
| | ETG SCREEN | Pending | | |
| | Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | | | |
| | VALIDITY | Pending | | Any results that is <20 mg/dl. is considered adulterated. |
| | Diagnosis Codes: F15.20, F12.20, F43.10, F33.2 | | | |

Date: 5/1/23            LID            Sanders, Jacki

ID: 101227

Donor Initials:

**CLEANQUEST LABORATORY**

17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 23789
NPI: 1194201558

PRESUMPTIVE TESTING

**Laboratory Requisition**
101227

## Demographics

| | | |
|---|---|---|
| Patient: | Birth: 1 | Org#: Dream Recovery |
| Patient #: 12393 | Age: 37 years | Collected: 5/1/2023 11:00 AM |
| SSN: | Gender: Female | Order Date: 5/1/2023 11:00 AM |
| Alt Patient #: JASA_1 | Room Info: | Fasting: |
| Home Phone: | Physician: Scott M.D., Courtney - NPI 1891287793 | NPI: 1891287793 |
| Address | | Ordering Location: Dream Recovery |

**Specimen Type:** URINE

| | |
|---|---|
| STIMULANTS (LCMS)<br>*Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | Pending |
| BENZODIAZEPINES (LCMS)<br>*Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | Pending |
| Kratom (LCMS)<br>*Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | Pending |
| THC-COOH (LCMS)<br>*Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | Pending |
| BARBITURATES (LCMS)<br>*Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | Pending |
| Gabapentin<br>*Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | Final |
| Methocarbamol<br>*Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | Final |
| Trazadone<br>*Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | Final |
| Bupropion (Welbutrin)<br>*Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | Final |
| Zoloft (Sertraline)<br>*Diagnosis Codes:* | Final |
| Abilify (Aripiprazole)<br>*Diagnosis Codes:* | Final |
| Hydroxyzine (Vistaril, Atarax)<br>*Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | Final |
| OPIATES AND OPIODS LCMS<br>*Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | Pending |

| | | |
|---|---|---|
| Date: | LID CAP | Sanders, Jacki<br>12/13/1985 |
| Donor Initials: | | ID: 101227 |
| Date: | LID CAP | Sanders, Jacki<br>12/13/1985 |
| Donor Initials: | | ID: 101227 |




**CLEANQUEST** LABORATORY

17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 23789
NPI: 1194201558

PRESUMPTIVE TESTING

**Laboratory Requisition**
101227

## Demographics

| | | |
|---|---|---|
| **Patient:** S | **Birth:** | **Org#:** Dream Recovery |
| **Patient #:** 12393 | **Age:** 37 years | **Collected:** 5/1/2023 11:00 AM |
| **SSN:** | **Gender:** Female | **Order Date:** 5/1/2023 11:00 AM |
| **Alt Patient #:** JASA_1 | **Room Info:** | **Fasting:** |
| **Home Phone:** | **Physician:** Scott M.D., Courtney - NPI 1891287793 | **NPI:** 1891287793 |
| **Address:** | | **Ordering Location:** Dream Recovery |

**Specimen Type:** URINE

| | |
|---|---|
| ANTICONVULSANTS LCMS | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| ILLICITS LCMS | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| DISSOCIATIVE/ANESTHETICS | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| SSRI/SSNI/SARI | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| ANTIPSYCHOTICS | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| ANTITUSSIVE | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| Z-Drugs | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| TRICYCLICS | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |
| BATH SALTS AND K-2 SPICES | Pending |
| *Diagnosis Codes: F15.20, F12.20, F43.10, F33.2* | |

**Physician Signature**

Digital Signature Scott M.D., Courtney - NPI 1891287793

5/1/2023 11:00 AM
**Date**

| | |
|---|---|
| Date: _____ | |
| Donor Initials: _____ | |
| Date: _____ | |
| Donor Initials: _____ | |

Sanders, Jacki
12/13/1985
ID: 101227

Sanders, Jacki
12/13/1985
ID: 101227

ID: 101227

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CALIFORNIA OF BLUE SHIELD

P.O BOX 272630
CHICO, CA 95928

| | PICA | | | | | | | PICA | |

1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER [X] (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM 12 DD 13 YY 1985   SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [ ] Spouse [X] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY — STATE OK

8. RESERVED FOR NUCC USE

CITY — STATE OK

ZIP CODE    TELEPHONE (Include Area Code) ( )

ZIP CODE    TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH  MM 12 DD 13 YY 1985   SEX M [ ] F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
YES [ ] NO [X]  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ] NO [X]  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE  04042025

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN COURTNEY SCOTT MD

17a.
17b. NPI  1699906750

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES [ ] NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 0

A. F15.20   B. F12.20   C. F43.10   D. F33.2
E.        F.        G.        H.
I.        J.        K.        L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER   05D2151144

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 01 2023 | 05 01 2023 | 81 | | 80307 | | ABCD | 3795.00 | 1 | | NPI | 1194201558 |
| 2 | | | | | | | | | | | NPI | 0.00 |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  824323767  SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.  13353338B

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES [X] NO [ ]

28. TOTAL CHARGE  $ 3795.00

29. AMOUNT PAID  $ 0.00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
CLEANQUEST LLC
04042025
SIGNED   DATE

32. SERVICE FACILITY LOCATION INFORMATION
CLEANQUEST LLC
17952 SKYPARK CIRCLE STE K
IRVINE, CA 92614-4416
a. 1194201558  b.

33. BILLING PROVIDER INFO & PH #  ( 714 )3404690
CLEANQUEST LLC
17952 SKYPARK CIRCLE STE K
IRVINE, CA 92614-4416
a. 1194201558  b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

**BlueCross BlueShield of Oklahoma**
PO Box 3283
Tulsa, OK 74102-3283

July 03, 2023

**********************ALL FOR AADC ¶2L
13528 1 AB 0-507                          27
CLEANQUEST LLC
17952 SKY PARK CIR STE K
IRVINE CA 92614-4416

**Claim Information**
Patient Name:
Claim No.:
Service Date:       5/1/2023 5/1/2023
Prov. Pat. No.:

RECEIVED

JUL 1 1 2023

To contact us:  1-866-520-2507

---

Subject: An update on your claim

Dear Cleanquest Llc:

We've received the claim for services provided to Jacki Sanders on 5/1/2023, and have sent a payment of $70.10 to the patient. Payment was issued to the patient due to services being rendered by a non-contracted provider.

| Provider Claims Amount Summary | |
|---|---|
| Amount Allowed | $70.10 |
| Deductible/Co-Payment | $0.00 |
| Co-Insurance | $0.00 |
| Total Services Not Covered | $3,724.90 |

We appreciate the important role you play in the lives of our members and their families. If you have questions about this letter, please call us at the number above.

Sincerely,

Your Customer Advocates
***

**RECEIVED**

MAY 2 2 2023



May 16, 2023

Cleanquest LLC                                    **1st Request**
17952 Sky Park Cir., Suite K
Irvine, CA 92614-4416

Subscriber ID: ███████                  Patient Acct #: 1███████

Patient's Name: ███████                  Date of Birth: ███████

Date(s) of Service: 05/01/2023 to 05/01/2023      Total Charge: $3,795.00

Attention: Medical Records Department

We are writing to inform you that the patient's Home plan is requesting additional information to review and determine if the correct benefits were applied to this claim. Please attach a copy of this letter, along with the following requested information within 10 business days:

[X]     Complete Medical Records

When we receive these records, we will forward them to the patient's Home plan for review. You can facilitate this process by submitting the requested information via our fax - **(888) 842-6311**, email - **ITShostmedrecords@blueshieldca.com** or by mailing the information to our address:

Blue Shield of California
BlueCard Program
P.O. Box 272630
Chico, CA 95927-2630

If you have any questions, please contact our Customer Service representatives at the address below or call us toll free at (800) 622-0632.

Thank you,

Rragud71                          Case ID: 231330001166
ITS Host Medical Records
Blue Shield of California

**CLEANQUEST**

17952 Sky Park Cir Suite K, Irvine, CA 92614
Phone: 714-340-4690 Fax: 714-698-4867
CLIA: 05D2151144
Tax ID: 82-423767
NPI #: 1194201558

05/23/2023

Blue Shield of CA
PO BOX 272630
CHICO, CA 95927

**Re: FORMAL RESPONSE**

**Patient Name:**
**Date of Birth:**
**Health Plan ID:**
**Date of Service:** 5/1/2023
**Claim Number:** N/A

Dear Blue Shield of CA Appeals Department:

As you requested, Cleanquest Laboratory has provided Blue Shield of CA with all documentation necessary in our appeal for the attached client. Cleanquest Laboratory is confused because you indicated the services were not covered but discovered it was a request for medical records. As you know, Cleanquest Laboratory does not treat the patient, but simply responds to requests by their treating physician or facility.

Blue Shield of CA adhere to the national clinical standards of DSM-5, the American Society of Addiction Medicine (ASAM) or the MCG Behavioral Health Guidelines. I have included excerpts from the American Society of Addiction Medicine's paper from April 5, 2017 that makes recommendations about the *Appropriate Use of Drug Testing in Clinical Addiction Medicine*. ASAM is the leading authority in addiction medicine and is a professional medical society representing over 6,000 physicians, clinicians and associated professionals certified in the field of addiction medicine.

*Cleanquest performed the clinical diagnostic tests in good faith. Cleanquest has provided, as requested by Blue Shield of CA, all medical records it maintains; the doctor's order and the Cleanquest test results.*

*If any of these claims are denied,* Cleanquest requests that Blue Shield of CA provide the following information for each denied claim so we can assess how you made the decision in conflict with national clinical standards like ASAM:

- All insurer designated reviewer(s) and or any other insurance carrier designated personnel involved in the review of this case, including their: full name; current accreditation; current professional licensure, and the state(s) in which such licensure is active; current professional practice; and current relationship to the insurer and/or their designated managed care provider

- A copy of the specific medical necessity criteria (including the specific citation), utilized in rendering a denial that adheres to the level of coverage for the claim at issue under the

substance use disorder benefit, and please disclose how that criteria was applied to deny coverage of the care requested

- A copy of any and all plan documents and instruments containing information that supports the specific processes, strategies, evidentiary standards, and other factors used to develop and apply the medical management standard(s) or protocol(s) applied in denying the claim for laboratory services at issue.

Please DO NOT send us a standard boilerplate letter concerning our request.

Sincerely,

Elizabeth Linares
elizabeth@cleanquest.com

*Excerpts from the American Society of Addiction Medicine Appropriate Use of Drug Testing in Clinical Addiction Medicine April 5, 2017*

*"There is no magic formula for determining the test frequency a patient should receive. The Expert Panel strongly disagreed with statements about specific numerical limitations on drug test frequency. For example, the panel agreed that the following statement is inappropriate: "Drug testing should be scheduled no more than 24 times per year." In accordance with the principle of "smarter" drug testing, the provider's therapeutic questions should dictate the frequency of drug testing.*

*As a general principle, drug testing should be scheduled more frequently at the beginning of treatment. The Expert Panel recommends that a patient in early recovery be tested at least weekly."*

### Outpatient Services (1.0) and Intensive Outpatient/Partial Hospitalization Services (2.0)

The ASAM Criteria defines Level 1 Care as "organized outpatient treatment services" that are "tailored to each patient's level of clinical severity and function and are designed to help the patient achieve changes in his or her substance use." Level 2 care includes intensive outpatient programs (9–19 hours of structured programming per week for adults) and partial hospitalization services (20 or more hours of clinically intensive programming per week, typically
with direct access to psychiatric, medical, and laboratory services).

*Because the opportunity for substance use is greater in outpatient treatment than in more intensive levels of care, drug testing has a particularly important role in monitoring substance use.*

### Residential/Inpatient Services (3.0) and Medically Managed Intensive Inpatient Services (4.0)

Residential/Inpatient Services (Level 3.0) are defined by The ASAM Criteria as "organized treatment services in a 24-hour residential setting" and Medically Managed Intensive Inpatient Services (Level 4.0) are defined as "an organized
service delivered in an inpatient setting" usually requiring ongoing nursing/medical care in addition to addiction treatment.

*Drug testing plays an important role in both assessment and in maintaining a drug-free therapeutic environment in residential treatment and can alert providers when the therapeutic and treatment environment has been compromised by smuggled drugs [2]. Drug testing can also be used to support recovery when patients leave the addiction treatment facility on passes. When residents are off-site for a period of time, they should be asked to provide a sample for drug testing shortly following their return. Providers should communicate with patients about plans for these additional tests to avoid the "us against them" mentality.*

To the extent that residential programs are predicated on the goal of abstinence, drug testing is useful in assessing whether patients are having difficulty accomplishing this goal.

# Patient Notes

CLEANQUEST LLC

Chart#: 4240                PatientName: ██████████            · · · · · · · · · · ██████████

# EXHIBIT G

**PATIENT NAME:** 
**MEMBER ID:**

**DOCUMENTS:**

- Assignment of Benefit/ Power of Attorney
- Doctor's Order
- Claim
- Explanation of Benefits/ Erroneous Remittance Advice
- Appeal Document
    - Appeal Log

# Patient Responsibility / Power of Attorney for ERISA and Other Claims
# /Authorized Representative Status / Assignment of Benefits
# /Authorization to Release Medical Records *Created On: 9/15/23, 11:40:53 AM*

**The Dream Recovery**
3151 Airway Ave. G-3 , Costa Mesa , California, 92626
Facility Fax:



MR#: MR000867
DOB: 02/
Admitted: 09/15/2023 11:39 AM
ID#:

Name:                Date of Birth:          Admission Date: 09/15/2023
11:39 AM

I. PATIENT RESPONSIBILITY I understand that I am financially responsible for all charges for services provided to the undersigned, and that having health insurance does not absolve me of this responsibility. I also understand that my health insurance plan may not cover 100% of the amount of my claim, and that I am responsible for any and all amounts not covered, including without limitation copayments, deductibles, coinsurance and any portion not paid for in-network or out-of- network services. I understand that Cleanquest LLC (the Facility) may be an in-network or out- of-network provider, and as a result I will be responsible for additional charges not covered by my policy, in accordance with existing contracts between my insurance provider and the Facility. If my health plan is a health maintenance organization, I understand that I may be required to first contact my primary care physician before seeking any other treatment, services or supplies, and that I may need to obtain prior authorization from my primary care physician before receiving any treatment services from the Facility. If I do not comply with my health plan's policies and procedures, I understand that payment for services rendered from the Facilitywill become my responsibility. I also hereby instruct my insurance company plan administrator to pay the Facility directly forservices rendered to me or my dependents. Payment is due upon receipt of a statement for services rendered. If payment is not timely made,I understand that the facility may engage an attorney and/or collection agency to assist in collection efforts, and I will be responsible for all fees and costs incurred by the Facility in connection with its collection efforts, including without limitation attorney fees. I certify that thehealth insurance information that I provided to the Facility is accurate as of the date set forth below and that I am responsible for keeping it updated. II. TRANSFER OF RIGHTS AND DESIGNATION OF AUTHORITY It is my intent to grant the Facility all rights, powers, authority, and standing - to the maximum extent possible and conceivable - to pursue amounts owed under my health insurance plan and/or to pursue vindication of my rights under my health insurance plan or federal or state law.Such pursuits include without limitation, legal action, in the same fashion as if I myself were acting. Any ambiguity in this transfer of rights and designation of authority should be construedin favor of granting the Facility the rights, powers, authority, or standing that it seeks to exerciseor rely upon. To that end, I appoint the Facility my Attorney-in-Fact (Section A below). To the extent that designation is found to be invalid or the designation is found insufficient for the purposes that theFacility seeks to use it for, I designate the Facility my Authorized Representative (Section B below). To the extent that designation is found to be invalid or is not sufficient for the purposes that the Facility seeks to use it for, I assign my benefits and rights under my health insurance plan to the Facility (Section C below). The Facility, at its sole discretion, may elect to exercise one, two, or all three of these appointments, designations or assignments simultaneously. The Facility, at its sole discretion, may decline to exercise one or more of these appointments, designations or assignments. Under each and every appointment, designation, or assignment, the Facility shall have the right,power, authority, or standing to obtain plan documents - including without limitation the summary plan description, certificate of coverage, or other document setting forth the terms of the plan or under which the plan is operated - to the same extent I myself am entitled under lawto obtain said documents. A. POWER OF ATTORNEY FOR ERISAAND OTHER CLAIMS I hereby appoint the Facility and its agents as my true and lawful attorneys-in-fact for the specific purpose of pursuing claims on my behalf against my insurer, employer benefit plan, orthird-party administrator related to the services provided to me by the Facility. These claims shall include, but are not limited to: (1) administrative appeals related to insurance benefits for services provided to me; and (2) claims brought pursuant to federal law and/or the provisions of ERISA, whether such claims seek benefits, statutory penalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including

# Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records

*Created On: 9/15/23, 11:40:53 AM*

**The Dream Recovery**
3151 Airway Ave. G-3 , Costa Mesa , California, 92626
Facility Fax:

M

2/13/1987

without limitation claims for breach of fiduciary duty; (2) claims related to the Mental Health Parity and Addiction Equity Act of 2008 ('Parity Act'); and (3) claims brought pursuant to any state law, whether such claims seek benefits, statutorypenalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including without limitation claims related to bad faith, consumer protection and/or claims under any state law equivalent of the Parity Act. Furthermore, I instruct the Facility to use whatever funds may be recovered as a result of actionsbrought on my behalf to reduce or eliminate any debt I may owe to the Facility and any related debt owed by the Facility for expenses incurred whilst seeking full reimbursement from my insurer, employer benefit plan, or third-party administrator. I appoint the Facility as a true and lawful attorney-in-fact for the limited purpose of receiving, endorsing, and depositing to its account any checks, drafts, or money orders made payable to mefor payments due under my health plan for services provided to me Page 1 of 2 Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records Name: Date of Birth: Admission Date: 2 by the Facility. B. AUTHORIZED REPRESENTATIVE TO PURSUE CLAIMS I designate, authorize and convey the Facility, to the full extent permissible by law, to be my personal representative regarding all rights and benefit claims related to services provided by theFacility, which authorizes the Facility to: (1) submit any and all appeals when my insurance company denies me a benefit to which I amentitled; (2) act on my behalf in connection with any claim, right or cause of action that may arise undermy plan; and (3) act on my behalf to pursue such claim, right, or cause of action in connection with said plan including, but not limited to, the right and ability to act as my authorized representative withrespect to a benefit plan governed by the provisions of ERISA as provided in 29 C.F.R. 2560.502-1(b); and (4) with respect to any healthcare expense incurred as a result of the services I received fromthe Facility, and to the extent permissible under the law, to claim on my behalf such benefits, claim, reimbursement, and any other applicable remedy, including fines. Unless revoked, this authorization is valid for all administrative and judicial reviews underERISA and all applicable federal and state laws. C. ASSIGNMENT OF BENEFITS AND RIGHTS I hereby assign to the Facility all benefits and rights that I and my dependents have to receive payments from my health insurance plan or any third-party payer for the services provided by theFacility to the undersigned. In addition to and apart from assignment of benefits, I assign any cause of action I may have under my health insurance plan, regardless of whether such cause of action arises under federal or state law, and regardless of what relief is sought under said cause of action. I understand that the Facility would not have accepted the undersigned as a patient, except for this assignment and my guarantee of payment to the Facility. I hereby authorize the Facility to submit claims on my behalf to the insurance company listed on the current insurance card I have provided to the Facility, in good faith. A photocopy of my signature can be used to process insurance claims. If my current health insurance plan prohibits assignment of benefits, I hereby instruct my plan, its fiduciaries, or its third-party administrators to provide documentation demonstrating such non-assignability to myself and the Facility. Failure to provide such documentation within thirtydays of receipt of the claim submission shall constitute consent to assignment and/or knowing and intentional waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators. Acceptance of a claim submission from the Facility, and/or issuance directly to the Facility of an explanation of benefits, remittance advice, determination letter, or other decisional communication concerning the claim, shall be deemed to be consent to assignment or waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third- party administrators. If payment is made to the Facility without further explanation that such payment is made pursuant to an authorization of direct payment, as opposed to pursuant to my assignment of benefits, such payment shall be assumed to constitute consent to assignment and/or waiver ofany non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators. I agree to endorse and forward any monies from my insurance company paid to me and/or theprimary insured and that I agree that I am personally liable to the Facility for such

Proudly powered by
ZenCharts

2

# Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records Created On: 9/15/23, 11:40:53 AM

**The Dream Recovery**
3151 Airway Ave. G-3 , Costa Mesa , California, 92626
Facility Fax:

M
DOB: 0

monies. III. AUTHORIZATION TO RELEASE MEDICAL ... authorize the Facility to release all information to my insurance company needed to process a claim. I further authorize my plan, its fiduciaries, and/or its third-party administrators to release to the Facility and information necessary for the Facility to claim such benefits. I further authorize my physicians, hospitals, clinics, and health care facilities to disclose all or any part of my medical record to the Facility in connection with the treatment, services, and supplies provided to me by them. This authorization is given with full knowledge that such discloser may contain information of a confidential nature and may affect or limit the insurance coverage for my treatment, services, or supplies provided by the Facility. The Facility will use and disclose my health information only for purposes of treatment, payment, and health care operations, in accordance with the Facility privacy practices, unless I authorize them to use or disclose my health information for other purposes. I hereby release the Facility, its officers, agents, employees and any clinician associated with my case from all liability that may arise as a result of disclosure of information to my plan, its fiduciaries, its third-party administrators, my insurance company(s) or their designated representatives. I have read and understand each of the above paragraphs and I acknowledge and accept these terms and conditions. I also authorize the use of a copy of this form to be used in place of the original.

I acknowledge receipt of a completed and signed copy of this assignment and release form:

**Patient Signature**

Client
Staff present: Diana Stafford, CADC
II, c3791214

09/15/2023 11:55 AM
IP: 70.95.249.21

**Staff Signature**

Diana Stafford, CADC II, c3791214

09/15/2023 11:55 AM
IP: 70.95.249.21

**Review Signature**

Clinical Director Elliot Horowitz,
LMFT, LMFT27861

09/15/2023 2:50 PM
IP: 70.95.249.21

**CLEANQUEST** LABORATORY

17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 28789
NPI: 1194201558

PRESUMPTIVE TESTING

Suarez, Erica <DR-MR000867>
ID: 111315                    Scott, Co
CL: 10/6/2023 10:07 AM AH    DOB: 2/1

ETG SCREEN            VALIDITY

## Demographics

| | | |
|---|---|---|
| **Patient:** | **Birth:** | **Org#:** Dream Recovery |
| **Patient #:** 15130 | **Age:** 36 years | **Collected:** 10/6/2023 10:07 AM |
| **SSN:** | **Gender:** Female | **Order Date:** 10/6/2023 10:07 AM |
| **Alt Patient #:** MR000867 | **Room Info:** | **Fasting:** |
| **Home Phone:** | **Physician:** Scott M.D., Courtney - NPI 1891287793 | **NPI:** 1891287793 |
| **Address:** | | **Ordering Location:** Dream Recovery |
| | **Specimen Type:** URINE | |

## CONSENT TO PRESUMPTIVE TESTING AND FINANCIAL RESPONSIBILITY

The Specimen identified on this form is my own. I have not adulterated it in any way. I am voluntarily submitting this specimen for analysis by my practitioner/clinician and/or CleanQuest. I authorize CleanQuest to release the test results to the ordering practitioner/clinician.

I understand that I am financially responsible for all charges incurred in my services provided by CleanQuest LLC, 17952 Skypark Circle Unit K, Irvine, CA 92614; Tax ID 82-4323767 regardless of any applicable insurance or benefit payments. I further understand and agree that CleanQuest LLC will bill my health insurance carrier for my laboratory services and make all reasonable diligent ef to obtain benefit payments on my behalf.

Name of Patient               Patient Signature          Date 10/16/23

## Insurance

| **Insurance Co:** | **Insured Name:** | **Relationship:** | **Group #:** | **Policy #:** |
|---|---|---|---|---|
| BCBS of Oklahoma | | Self | | |

## Panels Ordered

| STAT | Panel Name | Status | Procedure Codes | Comments |
|---|---|---|---|---|
| | ETG SCREEN | Pending | | |
| | *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | | | |
| | VALIDITY | Pending | | Any results that is <2( mg/dL is considered adulterated. |
| | *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | | | |

GS.



**CLEANQUEST** LABORATORY

17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 28789
NPI: 1194201558

**Laboratory Requisiti**

121

PRESUMPTIVE TESTING

## Demographics

| | | |
|---|---|---|
| **Patient:** | **Birth:** 2 | **Org#:** Dream Recovery |
| **Patient #:** 15130 | **Age:** 36 years | **Collected:** 10/6/2023 10:07 AM |
| **SSN:** | **Gender:** Female | **Order Date:** 10/6/2023 10:07 AM |
| **Alt Patient #:** MR000867 | **Room Info:** | **Fasting:** |
| **Home Phone:** | **Physician:** Scott M.D., Courtney - NPI 1891287793 | **NPI:** 1891287793 |
| **Address:** | | **Ordering Location:** Dream Recovery |

**Specimen Type:** URINE

| | |
|---|---|
| STIMULANTS (LCMS) | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| BENZODIAZEPINES (LCMS) | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| Kratom (LCMS) | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| THC-COOH (LCMS) | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| BARBITURATES (LCMS) | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| Methocarbamol | Final |
| *Diagnosis Codes: F15.20, F43.10, F34.1* | |
| Trazadone | Final |
| *Diagnosis Codes: F15.20, F43.10, F34.1* | |
| Clonidine | Final |
| *Diagnosis Codes: F15.20, F43.10, F34.1* | |
| Doxepin | Final |
| *Diagnosis Codes: F15.20, F43.10, F34.1* | |
| Hydroxyzine (Vistaril, Atarax) | Final |
| *Diagnosis Codes: F15.20, F43.10, F34.1* | |
| OPIATES AND OPIODS LCMS | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| ANTICONVULSANTS LCMS | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| ILLICITS LCMS | Pending |

Date: _____

Donor Initials: _____

 LIP CAP

Suarez, Erica
2/13/1987



ID: 121716

CLEANQUEST LABORATORY

17952 Sky Park Circle
Unit K
Irvine California, 92614
CLIA: 05D2151144
COLA: 28789
NPI: 1194201558

PRESUMPTIVE TESTING




**Laboratory Requisiti**

121

## Demographics

| | | |
|---|---|---|
| **Patient:** | **Birth:** | **Org#:** Dream Recovery |
| **Patient #:** 15130 | **Age:** 36 years | **Collected:** 10/6/2023 10:07 AM |
| **SSN:** | **Gender:** Female | **Order Date:** 10/6/2023 10:07 AM |
| **Alt Patient #:** MR000867 | **Room Info:** | **Fasting:** |
| **Home Phone:** | **Physician:** Scott M.D., Courtney – NPI 1891287793 | **NPI:** 1891287793 |
| **Address:** | | **Ordering Location:** Dream Recovery |

**Specimen Type:** URINE

*Diagnosis Codes: F10.20, F15.20, F43.10, F34.1*

| | |
|---|---|
| DISSOCIATIVE/ANESTHETICS | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| SSRI/SSNI/SARI | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| ANTIPSYCHOTICS | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| ANTITUSSIVE | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| Z-Drugs | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| TRICYCLICS | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |
| BATH SALTS AND K-2 SPICES | Pending |
| *Diagnosis Codes: F10.20, F15.20, F43.10, F34.1* | |

**Physician Signature**

Digital Signature Scott M.D., Courtney - NPI 1891287793

10/6/2023 10:07
**Date**

Date:
Donor Initials:

LID CAP

Suárez, Erica
12/1697

ID: 121716

CALIFORNIA OF BLUE SHIELD

P.O BOX 272630
CHICO, CA 95928

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | PICA | |

**1. MEDICARE** (Medicare#)  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#)  **OTHER** ☒(ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**

**3. PATIENT'S BIRTH DATE** MM 02 DD 13 YY 1987  SEX M ☐ F ☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**

**6. PATIENT RELATIONSHIP TO INSURED**  Self ☒  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS (No., Street)**

CITY · STATE OK

**8. RESERVED FOR NUCC USE**

CITY · STATE OK

ZIP CODE · TELEPHONE (Include Area Code) ( )

ZIP CODE · TELEPHONE (Include Area Code) ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** ☐ YES ☒ NO

**a. INSURED'S DATE OF BIRTH** MM 02 DD 13 YY 1987  SEX M ☐ F ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** ☐ YES ☒ NO  PLACE (State)

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** ☐ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** ☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE 03242025

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  QUAL.

**15. OTHER DATE** QUAL.  MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY FROM  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE** DN COURTNEY SCOTT MD
17a.
17b. NPI 1699906750

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY FROM  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** ☐ YES ☒ NO  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 0

A. F10.20  B. F15.20  C. F43.10  D. F34.1
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**  05D2151144

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10062023 10062023 | 81 | | 80307 | | ABCD | 3795.00 | 1 | | NPI | 1194201558 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 824323767  SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** 13483951B

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) ☒ YES ☐ NO

**28. TOTAL CHARGE** $ 3795.00

**29. AMOUNT PAID** $ 0.00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
CLEANQUEST LLC
SIGNED  DATE 03242025

**32. SERVICE FACILITY LOCATION INFORMATION**
CLEANQUEST LLC
17952 SKYPARK CIRCLE STE K
IRVINE, CA 92614-4416
a. 1194201558  b.

**33. BILLING PROVIDER INFO & PH #** ( 714)3404690
CLEANQUEST LLC
17952 SKYPARK CIRCLE STE K
IRVINE, CA 92614-4416
a. 1194201558  b.

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)



Blue Cross Blue Shield of California
PO Box ...
Dallas, TX 75265-5524

February 01, 2024

Claim Information

| Patient Name | |
| Claim No. | |
| Group/Plan No. | |
| Service Date | 10/6/2023 to 10/6/2023 |

To contact us   1-888-...-...

Subject: An update on your claim

Dear Claimant Jr.,

We've received the claim for services provided to Elian Systems on 10/6/2023, and have sent a payment of $0.00 to the patient. Payment was issued to the patient due to services being rendered by a non-contracted provider.

| Provider Claims Amount Summary | |
| --- | --- |
| Amount Allowed | $0.00 |
| Deductible/Co-Payment | $0.00 |
| Co-Insurance | $0.00 |
| Total Services Not Covered | $3,735.00 |

We appreciate the important role you play in the lives of our members and their families. If you have questions about this letter, please call us at the number above.

Sincerely,

Your Customer Advocates

Page 1

**CLEANQUEST**

17952 Sky Park Cir Suite K, Irvine, CA 92614
Phone: 714-340-4690 Fax: 714-698-4867
CLIA: 05D2151144
Tax ID: 82-4323767
NPI #: 1194201558

07/31/2024

Blue Shield of CA
P.O BOX 272620
CHICO, CA 95927-2620

**Re: FORMAL RESPONSE**

**Patient Name:** ▬▬▬▬
**Date of Birth:** ▬▬▬▬
**Health Plan ID:** ▬▬▬▬
**Date of Service:** 10/6/2023
**Claim Number:** ▬▬▬▬

Dear Blue Shield of CA Appeals Department:

Blue Shield of CA denied clinical laboratory claims for medical necessity because the treating provider did not document the valid doctor's order within their patient records. As you know, Cleanquest does not control, possess, or generate any of the patient records generated by the treating physician. If the treating physician generates a valid order for a clinical drug screen but does not adequately document the order in the patient health record that does not invalidate the order sent to Cleanquest. Cleanquest's only required document to process a specimen for a clinical laboratory drug screen is a valid doctor's order. We have presented valid doctor's orders and lab results for the above referenced patient. The only medical records a clinical laboratory possesses are the doctor's order and test results. All medical records Cleanquest possessed, or generated, were provided to Blue Shield of CA. Please pay all claims immediately.

Blue Shield of CA is denying claims inappropriately. There are relevant information laws that prevent your organization from denying Cleanquest claims based upon information it does not possess or generate.

The California Department of Managed Health Care Title 28 Section 1300.71 (a) states:

(10) "Reasonably relevant information" means the minimum amount of itemized, accurate and material information generated by or in the possession of the provider related to the billed services that enables a claims adjudicator with appropriate training, experience, and competence in timely and accurate claims processing to determine the nature, cost, if applicable, and extent of the plan's or the plan's capitated provider's liability, if any, and to comply with any governmental information requirements.

The California Insurance Code Section 10123.31 states:
(b) No insurer subject to this section shall request information that is not reasonably necessary to determine liability for payment of a claim.

The California Health & Safety Code Section 1367.01 states:

(g) If the health care service plan requests medical information from providers in order to determine whether to approve, modify, or deny requests for authorization, the plan shall request only the information reasonably necessary to make the determination.

Cleanquest as an independent clinical laboratory simply fulfills the doctor's order by generating the clinical test results requested. Your claim denial because "SERVICES NOT DOCUMENTED IN PATIENT RECORD" is inappropriate. Denying a valid clinical laboratory claim that has the required doctor's order and associated test results is inappropriate and violates the California insurance code. Most states and ERISA require providers to only provide information relevant to perfect the claim.

Cleanquest does not review, nor generate, any information in the patient's behavioral health record other than the doctor's order and test results. Our claims cannot be denied based upon information we do not possess or generate.

Cleanquest requests that all claims be paid immediately that have been denied based upon information not provided by another provider.

Sincerely,


Algin Kalikud
algin@cleanquestlab.com

*Excerpts from the American Society of Addiction Medicine Appropriate Use of Drug Testing in Clinical Addiction Medicine April 5, 2017*

*"There is no magic formula for determining the test frequency a patient should receive. The Expert Panel strongly disagreed with statements about specific numerical limitations on drug test frequency. For example, the panel agreed that the following statement is inappropriate: "Drug testing should be scheduled no more than 24 times per year." In accordance with the principle of "smarter" drug testing, the provider's therapeutic questions should dictate the frequency of drug testing.*

*As a general principle, drug testing should be scheduled more frequently at the beginning of treatment. The Expert Panel recommends that a patient in early recovery be tested at least weekly."*

### Outpatient Services (1.0) and Intensive Outpatient/Partial Hospitalization Services (2.0)

The ASAM Criteria defines Level 1 Care as "organized outpatient treatment services" that are "tailored to each patient's level of clinical severity and function and are designed to help the patient achieve changes in his or her substance use." Level 2 care includes intensive outpatient programs (9–19 hours of structured programming per week for adults) and partial hospitalization services (20 or more hours of clinically intensive programming per week, typically with direct access to psychiatric, medical, and laboratory services).

*Because the opportunity for substance use is greater in outpatient treatment than in more intensive levels of care, drug testing has a particularly important role in monitoring substance use.*

### Residential/Inpatient Services (3.0) and Medically Managed Intensive Inpatient Services (4.0)

Residential/Inpatient Services (Level 3.0) are defined by The ASAM Criteria as "organized treatment services in a 24-hour residential setting" and Medically Managed Intensive Inpatient Services (Level 4.0) are defined as "an organized service delivered in an inpatient setting" usually requiring ongoing nursing/medical care in addition to addiction treatment.

*Drug testing plays an important role in both assessment and in maintaining a drug-free therapeutic environment in residential treatment and can alert providers when the therapeutic and treatment environment has been compromised by smuggled drugs [2]. Drug testing can also be used to support recovery when patients leave the addiction treatment facility on passes. When residents are off-site for a period of time, they should be asked to provide a sample for drug testing shortly following their return. Providers should communicate with patients about plans for these additional tests to avoid the "us against them" mentality.*

To the extent that residential programs are predicated on the goal of abstinence, drug testing is useful in assessing whether patients are having difficulty accomplishing this goal.



**Testing Method**

Urine Specimens Only

**CLIA License**

CLIA Number: 05D2151144

**Laboratory Testing Equipment**

Beckman Coulter
Chemistry Analyzer
AU 400e
Serial Number: 9020333

Agilent Technologies
Liquid Chromatography–Mass Spectrometry (LC/MS)
1260 Infinity SG18057608
1290 Infinity II SG15307309
Serial Number: DEAGD11031 (1260 Bin Pump)
Serial Number: DEBAS01569 (1290 Multisampler)
Serial Number: JPAAB08393 (1260 Degasser)
Serial Number: JPEAH00340 (1260 Degasser)

**Specimen Cups**

Thermoscientific 90 mL/53mm Clicktainer Vial Samco

Blue Shield of California

# provider dispute
# resolution request

**Instructions**

Provider disputes must be submitted in writing to:

Blue Shield Dispute Resolution Office
P.O. Box 272620
Chico, CA 95927-2620

Provider disputes regarding facility contract exception(s) must be submitted in writing to:

Blue Shield Dispute Resolution Office
Attention: Hospital Exception and Transplant Team
P.O. Box 629010
El Dorado Hills, CA 95762-9010

| Provider name | Provider ID (Blue Shield PIN, provider's tax ID, or SSN) |
|---|---|
| CleanQuest LLC | 82-4323767 |

**Contact information (mailing address and phone number)**

17952 Skypark, Circle, Suite K, Irvine, CA, 92614

Fax 714-698-4867          Phone 714-340-4690

**Claim information** ☑ Single    ☐ Multiple claims (complete attached worksheet)

| Patient name | Patient date of birth |
|---|---|
| ▮ | ▮ |

| Subscriber No. | Service from/to date |
|---|---|
| ▮ | 10/6/2023 |

**Dispute type**

| ☐ BENEFITS | ☐ ELIGIBILITY | ☐ NON-CLAIM RELATED |
|---|---|---|
| ☐ Benefit Coverage | ☐ Ineligible Member with Valid Auth | ☐ Contract Effective Date |
| ☐ Benefits Maximum | ☐ Patient Eligibility | ☐ Provider Eligibility |
| ☐ Member Liability | ☐ Retro-Activation Eligibility | ☐ Provider Manual/Other Policy/Terms |
| ☐ Pre-Existing Condition | | |

| ☑ CLINICAL | ☐ COORDINATION OF BENEFITS (COB) | ☐ OVERPAY RECOVERY |
|---|---|---|
| ☐ Blue Shield Medical Policy | ☐ Blue Shield Secondary Payer | ☐ Recoupment of Claim Overpayment |
| ☐ Length of Stay / Level of Care | ☐ COB payment structure | |
| ☐ No Authorization | | |
| ☐ Partial/Insufficient Authorization | ☐ TIMELY SUBMISSION | |
| ☐ Valid Authorization on File | ☐ Timely Filing Limit of Initial/Final Appeal Submission | |
| | ☐ Timely Filing Limit of Claim Submission | |

☐ **PROFESSIONAL CONTRACTUAL REIMBURSEMENT**

| | | |
|---|---|---|
| ☐ ACS/Home Healthcare/Infusion | ☐ Gould Criteria | ☐ Psychiatric/ Substance Abuse |
| ☐ Anesthesia | ☐ Immunizations (Adult/Child) | ☐ Special Pricing |
| ☐ Assistant | ☐ Laboratory/Radiology/Ancillary | ☐ Surgery |
| ☐ Chemo (Admin/Drugs/Injectables) | ☐ Letter of Agreement / Reasonable & Customary / Continuity of Care | ☐ Therapy Services |
| ☑ Diagnostic Testing | ☐ Maternity | ☐ Transplant/Global Period |
| ☐ DME/HME/Supplies | ☐ Modifier | ☐ Units of Service |
| ☐ Emergency Services | ☐ Office Visit/Consultation | |
| ☐ Family Planning | ☐ Pharmaceuticals/Injections/Drugs | |
| ☐ Fetal Genetic Testing | | |

☐ **DIVISION OF FINANCIAL RESPONSIBILITY (DOFR)**

| | | |
|---|---|---|
| ☐ Ambulance | ☐ False Labor Check | ☐ Office Visit/Consultation |
| ☐ Blood Transfusions/Products | ☐ Family Planning | ☐ POS Opt-Out |
| ☐ Cancer Clinical Trial | ☐ Fetal Genetic Testing | ☐ Pre Admission Testing |
| ☐ Chemotherapy (Admin/Drugs/Injectables) | ☐ Fetal Monitoring | ☐ Psychiatric/Substance Abuse |
| ☐ Detox | ☐ Immunizations, Adult/Child | ☐ Renal Dialysis |
| ☑ Diagnostic Testing | ☐ Infusion | ☐ Surgery |
| ☐ DME/HME/Supplies | ☐ Invasive Cardiology/Surgical | ☐ Therapy Services (PT, OT, RT, ST, Cardiac) |
| ☐ ER Services (In Area) | ☑ Lab/Radiology/Ancillary Services | ☐ Urgent Care (In Area) |
| ☐ ER Services (Out of Area) | ☐ Maternity Pre & Post/Delivery | ☐ Urgent Care (Out of Area) |

☐ **PROFESSIONAL PAYMENT LOGIC**

| | | |
|---|---|---|
| ☐ Age/Gender | ☐ Duplicate | ☐ Pre/Post Operative Visits included in Surgical Charge |
| ☐ Assistant | ☐ Invalid Codes | ☐ Rebundling |
| ☐ CCI Incidental | ☐ Maximum Daily Allowances | ☐ Scope of Licensure |
| ☐ CCI Mutually Exclusive | ☐ Pay Percent Application | |

**Additional explanation of issue:**

Blue Shield states that the medical records previously submitted do not support the medical necessity of services. CleanQuest has provided all medical records on file, such as doctor's orders and test results. In addition to this appeal, CleanQuest has included our testing methods, machines, and supplies. Expected outcome is payment for claim, a copy of all plan documents, a copy of specific medical necessity criteria, and insurer's designated reviewer(s) information, per our letter.

☑ Check here if additional information is attached.

If submitting multiple claims (on the next page), please fill in before clicking print button.

**Blue Shield of California**
PO BOX 272560
CHICO CA 95927-2560

blue of california

www.blueshieldca.com/provider

Page : 1 of 2

CLEANQUEST LLC
17952 SKY PARK CIR STE K
IRVINE,CA 926144416

| ISSUE DATE: | 02 02 24 |
| EOB NUMBER: | |
| | |
| PROVIDER NUMBER: | PG0088638001 |
| PROVIDER NPI: | 1194201558 |

**CORRESPONDENCE:**
PO Box 769025, Woodland, CA 95776-9025

## EXPLANATION OF BENEFITS
### THIS IS NOT A BILL – RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS

NOTE TO CONTRACTED PROVIDERS: THE COVERED SERVICES WERE PAID PURSUANT TO THE PROVIDER'S CONTRACT AS A BLUE SHIELD OF CALIFORNIA PREFERRD PROVIDER.

| PATIENT NAME I.D. NUMBER GROUP NUMBER | PATIENT ACCOUNT NUMBER CLAIM NUMBER | DATES OF SERVICE | PROCEDURE NUMBER | UNITS OF SERVICE | BILLED AMOUNT | ALLOWED AMOUNT | CONTRACTUAL ADJUSTMENT AMOUNT | NOTES | DEDUCTIBLE | CO-PAY AMOUNT | AMOUNT PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPT DATE:** | **11/08/23** | | | | | | | | | | |
| | | 10/08/23 | 80307 | 1 | 3795.00 | 0.00 | | | 0.00 | 0.00 | 0.00 |
| ITSHOST1 | | | | | | | | | | | |
| **TOTALS:** | | | | | 3795.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |

NOTES:

FOR QUESTIONS REGARDING THE ABOVE CLAIM, PLEASE CALL

| STATEMENT TOTALS: | | | | | 3795.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |

# Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records *Created On: 9/15/23, 11:40:53 AM*

**The Dream Recovery**
3151 Airway Ave. G-3 , Costa Mesa , California, 92626
Facility Fax:



M
DOB:
Admitted: 09/15/2023 11:39 AM

ID#:

Name:      Date of Birth:      Admission Date: 09/15/2023
11:39 AM

I. PATIENT RESPONSIBILITY I understand that I am financially responsible for all charges for services provided to the undersigned, and that having health insurance does not absolve me of this responsibility. I also understand that my health insurance plan may not cover 100% of the amount of my claim, and that I am responsible for any and all amounts not covered, including without limitation copayments, deductibles, coinsurance and any portion not paid for in-network or out-of- network services. I understand that Cleanquest LLC (the Facility) may be an in-network or out- of-network provider, and as a result I will be responsible for additional charges not covered by my policy, in accordance with existing contracts between my insurance provider and the Facility. If my health plan is a health maintenance organization, I understand that I may be required to first contact my primary care physician before seeking any other treatment, services or supplies, and that I may need to obtain prior authorization from my primary care physician before receiving any treatment services from the Facility. If I do not comply with my health plan's policies and procedures, I understand that payment for services rendered from the Facilitywill become my responsibility. I also hereby instruct my insurance company plan administrator to pay the Facility directly forservices rendered to me or my dependents. Payment is due upon receipt of a statement for services rendered. If payment is not timely made,I understand that the facility may engage an attorney and/or collection agency to assist in collection efforts, and I will be responsible for all fees and costs incurred by the Facility in connection with its collection efforts, including without limitation attorney fees. I certify that thehealth insurance information that I provided to the Facility is accurate as of the date set forth below and that I am responsible for keeping it updated. II. TRANSFER OF RIGHTS AND DESIGNATION OF AUTHORITY It is my intent to grant the Facility all rights, powers, authority, and standing - to the maximum extent possible and conceivable - to pursue amounts owed under my health insurance plan and/or to pursue vindication of my rights under my health insurance plan or federal or state law.Such pursuits include without limitation, legal action, in the same fashion as if I myself were acting. Any ambiguity in this transfer of rights and designation of authority should be construedin favor of granting the Facility the rights, powers, authority, or standing that it seeks to exerciseor rely upon. To that end, I appoint the Facility my Attorney-in-Fact (Section A below). To the extent that designation is found to be invalid or the designation is found insufficient for the purposes that theFacility seeks to use it for, I designate the Facility my Authorized Representative (Section B below). To the extent that designation is found to be invalid or is not sufficient for the purposes that the Facility seeks to use it for, I assign my benefits and rights under my health insurance plan to the Facility (Section C below). The Facility, at its sole discretion, may elect to exercise one, two, or all three of these appointments, designations or assignments simultaneously. The Facility, at its sole discretion, may decline to exercise one or more of these appointments, designations or assignments. Under each and every appointment, designation, or assignment, the Facility shall have the right,power, authority, or standing to obtain plan documents - including without limitation the summary plan description, certificate of coverage, or other document setting forth the terms of the plan or under which the plan is operated - to the same extent I myself am entitled under lawto obtain said documents. A. POWER OF ATTORNEY FOR ERISAAND OTHER CLAIMS I hereby appoint the Facility and its agents as my true and lawful attorneys-in-fact for the specific purpose of pursuing claims on my behalf against my insurer, employer benefit plan, orthird-party administrator related to the services provided to me by the Facility. These claims shall include, but are not limited to: (1) administrative appeals related to insurance benefits for services provided to me; and (2) claims brought pursuant to federal law and/or the provisions of ERISA, whether such claims seek benefits, statutory penalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including

Proudly powered by
ZenCharts

1

# Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records *Created On: 9/15/23, 11:40:53 AM*

**The Dream Recovery**
3151 Airway Ave. G-3 , Costa Mesa , California, 92626
Facility Fax:

En
MR
DOB: 7
ID#: YU09
Admitted:

without limitation claims for breach of fiduciary d       ims related to the Mental Health Parity and
Addiction Equity Act of 2008 ('Parity Act'); and (3) claims       ursuant to any state law, whether such claims seek

benefits, statutorypenalties, or prospective, retrospective, monetary, legal, equitable, or other relief, including without limitation claims related to bad faith, consumer protection and/or claims under any state law equivalent of the Parity Act. Furthermore, I instruct the Facility to use whatever funds may be recovered as a result of actionsbrought on my behalf to reduce or eliminate any debt I may owe to the Facility and any related debt owed by the Facility for expenses incurred whilst seeking full reimbursement from my insurer, employer benefit plan, or third-party administrator. I appoint the Facility as a true and lawful attorney-in-fact for the limited purpose of receiving, endorsing, and depositing to its account any checks, drafts, or money orders made payable to mefor payments due under my health plan for services provided to me Page 1 of 2 Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records Name: Date of Birth: Admission Date: 2 by the Facility. B. AUTHORIZED REPRESENTATIVE TO PURSUE CLAIMS I designate, authorize and convey the Facility, to the full extent permissible by law, to be my personal representative regarding all rights and benefit claims related to services provided by theFacility, which authorizes the Facility to: (1) submit any and all appeals when my insurance company denies me a benefit to which I amentitled; (2) act on my behalf in connection with any claim, right or cause of action that may arise undermy plan; and (3) act on my behalf to pursue such claim, right, or cause of action in connection with said plan including, but not limited to, the right and ability to act as my authorized representative withrespect to a benefit plan governed by the provisions of ERISA as provided in 29 C.F.R. 2560.502-1(b); and (4) with respect to any healthcare expense incurred as a result of the services I received fromthe Facility, and to the extent permissible under the law, to claim on my behalf such benefits, claim, reimbursement, and any other applicable remedy, including fines. Unless revoked, this authorization is valid for all administrative and judicial reviews underERISA and all applicable federal and state laws. C. ASSIGNMENT OF BENEFITS AND RIGHTS I hereby assign to the Facility all benefits and rights that I and my dependents have to receive payments from my health insurance plan or any third-party payer for the services provided by theFacility to the undersigned. In addition to and apart from assignment of benefits, I assign any cause of action I may have under my health insurance plan, regardless of whether such cause of action arises under federal or state law, and regardless of what relief is sought under said cause of action. I understand that the Facility would not have accepted the undersigned as a patient, except for this assignment and my guarantee of payment to the Facility. I hereby authorize the Facility to submit claims on my behalf to the insurance company listed on the current insurance card I have provided to the Facility, in good faith. A photocopy of my signature can be used to process insurance claims. If my current health insurance plan prohibits assignment of benefits, I hereby instruct my plan, its fiduciaries, or its third-party administrators to provide documentation demonstrating such non-assignability to myself and the Facility. Failure to provide such documentation within thirtydays of receipt of the claim submission shall constitute consent to assignment and/or knowing and intentional waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators. Acceptance of a claim submission from the Facility, and/or issuance directly to the Facility of an explanation of benefits, remittance advice, determination letter, or other decisional communication concerning the claim, shall be deemed to be consent to assignment or waiver of any non-assignability clause by the plan, its fiduciaries, and/or its third- party administrators. If payment is made to the Facility without further explanation that such payment is made pursuant to an authorization of direct payment, as opposed to pursuant to my assignment of benefits, such payment shall be assumed to constitute consent to assignment and/or waiver ofany non-assignability clause by the plan, its fiduciaries, and/or its third-party administrators. I agree to endorse and forward any monies from my insurance company paid to me and/or theprimary insured and that I agree that I am personally liable to the Facility for such

Proudly powered by ZenCharts

# Patient Responsibility / Power of Attorney for ERISA and Other Claims /Authorized Representative Status / Assignment of Benefits /Authorization to Release Medical Records Created On: 9/15/23, 11:40:53 AM

**The Dream Recovery**
3151 Airway Ave. G-3 , Costa Mesa , California, 92626
Facility Fax:

M
DOB: 7
Admitted: 09/15/2023 11:39 AM
ID#: YUC 3852

monies. III. AUTHORIZATION TO RELEASE MEDICAL... authorize the Facility to release all information to my insurance company needed to process a claim. I further... rize my plan, its fiduciaries, and/or its third-party administrators to release to the Facility and information necessary for the Facility to claim such benefits. I further authorize my physicians, hospitals, clinics, and health care facilities to disclose all or any part ofmy medical record to the Facility in connection with the treatment, services, and supplies provided to me by them. This authorization is given with full knowledge that such discloser maycontain information of a confidential nature and may affect or limit the insurance coverage for my treatment, services, or supplies provided by the Facility. The Facility will use and disclose my health information only for purposes of treatment, payment, and health care operations, in accordance with the Facility privacy practices, unless I authorize them to use or disclose my health information for other purposes. I hereby release the Facility, its officers, agents, employees and any clinician associated with my case from all liability that may arise as a result of disclosure of information to my plan, its fiduciaries, its third-party administrators, my insurance company(s) or their designated representatives. I have read and understand each of the above paragraphs and I acknowledge and accept these terms and conditions. I also authorize the use of a copy of this form to be used in place of the original.

I acknowledge receipt of a completed and signed copy of this assignment and release form:

**Patient Signature**

_____, Client  09/15/2023 11:55 AM
IP: 70.95.249.21
Staff present: Diana Stafford, CADC
II, c3791214

**Staff Signature**

Diana Stafford, CADC II, c3791214  09/15/2023 11:55 AM
IP: 70.95.249.21

**Review Signature**

Clinical Director Elliot Horowitz,  09/15/2023 2:50 PM
LMFT, LMFT27861  IP: 70.95.249.21

# Patient Notes

CLEANQUEST LLC

Chart#: 5703                PatientName:█████████