**ARNALL GOLDEN GREGORY LLP**
Richard T. Collins (Bar No. 166577)
  rich.collins@agg.com
Jennifer L. Shelfer (admitted *Pro Hac Vice*)
  jennifer.shelfer@agg.com
Jeremy Ritter-Wiseman (admitted *Pro Hac Vice*)
  jeremy.ritter-wiseman@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Phone: (202) 677-4030

**CALLAHAN & BLAINE, PC**
Michael J. Sachs (Bar No. 134468)
  mjs@callahan-law.com
19900 MacArthur Blvd., Suite 1200
Irvine, CA 92612
Telephone: (714) 241-4444
Facsimile:  (714) 241-4445

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEANQUEST, LLC,<br><br>　　　　　Plaintiff,<br>v.<br>BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, *et. al.*<br><br>　　　　　Defendants. | **Case No.: 8:25-cv-01323-DOC-JDE**<br><br>*Assigned to Hon. David O. Carter*<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>FAC Filed:　　July 16, 2025 |

Plaintiff and Defendants in the above-entitled action, by and through their respective undersigned counsel of record, hereby stipulate and agree that:

1. Defendant Blue Cross and Blue Shield of Oklahoma ("BCBSOK") is the financially responsible party for any benefits under the health benefits plans of the members in the operative complaint, subject to any defenses, limitations, or rights available to BCBSOK.

2. In reliance on and subject to BCBSOK's stipulation, Plaintiff dismisses without prejudice Defendant California Physicians' Service d/b/a Blue Shield of California.

3. Plaintiff and BCBSOK reserve all rights, claims, defenses.

This stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each dismissed party bearing their own attorneys' fees and costs.

    **IT IS SO STIPULATED**

Date: February 9, 2026

**ARNALL GOLDEN GREGORY LLP**

By: */s/ Richard T. Collins*
    Richard T. Collins
    Jennifer L. Shelfer
    Jeremy Ritter-Wiseman
    Attorneys for Plaintiff

**STRADLEY RONON**

By: */s/ Benjamin H. McCoy*
    Benjamin H. McCoy
    Attorney for Defendant BCBSOK

**HERNANDEZ LASKA LLP**

By: */s/ Ileana M. Hernandez*
    Ileana M. Hernandez
    Attorney for Defendant California
    Physicians' Service d/b/a Blue
    Shield of California