**POLSINELLI LLP**
Zachary E. Rothenberg (SBN 215404)
zrothenberg@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

*Attorneys for Third-Party Defendants*
DREAM RECOVERY LLC F/K/A THE DREAM RECOVERY LLC and STAIRWAY RESOURCE CENTER INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CLEANQUEST, LLC, a California limited liability company,

Plaintiff,

vs.

BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, an unincorporated division of Health Care Service Corporation, an Illinois mutual legal reserve corporation,

Defendant.

BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, an unincorporated division of Health Care Service Corporation, an Illinois mutual legal reserve corporation;

Third-Party Plaintiff,

vs.

DREAM RECOVERY LLC F/K/A THE DREAM RECOVERY LLC AND

CASE NO.: 8:25-cv-01323-DOC-JDE

**STIPULATION TO AMEND ORDER ENTERING THE CASE SCHEDULE IN LIGHT OF THIRD-PARTY COMPLAINT**

STAIRWAY RESOURCE CENTER INC.

Third-Party Defendants.

Plaintiff CLEANQUEST, LLC ("CleanQuest"), Defendant and Third-Party Plaintiff BLUE CROSS AND BLUE SHIELD OF OKLAHOMA ("BCBSOK") and Third-Party Defendants DREAM RECOVERY LLC F/K/A THE DREAM RECOVERY LLC and STAIRWAY RESOURCE CENTER INC. (the "Third-Party Defendants," and collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, CleanQuest and BCBSOK filed their Joint Rule 26(F) Report on January 20, 2026, attaching as Exhibit A thereto a proposed Scheduling of Pretrial and Trial Dates Worksheet;

WHEREAS, on May 18, 2026, the Court issued its Order Entering The Case Schedule (the "Order"), which set a series of trial and pre-trial dates and deadlines, the first of which, the Initial Expert Disclosure Deadline, was set for October 30, 2026;

WHEREAS, on September 9, 2026, BCBSOK filed its corrected Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint with Third-Party Complaint, asserting claims against the Third-Party Defendants;

WHEREAS, Third-Party Defendants were served with the summons and Third-Party Complaint on September 15, 2026 and September 16, 2026, respectively;

WHEREAS, Third-Party Defendants filed their Motion to Dismiss the Third-Party Complaint on October 20, 2026

WHEREAS, Third-Party Defendants require additional time (i) to gather and analyze the facts and issues involved in the dispute, (ii) to obtain all discovery exchanged thus far in the case, (iii) to conduct their own expert and non-expert discovery, and (iv) otherwise to properly and adequately prepare for trial;

WHEREAS, at the request of Third-Party Defendants, counsel for all Parties have met and conferred regarding a proposed amendment to the Order, to continue each of the respective dates and deadlines therein by approximately five months,

to allow time for the Parties to conduct discovery and otherwise prepare for trial on the Third-Party Complaint;

WHEREAS, the requested amended pre-trial and trial dates are not sought for purposes of unnecessary delay, and are requested in light of the recent filing of the Third-Party Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties through their respective counsel of record, subject to approval of the Court, that the trial date and other pre-trial deadlines be continued and re-set as follows:

| **Deadline** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Initial Expert Disclosure Deadline | October 30, 2026 | March 31, 2027 |
| Rebuttal Expert Disclosure Deadline | November 13, 2026 | April 14, 2027 |
| Fact Discovery Cutoff | December 18, 2026 | May 19, 2027 |
| Deadline for Settlement Conference | December 30, 2026 | May 31, 2027 |
| Expert Discovery Cutoff | January 18, 2027 | June 18, 2027 |
| Hearing on Dispositive Motions (Mondays, 8:30 a.m.) | March 15, 2027 | July 16, 2027 |
| Final Pretrial Conference (Mondays, 8:30 a.m.) | April 26, 2027 | August 23, 2027 |
| Trial (Tuesdays, 8:30 a.m.) Ext. Length: 5-8 days | June 29, 2027 | December 7, 2027 |

/ / /

**IT IS SO STIPULATED.**

Dated: October 23, 2026

ARNALL GOLDEN GREGORY LLP

By: */s/ Richard T. Collins*
Richard T. Collins
Jennifer L. Shelfer
Landen P. Beson
Jeremy Ritter-Wiseman
Attorneys for Plaintiff CleanQuest, LLC

Dated: October 23, 2026

CALLAHAN & BLAINE, P.C.

By: */s/ Michael J. Sachs*
Michael J. Sachs
Attorneys for Plaintiff CleanQuest, LLC

Dated: October 23, 2026

STRADLEY RONON STEVENS & YOUNG LLP

By: */s/ Benjamin H. McCoy*
Benjamin H. McCoy
Jordann R. Conaboy s
David D. Piper
Tyler S. Lisea
Attorneys for Defendant and Third-Party Plaintiff, Blue Cross and Blue Shield of Oklahoma

Dated: October 23, 2026

POLSINELLI, LLP

By: */s/ Zachary E. Rothenberg*

Zachary E. Rothenberg
Attorneys for Third-Party Defendants, DREAM RECOVERY LLC F/K/A THE DREAM RECOVERY LLC and STAIRWAY RESOURCE CENTER INC.

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2), the undersigned attests that all other signatories listed and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Zachary E. Rothenberg*
Zachary E. Rothenberg

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Zachary E. Rothenberg*
Zachary E. Rothenberg

Attorneys for Third-Party Defendants,
DREAM RECOVERY LLC F/K/A THE
DREAM RECOVERY LLC and
STAIRWAY RESOURCE CENTER INC.